## SWORN STATEMENT

Before me the undersigned authority, on this day appeared Marcus Sherwood, who, after first being duly sworn by me, stated on oath as follows:

"My name is Marcus Sherwood, President of Baxter Bailey & Associates, Inc. I am over the age of eighteen years, am competent in all respects to make this Affidavit, and have personal knowledge that the facts herein set forth are all true and correct.

I am President and custodian of the records of President of Baxter Bailey & Associates, Inc, a licensed Tennessee collections agency. I have personal knowledge of these accounts and all supporting records relating to the documents attached to the Complaint filed against Chewy, Inc., LLC, Hills Pet Nutrition, LLC, PetSmart, Inc., Petco Animal Supplies, Inc. and Semi-Cab, Inc.

President of Baxter Bailey & Associates, Inc is the assignee of the accounts of Noerr Trucking, LLC assignor, all of which accounts pertain to the defendants Chewy, Inc., LLC, Hills Pet Nutrition, LLC, PetSmart, Inc., Petco Animal Supplies, Inc. and Semi-Cab, Inc.

After all just credits and offsets, including any contractual interest, if provided for in the contracts between said defendant and assignor(s), have been allowed, said defendants owe a just, due, owing and outstanding balance of $92,877.610 to Baxter Bailey & Associates, Inc. by virtue of such account(s) assigned. The basis of the debt is charges incurred for the transportation and delivery of specified items, at the instance and request of said defendants. This amount does not include attorney's fees, court costs, and other costs of collection."

Further, affiant sayeth not.

Baxter Bailey & Associates, Inc.

_____
Marcus Sherwood
President

SWORN TO AND SUBSCRIBED before me by Marcus Sherwood in his capacity as President of Baxter Bailey & Associates, Inc. on this __22nd__ day of __April__, 2024.

_____
Notary Public, State of Tennessee

My Commission Expires: _____