

Simple Business Terms Agreement for Noerr Trucking & Norlin Warehousing with SemiCab

Noerr Trucking will provide transportation coverage for SemiCab compliant with FMCSA on a contracted basis.  SemiCab will handle application integration and direct driver dispatch / oversight (with the driver using SemiCab app) with backup from Noerr Trucking. Noerr Trucking will work with SemiCab on integration of ELDs to SemiCab platform. PODs will be uploaded for every load delivered via the mobile app on the same day of delivery.   All coverage offers must come through Noerr first.

**All loads must be able to be covered within the legal limits of the FMCSA regulations.**

| | |
|---|---|
| Term: | 4/1 – 5/1 2022.  5 billable days per week per truck. |
| Coverage: | 4 trucks, 12 trailers, guaranteed 5th coverage available. |
| Load Basis: | Guaranteed coverage of of 8 loads a day, within the legal limits.  Coverage of additional loads to be covered at no charge within the FMCSA limit and, assuming pickup and delivery appointments, transit times and load/unload times support drivers' daily HOS compliance. All additional loads to be covered on a per load basis by other trucks if possible. |
| Cost basis: | -$1160 plus fuel surcharge on all miles based on the national fuel price averages provided by EIA at: https://www.eia.gov/petroleum/gasdiesel/ |
| Overage: | FSC Billed based on total miles run during the week. |
| Tolls: | Only as required – but will be billed monthly. |
| Billing Cycle: | 1 singular bill submitted weekly, payable net 10.<br>**Target to get to 30-day payment term as we expand the dedicated relationship to add more trucks. |
| Paperwork: | All BOL's submitted on a weekly basis with the billing. |
| Overage: | Miles calculated weekly, billed the following week. |

Both parties agree to develop a long-term agreement by 4/15/2022. Right of first refusal for 3 months for freight originating in York, PA over any other carrier provided complete bid documentation and comparison.  **Expansion capacity up to 7 contracted trucks immediately.

Signed on – 3/29/22

Scott Noerr – Noerr Trucking / Norlin Warehousing

Jagan Reddy – SemiCab

Jagan A Reddy (Mar 30, 2022 17:11 MDT)

| Fuel Rate – Price/Gallon | | | Fuel Rate – Price/Gallon | | |
|---|---|---|---|---|---|
| From | To | Additional Charge In Cents/Mile | From | To | Additional Charge In Cents/Mile |
| $1.360 | $1.419 | $0.00 | $2.980 | $3.039 | $0.27 |
| $1.420 | $1.479 | $0.01 | $3.040 | $3.099 | $0.28 |
| $1.480 | $1.539 | $0.02 | $3.100 | $3.159 | $0.29 |
| $1.540 | $1.599 | $0.03 | $3.160 | $3.219 | $0.30 |
| $1.600 | $1.659 | $0.04 | $3.220 | $3.279 | $0.31 |
| $1.660 | $1.719 | $0.05 | $3.280 | $3.339 | $0.32 |
| $1.720 | $1.779 | $0.06 | $3.340 | $3.399 | $0.33 |
| $1.780 | $1.839 | $0.07 | $3.400 | $3.459 | $0.34 |
| $1.840 | $1.899 | $0.08 | $3.460 | $3.519 | $0.35 |
| $1.900 | $1.959 | $0.09 | $3.520 | $3.579 | $0.36 |
| $1.960 | $2.019 | $0.10 | $3.580 | $3.639 | $0.37 |
| $2.020 | $2.079 | $0.11 | $3.640 | $3.699 | $0.38 |
| $2.080 | $2.139 | $0.12 | $3.700 | $3.759 | $0.39 |
| $2.140 | $2.199 | $0.13 | $3.760 | $3.819 | $0.40 |
| $2.200 | $2.259 | $0.14 | $3.820 | $3.879 | $0.41 |
| $2.260 | $2.319 | $0.15 | $3.880 | $3.939 | $0.42 |
| $2.320 | $2.379 | $0.16 | $3.940 | $3.999 | $0.43 |
| $2.380 | $2.439 | $0.17 | $4.000 | $4.059 | $0.44 |
| $2.440 | $2.499 | $0.18 | $4.060 | $4.119 | $0.45 |
| $2.500 | $2.559 | $0.19 | $4.120 | $4.179 | $0.46 |
| $2.560 | $2.619 | $0.20 | $4.180 | $4.239 | $0.47 |
| $2.620 | $2.679 | $0.21 | $4.240 | $4.299 | $0.48 |
| $2.680 | $2.739 | $0.22 | $4.300 | $4.359 | $0.49 |
| $2.740 | $2.799 | $0.23 | $4.360 | $4.419 | $0.50 |
| $2.800 | $2.859 | $0.24 | $4.420 | $4.479 | $0.51 |
| $2.860 | $2.919 | $0.25 | $4.480 | $4.539 | $0.52 |
| $2.920 | $2.979 | $0.26 | $4.540 | $4.599 | $0.53 |

# 4 Truck Contract - SemiCab-Final

Final Audit Report                                              2022-03-30

| | |
|---|---|
| Created: | 2022-03-30 |
| By: | Scott Noerr (sannoerr@gmail.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAmtGN10jq9xLAG9m7dfsI-t6r2RCMY9tR |

## "4 Truck Contract - SemiCab-Final" History

📄 Document created by Scott Noerr (sannoerr@gmail.com)
2022-03-30 - 7:59:36 PM GMT- IP address: 174.55.176.36

📧 Document emailed to Jagan A Reddy (jagan.reddy@semicab.com) for signature
2022-03-30 - 7:59:55 PM GMT

📄 Email viewed by Jagan A Reddy (jagan.reddy@semicab.com)
2022-03-30 - 8:00:06 PM GMT- IP address: 98.43.130.180

✍️ Document e-signed by Jagan A Reddy (jagan.reddy@semicab.com)
Signature Date: 2022-03-30 - 11:11:08 PM GMT - Time Source: server- IP address: 98.43.130.180

✅ Agreement completed.
2022-03-30 - 11:11:08 PM GMT

**Adobe Sign**

**Wednesday, January 17, 2024 at 09:25:08 Eastern Standard Time**

| | |
|---|---|
| **Subject:** | Hudson Claim by Noerr Trucking Claim #:AHD-0008281, |
| **Date:** | Thursday, November 16, 2023 at 10:41:20 AM Eastern Standard Time |
| **From:** | Matthew Lambert |
| **To:** | Scott Noerr |
| **Priority:** | High |
| **Attachments:** | image001.png |

Principal: SemiCab Inc.

Bond No.: 10118662

Claim No.: AHD-0008281

Dear Scott Noerr,

Please be advised that Cashin Spinelli & Ferretti, LLC has been retained by Hudson Insurance Company ("Hudson") to administer claims arising from bonds issued by Hudson in its ICC bond program. As such, we are in receipt of the claim you submitted on behalf of Norlin Warehousing Services, Inc. and Noerr Trucking LLC ("Noerr") against the FORM BMC-84 bond issued by Hudson on behalf of its Principal, SemiCab Inc. ("SemiCab"). You filed a claim comprised of three invoices, two of which covered the daily truck rates for 30 trucks each at $1,160/day between April 17-21, 2023 and April 24-28, 2023, respectively, plus Fuel Service Charges totaling $3,881.70 and $4,974.30, respectively, and one invoice for the monthly rental/warehousing of 32 trailers totaling $17,550. Your aggregate claim was in the amount of $96,006.

In counterclaim to the above charges, SemiCab has claimed that it inappropriately paid Noerr in excess of $165,000 for Noerr Invoice Nos.:

904437

904516

904480

904620

904636

904766

904870

904972

905090

All the above invoices totaled $167,550 and covered the costs for storage and/or monthly rentals of 53 ft trailers. Although SemiCab previously paid these invoices, they claim that in a subsequent audit of their accounts, SemiCab discovered that they should not have paid these charges because the SemiCab Carrier Agreement executed with Noerr with an effective date on or about May 9, 2022 (the "Carrier Agreement") did not provide for the payment of stored or monthly rental of trailers. Additionally, the parties dispute whether subsequent proposed addenda to the Carrier Agreement were ever signed by both parties. Therefore, whether or not any terms in proposed addenda circulated subsequent to the execution of the Carrier Agreement modified the Agreement is disputed by the parties.

As a result of the above facts, SemiCab is claiming an offset to Noerr's outstanding invoices by the amounts SemiCab previously overpaid Noerr, such that the offset would exceed the Bond claim from

Noerr and that Noerr would actually owe SemiCab money.

Hudson issued Bond No. 10118662 to SemiCab to validate its FMCSA-BMC 84 License. The bond may be liable if the principal has not paid or caused to be paid to motor carriers or shippers, by motor vehicle, any sum or sums for which the Principal may be held legally liable by reason of the Principal's failure faithfully to perform, fulfill, and carry out all contracts, agreements, and arrangements made by the Principal.  However, as we alerted you in our initial claim acknowledgment notice dated August 17, 2023, federal law governs the times when a Surety may make payment of a claim under its FMCSA-BMC 84 Bond. Particularly, 49 U.S.C. §13906, provides as follows:

**(2) SCOPE OF FINANCIAL RESPONSIBILITY.— (A) PAYMENT OF CLAIMS**.—A surety bond, trust fund, or other financial security obtained under paragraph (1) shall be available to pay any claim against a broker arising from its failure to pay freight charges under its contracts, agreements, or arrangements for transportation subject to jurisdiction under chapter 135 if—
    **(i)** subject to the review by the surety provider, the broker consents to the payment;
    **(ii)** in any case in which the broker does not respond to adequate notice to address the validity of the claim, the surety provider determines that the claim is valid; or
    **(iii)** the claim is not resolved within a reasonable period of time following a reasonable attempt by the claimant to resolve the claim under clauses (i) and (ii), and the claim is reduced to a judgment against the broker.

In this case, SemiCab has not only not consented to the Surety's payment of Noerr's claim, but it has responded to the claim asserting a defense to it.  The Surety finds that SemiCab has a reasonable basis for defending against the claim.  Please understand that the Surety does not serve as an arbiter or judge of contested claims. Thus, under (2)(A)(iii) of the statute referenced above, Noerr will need to either try to settle your claim with SemiCab  or present us with a judgment from a court of law in your favor against SemiCab for us to consider your claim further.

We continue to expressly reserve all of the rights and defenses available under the bond and at law. Nothing herein or throughout the course of our communication should be construed as an admission of liability, nor as a waiver of any and/or all defenses available to the principal and surety under the bond and at law. In fact, we expressly reserve all of the rights and defenses available to the surety and/or SemiCab, in equity and at law, including its rights to offsets and counter-claims which may be available to the surety or its principal.

Respectfully,



Matthew Lambert
Claims Examiner
mlambert@csfllc.com

*20 Tower Lane, Suite 250 | Avon, CT 06001*
*New York • Connecticut • Pennsylvania • Illinois • Oregon • Florida*

Matthew Lambert
in care of Hudson Insurance Group
hudsoninsgroup.com

Nothing herein or throughout the course of our communication should be construed as an admission of liability, nor as a waiver of any and/or all defenses available to the principal and surety under the bond and at law. In fact, we expressly reserve all rights and defenses available to the surety and/or its principal, in equity and at law, including rights to offsets and counter-claims which may be available to the surety or its principal.

## SEMICAB - CARRIER AGREEMENT

This agreement shall govern the services provided by Norlin Warehousing Services, INC and Noerr Trucking LLC, a licensed and authorized motor carrier pursuant to USDOT #2562636 & Docket No. MC#894356 (hereinafter referred to as "***Carrier***") and SemiCab, Inc, 2876 Adams Oaks Ln Marietta, Marietta, GA 30062 (hereinafter referred to as "***SemiCab***"), a digital freight platform pursuant to Docket No. MC# 1064382 (the "***Agreement***").

1.        **SemiCab Platform.** SemiCab is a digital freight platform known as the SemiCab Collaborative Transportation Platform (the "***SemiCab Platform***"). The SemiCab Platform digitally arranges for motor carriers to provide cargo transportation for its customers.  SemiCab and Carrier enter into this Agreement to govern Carrier's performance of motor transportation services for freight tendered to Carrier by SemiCab through the SemiCab Platform. Carrier agrees to adhere to SemiCab's Collaborative Transportation Platform Requirements attached hereto and made part hereof as **Appendix B**.

2.        **Carrier Status, Rights and Responsibility.** Carrier will perform its transportation services for SemiCab and SemiCab's Customers (the "***Customer(s)***"), as an independent contractor, and will not for any purpose be an agent of SemiCab or any Customer. Carrier has exclusive control and direction of the work it performs pursuant to this Agreement. Carrier will not contract or take other action in SemiCab's name without SemiCab's prior written consent and has no authority to bind SemiCab to any Carrier representations, warranties or covenants with any third parties. The Transfer of Undertaking (Protection of Employment) Regulations 2006 (SI2006/246) shall not apply to any contract subject to these terms & conditions and no Carrier employees shall be dedicated to SemiCab or any Customers.

Carrier agrees to assume full responsibility for the payment of all local, state, federal and intraprovincial payroll taxes, and contributions or taxes for unemployment insurance, workers' compensation insurance, pensions, and other social security or related protection with respect to the persons engaged by Carrier for Carrier's performance of the transportation and related services, as well as any negligent act or omission of Carrier or any such persons engaged by Carrier performing services hereunder, and Carrier shall indemnify, defend and hold SemiCab, and Customers harmless therefrom. Carrier shall provide SemiCab with Carrier's Federal Tax ID number and a copy of Carrier's IRS form W-9 prior to commencing any transportation or related services for SemiCab, under this Agreement.

3.        **No Right to Lien or Delay Release of Cargo or Equipment.** Carrier will not assert any lien or make any claim on any cargo or equipment, and no lien will attach against SemiCab, any Customers or any cargo or equipment, for failure of SemiCab, the Customer or any other third party to pay Carrier for charges due to Carrier.

4.        **Title 49.**  Carrier shall, notwithstanding any other terms of this Agreement, expressly waive all rights and remedies under Title 49 U.S.C., Subtitle IV, Part B to the extent they conflict with this Agreement.

5.        **Booking Confirmation.** Carrier shall transport shipments arranged by SemiCab pursuant to Rate Confirmations issued by SemiCab.



6.    __Re-Broker.__ Carrier will not re-broker, co-broker, subcontract, assign or interline the shipments, or cause or permit any other person or entity to perform any of your obligations hereunder, or cause or permit any shipment tendered hereunder to be transported by any other third-party carrier, or any other substitute mode of transportation hereunder without prior written consent of the SemiCab. If Carrier breaches this provision, SemiCab shall have the right of paying the monies it owes Carrier directly to the delivering carrier, in lieu of payment to Carrier. Upon SemiCab's payment to delivering Carrier, Carrier shall not be released from any liability to SemiCab under this Agreement. SemiCab shall have the right to offset the amount of payment to such third party against any funds due and owing to SemiCab due to Carriers breach of this provision. In addition to the indemnity obligations reflected in this Agreement, the Carrier will be liable for all applicable damages, including consequential, incidental, and indirect damages for violation of this clause of this Agreement. Further, if Carrier breaches this provision, without limiting any other right of SemiCab or the shipper, Carrier shall remain fully liable pursuant to this Agreement as if it had transported the shipment on vehicles operating under its for-hire motor carrier authority (including liability for cargo loss and damage claims and including the duty to defend, indemnify and hold harmless against the acts and omissions of Carrier and its contractors).

7.    __Compensation.__ SemiCab shall pay Carrier for services rendered in an amount equal to the rates and accessorial charges agreed to on the Rate Confirmation or other mutually executed Rate Confirmation. Carrier must submit proof of delivery with invoices to SemiCab as agent for the shipper. Payment terms shall be fifteen (15) days from receipt of necessary supporting documentation.  Over the next 3 months the goal is to extend the payables to a NET 30 agreement.

8.    __Payment of Invoices.__ Carrier agrees that SemiCab is the sole party responsible for payment of Carrier's invoices and that, under no circumstances, will Carrier seek payment from the shipper or consignee (including without limitation any Customer).

Carrier hereby acknowledges and agrees that it is at SemiCab's sole and exclusive discretion to withhold payment in full or any portion thereof due to Carrier, if Carrier fails to meet or strictly abide by the terms and conditions of this Agreement or any Rate Confirmation.  Events under which SemiCab may withhold full or partial payment to Carrier include, but are not limited to, missed or delayed pick-up appointments or delivery dates, failure to comply with shipping instructions, failure to provide proof of delivery, failure to provide a clear and legible bill of lading, failure to provide receipts for any lumper or unloading fees, or shipments where there is a cargo loss or damage claim, a breach of the Re-Brokering or Non-solicitation provisions.  Carrier acknowledges and agrees that its failure to pick up a load that it agreed to accept does not relieve Carrier from liability as defined herein. Any claim for nonpayment, underpayment, or undercharges must be presented to SemiCab within one hundred and eighty (180) days from the date the freight was delivered. Carrier hereby waives any rights it has to payment for freight charges arising under this Agreement, should Carrier fail to present SemiCab with an invoice or written request for payment within one hundred and eighty (180) days from the date the freight was delivered.  Carrier must bring a civil action to recover charges for transportation services provided by Carrier within (18) months from date of shipment.  SemiCab will use commercially reasonable efforts to identify and inform Carrier of any overcharge claims to Carrier within one hundred and eighty (180) days from the date SemiCab receives Carrier's Freight Bill, except that claims for unidentified or duplicate payments may be presented at any time.  SemiCab must bring a civil action to recover overcharges, unidentified payments, or duplicate



Initial          Initial

2

payments within eighteen (18) months from the date SemiCab receives a written declination of its claim from Carrier.

9.      **Insurance Evidence.** Carrier agrees to obtain any insurance coverages required by any government body for the types of transportation and related services specified in Rate Confirmations received from SemiCab. All insurance required by this Agreement must be written by an insurance company having a Best's rating of "A+" or better and must be authorized to do business under the laws of the state(s) or province(s) in which Carrier provides the transportation and related services as specified in Rate Confirmations received from SemiCab. Carrier's insurance shall be primary and required to respond and pay prior to any other available coverage. Carrier agrees that Carrier, Carrier's insurer(s), and anyone claiming by, through or under Carrier shall have no claim, right of action, or right of subrogation against SemiCab, SemiCab's affiliates, or any Customer based on any loss or liability insured under the insurance stipulated herein. Carrier represents and warrants that it will continuously fulfill the requirements of this Section throughout the duration of this Agreement.

SemiCab shall be notified in writing by Carrier's insurance company at least thirty (30) days prior to the cancellation, change or non-renewal of the submitted insurance policies. Carrier shall at all times during the term of this Agreement have and maintain in full force and effect, at its expense, (i) Broad Form Motor Truck Cargo insurance or a superior equivalent, with limits of not less than US$100,000 per shipment, a deductible no greater than US$10,000 per shipment and at least the same coverage limit and deductible per shipment while in storage or at a storage facility enroute to the consignee, (ii) Commercial Automobile Liability insurance with a combined single limit of not less than US$1,000,000 per occurrence and without aggregate limits, for all owned and/or contracted vehicles  (iii) Commercial General Liability insurance with a limit of not less than US$1,000,000 per occurrence, (iv) Workers' Compensation insurance in the amounts required by statute, and Employer's Liability insurance with limits not less than US$500,000 per occurrence, and (v) if Carrier provides transportation services for hazardous materials under DOT regulations, public insurance required for the commodity transported under 49 C.F.R. § 387.7 and 387.9 (or successor regulations thereto).

Carrier shall, prior to providing transportation and related services pursuant to this Agreement, name SemiCab as an additional insured.

When Carrier provides transportation services that involve origins and destinations solely within Canada, Carrier shall be current in its remittances to the appropriate Workers' Compensation Board of the Carrier's province, shall provide a certificate issued by the appropriate Workers' Compensation Board of the Carrier's province certifying that the Carrier is not delinquent and is current in its remittances to that authority, and shall have such other insurance or higher coverage limits required by applicable Canadian national or provincial law or regulation.

Insurance will meet or exceed the requirements of federal, state and/or provincial regulatory bodies having jurisdiction over Carrier's performances pursuant to this agreement. During this Agreement's term, the insurance policies required hereunder and any replacement policies will (i) insure the interests of SemiCab and, (ii) cover all drivers, equipment, vehicles and cargo used in providing transportation services and (iii) not contain any exclusions or restrictions as to: (a) designated premises or project, (b) pertaining to unattended vehicles, equipment or cargo, (c) for unscheduled vehicles, equipment, drivers or cargo, (d)

JR
_____
Initial

SN
_____
Initial

3

for fraud or infidelity, (e) geographical location in the United States, or (f) for a particular radius of operation.

In addition, SemiCab will provide copies of all freight, brokerage, and transportation related insurance and coverages to Carrier, and evidence of required legal limit coverages under FMCSA standings.

10.    **Carrier Moving Perishables.** Carrier warrants that it will inspect or hire a service representative to inspect a vehicle's refrigeration or heating unit at least once each month.  Carrier warrants that it shall maintain a record of each inspection of refrigeration or heating unit and retain the records of the inspection for at least one year. Copies of these records must be provided upon request to the Carrier's insurance company and SemiCab.

Carrier warrants that it will be responsible for following temperature instructions on any applicable Bills of Lading.

Carrier warrants that it will maintain adequate fuel levels for the refrigeration or heating unit and assume full liability for claims and expenses incurred by the SemiCab or the shipper for failure to do so.

Carrier warrants that it will be responsible for any damages related to the temperature setting of any refrigeration or heating unit and further warrants that any cargo insurance held will not have an exclusion for such Carrier negligence.

Carrier shall provide their cargo insurance carrier with all records that relate to a loss and permit copies and abstracts to be made from them upon request.

11.    **Shipping Document Execution.** Carriers are to be named on the bill of lading as the "carrier of record."  If SemiCab is named on a bill of lading it is solely for convenience and SemiCab will not be considered a party to that bill of lading.  SemiCab shall be shown as the third party payer of all freight charges.

12.    **Indemnification.** CARRIER WILL INDEMNIFY, DEFEND AND HOLD HARMLESS SEMICAB, SEMICAB'S AFFILIATES AND ANY CUSTOMERS (AS INTENDED THIRD PARTY BENEFICIARIES) FROM ANY AND AGAINST ALL LOSSES (as defined below) ARISING OUT OF OR IN CONNECTION WITH THE TRANSPORTATION SERVICES PROVIDED UNDER THIS AGREEMENT, INCLUDING THE LOADING, UNLOADING, HANDLING, TRANSPORTATION, POSSESSION, CUSTODY, USE OR MAINTENANCE OF CARGO OR EQUIPMENT OR PERFORMANCE OF THIS AGREEMENT (INCLUDING BREACH HEREOF) BY CARRIER OR ANY CARRIER REPRESENTATIVE. IT IS THE INTENT OF THE PARTIES THAT THIS PROVISION BE CONSTRUED TO PROVIDE INDEMNIFICATION TO SEMICAB, SEMICAB'S AFFILIATES AND ANY CUSTOMERS TO THE MAXIMUM EXTENT PERMITTED BY LAW. IF THIS PROVISION IS FOUND IN ANY WAY TO BE OVERBROAD, IT IS THE PARTIES INTENT THAT THIS PROVISION BE ENFORCED TO ALLOW INDEMNIFICATION TO THE MAXIMUM EXTENT PERMISSABLE.



|  DS  |  DS  |
|------|------|
| JR   | SN   |
| Initial | Initial |

DocuSign Envelope ID: 5871C70F-131F-43B5-A59E-D8D7E905B4D9

CARRIER FURTHER AGREES THAT ITS OBLIGATION TO INDEMNIFY, DEFEND AND HOLD HARMLESS SEMICAB, SEMICAB'S AFFILIATES AND ANY CUSTOMERS (AS INTENDED THIRD PARTY BENEFICIARIES OF ALL INDEMNITY, DEFENSE AND HOLD HARMLESS OBLIGATIONS) SHALL IN NO WAY BE LIMITED TO THE COVERAGE LIMITS OF THE INSURANCES PROCURED IN COMPLIANCE WITH SECTION 9 OF THIS AGREEMENT.

"Losses" mean any and all losses, liabilities, obligations, personal injury, bodily injury, property damage, loss or theft of property, damages, penalties, actions, causes of action, claims, suits, demands, costs and expenses of any nature whatsoever, including reasonable attorneys' and paralegals' fees and other costs of defense, investigation and settlement, costs of containment, cleanup and remediation of spills, releases or other environmental contamination and costs of enforcement of indemnity obligations.

13. **Carrier's Cargo Liability.** Carrier assumes liability as a common carrier for the full liability for the greater of replacement cost or invoice value for loss, damage or destruction of any and all goods or property tendered to Carrier by SemiCab, while under Carrier's care, custody or control. Carrier shall inspect each load at the time it is tendered to Carrier to assure its condition. If Carrier is tendered a load which is not in suitable condition, it shall notify SemiCab immediately. Cargo which has been tendered to Carrier intact and released by Carrier in a damaged condition, or lost or destroyed subsequent to such tender to Carrier, shall be conclusively presumed to have been lost, damaged or destroyed by Carrier unless Carrier can establish otherwise by clear and convincing evidence. Carrier shall either pay SemiCab directly or allow SemiCab to deduct from the amount SemiCab owes Carrier, Customer's full actual loss, or the amount determined by SemiCab. Carrier agrees that it will assert no lien against cargo transported hereunder. SemiCab shall deduct from the amount SemiCab otherwise owes Carrier, the Customer's full actual loss of all claims that are not resolved within ninety (90) days of the date of the claim. Carrier agrees to indemnify SemiCab for any payments made hereunder. In the event of an accident, Carrier shall notify SemiCab immediately for further instructions. Carrier shall return all damaged shipments at its expense to the point of origin or to other points as instructed by SemiCab.

14. **Loss and Damage Claims & Liability Limits.** Carrier shall comply with 49 C.F.R. §370.1 et seq. and any amendments and/or any other applicable regulations adopted by the Federal Motor Carrier Safety Administration, U.S. Department of Transportation, or any applicable state regulatory agency, for processing all loss and damage claims. Notwithstanding the terms of 49 CFR 370.9, Carrier shall pay, decline or make settlement offers in writing on all cargo loss or damage claims within 30 days of receipt of the claim. Failure of Carrier to pay, decline or offer settlement within this 30-day period shall be deemed an admission by the Carrier of full liability for the amount claimed and a material breach of this Agreement. EXCEPT AS OTHERWISE SET FORTH HEREIN, IN NO EVENT SHALL EITHER PARTY'S AGGREGATE LIABILITY ARISING OUT OF OR RELATED TO THIS AGREEMENT (WHETHER IN CONTRACT OR TORT OR UNDER ANY OTHER THEORY OF LIABILITY) EXCEED THE TOTAL AMOUNT OF FEES PAID OR OWING HEREUNDER IN THE TWELVE (12) MONTHS PRECEDING THE INCIDENT. FURTHER, EXCEPT AS OTRHERWIS AGREED HEREIN, NEITHER PARTY SHALL BE LIABLE HEREUNDER FOR CONSEQUENTIAL, INCIDENTAL, INDIRECT, LOST REVENUES, LOST PROFITS, SPECIAL, PUNITIVE OR EXEMPLARY DAMAGES (WHETHER IN CONTRACT OR TORT OR UNDER ANY OTHER THEORY OF LIABILITY). Notwithstanding anything to the contrary contained herein, this Agreement does not limit liability due to death or personal injury caused by gross negligence, liability due to

| JR | SN |
|----|----|
| Initial | Initial |

fraudulent misrepresentations or willful misconduct; or obligations or liabilities set forth in Section 12 Indemnification or payment obligations. Carrier expressly acknowledges that missed delivery appointments may result in fees and penalties by Customers, for which the Carrier shall be expressly liable.

SemiCab is not responsible in any way for the acts and/or omissions of Carriers or their drivers. SemiCab provides a means for shippers and Carriers to rate and review each other and to have those ratings made available to other Users. SemiCab does not express any opinion, nor does SemiCab make any assurances regarding, the truth or accuracy of any SemiCab Platform user reviews or ratings. SemiCab does not regularly monitor or remove reviews or ratings, or any portion thereof, unless they contain content SemiCab deems inappropriate in our sole discretion.

15. **Salvage Claims.** Carrier shall waive any and all rights of salvage or resale of any of Customer's damaged goods and shall, at SemiCab's reasonable request and direction, promptly return or dispose, at Carrier's cost, any and all of Customer's damaged goods transported by Carrier. Carrier shall not under any circumstance allow Customer's goods to be sold or made available for sale or otherwise disposed of in any salvage markets, employee stores, or any other secondary outlets. In the event that damaged goods are returned to Customer and salvaged by Customer, Carrier shall receive a credit for the actual salvage value of such goods.

16. **Law and Integration.** This Agreement, together with any Rate Confirmation, contains the entire agreement between the parties and may only be modified by signed written agreement. The legal relations between the parties shall be governed and construed in accordance with the laws of the United States where applicable and otherwise by the laws of the state of Georgia, excluding any conflicts-of-law rule or principle that might refer construction of such provisions to the laws of another jurisdiction.  Venue for any action involving any dispute arising under this Agreement shall lie in the United States District Court for the Northern District of Georgia, to the exclusion of all other federal and state courts, or in the event that jurisdiction does not exist in federal court the appropriate state court in Atlanta, Georgia.

Carrier agrees that if there is any conflict between the terms of this Agreement and a Rate Confirmation, the terms of this Agreement will control.

17. **Safety Rating and Operating Authority.** Carrier shall maintain at all times a "Satisfactory" U.S. DOT safety rating and requisite operating authority.

18. **Confidentiality Obligations.** Carrier acknowledges that in carrying out this Agreement, it will learn proprietary information about SemiCab and its business, including its rates, services, personnel, computer systems, Customers, traffic volumes, origins and destinations, commodity types, shipment information and business practices (the "***information***"). During this Agreement's term and for 12 months after its termination, Carrier will hold the Agreement's provisions and information in confidence, restrict disclosure to those Carrier Representatives with a need to know, and not use the information to SemiCab's competitive detriment or for any purpose except as contemplated hereby. Carrier may disclose information to the extent required by a governmental agency or under a court order, provided that Carrier notifies SemiCab of such requirements before disclosure.



Initial          Initial

DocuSign Envelope ID: 5871CZ0F-131F-43B5-A59E-D8D7E905B4D9

19.    **Intellectual Property.** SemiCab owns intellectual property rights in and to the SemiCab Platform, including but not limited to the site, platform, including all related software and servers, in and to our trademarks, service marks, trade names, logos, domain names, taglines and trade dress (collectively, the **"*Marks*"**). Users acknowledge and agree that SemiCab owns all right, title, and interest in and to the SemiCab Platform, including all intellectual property rights therein. Users understand and agree that without a written license agreement with SemiCab, users may not make any use of the Marks. Except as expressly granted in this Agreement, all rights, title and interest in and to the SemiCab Platform, and in and to the Marks are reserved by SemiCab. SemiCab reserves the right, at any time, to modify, suspend, or discontinue the Service or any part thereof with or without notice. You agree that SemiCab will not be liable to you or to any third party for any modification, suspension, or discontinuance of the Service or any part thereof. SemiCab may create anonymous data records ("***Anonymous Data***") from user content by using commercially reasonable efforts to exclude any and all information (such as company name) that makes the data identifiable to you. SemiCab may use and disclose Anonymous Data for any purpose, including improving the SemiCab Platform. The Service might contain links to third party websites, services, and advertisements for third parties (collectively, "***Third Party Sites***"). Such Third Party Sites are not under the control of SemiCab and SemiCab is not responsible for any Third Party Sites. SemiCab does not review, approve, monitor, endorse, warrant, or make any representations with respect to Third Party Sites. You use all Third Party Sites at your own risk. You should make whatever investigation you feel necessary or appropriate before proceeding with any transaction in connection with such Third Party Sites. Location data provided by the Service is for basic location purposes only and is not intended to be relied upon in situations where precise location information is needed or where erroneous, inaccurate or incomplete location data may lead to death, personal injury, property or environmental damage, or other loss. Neither SemiCab, nor any of its content providers, guarantees the availability, accuracy, completeness, reliability, or timeliness of location data displayed by the SemiCab Platform, whether provided by SemiCab, third party content providers, or Users.  Geolocational data that you upload, provide, or post on the SemiCab Platform may be accessible to certain users of the SemiCab Platform. You assume any and all risk of providing such data to other users of the SemiCab Platform.

20.    **Non-solicitation of Customers.** During this Agreement's term and for 12 months after its termination, Carrier will not, and will cause the Carrier Representatives not to, directly or indirectly solicit or provide transportation services to any Customer without SemiCab's prior written consent if (a) that Customer first became known to Carrier as a result of SemiCab's engagement of Carrier, (b) the type of transportation services, such as the origins and destinations served or commodity types, provided to that Customer first became known to Carrier as a result of SemiCab's engagement of Carrier or (c) the first shipment transported by Carrier for that Customer was tendered to Carrier by SemiCab. If Carrier or any Carrier Representative solicits a Customer in violation of this Section, Carrier shall be jointly and severally liable with the third party to SemiCab for each such violation of this Agreement in an amount equal to 20% of all revenues paid for transportation services provided by Carrier to such Customer.

21.    **Savings Clause.** If any provision of this Agreement or any Rate Confirmation is held to be invalid, the remainder of the Agreement or the Rate Confirmation shall remain in force and effect with the offensive term or condition being stricken to the extent necessary to comply with any conflicting law.

22.    **Force Majeure.** Neither party shall be liable for any delay or default in performing its obligations properly, and all possible outcomes caused by conditions beyond its control including, but not limited to

Initial        Initial

such circumstances as: natural disasters (fires, inundations, earthquakes, hurricanes and similar), industrial and traffic catastrophes; civil disturbances; war actions; strikes; insurrections; terrorist acts; Government restrictions (including the denial or cancellation of any necessary permits), and any other cause beyond the reasonable control of the party whose performance is affected, when these causes could not been forecasted and/or avoided even by taking all possible precautions from the side of the party concerned.

**Agreement Term.**  This Agreement shall be for a period of one (1) year and shall be automatically renewed unless cancelled. Either Party may terminate this Agreement or any Rates and Destination Addendum upon, 30 days of written notice in case of loss of business OR 30 days of written notice in case of availability of other competitive pricing in the market, after the other Party is given the opportunity to price-match and it fails to do so OR 15 days of written notice in case of non-performance or non-compliance of terms of this Agreement by the other Party and if such other Party fails to remedy such non-performance and non-compliance.

23.    **Warranty of Authorized Signatures.** The parties hereto each represent and warrant that they have full power and authority to enter into and execute this Agreement, and the individuals executing this Agreement on behalf of the said parties each represent and warrant that (a) they have full authority to execute this Agreement on behalf of the business entity for which they so executed same; and (b) they are acting within the course and scope of such authority in executing this Agreement.

DocuSigned by:

*Jagan Reddy*                           5/9/2022
AA44E813733E4DC...
SEMICAB                                       Date

By: CCO

Print Name: Jagan Reddy

Witness: _____

DocuSigned by:

[signature]                              5/6/2022
D8A5AE17E71E485...
CARRIER                                       Date

By: Owner - Noerr Trucking CFO Norlin

Print Name: Scott Noerr

Witness: _____



8

## APPENDIX A
## RATE SCHEDULE INFORMATION

### I.  DAY RATE

Trucks contracted and available during the week are billable regardless of loads scheduled.
- Guaranteed availability of 5 units, 5 days/week, Monday-Friday.
- Guaranteed availability of 3 trailers available per truck unit.
- Day rate of $1160 + FSC for all miles run.
- Fuel surcharge will be based on the current National U.S. average USD per gallon "U.S.  On-Highway Diesel Fuel Price" as specified by the U.S. Department of Energy (D.O.E) on http://www.eia.gov/petroleum/gasdiesel/or such replacement or successor website. Any increase or decrease in the Fuel Rate will take effect at one minute after midnight on each Tuesday following the scheduled Department of Energy (D.O.E.) announcement of the National U.S. Average on Monday. If a Monday is a federal holiday, increases and decreases will take place at one minute after midnight on the following Wednesday.
- Weekly billing, Net 15 payables, monthly toll billing if any.

### II.  RULES

All detention / accessorial charges billed by SemiCab are outside the purview of this contract.

### III.  FSC RATES

| From | To | Surcharge | | From | To | Surcharge |
|------|-----|-----------|---|------|-----|-----------|
| $ 1.360 | $ 1.419 | $      - | | $ 3.700 | $ 3.759 | $ 0.39 |
| $ 1.420 | $ 1.479 | $ 0.01 | | $ 3.760 | $ 3.819 | $ 0.40 |
| $ 1.480 | $ 1.539 | $ 0.02 | | $ 3.820 | $ 3.879 | $ 0.41 |
| $ 1.540 | $ 1.599 | $ 0.03 | | $ 3.880 | $ 3.939 | $ 0.42 |
| $ 1.600 | $ 1.659 | $ 0.04 | | $ 3.940 | $ 3.999 | $ 0.43 |
| $ 1.660 | $ 1.719 | $ 0.05 | | $ 4.000 | $ 4.059 | $ 0.44 |
| $ 1.720 | $ 1.779 | $ 0.06 | | $ 4.060 | $ 4.119 | $ 0.45 |
| $ 1.780 | $ 1.839 | $ 0.07 | | $ 4.120 | $ 4.179 | $ 0.46 |
| $ 1.840 | $ 1.899 | $ 0.08 | | $ 4.180 | $ 4.239 | $ 0.47 |
| $ 1.900 | $ 1.959 | $ 0.09 | | $ 4.240 | $ 4.299 | $ 0.48 |
| $ 1.960 | $ 2.019 | $ 0.10 | | $ 4.300 | $ 4.359 | $ 0.49 |
| $ 2.020 | $ 2.079 | $ 0.11 | | $ 4.360 | $ 4.419 | $ 0.50 |
| $ 2.080 | $ 2.139 | $ 0.12 | | $ 4.420 | $ 4.479 | $ 0.51 |
| $ 2.140 | $ 2.199 | $ 0.13 | | $ 4.480 | $ 4.539 | $ 0.52 |
| $ 2.200 | $ 2.259 | $ 0.14 | | $ 4.540 | $ 4.599 | $ 0.53 |
| $ 2.260 | $ 2.319 | $ 0.15 | | $ 4.600 | $ 4.659 | $ 0.54 |
| $ 2.320 | $ 2.379 | $ 0.16 | | $ 4.660 | $ 4.719 | $ 0.55 |
| $ 2.380 | $ 2.439 | $ 0.17 | | $ 4.720 | $ 4.779 | $ 0.56 |
| $ 2.440 | $ 2.499 | $ 0.18 | | $ 4.780 | $ 4.839 | $ 0.57 |
| $ 2.500 | $ 2.559 | $ 0.19 | | $ 4.840 | $ 4.899 | $ 0.58 |
| $ 2.560 | $ 2.619 | $ 0.20 | | $ 4.900 | $ 4.959 | $ 0.59 |



Initial



Initial

| | | | | | | |
|---|---|---|---|---|---|
| $ | 2.620 | $ | 2.679 | $ | 0.21 |
| $ | 2.680 | $ | 2.739 | $ | 0.22 |
| $ | 2.740 | $ | 2.799 | $ | 0.23 |
| $ | 2.800 | $ | 2.859 | $ | 0.24 |
| $ | 2.860 | $ | 2.919 | $ | 0.25 |
| $ | 2.920 | $ | 2.979 | $ | 0.26 |
| $ | 2.980 | $ | 3.039 | $ | 0.27 |
| $ | 3.040 | $ | 3.099 | $ | 0.28 |
| $ | 3.100 | $ | 3.159 | $ | 0.29 |
| $ | 3.160 | $ | 3.219 | $ | 0.30 |
| $ | 3.220 | $ | 3.279 | $ | 0.31 |
| $ | 3.280 | $ | 3.339 | $ | 0.32 |
| $ | 3.340 | $ | 3.399 | $ | 0.33 |
| $ | 3.400 | $ | 3.459 | $ | 0.34 |
| $ | 3.460 | $ | 3.519 | $ | 0.35 |
| $ | 3.520 | $ | 3.579 | $ | 0.36 |
| $ | 3.580 | $ | 3.639 | $ | 0.37 |
| $ | 3.640 | $ | 3.699 | $ | 0.38 |

| | | | | | | |
|---|---|---|---|---|---|
| $ | 4.960 | $ | 5.019 | $ | 0.60 |
| $ | 5.020 | $ | 5.079 | $ | 0.61 |
| $ | 5.080 | $ | 5.139 | $ | 0.62 |
| $ | 5.140 | $ | 5.199 | $ | 0.63 |
| $ | 5.200 | $ | 5.259 | $ | 0.64 |
| $ | 5.260 | $ | 5.319 | $ | 0.65 |
| $ | 5.320 | $ | 5.379 | $ | 0.66 |
| $ | 5.380 | $ | 5.439 | $ | 0.67 |
| $ | 5.440 | $ | 5.499 | $ | 0.68 |
| $ | 5.500 | $ | 5.559 | $ | 0.69 |
| $ | 5.560 | $ | 5.619 | $ | 0.70 |
| $ | 5.620 | $ | 5.679 | $ | 0.71 |
| $ | 5.680 | $ | 5.739 | $ | 0.72 |
| $ | 5.740 | $ | 5.799 | $ | 0.73 |
| $ | 5.800 | $ | 5.859 | $ | 0.74 |
| $ | 5.860 | $ | 5.919 | $ | 0.75 |
| $ | 5.920 | $ | 5.979 | $ | 0.76 |
| $ | 5.980 | $ | 6.039 | $ | 0.77 |



Initial        Initial

<u>**APPENDIX B**</u>

**SemiCab's Collaborative Transportation Platform Requirements**

Carrier shall comply with the below requirements ("***SemiCab Platform Requirements***"). These SemiCab Platform Requirements (also referred to as "***Appendix B***") may be revised from time to time, and such revisions shall be effective 30 days after written and/or electronic notification by SemiCab to Carrier. Carrier's failure to comply with the SemiCab Platform Requirements may result in delayed payment or rejected invoices. This Appendix B to the SemiCab Carrier Agreement (the "***Agreement***"), describes the terms by which SemiCab offers to you, as a Carrier, access to SemiCab's website (the "***Site***") and the associated platform and services owned and operated by SemiCab (the "***SemiCab Platform***").

This Appendix B sets forth the terms for use of the Service by Carriers, including the terms governing transportation services provided by Carriers. By registering with SemiCab or by accessing or using the Service, you are accepting these terms, on behalf of yourself or the company, entity or organization that you represent, and you represent and warrant that you have the right, authority, and capacity to enter into this Agreement, on behalf of yourself or the company, entity or organization that you represent. You may not access or use the Service or accept this Agreement if you are not at least 18 years old. Please read this Agreement carefully before using the Service. Use of the Service is conditioned on your agreement to all of the terms and conditions contained in the Agreement, including the policies and terms linked to or otherwise referenced in the Agreement, all of which are hereby incorporated into the Agreement. IF YOU DO NOT SO AGREE, YOU SHOULD DECLINE THIS AGREEMENT, IN WHICH CASE YOU ARE PROHIBITED FROM ACCESSING OR USING THE SERVICE.

1. **Tendering Management**

   SemiCab approves the Carrier's access to the Site and the SemiCab Platform in furtherance of its provision of the Services on behalf of SemiCab and/or Customers. It is agreed that the Carrier will provide the Services to SemiCab and/or Customers in accordance with these terms & conditions. These terms & conditions take precedence over any previous agreement between SemiCab and the Carrier. The Carrier acknowledges and agrees that SemiCab makes no promises or representations whatsoever as to the amount of business that the Carrier can expect at any time and no minimum volume of business is agreed unless otherwise expressly set forth in the Agreement.

   Carrier is a professional provider of transportation and related services. Upon registering with the Service, Carrier shall provide SemiCab: (i) a copy of your FMCSA Operating Authority; (ii) a completed W-9 form; and (iii) proof of insurance as described in the Agreement. Carrier will only use vehicles suitable for carrying out transport in accordance with all legal and official regulations and that all necessary permits and licenses required for undertaking the transport are available for inspection upon request. Carrier will operate and maintain in satisfactory and safe working condition all motor vehicles, trailers and allied equipment necessary to perform transportation services and have a 24-hour breakdown and tire service on their vehicles. All vehicles used for transportation services shall be clean, odor free, dry, leak proof and free of contamination – No split/missing floorboards; No protruding nails/screws etc.; All fastening present and working on curtains. All vehicles required for temperature control movements will be able to provide a

<table>
<tr><td>JK</td><td>SN</td></tr>
<tr><td>Initial</td><td>Initial</td></tr>
</table>

11

temperature readout within two (2) days of delivery if requested: (i) goods cannot be transshipped without prior approval by SemiCab and (ii) if a transship approval is provided by SemiCab, goods transshipped must be probed during and after transshipment to confirm no variation in temperature. Carrier agrees that goods are not to be left unattended if not in secure CCTV parking areas – including fences, lights, guards, control access. Carrier agrees that all trailers will be fitted with security measures, including but not limited to padlocks and seals and all drivers are employees of the Carrier and are entitled to carry out work in compliance with the legal regulations of all transiting countries, in particular where it concerns the employment of foreign nationals.

Carrier will ensure that its employees, contractors, subcontractors, agents and other representatives ("***Personnel***") have sufficient skill, experience and ability to perform the Services. Carrier will utilize a background check agency acceptable to SemiCab to complete a background check on all Personnel prior to assigning them to perform the Services. Carrier will perform background checks which meet or exceed the requirements contained in law. Carrier will only assign Personnel to perform the Services that have successfully passed such background checks. Carrier will further ensure that its drivers appear friendly, well dressed and conduct themselves in an appropriate manner. The driver will never drink and drive. The driver will never use illegal substances that could impair his driving abilities.

SemiCab is entitled to make enquiries regarding its operator's license, insurance and other legal documentation and the Carrier will provide copies upon request. Carrier's trucks may be audited by SemiCab or SemiCab customers at any time to confirm the above conditions are met. (Quality, safety, environment, working time and to check the condition of trucks on the road). Carrier's drivers are instructed to check that loads are secure before departure and no illegal immigrants or contraband are being carried. Carrier shall give SemiCab access to its ELD and GPS systems so that SemiCab can see the truck position online at all time. Carrier shall keep informed the SemiCab account manager about delays and problems as soon as is possible and give updates at least twice per day regarding working hours and break requirements.

SemiCab may contact Carrier' drivers, partners and any third parties shared by the Carrier, through various methods such as phone, email, text messages and push notifications. The purpose of the communication includes, but is not limited to registration, onboarding, shipment and location updates, and providing platform feature updates. Carrier will use all reasonable efforts to recognize poor drivers and appropriate action shall be taken to improve their quality (on-time) or quantity (distance) performance. Carrier shall specifically follow any written transport instructions provided by SemiCab or SemiCab customers. The Carrier agrees and understands that penalties may be payable by them where these instructions have not been correctly followed. In the event there is inconsistency in any instructions provided to the Carrier, it shall be the Carrier's responsibility to contact SemiCab in order to confirm the correct instructions. Carrier shall provide proof of delivery and invoice with SemiCab's load reference number within 48 hours after delivery and email such documentation to the SemiCab accounts department at the address provided by SemiCab, with originals available upon request. Carrier shall replace the trucks when there are problems or delays with planned trucks / loads to keep SemiCab collections and deliveries on time.



Initial          Initial

Carrier shall not subcontract any work given by SemiCab without the prior written permission of SemiCab. When such permission is granted in writing by SemiCab, the Carrier shall remain fully responsible for the acts and omissions of any subcontractor. Carrier must inform SemiCab as soon as reasonably practicable of any need to take a truck back for service or other commitment, before it is planned to take a load. Removal of a truck already planned with a customer load may result in the Carrier being charged any additional costs to cover the load with a replacement truck. Carrier acknowledges and agrees that where goods are transported on behalf of SemiCab customers, SemiCab is acting as agent only on behalf of the relevant Customer and has no responsibility for the nature or content of any goods consigned by that Customer. Carrier agrees that, notwithstanding the use of any subcontracted carriers, Carrier will remain directly responsible to fully indemnify SemiCab in respect of any liability and/or costs and/or expenses incurred by SemiCab by reason of any claim arising out of any carriage for which Carrier is engaged by SemiCab.

Carrier shall not, without the written prior consent of SemiCab, use in advertising, publicity or otherwise the name of SemiCab or any affiliated companies, nor any trade name, trademark, service mark, logo, image, trade device or simulation thereof owned by SemiCab or any affiliated companies.

Carrier acknowledges that unless agreed otherwise, SemiCab will not be responsible for customs clearance of goods transported by the Carrier under a contract subject to these terms & conditions. Carrier acknowledges that SemiCab will not be the consignee of the goods which will be transported by the Carrier under a contract subject to these terms & conditions. Carrier acknowledges and agrees to comply with the US Anti-Corruption Law.

Carrier shall comply with any and all instructions regarding the handling of the Shipment which are communicated to Carrier by Shipper or SemiCab, whether pursuant to the Service, on the applicable bill of lading, or via other load tender documentation provided to the Carrier. In addition, Carrier shall, and shall cause its drivers, to comply with facility rules in effect at any locations where Carrier is performing pick-up or delivery services.  Carrier understands and agrees that SemiCab, from time to time, enters into master transportation contracts or like documents with certain shippers. Such contracts often provide that their terms preempt and govern over any term within a bill of lading or other shipping document that conflicts or is otherwise inconsistent with the contracts. To the extent any transport you undertake hereunder is governed by a contract between SemiCab and a shipper containing such a clause, you agree that any bill of lading or other document you issue shall be subordinate to and preempted by such contract's terms. SemiCab will advise you on request as to whether any such master transportation contract or like document containing a preemptive clause exists with respect to specific shipments you undertake. Carrier further understands and agrees that such contracts or like documents may contain terms restricting the extent to which you may be entitled to collected charges for accessorial and ancillary services, in which event SemiCab will not pay related charges notwithstanding any advance notice.

Carrier acknowledges and agrees to comply with SemiCab Privacy Policy, as may be amended from time to time. A copy of the policy can be found **HERE.**



Initial          Initial

DocuSign Envelope ID: 5871C705-131F-43B5-A59E-D8D7E905B4D9

Tenders for shipments generated via SemiCab Platform shall be handled and processed exclusively through SemiCab Platform.

Carrier shall respond by either accepting or rejecting the tender, via SemiCab Platform, within 24 hours from notification of a new tender.

Carrier will submit weekly invoices to SemiCab by Wednesday of the following week.

2. **Pick-up and Delivery Times**

Prior to initiating each delivery, SemiCab shall coordinate all pick-up and delivery dates and times with Shipper's Operations and SemiCab Platform to obtain a shipment ID from Shipper. A valid shipment ID is required for all transportation services performed by Carrier prior to completing the shipment. Shipper reserves the right to cancel and not pay for any charges related to transportation services performed by a Carrier without first obtaining a valid shipment ID or which are otherwise not authorized in accordance with the guidelines and requirements set forth herein.

3. **Event Management**

During performance of any Order, Carrier shall monitor and update the shipments in real time by reporting the following milestones (gating events) through SemiCab Platform (via the mobile application described herein):
    (a) Arrived at Origin;
    (b) Departed from Origin;
    (c) Arrived at Destination;
    (d) Unloaded at Destination; and
    (e) Departed from Destination

Carrier acknowledges that Shipper will not recognize arrival at origin until the designated appointment time. Carrier also acknowledges that Shipper shall not approve demurrage if such time is not captured within the mobile application or if the demurrage arises from or is in some way related to gating events that are outside the reasonable boundaries of the move

4. **Freight Billing Management**

Carrier shall validate the invoice using only actual shipment data captured through AP. Carrier shall submit the invoice by Wednesday of the following week as follows: (i) submit as is, with no changes; or (ii) submit for review and approval with changes.

5. **Requirements for Internet, Smart Phone, and Mobile Application**

To facilitate proper operation of SemiCab Platform (including the mobile application), Carrier shall, at its sole cost and expense:
    o   provide all of its drivers smart mobile devices (Android / IOS) with reliable internet coverage and speeds capable of running the SemiCab Platform mobile application; and

Initial    Initial

- Carrier's driver shall be logged in to the mobile application at all times while performing services for Shipper.
- work with SemiCab on integration of ELDs to SemiCab Platform. PODs will be uploaded for every load delivered via the mobile app on the same day of delivery.

**Use of the smart phone and/or the mobile application is strictly limited to event entry while the vehicle is at a complete stop. Event entry while the vehicle is in motion is prohibited and in violation of the Shipper's Health Safety and Environmental policy, which includes a prohibition from using mobile devices while a vehicle is in motion. Carrier shall release Shipper from any and all liability arising from its failure to comply with the foregoing.**

6. Carrier acknowledges that Shipper may collect data (e.g. data collected through SemiCab Platform) associated with the services provided by Carrier for the purposes of validating services received. Carrier further acknowledges and agrees that Carrier's obligation to comply with all applicable laws, regulations, decrees, codes, ordinances, resolutions, or other acts of any applicable governmental authority (including but not limited to the Department of Transportation) will not be affected by Shipper's collection of such data and Shipper is not responsible for Carrier's compliance with the aforementioned.

7. Restrictions, Intellectual Property & Limitations on Use of the SemiCab Platform

Carrier shall not:

- license, sell, rent, lease, transfer, assign, distribute, host, or otherwise commercially exploit the SemiCab Platform;
- modify, make derivative works of, disassemble, reverse compile or reverse engineer any part of the SemiCab Platform;
- access the SemiCab Platform in order to build a similar or competitive service; and
- except as expressly stated herein, no part of the SemiCab Platform may be copied, reproduced, distributed, republished, downloaded, displayed, posted or transmitted in any form or by any means.

Carrier agrees not to use the SemiCab Platform to upload, transmit, display, or distribute any user content that: (a) violates any third-party right, including any copyright, trademark, patent, trade secret, moral right, privacy right, right of publicity, or any other intellectual property or proprietary right; or (b) is unlawful, harassing, abusive, tortious, threatening, harmful, invasive of another's privacy, vulgar, defamatory, false, intentionally misleading, trade libelous, pornographic, obscene, patently offensive (e.g., material that promotes racism, bigotry, hatred, or physical harm of any kind against any group or individual) or otherwise objectionable material of any kind or nature or which is harmful to minors in any way. In addition, you agree not to use the SemiCab Platform to: (a) upload, transmit, or distribute any computer viruses, worms, or any software intended to damage or alter a computer system or data; (b) send unsolicited or unauthorized advertising, promotional materials, junk mail, spam, chain letters, pyramid schemes, or any other form of duplicative or unsolicited messages, whether commercial or otherwise; (c) harvest, collect, gather or assemble information or data regarding other users,

Initial   Initial

15

DocuSign Envelope ID: 5871CZ05-131F-43B5-A59E-D8D7E905B4D9

including e-mail addresses, without their consent; (d) interfere with, disrupt, or create an undue burden on servers or networks connected to the SemiCab Platform or violate the regulations, policies or procedures of such networks; (e) attempt to gain unauthorized access to the SemiCab Platform, other computer systems or networks connected to or used together with the SemiCab Platform, through password mining or other means; (f) harass or interfere with another user's use and enjoyment of the SemiCab Platform; or (g) introduce software or automated agents or scripts to the SemiCab Platform so as to produce multiple accounts, generate automated searches, requests and queries, or to strip, scrape, or mine data from the SemiCab Platform. SemiCab reserves the right to review any user content, investigate, and /or take appropriate action against you in its sole discretion, including removing or modifying user content, terminating your account, and/or reporting you to law enforcement authorities. However, SemiCab has no obligation, to monitor, modify or remove any user content.



Initial      Initial



**Hill's Pet Nutrition, Inc.**
6180 Sprint Parkway
Overland Park, KS 66211

February 19, 2024

Davison Law Firm
6000 Poplar Ave., Suite 250
Memphis, TN 38119
Attn: Edgar Davison, Esq.

Re:   Letter Dated January 24, 2024 re: Baxter Bailey & Associates v. Hill's Pet Nutrition, Inc.,
      Petsmart, Inc. and Semicab Inc.; Amount $92,877.61 ("Demand Letter")

Dear Mr. Davison,

We are in receipt of the above-referenced Demand Letter pertaining to payment for certain Hill's Pet Nutrition shipments to Petsmart, Inc. performed by Semicab Inc.  In response to your Demand Letter, Hill's Pet Nutrition, Inc. ("Hill's") directs you to contact SemiCab, Inc. ("Semicab") with respect to any payment disputes between such parties.

Hill's shipments with SemiCab are governed under a Master Transportation Services Agreement ("Agreement") pursuant to which use of a Uniform Bill of Lading acts solely as a Receipt evidencing custody, kind, quantity and condition of transported goods.  The Agreement stipulates that except as expressly set forth therein, no Receipt, guide or other document or publication used by SemiCab shall have any application to the transported goods.  Hill's is therefore not subject to any terms and conditions contained in the Uniform Bill of Lading referenced in your Demand Letter.

Further, Hill's is not a party to any agreement with Noerr Trucking, LLC.  Notwithstanding the invalidity of the terms and conditions contained therein, the Receipts issued to by Semicab to Hill's for the shipments in question list Hill's Pet Nutrition, Inc. as the Shipper, Petsmart DC as the Consignee and Semicab as the Carrier; there is no reference to Noerr Trucking LLC anywhere on the Receipt.

For the reasons stated above, Hill's is not liable for any payment obligations Semicab purportedly has with your client.  Hill's affirms it is not in default of any payment obligations to Semicab. Hill's has provided Semicab with a copy of your Demand Letter and is cc'd on this response.


Sincerely,

Marshall McGinnis
Sr. Legal Director


cc:      SemiCab, Inc.
         Attn: Jagan Reddy
         2876 Adam Oaks Ln.
         Marietta, GA 30062



**Scott Noerr <scott@noerr-inc.com>**

## 2 Contracts
7 messages

**Scott Noerr** <scott@noerr-inc.com>                          Fri, Nov 4, 2022 at 1:32 PM
To: Stephen Cabral <stephen.cabral@semicab.com>

Gave you everything you wanted.  I think it works.  Our daily cost is right around $870.  So, with $60 in fuel, 930 is the break even, so $30 gives us not much wiggle room - but at least the trailer costs are now yours!

If we get this signed, I can probably get another 20 trailers within 2 weeks.

Scott

--
Scott Noerr

Noerr Trucking - Owner
Norlin Warehousing - CFO and GM
Office: 717-242-0566 x 3

---

**2 attachments**

📄 **Addendum to Broker Carrier Agreement for Noerr Trucking 11.1.22.pdf**
119K

📄 **Broker Carrier Agreement - Noerr SemiCab - Trailer Lease 11.1.22.pdf**
113K

---

**Stephen Cabral** <stephen.cabral@semicab.com>              Fri, Nov 4, 2022 at 2:04 PM
To: "scott@noerr-inc.com" <scott@noerr-inc.com>
Cc: Jagan Reddy <jagan.reddy@semicab.com>, Vivek Sehgal <vivek.sehgal@semicab.com>

Thanks for working with us on this Scott and for getting back to us so quickly.  Understanding where this leaves you financially was a huge help for me, and I appreciate the partnership.

Overall, looks good with a few changes:

- Miles: changed from all miles, to loaded miles x 2, with a maximum of 20% out of route miles (loaded miles X 2.4)
- Extra Units: Short: $550, Long $750

Please reply and confirm that you accept these changes.

Thanks again,

Stephen

Stephen Cabral

Director, Operations

stephen.cabral@semicab.com



--

[Quoted text hidden]

---

**2 attachments**

 **Addendum to Broker Carrier Agreement for Noerr Trucking 11.1.22_Final Proposed.pdf**
126K

 **Broker Carrier Agreement - Noerr SemiCab - Trailer Lease 11.1.22_Final Proposed.pdf**
113K

---

**Scott Noerr** <scott@noerr-inc.com>                                   Fri, Nov 4, 2022 at 2:09 PM
To: Stephen Cabral <stephen.cabral@semicab.com>
Cc: Jagan Reddy <jagan.reddy@semicab.com>, Vivek Sehgal <vivek.sehgal@semicab.com>

Yes, I approve.  Thanks Stephen.

[Quoted text hidden]

---

**2 attachments**

 **image001.png**
9K

 **image001.png**
9K

---

**Scott Noerr** <scott@noerr-inc.com>                                   Fri, Nov 4, 2022 at 2:15 PM
To: Stephen Cabral <stephen.cabral@semicab.com>
Cc: Jagan Reddy <jagan.reddy@semicab.com>, Vivek Sehgal <vivek.sehgal@semicab.com>

(We might want to note: loaded miles even if cancelled!  They run and get turned away)
[Quoted text hidden]

---

**Stephen Cabral** <stephen.cabral@semicab.com>                         Fri, Nov 4, 2022 at 2:28 PM
To: "scott@noerr-inc.com" <scott@noerr-inc.com>

Have you not been getting paid for miles if cancelled?  Just the day rate and zero miles?

Stephen Cabral

Director, Operations

stephen.cabral@semicab.com

 SemiCab

--

_____

**From:** Scott Noerr <scott@noerr-inc.com>
**Date:** Friday, November 4, 2022 at 2:16 PM
**To:** Stephen Cabral <stephen.cabral@semicab.com>
**Cc:** Jagan Reddy <jagan.reddy@semicab.com>, Vivek Sehgal <vivek.sehgal@semicab.com>
**Subject:** Re: 2 Contracts

(We might want to note: loaded miles even if cancelled!  They run and get turned away)


On Fri, Nov 4, 2022 at 2:09 PM Scott Noerr <scott@noerr-inc.com> wrote:

> Yes, I approve.  Thanks Stephen.
>
>
>
>
> On Fri, Nov 4, 2022, 2:05 PM Stephen Cabral <stephen.cabral@semicab.com> wrote:
>
>> Thanks for working with us on this Scott and for getting back to us so quickly.  Understanding where this leaves you financially was a huge help for me, and I appreciate the partnership.
>>
>>
>> Overall, looks good with a few changes:
>>
>>
>> - Miles: changed from all miles, to loaded miles x 2, with a maximum of 20% out of route miles (loaded miles X 2.4)
>> - Extra Units: Short: $550, Long $750
>>
>>
>> Please reply and confirm that you accept these changes.

Thanks again,

Stephen


Stephen Cabral

Director, Operations

stephen.cabral@semicab.com


**Error! Filename not specified.**

--


---

**From:** Scott Noerr <scott@noerr-inc.com>
**Date:** Friday, November 4, 2022 at 1:32 PM
**To:** Stephen Cabral <stephen.cabral@semicab.com>
**Subject:** 2 Contracts

Gave you everything you wanted.  I think it works.  Our daily cost is right around $870.  So, with $60 in fuel, 930 is the break even, so $30 gives us not much wiggle room - but at least the trailer costs are now yours!


If we get this signed, I can probably get another 20 trailers within 2 weeks.


Scott


--

Scott Noerr


Noerr Trucking - Owner

Norlin Warehousing - CFO and GM

Office: 717-242-0566 x 3

[Quoted text hidden]

---

**Scott Noerr** <scott@noerr-inc.com>                                    Fri, Nov 4, 2022 at 2:30 PM
To: Stephen Cabral <stephen.cabral@semicab.com>

We've just been doing ALL miles - so if we remove that and do loaded miles ... then yes we wouldn't get paid.
[Quoted text hidden]

**Scott Noerr** <scott@noerr-inc.com>                                    Mon, Nov 7, 2022 at 3:03 PM
To: Stephen Cabral <stephen.cabral@semicab.com>

Just pinging you so you don't forget this.

[Quoted text hidden]



Scott Noerr <scott@noerr-inc.com>

## Completed: Please DocuSign: Trailer Interchange & Indemnity Agreement - Draft v1 _Noerr&Global.docx

2 messages

**Stephen Cabral via DocuSign** <dse_NA4@docusign.net>          Sat, Sep 24, 2022 at 6:02 AM
Reply-To: Stephen Cabral <stephen.cabral@semicab.com>
To: Scott Noerr <scott@noerr-inc.com>

## DocuSign

Your document has been completed

VIEW COMPLETED DOCUMENT

**Stephen Cabral**
stephen.cabral@semicab.com

All parties have completed Please DocuSign: Trailer Interchange & Indemnity Agreement - Draft v1 _Noerr&Global.docx.

Hi guys, would you mind signing this temporary interchange agreement to get us through the end of quarter?  This will help us effectively handle any loading issues that arise this week.  Let me know if you have questions.   Thanks!

**Do Not Share This Email**
This email contains a secure link to DocuSign. Please do not share this email, link, or access code with others.

**Alternate Signing Method**
Visit DocuSign.com, click 'Access Documents', and enter the security code:
461769185A674CDE804B28F27B5833F87

**About DocuSign**

Sign documents electronically in just minutes. It's safe, secure, and legally binding. Whether you're in an office, at home, on-the-go -- or even across the globe -- DocuSign provides a professional trusted solution for Digital Transaction Management™.

**Questions about the Document?**

If you need to modify the document or have questions about the details in the document, please reach out to the sender by emailing them directly.

**Stop receiving this email**

Report this email or read more about Declining to sign and Managing notifications.

If you are having trouble signing the document, please visit the Help with Signing page on our Support Center.

 Download the DocuSign App

This message was sent to you by Stephen Cabral who is using the DocuSign Electronic Signature Service. If you would rather not receive email from this sender you may contact the sender with your request.

---

 **Trailer  Interchange & Indemnity Agreement - Draft v1 _Noerr&Global.docx.pdf**
285K

---

**Scott Noerr** <scott@noerr-inc.com>                                    Mon, Sep 26, 2022 at 8:33 AM
To: Rachel Fields <rachel@noerr-inc.com>, Lynne Dutcher <lynne@noerr-inc.com>

Global interchange.
[Quoted text hidden]
--
Scott Noerr

Noerr Trucking - Owner
Norlin Warehousing - CFO and GM
Office: 717-242-0566 x 3

---

 **Trailer  Interchange & Indemnity Agreement - Draft v1 _Noerr&Global.docx.pdf**
285K



Scott Noerr <scott@noerr-inc.com>

## Cost Changes
9 messages

---

**Scott Noerr** <scott@noerr-inc.com>                                      Fri, Jul 15, 2022 at 11:16 AM
To: Stephen Cabral <stephen.cabral@semicab.com>

Stephen,
Call me today when you get a chance.  I'm working from home to prep for vacation next week.  Got some info from Ryder and want to make sure he's talking same pages.

Scott

--
Scott Noerr

Noerr Trucking - Owner
Norlin Warehousing - CFO and GM
Direct - 717-437-0437

---

**Stephen Cabral** <stephen.cabral@semicab.com>                           Fri, Jul 15, 2022 at 4:16 PM
To: Scott Noerr <scott@noerr-inc.com>

Hi Scott,

I just gave you a call but you may already be gone.  Feel free to call me on my cell.

Get Outlook for iOS

**From:** Scott Noerr <scott@noerr-inc.com>
**Sent:** Friday, July 15, 2022 11:16:36 AM
**To:** Stephen Cabral <stephen.cabral@semicab.com>
**Subject:** Cost Changes

[Quoted text hidden]

---

**Scott Noerr** <scott@noerr-inc.com>                                      Fri, Jul 15, 2022 at 5:14 PM
To: Stephen Cabral <stephen.cabral@semicab.com>, Rachel Fields <rachel@noerr-inc.com>

I just wanted you to have this in writing, and thank you for sharing the comparisons with me.

I know I don't have exact numbers given I don't have all the data, but I know we can be somewhat comparable.  Rachel and Lynne are running those numbers early next week and we should have a solid basis early.

Outliers and unknowns to be addressed are:

The detention and stop fees.
Trailer capacity and costs.

Scott

[Quoted text hidden]

---

**Scott Noerr** <scott@noerr-inc.com>                                      Sat, Jul 16, 2022 at 7:25 AM
To: Stephen Cabral <stephen.cabral@semicab.com>, Rachel Fields <rachel@noerr-inc.com>

Worked out the fuel this morning.

Fuel cost - $5.82 / gal, average is 5.7mpg - or $1.02 / mile.
Based on the US FSC sheet we'd get FSC based on $5.568 - national average - or $.70.

So - does that mean Ryder is charging you $928 a day, plus FSC based on actual miles and all those other fees?

Sorry, trying to wrap my head around their contract you shared.  It looks like the day rate of $928 + FSC & fees.  But I could be wrong, just want to clarify.

[Quoted text hidden]

---

**Stephen Cabral** <stephen.cabral@semicab.com>                              Sat, Jul 16, 2022 at 3:05 PM
To: Scott Noerr <scott@noerr-inc.com>, Rachel Fields <rachel@noerr-inc.com>

Thanks for your email, Scott.  I appreciate it.

Yes, here's where I'm looking to get to:

$4,640 guaranteed weekly rate $928/day.  This covers 2,000 mi/week.  Above 2,000 mi/week is paid at a rate of $2.32/mi.

FSC - based on nat'l avg and paid on all miles.

+ Fees

"All miles" - this is where I think we should define what this is and is not.  This seemed to be where the biggest questions were with the current contract, so I want to get ahead of this and lay it out for the leadership so we have a clear understanding and alignment.

**From:** Scott Noerr <scott@noerr-inc.com>
**Sent:** Saturday, July 16, 2022 7:25:08 AM
**To:** Stephen Cabral <stephen.cabral@semicab.com>; Rachel Fields <rachel@noerr-inc.com>
**Subject:** Re: Cost Changes

[Quoted text hidden]

---

**Scott Noerr** <scott@noerr-inc.com>                              Sat, Jul 16, 2022 at 3:07 PM
To: Stephen Cabral <stephen.cabral@semicab.com>
Cc: Rachel Fields <rachel@noerr-inc.com>

Got it.  Appreciate it!

[Quoted text hidden]

---

**Scott Noerr** <scott@noerr-inc.com>                              Mon, Jul 25, 2022 at 11:04 AM
To: Stephen Cabral <stephen.cabral@semicab.com>
Cc: Rachel Fields <rachel@noerr-inc.com>

Ok - came up with some options - the FSC is, in my opinion, a terrible way to do it.

If we do actual fuel, not only do you get to see the discounts, but see the actual price / performance of each truck / mile etc.  Right now, we are using the FSC, and eating ~$.30 of each mile.  Effectively $120 a day.

My thought process on a per truck & trailer basis:
1) Discount the day rate down to an agreed upon number close to / akin to Ryder, with a deeper discount for trucks over the 5 mark.

2) Do actual fuel cost and actual miles x $.12 (and provide documentation of both).
3) Track the waiting times at shipper receiver so you can charge for it, no charges from us.
4) No overage charges like Ryder.

This enables us to do a few things:
1)  Contracted price to have the trucks is static.
2)  Mile cost is exact - and you get the discounts we get on fuel cards if any.
3)  You can recoup detention costs with no extra charge from us.
4)  You won't get charged $2.32 a mile over 2000, just exact fuel & lease costs (which is ~$1.12 / mile, depending on the week).

Our average trailer cost right now is $600 / month + $.08 / mile (that includes insurance).  So anything above 1 trailer would then have to be calculated additional.

Thoughts?

[Quoted text hidden]

---

**Stephen Cabral** <stephen.cabral@semicab.com>                                  Tue, Jul 26, 2022 at 9:13 PM
To: Scott Noerr <scott@noerr-inc.com>
Cc: Rachel Fields <rachel@noerr-inc.com>

Hey Scott,

Thanks for putting this together.  I wanted to at least acknowledge receipt.  I appreciate your patience; I've been out unexpectedly.

I'm open to any and all options, and just wanted to plug these scenarios into an analysis to see what they would look like.  If we used June and July actuals, I'd like to see what that would have looked like for both of us.

My initial thoughts around covering fuel is that we would need to establish some type of  efficiency targets and implement limiters.  I'm not sure how accurate the speed data is that we're receiving via ELD, but based on the data I'm seeing, fuel costs could be lower with controlled speeds.  Because fuel efficiency (speed, equipment, driver habits) are not in our control, it gives me pause, but let's still go down this path.  Is there any reason to believe the speeds I'm seeing is inaccurate?  Is this the same data transmitted to FMCSA?

Let's plug some of these scenarios into my template and see what they look like.   I should be back in the office on Wednesday.

Thanks again.

Get Outlook for iOS

---

**From:** Scott Noerr <scott@noerr-inc.com>
**Sent:** Monday, July 25, 2022 11:05 AM
**To:** Stephen Cabral <stephen.cabral@semicab.com>
**Cc:** Rachel Fields <rachel@noerr-inc.com>
**Subject:** Re: Cost Changes

[Quoted text hidden]

---

**Scott Noerr** <scott@noerr-inc.com>                                             Wed, Jul 27, 2022 at 7:42 AM
To: Stephen Cabral <stephen.cabral@semicab.com>
Cc: Rachel Fields <rachel@noerr-inc.com>

Good question!

I'll run those with Rachel & Lynne and see where we land.

As for speed - the trucks (all except the day cabs, and 49 and 59) are speed limited to 70, so I'm not sure how accurate it is, will review.  (FMCSA doesn't require speed data).

[Quoted text hidden]



Scott Noerr <scott@noerr-inc.com>

---

## Data Thread
21 messages

---

**Scott Noerr** <scott@noerr-inc.com>                                                                 Tue, Jun 7, 2022 at 1:25 PM
To: Stephen Cabral <stephen.cabral@semicab.com>
Cc: Rachel Fields <rachel@noerr-inc.com>

Stephen,
Rachel combed through the stats for the month, and we've got some interesting notes to help the contract discussion.

May Totals:
170 loads.  114 short, 56 long.
34,430 miles.
179 miles / load average.
1639 miles / day.
328 miles / truck / day.

21 billable days.
Contract Planned Optimal Volume 210 loads.
(Actually, we've figured out how to make it optimal at 12-14 a day).

- 10 outsourced loads.
- 18 loads reset due to appointment times missed (not loaded / Hill's mistakes).
- 2 loads reset due to driver issues / refused / damaged.
30 loads that could be billed.

**Regardless of anything else we've talked about, there is your profit margin.  30-40 unbilled / non-dispatched loads a month, even at $500 a load is $15,000-20,000.**

We are still running a ton of other numbers.

--
Scott Noerr

Noerr Trucking - Owner
Norlin Warehousing - CFO and GM
Direct - 717-437-0437

---

**Stephen Cabral** <stephen.cabral@semicab.com>                                                       Tue, Jun 7, 2022 at 6:00 PM
To: Scott Noerr <scott@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>
Cc: Rachel Fields <rachel@noerr-inc.com>

Adding @Alexandra Aiello

This is great insight.  I like the way you are attacking it.  I have some ideas on how I can work with this data as well.  But let's start with the bottom line or let's call it the headline, what was the Revenue/Shipment for the month of May?

[Quoted text hidden]

---

**Scott Noerr** <scott@noerr-inc.com>                                                                 Tue, Jun 7, 2022 at 6:15 PM
To: Stephen Cabral <stephen.cabral@semicab.com>
Cc: Alexandra Aiello <alexandra.aiello@semicab.com>, Rachel Fields <rachel@noerr-inc.com>

I'm guessing that's a question for Lexi?
[Quoted text hidden]

---

**Stephen Cabral** <stephen.cabral@semicab.com>                                                       Tue, Jun 7, 2022 at 6:19 PM
To: Scott Noerr <scott@noerr-inc.com>
Cc: Alexandra Aiello <alexandra.aiello@semicab.com>, Rachel Fields <rachel@noerr-inc.com>

No, that was for you.  What was the total billing for May?  I can get it from Vivek, but I was asking since you had all of the related information in this email.  For me, that's where the conversation starts.  How much I am paying on a per shipment basis and can I do better.

York just informed us that they are increasing to 18/day and I'm at a decision point on how to handle the add'l volume.

[Quoted text hidden]

---

**Scott Noerr** <scott@noerr-inc.com>                                                                 Tue, Jun 7, 2022 at 6:23 PM
To: Stephen Cabral <stephen.cabral@semicab.com>
Cc: Alexandra Aiello <alexandra.aiello@semicab.com>, Rachel Fields <rachel@noerr-inc.com>

Gotcha.  I'll have to look tomorrow, but it was between 30 and 35 a week I think.

If they can get appointment times better we can get more a day too - that's the sweet spot.
[Quoted text hidden]

**Stephen Cabral** <stephen.cabral@semicab.com>                                                                Tue, Jun 7, 2022 at 6:31 PM
To: Scott Noerr <scott@noerr-inc.com>
Cc: Alexandra Aiello <alexandra.aiello@semicab.com>, Rachel Fields <rachel@noerr-inc.com>

That sounds right.  I think I remember $34.9, but I can't remember if that tied directly to the numbers you showed below.

In terms of getting more a day, I mentioned during our call on Friday that I'm spending more under this dedicated contract than going to carriers on a load by load basis.  One flat rate, no all mileage charge.

[Quoted text hidden]

---

**Scott Noerr** <scott@noerr-inc.com>                                                                              Tue, Jun 7, 2022 at 6:53 PM
To: Stephen Cabral <stephen.cabral@semicab.com>
Cc: Alexandra Aiello <alexandra.aiello@semicab.com>, Rachel Fields <rachel@noerr-inc.com>

I didn't disagree, but you also aren't comparing apples to apples.

You said they weren't putting 3 trailers in play per truck, and weren't doing multiple loads often, and not offering full guaranteed coverage over those single loads.

What are you guys charging per load right now?  It was, initially, net positive when Jagan discussed with me initially, at $850 and $550 a load, to us, he said you guys were still comfortable with your margin over that.

Is that value still correct?

[Quoted text hidden]

---

**Stephen Cabral** <stephen.cabral@semicab.com>                                                                Tue, Jun 7, 2022 at 7:46 PM
To: Scott Noerr <scott@noerr-inc.com>
Cc: Alexandra Aiello <alexandra.aiello@semicab.com>, Rachel Fields <rachel@noerr-inc.com>

Completely agree regarding the apples to apples comparison and I do think a premium should be placed on quality service and dependability.

I'll go back and take a look at the revenue side tomorrow.  Again, I don't believe we're trying to be positive on this or need to match what we're charging the shipper.  I'll leave that to the Demand and Pricing teams.  What I'm responsible for is the cost side of the equation and finding quality supply at a great cost.  We're definitely seeing quality service but I can't say that it's at a great cost and there aren't others who can rival that at a lower cost.  There should be some value in consistent, guaranteed volume and I'm not seeing that.  If we were to mirror this contract for future contracts, I don't think we'd survive as a business.

Nevertheless, that we can have these transparent conversations is a huge win and breath of fresh air in my book and I'm sure we can eventually get to a place that's palatable for us both.

Get Outlook for iOS

**From:** Scott Noerr <scott@noerr-inc.com>
**Sent:** Tuesday, June 7, 2022 6:54 PM
[Quoted text hidden]
[Quoted text hidden]

---

**Scott Noerr** <scott@noerr-inc.com>                                                                              Wed, Jun 8, 2022 at 8:11 AM
To: Stephen Cabral <stephen.cabral@semicab.com>

This is taking longer than we expected to get all this data in a timely manner.  Have 2 new trucks being set up, driver orientation, and some extra crap going on.

Rachel and I are on it though.

[Quoted text hidden]

---

**Stephen Cabral** <stephen.cabral@semicab.com>                                                                Wed, Jun 8, 2022 at 9:00 PM
To: Scott Noerr <scott@noerr-inc.com>

Thanks, Scott.  I don't want to create a ton of work out of this and think we can just focus on the numbers for both of us.  I started pulling some numbers together, but I need to verify that this includes the all miles…I'm not sure those have been added back to our system.  Either way, if I just take a look at our average cost/shipment or average cost/loaded mile, these numbers are outrageous and I'd say we need to go back to the drawing board ASAP.  Hoping I'm missing something and these numbers are WAY off.  I know we can do better than this.

|  | Noerr Financial Analysis v1 - Cabral | | | |
|  | May 2022 | | | |
|  | Cost/Shipment & Cost/Loaded Mile | | | |
| dest_city_state | Shipments | Cost/Shipment | Loaded Miles | Cost/Mile |
| LEWISBERRY, PA | 103 | $683 | 11 | $73 |
| JESSUP, PA | 60 | $1,031 | 148 | $7 |
| MECHANICSBURG, PA | 38 | $687 | 26 | $28 |
| HANOVER TWP, PA | 33 | $943 | 121 | $8 |
| BETHEL, PA | 3 | $702 | 63 | $11 |
| CRANBURY, NJ | 2 | | 145 | |

---

**Scott Noerr** <scott@noerr-inc.com>                                      Wed, Jun 8, 2022 at 9:17 PM
To: Stephen Cabral <stephen.cabral@semicab.com>

I think the big issue with going off a cost per mile basis is the requirement of having people available up to 18 hours a day and still complete only 2 loads.  These guys could do 3 or 4 if they were scheduled properly. (I know I sound like a broken record there).

A more accurate review would be revenue generated vs cost.  But we don't know those numbers on your side, just the cost.  Are you open to sharing that?  Lane rates and such?

Also appointment times and shipper delays cause such a huge issue profitability wise.  Even just one additional load covered a day has such a huge impact on cost per shipment and mile, especially since it only adds 20 miles!

Focusing on the shorts is a huge profit booster we think.

Will have it finished tomorrow.

 Scott
[Quoted text hidden]

---

**2 attachments**


image001.png
32K


image001.png
32K

---

**Scott Noerr** <scott@noerr-inc.com>                                      Wed, Jun 8, 2022 at 9:17 PM
To: Rachel Fields <rachel@noerr-inc.com>

See his stuff and my response.
[Quoted text hidden]

---

**2 attachments**


image001.png
32K


image001.png
32K

---

**Stephen Cabral** <stephen.cabral@semicab.com>                           Wed, Jun 8, 2022 at 9:36 PM
To: Scott Noerr <scott@noerr-inc.com>

I hear you but at the end of the day a P&L is a P&L.  Everything else is noise.

I don't want to keep focusing on our revenue.  I think that's part of the issue.  Don't focus on what we're making and trying to get the most out of it.  And I'm not focused on what we're not making.

In terms of what we're making from Hills, you can rest assured they aren't paying &73, $28, or anything above $5/mi.  I know you've been around long enough to know that and these numbers are unreal.  Admittedly, I'm embarrassed.  No one, absolutely no one is paying double digit costs/mi.  For me, it starts and stops here.

This needs to start with the basic cost/mi compared to the market.

Get Outlook for iOS

**From:** Scott Noerr <scott@noerr-inc.com>
**Sent:** Wednesday, June 8, 2022 9:17:02 PM
**To:** Stephen Cabral <stephen.cabral@semicab.com>
**Subject:** Re: Data Thread

[Quoted text hidden]

---

**Rachel Fields** <rachel@noerr-inc.com>                                   Wed, Jun 8, 2022 at 9:40 PM
To: Scott Noerr <scott@noerr-inc.com>

His numbers are way off! I'll go in early to finish up without interruptions. I'll take it down to cost per load per mile. Once I get the per load in then the per mile will be easy to calculate.

Good response though.

On another note I was told the guys in York want me gone? That they are calling you all the time.

Sent from my iPhone

> On Jun 8, 2022, at 9:17 PM, Scott Noerr <scott@noerr-inc.com> wrote:

[Quoted text hidden]

### Noerr Financial Analysis v1 - Cabral
### May 2022
### Cost/Shipment & Cost/Loaded Mile

| dest_city_state | Shipments | Cost/Shipment | Loaded Miles | Cost/Mile |
|---|---|---|---|---|
| LEWISBERRY, PA | 103 | $683 | 11 | $73 |
| JESSUP, PA | 60 | $1,031 | 148 | $7 |
| MECHANICSBURG, PA | 38 | $687 | 26 | $28 |
| HANOVER TWP, PA | 33 | $943 | 121 | $8 |
| BETHEL, PA | 3 | $702 | 63 | $11 |
| CRANBURY, NJ | 2 | | 145 | |

### Noerr Financial Analysis v1 - Cabral
### May 2022
### Cost/Shipment & Cost/Loaded Mile

| dest_city_state | Shipments | Cost/Shipment | Loaded Miles | Cost/Mile |
|---|---|---|---|---|
| LEWISBERRY, PA | 103 | $683 | 11 | $73 |
| JESSUP, PA | 60 | $1,031 | 148 | $7 |
| MECHANICSBURG, PA | 38 | $687 | 26 | $28 |
| HANOVER TWP, PA | 33 | $943 | 121 | $8 |
| BETHEL, PA | 3 | $702 | 63 | $11 |
| CRANBURY, NJ | 2 | | 145 | |

---

**Stephen Cabral** <stephen.cabral@semicab.com>                                    Wed, Jun 8, 2022 at 9:44 PM
To: Scott Noerr <scott@noerr-inc.com>

I understand the 18 hours availability per day, but it's not impossible to find.  I moved 12k shipments per week at Convoy 24/7 with 96% on time…surely SemiCab can move 50/wk without significantly impacting service.  Even if we do, the trade off in service for reduced cost is worthwhile.  Let's be honest here Scott.  Neither one of us are new to this.

Get Outlook for iOS

---

**From:** Stephen Cabral <stephen.cabral@semicab.com>
**Sent:** Wednesday, June 8, 2022 9:36:17 PM
**To:** Scott Noerr <scott@noerr-inc.com>
**Subject:** Re: Data Thread

[Quoted text hidden]

---

**Scott Noerr** <scott@noerr-inc.com>                                    Wed, Jun 8, 2022 at 11:10 PM
To: Stephen Cabral <stephen.cabral@semicab.com>
Bcc: Rachel Fields <rachel@noerr-inc.com>

I get you.  But I'd really like to see the comparison offers akin to our contract.  Or, a written offer to change ours.  But you are asking us to focus all on our side of the equation, and we are willing and open, but you don't seem to be as open on the revenue side.   We can run 2x the loads as we have - if given proper appointment times, and loads are ready, and there's no holdups - but nobody is addressing those inefficiencies - the only discussion is cost - when it's half the equation.  There's nothing our half can do to make it run better, but cut costs.

Which is why we priced the way we did when Jagan requested and gave us target numbers.  If those numbers are no longer accurate we need to know the new metrics.  Not 'cheap as possible.'  He said he wanted our services, our equipment, and our capacity there, and the volume would be more than enough.

The entire discussion with him was that the broker market and load boards are a rip off to truckers.  Where the same load on Tuesday for next week pays $600 more next Monday because it needs to be run.  A broker pockets that, you know that.  He agreed, gave us target numbers based on a projected volume, and we ran with it.  We are right in line with where he wanted us to be originally.  We flat out said that this is our number, you can make any over that you want (hence the volume).

If those numbers on the revenue side are different, we are more than willing to look at it.  But also, we shouldn't have to be the only point of interest because - like we discussed from the beginning - price shopping concerns - just to make the broker more by having someone cheaper do it.  That wasn't the point of the entire contract development.  The point was for us to be stable, and SemiCab to set up the max volume capacity and make whatever extra they could.

We've been stable and consistent.  The volume hasn't.  The appointments haven't.  The unload times haven't.  The load readiness hasn't.  There's much more to this that is being overlooked in my opinion, and it should all be on the table, not just a cost per mile.

Let's get everyone on a call Friday once the data is available.

[Quoted text hidden]

---

**Scott Noerr** <scott@noerr-inc.com>                                    Thu, Jun 9, 2022 at 8:58 AM
To: Stephen Cabral <stephen.cabral@semicab.com>, Rachel Fields <rachel@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>

We just looked at your numbers - they aren't accurate - so there must be something that is missing 100%.  How did you come up with these?

[Quoted text hidden]

---

**Stephen Cabral** <stephen.cabral@semicab.com>                          Thu, Jun 9, 2022 at 12:57 PM
To: Scott Noerr <scott@noerr-inc.com>, Rachel Fields <rachel@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>

Thanks, Scott.  This is just what's in our data system, but I wasn't entirely sure what's been reconciled.  Vivek just provided me what he has for May, with the exception of 5/30 & 5/31 which he hasn't processed yet.  He did say that he's not matching up to your 170 loads, so let me go through his data this afternoon and we'll reconcile.  Off the top of my head, I know that I pull reports by delivered shipments, but you may be pulling it differently.  Let me know how you pull you reports/billing data, and I'll try to match up.

[Quoted text hidden]

---

**Scott Noerr** <scott@noerr-inc.com>                                    Thu, Jun 9, 2022 at 1:13 PM
To: Stephen Cabral <stephen.cabral@semicab.com>
Cc: Rachel Fields <rachel@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>

Ok.  Yeah the spreadsheet Rachel built is actually daily and weekly.  Shows trends over the contract.

[Quoted text hidden]

---

**2 attachments**


image001.png
32K


image001.png
32K

---

**Rachel Fields** <rachel@noerr-inc.com>                                 Thu, Jun 9, 2022 at 3:01 PM
To: Scott Noerr <scott@noerr-inc.com>
Cc: Stephen Cabral <stephen.cabral@semicab.com>, Alexandra Aiello <alexandra.aiello@semicab.com>

I am pulling by delivered as well. Yours looks like it is for the life of the relationship between Noerr's and SemiCab so far.

May was 171, I was probably half asleep when I first counted. :)

I am finishing up now. It gives a time n of metrics for us to work from to make this work out for all involved.

Sent from my iPhone

> On Jun 9, 2022, at 1:14 PM, Scott Noerr <scott@noerr-inc.com> wrote:

[Quoted text hidden]

**Noerr Financial Analysis v1 - Cabral**
**May 2022**
**Cost/Shipment & Cost/Loaded Mile**

| dest_city_state | Shipments | Cost/Shipment | Loaded Miles | Cost/Mile |
|-----------------|-----------|---------------|--------------|-----------|
| LEWISBERRY, PA | 103 | $683 | 11 | $73 |
| JESSUP, PA | 60 | $1,031 | 148 | $7 |
| MECHANICSBURG, PA | 38 | $687 | 26 | $28 |
| HANOVER TWP, PA | 33 | $943 | 121 | $8 |
| BETHEL, PA | 3 | $702 | 63 | $11 |
| CRANBURY, NJ | 2 | | 145 | |

---

**Stephen Cabral** <stephen.cabral@semicab.com>                          Thu, Jun 9, 2022 at 3:04 PM
To: Rachel Fields <rachel@noerr-inc.com>, Scott Noerr <scott@noerr-inc.com>
Cc: Alexandra Aiello <alexandra.aiello@semicab.com>

Haha. Ok, thanks.  I'm getting closer.  I'm showing 164 now.

Noerr Financial Analysis v1 - Cabral
May 2022
Cost/Shipment & Cost/Loaded Mile

| dest_city_state | Shipments | Cost/Shipment | Loaded Miles | Cost/Mile |
|---|---|---|---|---|
| LEWISBERRY, PA | 66 | $756 | 13 | $65 |
| MECHANICSBURG, PA | 31 | $729 | 28 | $27 |
| JESSUP, PA | 29 | $1,118 | 150 | $7 |
| BETHEL, PA | 18 | $1,335 | 55 | $24 |
| HANOVER TWP, PA | 15 | $1,092 | 124 | $9 |
| HAGERSTOWN, MD | 4 | $1,004 | 90 | $11 |
| CRANBURY, NJ | 1 | $1,018 | 145 | $7 |
| | 164 | $916 | 57 | $37 |

**From:** Rachel Fields <rachel@noerr-inc.com>
**Sent:** Thursday, June 9, 2022 3:01 PM
**To:** Scott Noerr <scott@noerr-inc.com>

[Quoted text hidden]

[Quoted text hidden]



Scott Noerr <scott@noerr-inc.com>

## Interchange Agreement - Draft
4 messages

**Stephen Cabral** <stephen.cabral@semicab.com>                    Thu, Sep 22, 2022 at 9:58 AM
To: "scott@noerr-inc.com" <scott@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>
Cc: Bryan Nella <bryan.nella@semicab.com>

Hey Scott.  Hope you're faring well over there on your own.


As we head into this last week of the quarter and wanted to be prepared for last minute surge volume, I think we have an opportunity to limit service/equipment capacity issues from our teams by moving forward with the universal trailer pool.


If you are still open to establishing an agreement between you and Global, I'd love to move quickly on this and pilot it over the next few days/weeks.  Then, if we feel for some reason that it's not working out, we can revert.


Global is aligned on signing an agreement with you but I wanted to start with you since we have a growing contractual relationship and you make up the largest % of the pool.  This is the one I was using for SemiCab, so feel free to change as you see fit.  Please pay special attention to Section 9 that references the State of Georgia.  I'm assuming you'll want to change that to PA and Global may want to have theirs changed to NY.


If you have any questions, concerns, please don't hesitate to call me.


Thanks,

Stephen


--


---

**2 attachments**

  **image001.png**
9K

 **Trailer  Interchange & Indemnity Agreement - Draft v1 _Noerr&Global.docx**
24K

---

**Scott Noerr** <scott@noerr-inc.com>                                Thu, Sep 22, 2022 at 11:20 AM
To: Stephen Cabral <stephen.cabral@semicab.com>
Cc: Alexandra Aiello <alexandra.aiello@semicab.com>, Bryan Nella <bryan.nella@semicab.com>

Simple & easy.  I like it, and it covers what you need.
[Quoted text hidden]

--
Scott Noerr

Noerr Trucking - Owner
Norlin Warehousing - CFO and GM
Office: 717-242-0566 x 3

---

**Stephen Cabral** <stephen.cabral@semicab.com>                    Fri, Sep 23, 2022 at 9:03 AM
To: "scott@noerr-inc.com" <scott@noerr-inc.com>
Cc: Alexandra Aiello <alexandra.aiello@semicab.com>, Bryan Nella <bryan.nella@semicab.com>

Perfect.  Thanks very much.  Let me get this in front of Abdul this morning and I'll get back to you ASAP.

Stephen

[Quoted text hidden]

 **image001.png**
9K

---

**Scott Noerr** <scott@noerr-inc.com>                    Fri, Sep 23, 2022 at 9:04 AM
To: Stephen Cabral <stephen.cabral@semicab.com>
Cc: Alexandra Aiello <alexandra.aiello@semicab.com>, Bryan Nella <bryan.nella@semicab.com>

Good deal.  Let me know if you want Rachel or I to post up in York and bust some heads.
[Quoted text hidden]



**Scott Noerr <scott@noerr-inc.com>**

---

# Invoice 905162 from NORLIN WAREHOUSING SERVICES INC
6 messages

---

**scott@noerr-inc.com** <scott@noerr-inc.com>
To: AR@coeurcap.com, ap@semicab.com
Cc: alexandra.aiello@semicab.com, scott@noerr-inc.com, lynne@noerr-inc.com
Bcc: accounting@noerr-inc.com

Wed, Apr 12, 2023 at 3:02 PM

### NORLIN WAREHOUSING SERVICES INC

**Invoice**   *Due:04/27/2023*
*905162*

Amount Due: **$39,245.55**

Dear Accounting:

Your invoice-905162 for $39,245.55 for April 3 to 7 is attached.
Please notify us when this invoice has been APPROVED.

Thank you for your business - we appreciate it very much.

Sincerely,

Scott A.N. Noerr

NORLIN WAREHOUSING SERVICES INC
717-242-0566



📄 **Inv_905162_from_NORLIN_WAREHOUSING_SERVICES_INC_15400.pdf**
80K

---

**Scott Noerr** <scott@noerr-inc.com>
To: James Gargour <James.Gargour@ecapital.com>

Fri, Apr 14, 2023 at 11:20 AM

Normal weekly.
[Quoted text hidden]

--
Scott Noerr

Noerr Trucking - Owner
Norlin Warehousing - CFO & GM
Office: 717-242-0566 x 4
Cell: 717-437-0437



*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

---

📄 **Inv_905162_from_NORLIN_WAREHOUSING_SERVICES_INC_15400.pdf**
80K

---

**Scott Noerr** <scott@noerr-inc.com>                                      Mon, Apr 17, 2023 at 8:03 AM
To: AR@coeurcap.com, ap@semicab.com
Cc: alexandra.aiello@semicab.com, lynne@noerr-inc.com

Following up here - we received your approval for tolls, checking in on this invoice.

Thank you.
[Quoted text hidden]
[Quoted text hidden]

---

**AP** <ap@semicab.com>                                                   Mon, Apr 17, 2023 at 3:32 PM
Reply-To: AP <ap@semicab.com>
To: "scott@noerr-inc.com" <scott@noerr-inc.com>
Cc: Alexandra Aiello <alexandra.aiello@semicab.com>, Coeur Capital Accounts Receivable <ar@coeurcap.com>, Lynne
Dutcher <lynne@noerr-inc.com>

Your request (36238) has been updated. To add additional comments, reply to this email.

**Micha De Jesus** (SemiCab Inc)

Apr 17, 2023, 3:32 PM EDT

Scott,

This is still being reviewed. We are swamped right now. I'll let you know once it's done.

Let me know if I can help with anything else.

Thank you,
The SemiCab Team



[www.semicab.com](www.semicab.com)

---

[scott@noerr-inc.com](scott@noerr-inc.com)

Apr 17, 2023, 8:03 AM EDT

Following up here - we received your approval for tolls, checking in on this invoice.

Thank you.

---

**scott@noerr-inc.com**

Apr 12, 2023, 3:02 PM EDT

## NORLIN WAREHOUSING SERVICES INC

**Invoice**   *Due:04/27/2023*
*905162*                                    Amount Due: $39,245.55

Dear Accounting:

Your invoice-905162 for $39,245.55 for April 3 to 7 is attached.
Please notify us when this invoice has been APPROVED.

Thank you for your business - we appreciate it very much.

Sincerely,

Scott A.N. Noerr

NORLIN WAREHOUSING SERVICES INC
717-242-0566

Attachment(s)

Inv_905162_from_NORLIN_WAREHOUSING_SERVICES_INC_15400.pdf

---

This email is a service from SemiCab Inc. Delivered by Zendesk

[859QYE-X5W94]

---

**AP** <ap@semicab.com>                                    Wed, Apr 19, 2023 at 9:13 AM
Reply-To: AP <ap@semicab.com>
To: "scott@noerr-inc.com" <scott@noerr-inc.com>
Cc: Alexandra Aiello <alexandra.aiello@semicab.com>, Coeur Capital Accounts Receivable <ar@coeurcap.com>, Lynne
Dutcher <lynne@noerr-inc.com>

Your request (36238) has been updated. To add additional comments, reply to this email.

---

**Micha De Jesus** (SemiCab Inc)

Apr 19, 2023, 9:13 AM EDT

Hello, All.

Invoice 905162 approved for $39,245.55.

[Quoted text hidden]


[Quoted text hidden]

[Quoted text hidden]

---

**Scott Noerr** <scott@noerr-inc.com>                    Wed, Apr 19, 2023 at 9:17 AM
To: AP <ap@semicab.com>
Cc: Alexandra Aiello <alexandra.aiello@semicab.com>, Coeur Capital Accounts Receivable <ar@coeurcap.com>, Lynne
Dutcher <lynne@noerr-inc.com>

Thank you Micha,
Appreciate the follow up!

Scott
[Quoted text hidden]
--
Scott Noerr

Noerr Trucking - Owner
Norlin Warehousing - CFO & GM
Office: 717-242-0566 x 4
Cell: 717-437-0437



[Quoted text hidden]



**Scott Noerr <scott@noerr-inc.com>**

---

# Invoice 905179 from NORLIN WAREHOUSING SERVICES INC
7 messages

---

**scott@noerr-inc.com** <scott@noerr-inc.com>                    Wed, Apr 19, 2023 at 4:28 PM
To: AR@coeurcap.com, ap@semicab.com
Cc: alexandra.aiello@semicab.com, scott@noerr-inc.com, lynne@noerr-inc.com
Bcc: accounting@noerr-inc.com

### NORLIN WAREHOUSING SERVICES INC

**Invoice**   *Due:05/04/2023*                  Amount Due: $39,619.05
*905179*

Dear Accounting:

Your invoice-905179 for $39,619.05 for April 10-14
is attached. Please notify us when this invoice is APPROVED.

Thank you for your business - we appreciate it very much.

Sincerely,

Scott A.N. Noerr

NORLIN WAREHOUSING SERVICES INC
717-242-0566



📄 **Inv_905179_from_NORLIN_WAREHOUSING_SERVICES_INC_15908.pdf**
80K

---

**AP** <ap@semicab.com>                                    Sun, Apr 23, 2023 at 1:29 PM
Reply-To: AP <ap@semicab.com>
To: "scott@noerr-inc.com" <scott@noerr-inc.com>
Cc: Alexandra Aiello <alexandra.aiello@semicab.com>, Coeur Capital Accounts Receivable <ar@coeurcap.com>, Lynne
Dutcher <lynne@noerr-inc.com>

Your request (36681) has been updated. To add additional comments, reply to this email.

---

**Micha De Jesus** (SemiCab Inc)

Apr 23, 2023, 1:29 PM EDT

Hello, All.

Load 7000230472 is listed thrice on this invoice. 4/11, 4/12, & 4/13. I see this was originally going to deliver 4/12, but got rescheduled to 4/13 because the driver couldn't make it before 1400. Please resubmit your invoice to show load 7000230472 once.

Let me know if I can help with anything else.

Thank you,
The SemiCab Team

**∴∴ SemiCab**

www.semicab.com

---

**scott@noerr-inc.com**
Apr 19, 2023, 4:28 PM EDT

NORLIN WAREHOUSING SERVICES INC

**Invoice**    *Due:05/04/2023*
*905179*                              Amount Due: $39,619.05

Dear Accounting:

Your invoice-905179 for $39,619.05 for April 10-14
is attached. Please notify us when this invoice is APPROVED.

Thank you for your business - we appreciate it very much.

Sincerely,

Scott A.N. Noerr

NORLIN WAREHOUSING SERVICES INC
717-242-0566

Attachment(s)

Inv_905179_from_NORLIN_WAREHOUSING_SERVICES_INC_15908.pdf

---

This email is a service from SemiCab Inc. Delivered by Zendesk

[3ZLVDO-5YREM]

---

**AP** <ap@semicab.com>                                                      Tue, Apr 25, 2023 at 8:11 PM
Reply-To: AP <ap@semicab.com>
To: "scott@noerr-inc.com" <scott@noerr-inc.com>
Cc: Alexandra Aiello <alexandra.aiello@semicab.com>, Coeur Capital Accounts Receivable <ar@coeurcap.com>, Lynne
Dutcher <lynne@noerr-inc.com>

Your request (36681) has been updated. To add additional comments, reply to this email.

..........................................................................................................................................................

**James Larga** (SemiCab Inc)

Apr 25, 2023, 8:11 PM EDT

Hello, Team.

Anything on this?

[Quoted text hidden]


[Quoted text hidden]

[Quoted text hidden]

---

**Scott Noerr** <scott@noerr-inc.com>                                        Wed, Apr 26, 2023 at 8:09 AM
To: AP <ap@semicab.com>, Kesia Drass <kesia@noerr-inc.com>
Cc: Alexandra Aiello <alexandra.aiello@semicab.com>, Coeur Capital Accounts Receivable <ar@coeurcap.com>, Lynne
Dutcher <lynne@noerr-inc.com>

Apologies - I received this while traveling and haven't gotten back.  Adding Kesia in too.

@Lynne Dutcher  specific request shown here:

Load 7000230472 is listed thrice on this invoice. 4/11, 4/12, & 4/13.
Please resubmit your invoice to show load 7000230472 once.


[Quoted text hidden]
--
Scott Noerr

Noerr Trucking - Owner
Norlin Warehousing - CFO & GM
Office: 717-242-0566 x 4
Cell: 717-437-0437



*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

---

**Lynne Dutcher** <lynne@noerr-inc.com>                                  Wed, Apr 26, 2023 at 9:22 AM
To: Scott Noerr <scott@noerr-inc.com>
Cc: AP <ap@semicab.com>, Kesia Drass <kesia@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, Coeur Capital Accounts Receivable <ar@coeurcap.com>

Attached is our invoice modified to include LOAD 70000230472 on April 13th.

Thank you.
[Quoted text hidden]
--
Lynne E Dutcher
Accounting Manager

Noerr Trucking LLC
c/o Norlin Warehousing Services, Inc.
P O Box 311
Lewiston, PA  17044
717-242-0566

---



📄 **NWS SC 905179 INVOICE.pdf**
313K

---

**AP** <ap@semicab.com>                                                  Wed, Apr 26, 2023 at 11:12 AM
Reply-To: AP <ap@semicab.com>
To: "scott@noerr-inc.com" <scott@noerr-inc.com>
Cc: Alexandra Aiello <alexandra.aiello@semicab.com>, Coeur Capital Accounts Receivable <ar@coeurcap.com>, Lynne Dutcher <lynne@noerr-inc.com>, Kesia Drass <kesia@noerr-inc.com>

Your request (36681) has been updated. To add additional comments, reply to this email.

---

**Micha De Jesus** (SemiCab Inc)

Apr 26, 2023, 11:12 AM EDT

Invoice 905179 approved $39, 619.05.

Let me know if I can help with anything else.

Thank you,
The SemiCab Team



www.semicab.com

---

**Lynne Dutcher**

Apr 26, 2023, 9:22 AM EDT

Attached is our invoice modified to include LOAD 70000230472 on April 13th.

Thank you.

Attachment(s)

NWS SC 905179 INVOICE.pdf

---

**scott@noerr-inc.com**

Apr 26, 2023, 8:09 AM EDT

Apologies - I received this while traveling and haven't gotten back.  Adding Kesia in too.

@Lynne Dutcher  specific request shown here:

Load 7000230472 is listed thrice on this invoice. 4/11, 4/12, & 4/13.

[Quoted text hidden]

[Quoted text hidden]

[Quoted text hidden]

---

**Scott Noerr** <scott@noerr-inc.com>                                        Wed, Apr 26, 2023 at 11:15 AM
To: AP <ap@semicab.com>
Cc: Alexandra Aiello <alexandra.aiello@semicab.com>, Coeur Capital Accounts Receivable <ar@coeurcap.com>, Lynne
Dutcher <lynne@noerr-inc.com>, Kesia Drass <kesia@noerr-inc.com>

Thank you for your help!
[Quoted text hidden]
[Quoted text hidden]



Scott Noerr <scott@noerr-inc.com>

## Invoice for Trailer Repairs
20 messages

**Lynne Dutcher** <lynne@noerr-inc.com>                                                                Thu, Apr 13, 2023 at 2:32 PM
To: AccountsPayable-SemiCab <ap@semicab.com>, Alexandra Aiello <alexandra.aiello@semicab.com>
Cc: Scott Noerr <scott@noerr-inc.com>, Accounting Norlin Noerr <accounting@noerr-inc.com>

Attached is our invoice#905166 for trailer repairs.
Supporting documents are attached for your review.
Please let us know when this invoice is APPROVED.

Thank you.

--
Lynne E Dutcher
Accounting Manager

Noerr Trucking LLC
c/o Norlin Warehousing Services, Inc.
P O Box 311
Lewistown, PA  17044
717-242-0566

---

2 attachments

 **NWS 905166 TRAILER REPRS INV.pdf**
78K

 **NWS 905166 TRAILER REPRS SupDocs.pdf**
4529K

---

**Scott Noerr** <scott@noerr-inc.com>                                                                Fri, Apr 14, 2023 at 11:21 AM
To: James Gargour <James.Gargour@ecapital.com>

Normal monthly trailer repairs.
[Quoted text hidden]
--
Scott Noerr

Noerr Trucking - Owner
Norlin Warehousing - CFO & GM
Office: 717-242-0566 x 4
Cell: 717-437-0437
 SmartWay
Transport Partner

*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

2 attachments

 **NWS 905166 TRAILER REPRS INV.pdf**
78K

 **NWS 905166 TRAILER REPRS SupDocs.pdf**
4529K

---

**AP** <ap@semicab.com>                                                                Fri, Apr 14, 2023 at 1:19 PM
Reply-To: AP <ap@semicab.com>
To: Lynne Dutcher <lynne@noerr-inc.com>
Cc: Agent Wise <vivek.sehgal@semicab.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, "scott@noerr-inc.com" <scott@noerr-inc.com>, Accounting Norlin Noerr <accounting@noerr-inc.com>

Your request (36299) has been updated. To add additional comments, reply to this email.

**Micha De Jesus** (SemiCab Inc)

Apr 14, 2023, 1:19 PM EDT

+ Adding Vivek for assistance.

Let me know if I can help with anything else.

Thank you,
The SemiCab Team

 SemiCab

www.semicab.com

---

**Lynne Dutcher**

Apr 13, 2023, 2:33 PM EDT

[Quoted text hidden]

Attachment(s)

NWS 905166 TRAILER REPRS INV.pdf

NWS 905166 TRAILER REPRS SupDocs.pdf

---

This email is a service from SemiCab Inc. Delivered by Zendesk

[KPKD8R-437VY]

---

**Vivek Sehgal** <vivek.sehgal@semicab.com>                                                    Fri, Apr 14, 2023 at 1:58 PM
To: AccountsPayable-SemiCab <ap@semicab.com>, "lynne@noerr-inc.com" <lynne@noerr-inc.com>
Cc: Alexandra Aiello <alexandra.aiello@semicab.com>, "scott@noerr-inc.com" <scott@noerr-inc.com>, Accounting Norlin Noerr <accounting@noerr-inc.com>, Ajesh Kapoor <ajesh.kapoor@semicab.com>

Hi Lynne,

I am sorry but we cannot approve invoices for trailer repairs. There is no basis for these invoices, as was informed last week as well.

Thanks,

Vivek.

---

**From:** AP <ap@semicab.com>
**Date:** Friday, April 14, 2023 at 1:19 PM
**To:** lynne@noerr-inc.com <lynne@noerr-inc.com>
**Cc:** Vivek Sehgal <vivek.sehgal@semicab.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, scott@noerr-inc.com <scott@noerr-inc.com>, Accounting Norlin Noerr <accounting@noerr-inc.com>
**Subject:** [SemiCab Inc] Re: Invoice for Trailer Repairs

Your request (36299) has been updated. To add additional comments, reply to this email.

---

**Micha De Jesus** (SemiCab Inc)

Apr 14, 2023, 1:19 PM EDT

+ Adding Vivek for assistance.

Let me know if I can help with anything else.

Thank you,
The SemiCab Team

Image removed by sender.

www.semicab.com

---

**Lynne Dutcher**

Apr 13, 2023, 2:33 PM EDT

Attached is our invoice#905166 for trailer repairs.

Supporting documents are attached for your review.

Please let us know when this invoice is APPROVED.

Thank you.

--

Lynne E Dutcher

Accounting Manager


Noerr Trucking LLC

c/o Norlin Warehousing Services, Inc.

P O Box 311

Lewistown, PA  17044

717-242-0566


Attachment(s)

NWS 905166 TRAILER REPRS INV.pdf

NWS 905166 TRAILER REPRS SupDocs.pdf

[Quoted text hidden]

---

**Scott Noerr** <scott@noerr-inc.com>                                                                Fri, Apr 14, 2023 at 2:02 PM
To: Vivek Sehgal <vivek.sehgal@semicab.com>
Cc: AccountsPayable-SemiCab <ap@semicab.com>, "lynne@noerr-inc.com" <lynne@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, Accounting Norlin Noerr <accounting@noerr-inc.com>, Ajesh Kapoor <ajesh.kapoor@semicab.com>

Vivek,
There is a basis - and I will have to respectfully disagree with your assessment.  Lexi has already approved previous invoices, and if you reach out to Stephen he will let you know as well, and Bryan was also on those phone calls.  In the event of a lease of trailers, and more importantly, a trailer interchange, SemiCab became responsible for the repairs on said trailers.  There is no way that I would ever allow someone else to haul our trailers without repair costs being assessed - period.

I point to the invoices you noted in your previous email, that Lexi has already approved, as well as multiple previous repair invoices, setting the standard for the agreement between our firms.

Please review again, and if you have any questions you can call me directly at 717-437-0437.

Thank you.
[Quoted text hidden]
[Quoted text hidden]

---

**Vivek Sehgal** <vivek.sehgal@semicab.com>                                                           Fri, Apr 14, 2023 at 2:07 PM
To: "scott@noerr-inc.com" <scott@noerr-inc.com>
Cc: AccountsPayable-SemiCab <ap@semicab.com>, "lynne@noerr-inc.com" <lynne@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, Accounting Norlin Noerr <accounting@noerr-inc.com>, Ajesh Kapoor <ajesh.kapoor@semicab.com>

Thanks Scott, can you please share "multiple previous repair invoices, setting the standard for the agreement between our firms" – I seem to have missed all of them. Thank you so much.

[Quoted text hidden]
[Quoted text hidden]

> [Quoted text hidden]
> [Quoted text hidden]

> [Quoted text hidden]
> [Quoted text hidden]

> **Error! Filename not specified.**
> www.semicab.com

> [Quoted text hidden]
> [Quoted text hidden]


--

Scott Noerr

[Quoted text hidden]

Image removed by sender.

[Quoted text hidden]

**Scott Noerr** <scott@noerr-inc.com>                                    Fri, Apr 14, 2023 at 2:15 PM
To: Vivek Sehgal <vivek.sehgal@semicab.com>
Cc: AccountsPayable-SemiCab <ap@semicab.com>, "lynne@noerr-inc.com" <lynne@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, Accounting Norlin Noerr <accounting@noerr-inc.com>, Ajesh Kapoor <ajesh.kapoor@semicab.com>

Here is a snip of the invoice you mentioned not being approved, as well as some text messages from Stephen during the same time thread.



[Quoted text hidden]
Scott Noerr

[Quoted text hidden]

[Quoted text hidden]

---

**4 attachments**



**Screenshot_20230222_065921_Messages.jpg**
488K

**Screenshot_20230222_065950_Messages.jpg**
514K

**Screenshot_20230222_065847_Messages.jpg**
451K

**Previous Email Snip.PNG**
170K

---

**Scott Noerr** <scott@noerr-inc.com>                                    Wed, Apr 19, 2023 at 10:16 AM
To: Vivek Sehgal <vivek.sehgal@semicab.com>
Cc: AccountsPayable-SemiCab <ap@semicab.com>, "lynne@noerr-inc.com" <lynne@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, Accounting Norlin Noerr <accounting@noerr-inc.com>, Ajesh Kapoor <ajesh.kapoor@semicab.com>

Vivek -
Wanted to follow up on this.  Did you have a chance to review?

Thanks in advance.
Scott

Scott Noerr
[Quoted text hidden]
Scott Noerr

[Quoted text hidden]

[Quoted text hidden]

---

**Scott Noerr** <scott@noerr-inc.com>                                    Wed, Apr 26, 2023 at 12:00 PM
To: Vivek Sehgal <vivek.sehgal@semicab.com>

Cc: AccountsPayable-SemiCab <ap@semicab.com>, "lynne@noerr-inc.com" <lynne@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, Accounting Norlin Noerr <accounting@noerr-inc.com>, Ajesh Kapoor <ajesh.kapoor@semicab.com>

Vivek,
Following up here requesting an approval given the previous documents provided.  In addition, can you supply an updated payable schedule, see below, I believe the notes are correct.

Thank you.

| Inv # | Amount | Inv Balance | PO# | PAST DUE | Inv Date | Purchase Date | Due Date | Debtor # | Status | Expected Pay Date: |
|-------|--------|-------------|-----|----------|----------|---------------|----------|----------|--------|---------------------|
| 904902 | 42,116.97 | 42,116.97 | Feb 5-11 | 72 | 2/14/2023 | 3/2/2023 | 3/16/2023 | 1492 | Past Due | |
| 904903 | 10,100.00 | 10,100.00 | Feb 5-11 EXT | 72 | 2/14/2023 | 2/24/2023 | 3/16/2023 | 1492 | Past Due | |
| 904944 | 500 | 500 | Feb 12-18 EXT | 65 | 2/21/2023 | 2/28/2023 | 3/23/2023 | 1492 | Past Due | |
| 904945 | 39,094.71 | 39,094.71 | Feb 12-18 | 65 | 2/21/2023 | 2/28/2023 | 3/23/2023 | 1492 | Past Due | |
| 904946 | 4,510.02 | 0 | REPAIRS | | 2/21/2023 | 2/28/2023 | 3/23/2023 | 1492 | Pending Approved | |
| 904947 | 1,635.30 | 1,635.30 | TOLLS | 34 | 2/21/2023 | 3/13/2023 | 3/23/2023 | 1492 | Past Due | |
| 904971 PARTIAL | 14,635.00 | 14,635.00 | FEB 20-24 | 56 | 3/2/2023 | 3/13/2023 | 4/1/2023 | 1492 | Past Due | |
| 904972A | 15,800.00 | 15,800.00 | | 45 | 3/13/2023 | 4/14/2023 | 4/12/2023 | 1492 | Past Due | |
| 904987 | 40,122.24 | 0 | FEB 27-MAR 3 | 20 | 3/7/2023 | 3/14/2023 | 4/6/2023 | 1492 | Past Due | |
| 905033 | 38,938.56 | 0 | Mar 6-10 | 13 | 3/14/2023 | 3/23/2023 | 4/13/2023 | 1492 | Past Due | |
| 905060 | 39,464.28 | 39,464.28 | Mar 13-17 | 5 | 3/22/2023 | 3/28/2023 | 4/21/2023 | 1492 | Past Due | |
| 905088 | 38,993.82 | 38,993.82 | Mar 20-24 | | 3/29/2023 | 4/4/2023 | 4/28/2023 | 1492 | Approved | |
| 905089 | 2,422.86 | 2,422.86 | Tolls Feb | | 3/28/2023 | 4/5/2023 | 4/27/2023 | 1492 | Approved | |
| 905090 | 21,600.00 | 21,600.00 | Trailers March | | 3/28/2023 | 4/5/2023 | 4/27/2023 | 1492 | Approved | |
| 905133 | 39,979.95 | 39,979.95 | Mar 27-31 | | 4/5/2023 | 4/11/2023 | 5/5/2023 | 1492 | Approved | |
| 905162 | 39,245.55 | 39,245.55 | APR 3-7 | | 4/12/2023 | 4/20/2023 | 5/12/2023 | 1492 | Approved | |
| 905165 | 4,708.52 | 4,708.52 | Tolls March | | 4/12/2023 | 4/18/2023 | 5/12/2023 | 1492 | Approved | |
| 905179 | 39,619.05 | 39,619.05 | APR 10-14 | | 4/19/2023 | 4/26/2023 | 5/19/2023 | 1492 | Approved | |

[Quoted text hidden]

**Vivek Sehgal** <vivek.sehgal@semicab.com>                                                                    Thu, Apr 27, 2023 at 9:00 AM
To: "scott@noerr-inc.com" <scott@noerr-inc.com>
Cc: AccountsPayable-SemiCab <ap@semicab.com>, "lynne@noerr-inc.com" <lynne@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, Accounting Norlin Noerr <accounting@noerr-inc.com>, Ajesh Kapoor <ajesh.kapoor@semicab.com>

Hi Scott,

Good morning. The first two below are getting processed today (904902 and 904903). I will make sure you get the remittance details sometime during the day once the payments are processed by AP. I will also send you the updated scheduled payments for the next few weeks before EOD.

In the meantime, can you please share details on the following two invoices, "904971 PARTIAL" and "904972A"? I want to make sure we process them correctly.

Thanks!

Vivek.

---

**From:** Scott Noerr <scott@noerr-inc.com>
**Date:** Wednesday, April 26, 2023 at 12:01 PM
**To:** Vivek Sehgal <vivek.sehgal@semicab.com>
**Cc:** AccountsPayable-SemiCab <ap@semicab.com>, lynne@noerr-inc.com <lynne@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, Accounting Norlin Noerr <accounting@noerr-inc.com>, Ajesh Kapoor <ajesh.kapoor@semicab.com>
**Subject:** Re: [SemiCab Inc] Re: Invoice for Trailer Repairs

Vivek,

Following up here requesting an approval given the previous documents provided.  In addition, can you supply an updated payable schedule, see below, I believe the notes are correct.

[Quoted text hidden]

[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]



[Quoted text hidden]

[Quoted text hidden]

Scott Noerr

[Quoted text hidden]

**Error! Filename not specified.**

*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

--
Scott Noerr

Noerr Trucking - Owner
Norlin Warehousing - CFO & GM
Office: 717-242-0566 x 4
Cell: 717-437-0437

Image removed by sender.

*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

--
Scott Noerr

Noerr Trucking - Owner
Norlin Warehousing - CFO & GM
Office: 717-242-0566 x 4
Cell: 717-437-0437

Image removed by sender. Image removed by sender. Image removed by sender.

*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

--
Scott Noerr

Noerr Trucking - Owner
Norlin Warehousing - CFO & GM
Office: 717-242-0566 x 4
Cell: 717-437-0437

Image removed by sender. Image removed by sender. Image removed by sender.

[Quoted text hidden]

---

**Scott Noerr** <scott@noerr-inc.com>                                                      Thu, Apr 27, 2023 at 11:36 AM
To: Vivek Sehgal <vivek.sehgal@semicab.com>, Bud Crawford <bud.crawford@coeurcap.com>
Cc: AccountsPayable-SemiCab <ap@semicab.com>, "lynne@noerr-inc.com" <lynne@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, Accounting Norlin Noerr <accounting@noerr-inc.com>, Ajesh Kapoor <ajesh.kapoor@semicab.com>

Vivek -

Adding Bud in, as that came from his system. He will get you an accurate invoice status here shortly.

[Quoted text hidden]

Scott Noerr

[Quoted text hidden]

 SmartWay® Transport Partner

[Quoted text hidden]

---

**Bud Crawford** <bud.crawford@coeurcap.com>                                                Thu, Apr 27, 2023 at 1:45 PM
To: Scott Noerr <scott@noerr-inc.com>
Cc: Vivek Sehgal <vivek.sehgal@semicab.com>, AccountsPayable-SemiCab <ap@semicab.com>, "lynne@noerr-inc.com" <lynne@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, Accounting Norlin Noerr <accounting@noerr-inc.com>, Ajesh Kapoor <ajesh.kapoor@semicab.com>

Vivek - The attached invoices submitted to SemiCab are the correct. We slightly altered the balances in our system. Semicab approved 904971 and 904972 for the balances attached. These are the correct invoice amounts.

**COEUR**
CAPITAL, INC.

**Bud Crawford**
2970 Peachtree Rd #805
Atlanta, GA 30305
(678) 236 1000 ext.106 (Office)
(678) 426 5544 (Direct)
(678) 669 1602 (eFax)
bud.crawford@coeurcap.com

[Quoted text hidden]

---

**2 attachments**

📄 **Inv_904972_from_NORLIN_WAREHOUSING_SERVICES_INC_13688.pdf**
71K

📄 **Inv_904971_from_NORLIN_WAREHOUSING_SERVICES_INC_2788.pdf**
81K

---

**Vivek Sehgal** <vivek.sehgal@semicab.com>                                                Thu, Apr 27, 2023 at 2:36 PM
To: Bud Crawford <bud.crawford@coeurcap.com>, "scott@noerr-inc.com" <scott@noerr-inc.com>
Cc: AccountsPayable-SemiCab <ap@semicab.com>, "lynne@noerr-inc.com" <lynne@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, Accounting Norlin Noerr <accounting@noerr-inc.com>, Ajesh Kapoor <ajesh.kapoor@semicab.com>

Hi Scott,

You should have received the remittance details for today's payment. Here is the schedule for the next few weeks. Thanks!

| | | |
|---|---|---|
| 904945 | $39,094.71 | Scheduled Week of 5/1 |
| 904944 | $500.00 | Scheduled Week of 5/1 |
| 904972 | $21,600.00 | Scheduled Week of 5/8 |
| 904971 | $38,704.80 | Scheduled Week of 5/8 |
| 904987 | $40,122.24 | Scheduled Week of 5/15 |
| 905033 | $38,938.56 | Scheduled Week of 5/22 |

| 905060 | $39,464.28 | Scheduled Week of 5/29 |

Vivek.

---

**From:** Bud Crawford <bud.crawford@coeurcap.com>
**Date:** Thursday, April 27, 2023 at 1:46 PM
**To:** scott@noerr-inc.com <scott@noerr-inc.com>
**Cc:** Vivek Sehgal <vivek.sehgal@semicab.com>, AccountsPayable-SemiCab <ap@semicab.com>, lynne@noerr-inc.com <lynne@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, Accounting Norlin Noerr <accounting@noerr-inc.com>, Ajesh Kapoor <ajesh.kapoor@semicab.com>
**Subject:** Re: [SemiCab Inc] Re: Invoice for Trailer Repairs

Vivek - The attached invoices submitted to SemiCab are the correct. We slightly altered the balances in our system. Semicab approved 904971 and 904972 for the balances attached. These are the correct invoice amounts.

Image removed by sender.

**Bud Crawford**

2970 Peachtree Rd #805

Atlanta, GA 30305

(678) 236 1000 ext.106 (Office)

(678) 426 5544 (Direct)
(678) 669 1602 (eFax)
bud.crawford@coeurcap.com

On Thu, Apr 27, 2023 at 11:37 AM Scott Noerr <scott@noerr-inc.com> wrote:

> Vivek -
>
> Adding Bud in, as that came from his system.  He will get you an accurate invoice status here shortly.

On Thu, Apr 27, 2023 at 9:00 AM Vivek Sehgal <vivek.sehgal@semicab.com> wrote:

>> Hi Scott,
>>
>> Good morning. The first two below are getting processed today (904902 and 904903). I will make sure you get the remittance details sometime during the day once the payments are processed by AP. I will also send you the updated scheduled payments for the next few weeks before EOD.
>>
>> In the meantime, can you please share details on the following two invoices, "904971 PARTIAL" and "904972A"? I want to make sure we process them correctly.
>>
>> Thanks!
>>
>> Vivek.

**From:** Scott Noerr <scott@noerr-inc.com>
**Date:** Wednesday, April 26, 2023 at 12:01 PM
**To:** Vivek Sehgal <vivek.sehgal@semicab.com>
**Cc:** AccountsPayable-SemiCab <ap@semicab.com>, lynne@noerr-inc.com <lynne@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, Accounting Norlin Noerr <accounting@noerr-inc.com>, Ajesh Kapoor <ajesh.kapoor@semicab.com>
**Subject:** Re: [SemiCab Inc] Re: Invoice for Trailer Repairs

Vivek,

Following up here requesting an approval given the previous documents provided.  In addition, can you supply an updated payable schedule, see below, I believe the notes are correct.

Thank you.

| Inv # | Amount | Inv Balance | PO# | | PAST DUE | Inv Date | Purchase Date | Due Date | Debtor # | Status | | Expected Pay Date: |

| Inv # | Amount | Inv Balance | Bill | PRO# DOC | Inv Date | Purchase Date | Due Date | Debtor # | Status | Expected Pay Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 904902 | 42,116.97 | 42,116.97 | Feb 5-11 | 72 | 2/14/2023 | 3/2/2023 | 3/16/2023 | 1492 | Past Due | |
| 904903 | 10,100.00 | 10,100.00 | Feb 5-11 EXT | 72 | 2/14/2023 | 2/24/2023 | 3/16/2023 | 1492 | Past Due | |
| 904944 | 500 | 500 | Feb 12-18 EXT | 65 | 2/21/2023 | 2/28/2023 | 3/23/2023 | 1492 | Past Due | |
| 904945 | 39,094.71 | 39,094.71 | Feb 12-18 | 65 | 2/21/2023 | 2/28/2023 | 3/23/2023 | 1492 | Past Due | |
| 904946 | 4,510.02 | 0 | REPAIRS | | 2/21/2023 | 2/28/2023 | 3/23/2023 | 1492 | Pending Approved | |
| 904947 | 1,635.30 | 1,635.30 | TOLLS | 34 | 2/21/2023 | 3/13/2023 | 3/23/2023 | 1492 | Past Due | |
| 904971 PARTIAL | 14,635.00 | 14,635.00 | FEB 20-24 | 56 | 3/2/2023 | 3/13/2023 | 4/1/2023 | 1492 | Past Due | |
| 904972A | 15,800.00 | 15,800.00 | | 45 | 3/13/2023 | 4/14/2023 | 4/12/2023 | 1492 | Past Due | |
| 904987 | 40,122.24 | 0 | FEB 27-MAR 3 | 20 | 3/7/2023 | 3/14/2023 | 4/6/2023 | 1492 | Past Due | |
| 905033 | 38,938.56 | 0 | Mar 6-10 | 13 | 3/14/2023 | 3/23/2023 | 4/13/2023 | 1492 | Past Due | |
| 905060 | 39,464.28 | 39,464.28 | Mar 13-17 | 5 | 3/22/2023 | 3/28/2023 | 4/21/2023 | 1492 | Past Due | |
| 905088 | 38,993.82 | 38,993.82 | Mar 20-24 | | 3/29/2023 | 4/4/2023 | 4/28/2023 | 1492 | Approved | |
| 905089 | 2,422.86 | 2,422.86 | Tolls Feb | | 3/28/2023 | 4/5/2023 | 4/27/2023 | 1492 | Approved | |
| 905090 | 21,600.00 | 21,600.00 | Trailers March | | 3/28/2023 | 4/5/2023 | 4/27/2023 | 1492 | Approved | |
| 905133 | 39,979.95 | 39,979.95 | Mar 27-31 | | 4/5/2023 | 4/11/2023 | 5/5/2023 | 1492 | Approved | |
| 905162 | 39,245.55 | 39,245.55 | APR 3-7 | | 4/12/2023 | 4/20/2023 | 5/12/2023 | 1492 | Approved | |
| 905165 | 4,708.52 | 4,708.52 | Tolls March | | 4/12/2023 | 4/18/2023 | 5/12/2023 | 1492 | Approved | |
| 905179 | 39,619.05 | 39,619.05 | APR 10-14 | | 4/19/2023 | 4/26/2023 | 5/19/2023 | 1492 | Approved | |

On Wed, Apr 19, 2023 at 10:16 AM Scott Noerr <scott@noerr-inc.com> wrote:

Vivek -

Wanted to follow up on this.  Did you have a chance to review?

Thanks in advance.

Scott

On Fri, Apr 14, 2023 at 2:15 PM Scott Noerr <scott@noerr-inc.com> wrote:

Here is a snip of the invoice you mentioned not being approved, as well as some text messages from Stephen during the same time thread.



On Fri, Apr 14, 2023 at 2:07 PM Vivek Sehgal <vivek.sehgal@semicab.com> wrote:

Thanks Scott, can you please share "multiple previous repair invoices, setting the standard for the agreement between our firms" – I seem to have missed all of them. Thank you so much.

---

**From:** Scott Noerr <scott@noerr-inc.com>
**Date:** Friday, April 14, 2023 at 2:03 PM
**To:** Vivek Sehgal <vivek.sehgal@semicab.com>
**Cc:** AccountsPayable-SemiCab <ap@semicab.com>, lynne@noerr-inc.com <lynne@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, Accounting Norlin Noerr <accounting@noerr-inc.com>, Ajesh Kapoor <ajesh.kapoor@semicab.com>
**Subject:** Re: [SemiCab Inc] Re: Invoice for Trailer Repairs

Vivek,

There is a basis - and I will have to respectfully disagree with your assessment. Lexi has already approved previous invoices, and if you reach out to Stephen he will let you know as well, and Bryan was also on those phone calls. In the event of a lease of trailers, and more importantly, a trailer interchange, SemiCab became responsible for the repairs on said trailers. There is no way that I would ever allow someone else to haul our trailers without repair costs being assessed - period.

I point to the invoices you noted in your previous email, that Lexi has already approved, as well as multiple previous repair invoices, setting the standard for the agreement between our firms.

Please review again, and if you have any questions you can call me directly at 717-437-0437.

Thank you.

On Fri, Apr 14, 2023 at 1:58 PM Vivek Sehgal <vivek.sehgal@semicab.com> wrote:

Hi Lynne,

I am sorry but we cannot approve invoices for trailer repairs. There is no basis for these invoices, as was informed last week as well.

Thanks,

Vivek.

---

**From:** AP <ap@semicab.com>
**Date:** Friday, April 14, 2023 at 1:19 PM
**To:** lynne@noerr-inc.com <lynne@noerr-inc.com>
**Cc:** Vivek Sehgal <vivek.sehgal@semicab.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, scott@noerr-inc.com <scott@noerr-inc.com>, Accounting Norlin Noerr <accounting@noerr-inc.com>
**Subject:** [SemiCab Inc] Re: Invoice for Trailer Repairs

Your request (36299) has been updated. To add additional comments, reply to this email.

**Micha De Jesus** (SemiCab Inc)

Apr 14, 2023, 1:19 PM EDT

+ Adding Vivek for assistance.

Let me know if I can help with anything else.

Thank you,
The SemiCab Team

Error! Filename not specified.

www.semicab.com

---

**Lynne Dutcher**

Apr 13, 2023, 2:33 PM EDT

Attached is our invoice#905166 for trailer repairs.

Supporting documents are attached for your review.

Please let us know when this invoice is APPROVED.

Thank you.

--

Lynne E Dutcher

Accounting Manager

Noerr Trucking LLC

c/o Norlin Warehousing Services, Inc.

P O Box 311

Lewistown, PA  17044

717-242-0566

Attachment(s)

NWS 905166 TRAILER REPRS INV.pdf

NWS 905166 TRAILER REPRS SupDocs.pdf

This email is a service from SemiCab Inc. Delivered by Zendesk

[KPKD8R-437VY]

--

Scott Noerr

Noerr Trucking - Owner

Norlin Warehousing - CFO & GM

Office: 717-242-0566 x 4

Cell: 717-437-0437

Error! Filename not specified.

*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

--

Scott Noerr

Noerr Trucking - Owner

Norlin Warehousing - CFO & GM

Office: 717-242-0566 x 4

Cell: 717-437-0437

Error! Filename not specified.

*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

--

Scott Noerr

Noerr Trucking - Owner

Norlin Warehousing - CFO & GM

Office: 717-242-0566 x 4

Cell: 717-437-0437

Error! Filename not specified.Error! Filename not specified.Error! Filename not specified.

*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

--
Scott Noerr

Noerr Trucking - Owner

Norlin Warehousing - CFO & GM

Office: 717-242-0566 x 4

Cell: 717-437-0437

Error! Filename not specified.Error! Filename not specified.Error! Filename not specified.

*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

--
Scott Noerr

Noerr Trucking - Owner

Norlin Warehousing - CFO & GM

Office: 717-242-0566 x 4

Cell: 717-437-0437

Image removed by sender.Image removed by sender.Image removed by sender.

*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

---

**Scott Noerr** <scott@noerr-inc.com>                                                       Fri, Apr 28, 2023 at 7:20 AM
To: Vivek Sehgal <vivek.sehgal@semicab.com>
Cc: Bud Crawford <bud.crawford@coeurcap.com>, AccountsPayable-SemiCab <ap@semicab.com>, "lynne@noerr-inc.com" <lynne@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, Accounting Norlin Noerr <accounting@noerr-inc.com>, Ajesh Kapoor <ajesh.kapoor@semicab.com>

Vivek,
Thank you for the confirmation.  We still need to address 904946 for repairs (see attached approval).  In addition, 904947 was adjusted per Lexi's request, but an approval was never given for the tolls - please check with @AccountsPayable-SemiCab / Micah and confirm approval.  Both were previously approved in conversations, but we only have 1 email confirmation, and 1 "hanging".

Also, still overlooking this invoice, 905166 for repairs.  I've provided the requested history / basis of these repairs, and this one has fallen through the cracks.

Please advise.

Thank you.

On Thu, Apr 27, 2023 at 2:37 PM Vivek Sehgal <vivek.sehgal@semicab.com> wrote:

Hi Scott,

You should have received the remittance details for today's payment. Here is the schedule for the next few weeks. Thanks!

904945 $39,094.71 Scheduled Week of 5/1

904944   $500.00 Scheduled Week of 5/1

904972 $21,600.00 Scheduled Week of 5/8

904971 $38,704.80 Scheduled Week of 5/8

904987 $40,122.24 Scheduled Week of 5/15

905033 $38,938.56 Scheduled Week of 5/22

905060 $39,464.28 Scheduled Week of 5/29

Vivek.

---

**From:** Bud Crawford <bud.crawford@coeurcap.com>
**Date:** Thursday, April 27, 2023 at 1:46 PM
**To:** scott@noerr-inc.com <scott@noerr-inc.com>
**Cc:** Vivek Sehgal <vivek.sehgal@semicab.com>, AccountsPayable-SemiCab <ap@semicab.com>, lynne@noerr-inc.com <lynne@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, Accounting Norlin Noerr <accounting@noerr-inc.com>, Ajesh Kapoor <ajesh.kapoor@semicab.com>
**Subject:** Re: [SemiCab Inc] Re: Invoice for Trailer Repairs

Vivek - The attached invoices submitted to SemiCab are the correct. We slightly altered the balances in our system. Semicab approved 904971 and 904972 for the balances attached. These are the correct invoice amounts.

**Image removed by sender.**

**Bud Crawford**

2970 Peachtree Rd #805

Atlanta, GA 30305

(678) 236 1000 ext.106 (Office)

(678) 426 5544 (Direct)
(678) 669 1602 (eFax)

bud.crawford@coeurcap.com

On Thu, Apr 27, 2023 at 11:37 AM Scott Noerr <scott@noerr-inc.com> wrote:

Vivek -

Adding Bud in, as that came from his system.  He will get you an accurate invoice status here shortly.

On Thu, Apr 27, 2023 at 9:00 AM Vivek Sehgal <vivek.sehgal@semicab.com> wrote:

Hi Scott,

Good morning. The first two below are getting processed today (904902 and 904903). I will make sure you get the remittance details sometime during the day once the payments are processed by AP. I will also send you the updated scheduled payments for the next few weeks before EOD.

In the meantime, can you please share details on the following two invoices, "904971 PARTIAL" and "904972A"? I want to make sure we process them correctly.

Thanks!

Vivek.

---

**From:** Scott Noerr <scott@noerr-inc.com>
**Date:** Wednesday, April 26, 2023 at 12:01 PM
**To:** Vivek Sehgal <vivek.sehgal@semicab.com>
**Cc:** AccountsPayable-SemiCab <ap@semicab.com>, lynne@noerr-inc.com <lynne@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, Accounting Norlin Noerr <accounting@noerr-inc.com>, Ajesh Kapoor <ajesh.kapoor@semicab.com>
**Subject:** Re: [SemiCab Inc] Re: Invoice for Trailer Repairs

Vivek,

Following up here requesting an approval given the previous documents provided.  In addition, can you supply an updated payable schedule, see below, I believe the notes are correct.


Thank you.

| Inv # | Amount | Inv Balance | PO# | PAST DUE | Inv Date | Purchase Date | Due Date | Debtor # | Status | Expected Pay Date: |
|---|---|---|---|---|---|---|---|---|---|---|
| 904902 | 42,116.97 | 42,116.97 | Feb 5-11 | 72 | 2/14/2023 | 3/2/2023 | 3/16/2023 | 1492 | Past Due | |
| 904903 | 10,100.00 | 10,100.00 | Feb 5-11 EXT | 72 | 2/14/2023 | 2/24/2023 | 3/16/2023 | 1492 | Past Due | |
| 904944 | 500 | 500 | Feb 12-18 EXT | 65 | 2/21/2023 | 2/28/2023 | 3/23/2023 | 1492 | Past Due | |
| 904945 | 39,094.71 | 39,094.71 | Feb 12-18 | 65 | 2/21/2023 | 2/28/2023 | 3/23/2023 | 1492 | Past Due | |
| 904946 | 4,510.02 | 0 | REPAIRS | | 2/21/2023 | 2/28/2023 | 3/23/2023 | 1492 | Pending Approved | |
| 904947 | 1,635.30 | 1,635.30 | TOLLS | 34 | 2/21/2023 | 3/13/2023 | 3/23/2023 | 1492 | Past Due | |
| 904971 PARTIAL | 14,635.00 | 14,635.00 | FEB 20-24 | 56 | 3/2/2023 | 3/13/2023 | 4/1/2023 | 1492 | Past Due | |
| 904972A | 15,800.00 | 15,800.00 | | 45 | 3/13/2023 | 4/14/2023 | 4/12/2023 | 1492 | Past Due | |
| 904987 | 40,122.24 | 0 | FEB 27-MAR 3 | 20 | 3/7/2023 | 3/14/2023 | 4/6/2023 | 1492 | Past Due | |
| 905033 | 38,938.56 | 0 | Mar 6-10 | 13 | 3/14/2023 | 3/23/2023 | 4/13/2023 | 1492 | Past Due | |
| 905060 | 39,464.28 | 39,464.28 | Mar 13-17 | 5 | 3/22/2023 | 3/28/2023 | 4/21/2023 | 1492 | Past Due | |
| 905088 | 38,993.82 | 38,993.82 | Mar 20-24 | | 3/29/2023 | 4/4/2023 | 4/28/2023 | 1492 | Approved | |
| 905089 | 2,422.86 | 2,422.86 | Tolls Feb | | 3/28/2023 | 4/5/2023 | 4/27/2023 | 1492 | Approved | |
| 905090 | 21,600.00 | 21,600.00 | Trailers March | | 3/28/2023 | 4/5/2023 | 4/27/2023 | 1492 | Approved | |
| 905133 | 39,979.95 | 39,979.95 | Mar 27-31 | | 4/5/2023 | 4/11/2023 | 5/5/2023 | 1492 | Approved | |
| 905162 | 39,245.55 | 39,245.55 | APR 3-7 | | 4/12/2023 | 4/20/2023 | 5/12/2023 | 1492 | Approved | |
| 905165 | 4,708.52 | 4,708.52 | Tolls March | | 4/12/2023 | 4/18/2023 | 5/12/2023 | 1492 | Approved | |
| 905179 | 39,619.05 | 39,619.05 | APR 10-14 | | 4/19/2023 | 4/26/2023 | 5/19/2023 | 1492 | Approved | |


On Wed, Apr 19, 2023 at 10:16 AM Scott Noerr <scott@noerr-inc.com> wrote:

Vivek -

Wanted to follow up on this.  Did you have a chance to review?


Thanks in advance.

Scott

On Fri, Apr 14, 2023 at 2:15 PM Scott Noerr <scott@noerr-inc.com> wrote:

Here is a snip of the invoice you mentioned not being approved, as well as some text messages from Stephen during the same time thread.



On Fri, Apr 14, 2023 at 2:07 PM Vivek Sehgal <vivek.sehgal@semicab.com> wrote:

Thanks Scott, can you please share "multiple previous repair invoices, setting the standard for the agreement between our firms" – I seem to have missed all of them. Thank you so much.

---

**From:** Scott Noerr <scott@noerr-inc.com>
**Date:** Friday, April 14, 2023 at 2:03 PM
**To:** Vivek Sehgal <vivek.sehgal@semicab.com>
**Cc:** AccountsPayable-SemiCab <ap@semicab.com>, lynne@noerr-inc.com <lynne@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, Accounting Norlin Noerr <accounting@noerr-inc.com>, Ajesh Kapoor <ajesh.kapoor@semicab.com>
**Subject:** Re: [SemiCab Inc] Re: Invoice for Trailer Repairs

Vivek,

There is a basis - and I will have to respectfully disagree with your assessment. Lexi has already approved previous invoices, and if you reach out to Stephen he will let you know as well, and Bryan was also on those phone calls.  In the event of a lease of trailers, and more importantly, a trailer interchange, SemiCab became responsible for the repairs on said trailers.  There is no way that I would ever allow someone else to haul our trailers without repair costs being assessed - period.

I point to the invoices you noted in your previous email, that Lexi has already approved, as well as multiple previous repair invoices, setting the standard for the agreement between our firms.

Please review again, and if you have any questions you can call me directly at 717-437-0437.

Thank you.

On Fri, Apr 14, 2023 at 1:58 PM Vivek Sehgal <vivek.sehgal@semicab.com> wrote:

Hi Lynne,

I am sorry but we cannot approve invoices for trailer repairs. There is no basis for these invoices, as was informed last week as well.

Thanks,

Vivek.

---

**From:** AP <ap@semicab.com>
**Date:** Friday, April 14, 2023 at 1:19 PM
**To:** lynne@noerr-inc.com <lynne@noerr-inc.com>
**Cc:** Vivek Sehgal <vivek.sehgal@semicab.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, scott@noerr-inc.com <scott@noerr-inc.com>, Accounting Norlin Noerr <accounting@noerr-inc.com>
**Subject:** [SemiCab Inc] Re: Invoice for Trailer Repairs

Your request (36299) has been updated. To add additional comments, reply to this email.

---

**Micha De Jesus** (SemiCab Inc)

Apr 14, 2023, 1:19 PM EDT

+ Adding Vivek for assistance.

Let me know if I can help with anything else.

Thank you,
The SemiCab Team

**Error! Filename not specified.**
www.semicab.com

---

**Lynne Dutcher**

Apr 13, 2023, 2:33 PM EDT

Attached is our invoice#905166 for trailer repairs.

Supporting documents are attached for your review.

Please let us know when this invoice is APPROVED.

Thank you.

--
Lynne E Dutcher

Accounting Manager


Noerr Trucking LLC

c/o Norlin Warehousing Services, Inc.

P O Box 311

Lewistown, PA  17044

717-242-0566


Attachment(s)
NWS 905166 TRAILER REPRS INV.pdf
NWS 905166 TRAILER REPRS SupDocs.pdf

---

This email is a service from SemiCab Inc. Delivered by **Zendesk**

[KPKD8R-437VY]


--
Scott Noerr

Noerr Trucking - Owner

Norlin Warehousing - CFO & GM

Office: 717-242-0566 x 4

Cell: 717-437-0437
**Error! Filename not specified.**

*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

--

Scott Noerr

Noerr Trucking - Owner

Norlin Warehousing - CFO & GM

Office: 717-242-0566 x 4

Cell: 717-437-0437

**Error! Filename not specified.**

*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

--

Scott Noerr

Noerr Trucking - Owner

Norlin Warehousing - CFO & GM

Office: 717-242-0566 x 4

Cell: 717-437-0437

Error! Filename not specified.**Error! Filename not specified.Error! Filename not specified.**

*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

--

Scott Noerr

Noerr Trucking - Owner

Norlin Warehousing - CFO & GM

Office: 717-242-0566 x 4

Cell: 717-437-0437

Error! Filename not specified.**Error! Filename not specified.Error! Filename not specified.**

*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

--

Scott Noerr

Noerr Trucking - Owner

Norlin Warehousing - CFO & GM

Office: 717-242-0566 x 4

Cell: 717-437-0437

Image removed by sender.Image removed by sender.Image removed by sender.

*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

--
Scott Noerr

Noerr Trucking - Owner
Norlin Warehousing - CFO & GM
Office: 717-242-0566 x 4

Cell: 717-437-0437



*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*



**Repair Approval.PNG**
97K

---

**Scott Noerr** <scott@noerr-inc.com>                                                                Wed, May 3, 2023 at 8:08 AM
To: Vivek Sehgal <vivek.sehgal@semicab.com>
Cc: Bud Crawford <bud.crawford@coeurcap.com>, AccountsPayable-SemiCab <ap@semicab.com>, "lynne@noerr-inc.com" <lynne@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, Accounting Norlin Noerr <accounting@noerr-inc.com>, Ajesh Kapoor <ajesh.kapoor@semicab.com>

Following up here for 1 missed approval, and 2 re-approvals:
905166
904946 (already approved)
904947 (already approved)

Thank you.  Please advise.

On Fri, Apr 28, 2023 at 7:20 AM Scott Noerr <scott@noerr-inc.com> wrote:
> Vivek,
> Thank you for the confirmation.  We still need to address 904946 for repairs (see attached approval).  In addition, 904947 was adjusted per Lexi's request, but an approval was never given for the tolls - please check with @AccountsPayable-SemiCab / Micah and confirm approval.  Both were previously approved in conversations, but we only have 1 email confirmation, and 1 "hanging".
>
> Also, still overlooking this invoice, 905166 for repairs.  I've provided the requested history / basis of these repairs, and this one has fallen through the cracks.
>
> Please advise.
>
> Thank you.
>
>
>
>
> On Thu, Apr 27, 2023 at 2:37 PM Vivek Sehgal <vivek.sehgal@semicab.com> wrote:
>> Hi Scott,
>>
>> You should have received the remittance details for today's payment. Here is the schedule for the next few weeks. Thanks!
>>
>>
>> 904945 $39,094.71 Scheduled Week of 5/1
>>
>> 904944     $500.00 Scheduled Week of 5/1
>>
>> 904972 $21,600.00 Scheduled Week of 5/8
>>
>> 904971 $38,704.80 Scheduled Week of 5/8
>>
>> 904987 $40,122.24 Scheduled Week of 5/15
>>
>> 905033 $38,938.56 Scheduled Week of 5/22
>>
>> 905060 $39,464.28 Scheduled Week of 5/29
>>
>>
>> Vivek.

**From:** Bud Crawford <bud.crawford@coeurcap.com>
**Date:** Thursday, April 27, 2023 at 1:46 PM
**To:** scott@noerr-inc.com <scott@noerr-inc.com>
**Cc:** Vivek Sehgal <vivek.sehgal@semicab.com>, AccountsPayable-SemiCab <ap@semicab.com>, lynne@noerr-inc.com <lynne@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, Accounting Norlin Noerr <accounting@noerr-inc.com>, Ajesh Kapoor <ajesh.kapoor@semicab.com>
**Subject:** Re: [SemiCab Inc] Re: Invoice for Trailer Repairs

Vivek - The attached invoices submitted to SemiCab are the correct. We slightly altered the balances in our system. Semicab approved 904971 and 904972 for the balances attached. These are the correct invoice amounts.

Image removed by sender.

**Bud Crawford**

2970 Peachtree Rd #805

Atlanta, GA 30305

(678) 236 1000 ext.106 (Office)

(678) 426 5544 (Direct)
(678) 669 1602 (eFax)

bud.crawford@coeurcap.com

On Thu, Apr 27, 2023 at 11:37 AM Scott Noerr <scott@noerr-inc.com> wrote:

Vivek -

Adding Bud in, as that came from his system.  He will get you an accurate invoice status here shortly.

On Thu, Apr 27, 2023 at 9:00 AM Vivek Sehgal <vivek.sehgal@semicab.com> wrote:

Hi Scott,

Good morning. The first two below are getting processed today (904902 and 904903). I will make sure you get the remittance details sometime during the day once the payments are processed by AP. I will also send you the updated scheduled payments for the next few weeks before EOD.

In the meantime, can you please share details on the following two invoices, "904971 PARTIAL" and "904972A"? I want to make sure we process them correctly.

Thanks!

Vivek.

**From:** Scott Noerr <scott@noerr-inc.com>
**Date:** Wednesday, April 26, 2023 at 12:01 PM
**To:** Vivek Sehgal <vivek.sehgal@semicab.com>
**Cc:** AccountsPayable-SemiCab <ap@semicab.com>, lynne@noerr-inc.com <lynne@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, Accounting Norlin Noerr <accounting@noerr-inc.com>, Ajesh Kapoor <ajesh.kapoor@semicab.com>
**Subject:** Re: [SemiCab Inc] Re: Invoice for Trailer Repairs

Vivek,

Following up here requesting an approval given the previous documents provided.  In addition, can you supply an updated payable schedule, see below, I believe the notes are correct.

Thank you.

| Inv # | Amount | Inv Balance | PO# | PAST DUE | Inv Date | Purchase Date | Due Date | Debtor # | Status | Expected Pay Date: |
|-------|--------|-------------|-----|----------|----------|---------------|----------|----------|--------|--------------------|
| 904902 | 42,116.97 | 42,116.97 | Feb 5-11 | 72 | 2/14/2023 | 3/2/2023 | 3/16/2023 | 1492 | Past Due | |
| 904903 | 10,100.00 | 10,100.00 | Feb 5-11 EXT | 72 | 2/14/2023 | 2/24/2023 | 3/16/2023 | 1492 | Past Due | |
| 904944 | 500 | 500 | Feb 12-18 EXT | 65 | 2/21/2023 | 2/28/2023 | 3/23/2023 | 1492 | Past Due | |

| 904945 | 39,094.71 | 39,094.71 | Feb 12-18 | 65 | 2/21/2023 | 2/28/2023 | 3/23/2023 | 1492 | Past Due | |
|---|---|---|---|---|---|---|---|---|---|---|
| 904946 | 4,510.02 | 0 | REPAIRS | | 2/21/2023 | 2/28/2023 | 3/23/2023 | 1492 | Pending Approved | |
| 904947 | 1,635.30 | 1,635.30 | TOLLS | 34 | 2/21/2023 | 3/13/2023 | 3/23/2023 | 1492 | Past Due | |
| 904971 PARTIAL | 14,635.00 | 14,635.00 | FEB 20-24 | 56 | 3/2/2023 | 3/13/2023 | 4/1/2023 | 1492 | Past Due | |
| 904972A | 15,800.00 | 15,800.00 | | 45 | 3/13/2023 | 4/14/2023 | 4/12/2023 | 1492 | Past Due | |
| 904987 | 40,122.24 | 0 | FEB 27-MAR 3 | 20 | 3/7/2023 | 3/14/2023 | 4/6/2023 | 1492 | Past Due | |
| 905033 | 38,938.56 | 0 | Mar 6-10 | 13 | 3/14/2023 | 3/23/2023 | 4/13/2023 | 1492 | Past Due | |
| 905060 | 39,464.28 | 39,464.28 | Mar 13-17 | 5 | 3/22/2023 | 3/28/2023 | 4/21/2023 | 1492 | Past Due | |
| 905088 | 38,993.82 | 38,993.82 | Mar 20-24 | | 3/29/2023 | 4/4/2023 | 4/28/2023 | 1492 | Approved | |
| 905089 | 2,422.86 | 2,422.86 | Tolls Feb | | 3/28/2023 | 4/5/2023 | 4/27/2023 | 1492 | Approved | |
| 905090 | 21,600.00 | 21,600.00 | Trailers March | | 3/28/2023 | 4/5/2023 | 4/27/2023 | 1492 | Approved | |
| 905133 | 39,979.95 | 39,979.95 | Mar 27-31 | | 4/5/2023 | 4/11/2023 | 5/5/2023 | 1492 | Approved | |
| 905162 | 39,245.55 | 39,245.55 | APR 3-7 | | 4/12/2023 | 4/20/2023 | 5/12/2023 | 1492 | Approved | |
| 905165 | 4,708.52 | 4,708.52 | Tolls March | | 4/12/2023 | 4/18/2023 | 5/12/2023 | 1492 | Approved | |
| 905179 | 39,619.05 | 39,619.05 | APR 10-14 | | 4/19/2023 | 4/26/2023 | 5/19/2023 | 1492 | Approved | |

On Wed, Apr 19, 2023 at 10:16 AM Scott Noerr <scott@noerr-inc.com> wrote:

Vivek -

Wanted to follow up on this.  Did you have a chance to review?

Thanks in advance.

Scott

On Fri, Apr 14, 2023 at 2:15 PM Scott Noerr <scott@noerr-inc.com> wrote:

Here is a snip of the invoice you mentioned not being approved, as well as some text messages from Stephen during the same time thread.



On Fri, Apr 14, 2023 at 2:07 PM Vivek Sehgal <vivek.sehgal@semicab.com> wrote:

Thanks Scott, can you please share "multiple previous repair invoices, setting the standard for the agreement between our firms" – I seem to have missed all of them. Thank you so much.

**From:** Scott Noerr <scott@noerr-inc.com>
**Date:** Friday, April 14, 2023 at 2:03 PM

**To:** Vivek Sehgal <vivek.sehgal@semicab.com>
**Cc:** AccountsPayable-SemiCab <ap@semicab.com>, lynne@noerr-inc.com <lynne@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, Accounting Norlin Noerr <accounting@noerr-inc.com>, Ajesh Kapoor <ajesh.kapoor@semicab.com>
**Subject:** Re: [SemiCab Inc] Re: Invoice for Trailer Repairs

Vivek,

There is a basis - and I will have to respectfully disagree with your assessment.  Lexi has already approved previous invoices, and if you reach out to Stephen he will let you know as well, and Bryan was also on those phone calls.  In the event of a lease of trailers, and more importantly, a trailer interchange, SemiCab became responsible for the repairs on said trailers.  There is no way that I would ever allow someone else to haul our trailers without repair costs being assessed - period.

I point to the invoices you noted in your previous email, that Lexi has already approved, as well as multiple previous repair invoices, setting the standard for the agreement between our firms.

Please review again, and if you have any questions you can call me directly at 717-437-0437.

Thank you.

On Fri, Apr 14, 2023 at 1:58 PM Vivek Sehgal <vivek.sehgal@semicab.com> wrote:

Hi Lynne,

I am sorry but we cannot approve invoices for trailer repairs. There is no basis for these invoices, as was informed last week as well.

Thanks,

Vivek.

---

**From:** AP <ap@semicab.com>
**Date:** Friday, April 14, 2023 at 1:19 PM
**To:** lynne@noerr-inc.com <lynne@noerr-inc.com>
**Cc:** Vivek Sehgal <vivek.sehgal@semicab.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, scott@noerr-inc.com <scott@noerr-inc.com>, Accounting Norlin Noerr <accounting@noerr-inc.com>
**Subject:** [SemiCab Inc] Re: Invoice for Trailer Repairs

Your request (36299) has been updated. To add additional comments, reply to this email.

---

**Micha De Jesus** (SemiCab Inc)

Apr 14, 2023, 1:19 PM EDT

+ Adding Vivek for assistance.

Let me know if I can help with anything else.

Thank you,
The SemiCab Team

Error! Filename not specified.

www.semicab.com

---

**Lynne Dutcher**

Apr 13, 2023, 2:33 PM EDT

Attached is our invoice#905166 for trailer repairs.

Supporting documents are attached for your review.

Please let us know when this invoice is APPROVED.

Thank you.

--

Lynne E Dutcher

Accounting Manager

Noerr Trucking LLC

c/o Norlin Warehousing Services, Inc.

P O Box 311

Lewistown, PA  17044

717-242-0566

Attachment(s)

NWS 905166 TRAILER REPRS INV.pdf

NWS 905166 TRAILER REPRS SupDocs.pdf

This email is a service from SemiCab Inc. Delivered by **Zendesk**

[KPKD8R-437VY]

--

Scott Noerr

Noerr Trucking - Owner

Norlin Warehousing - CFO & GM

Office: 717-242-0566 x 4

Cell: 717-437-0437

**Error! Filename not specified.**

*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

--

Scott Noerr

Noerr Trucking - Owner

Norlin Warehousing - CFO & GM

Office: 717-242-0566 x 4

Cell: 717-437-0437

**Error! Filename not specified.**

*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

--

Scott Noerr

Noerr Trucking - Owner

Norlin Warehousing - CFO & GM

Office: 717-242-0566 x 4

Cell: 717-437-0437

<span style="color:purple">Error! Filename not specified.</span> **Error! Filename not specified.Error! Filename not specified.**

*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

--

Scott Noerr

Noerr Trucking - Owner

Norlin Warehousing - CFO & GM

Office: 717-242-0566 x 4

Cell: 717-437-0437

<span style="color:purple">Error! Filename not specified.</span> **Error! Filename not specified.Error! Filename not specified.**

*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

--

Scott Noerr

Noerr Trucking - Owner

Norlin Warehousing - CFO & GM

Office: 717-242-0566 x 4

Cell: 717-437-0437

Image removed by sender. Image removed by sender. Image removed by sender.

*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

--
Scott Noerr

Noerr Trucking - Owner
Norlin Warehousing - CFO & GM
Office: 717-242-0566 x 4
Cell: 717-437-0437



*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

--
Scott Noerr

Noerr Trucking - Owner
Norlin Warehousing - CFO & GM
Office: 717-242-0566 x 4
Cell: 717-437-0437



*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

---

**Scott Noerr** <scott@noerr-inc.com>                                                          Mon, May 8, 2023 at 8:51 AM
To: Vivek Sehgal <vivek.sehgal@semicab.com>
Cc: Bud Crawford <bud.crawford@coeurcap.com>, AccountsPayable-SemiCab <ap@semicab.com>, "lynne@noerr-inc.com" <lynne@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, Accounting Norlin Noerr <accounting@noerr-inc.com>, Ajesh Kapoor <ajesh.kapoor@semicab.com>

Following up here as well for approval.

On Wed, May 3, 2023 at 8:08 AM Scott Noerr <scott@noerr-inc.com> wrote:
Following up here for 1 missed approval, and 2 re-approvals:
905166
904946 (already approved)
904947 (already approved)

Thank you.  Please advise.

On Fri, Apr 28, 2023 at 7:20 AM Scott Noerr <scott@noerr-inc.com> wrote:
> Vivek,
> Thank you for the confirmation.  We still need to address 904946 for repairs (see attached approval).  In addition, 904947 was adjusted per Lexi's request, but an approval was never given for the tolls - please check with @AccountsPayable-SemiCab / Micah and confirm approval.  Both were previously approved in conversations, but we only have 1 email confirmation, and 1 "hanging".
>
> Also, still overlooking this invoice, 905166 for repairs.  I've provided the requested history / basis of these repairs, and this one has fallen through the cracks.
>
> Please advise.
>
> Thank you.

On Thu, Apr 27, 2023 at 2:37 PM Vivek Sehgal <vivek.sehgal@semicab.com> wrote:
>> Hi Scott,
>>
>> You should have received the remittance details for today's payment. Here is the schedule for the next few weeks. Thanks!
>>
>> 904945 $39,094.71  Scheduled Week of 5/1
>>
>> 904944    $500.00  Scheduled Week of 5/1
>>
>> 904972 $21,600.00  Scheduled Week of 5/8
>>
>> 904971 $38,704.80  Scheduled Week of 5/8
>>
>> 904987 $40,122.24  Scheduled Week of 5/15
>>
>> 905033 $38,938.56  Scheduled Week of 5/22
>>
>> 905060 $39,464.28  Scheduled Week of 5/29
>>
>> Vivek.

---

**From:** Bud Crawford <bud.crawford@coeurcap.com>
**Date:** Thursday, April 27, 2023 at 1:46 PM
**To:** scott@noerr-inc.com <scott@noerr-inc.com>
**Cc:** Vivek Sehgal <vivek.sehgal@semicab.com>, AccountsPayable-SemiCab <ap@semicab.com>, lynne@noerr-inc.com <lynne@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, Accounting Norlin Noerr <accounting@noerr-inc.com>, Ajesh Kapoor <ajesh.kapoor@semicab.com>
**Subject:** Re: [SemiCab Inc] Re: Invoice for Trailer Repairs

Vivek - The attached invoices submitted to SemiCab are the correct. We slightly altered the balances in our system. Semicab approved 904971 and 904972 for the balances attached. These are the correct invoice amounts.

Image removed by sender.

**Bud Crawford**

2970 Peachtree Rd #805

Atlanta, GA 30305

(678) 236 1000 ext.106 (Office)

(678) 426 5544 (Direct)
(678) 669 1602 (eFax)
bud.crawford@coeurcap.com

On Thu, Apr 27, 2023 at 11:37 AM Scott Noerr <scott@noerr-inc.com> wrote:

Vivek -

Adding Bud in, as that came from his system.  He will get you an accurate invoice status here shortly.

On Thu, Apr 27, 2023 at 9:00 AM Vivek Sehgal <vivek.sehgal@semicab.com> wrote:

Hi Scott,

Good morning. The first two below are getting processed today (904902 and 904903). I will make sure you get the remittance details sometime during the day once the payments are processed by AP. I will also send you the updated scheduled payments for the next few weeks before EOD.

In the meantime, can you please share details on the following two invoices, "904971 PARTIAL" and "904972A"? I want to make sure we process them correctly.

Thanks!

Vivek.

**From:** Scott Noerr <scott@noerr-inc.com>
**Date:** Wednesday, April 26, 2023 at 12:01 PM
**To:** Vivek Sehgal <vivek.sehgal@semicab.com>
**Cc:** AccountsPayable-SemiCab <ap@semicab.com>, lynne@noerr-inc.com <lynne@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, Accounting Norlin Noerr <accounting@noerr-inc.com>, Ajesh Kapoor <ajesh.kapoor@semicab.com>
**Subject:** Re: [SemiCab Inc] Re: Invoice for Trailer Repairs

Vivek,

Following up here requesting an approval given the previous documents provided.  In addition, can you supply an updated payable schedule, see below, I believe the notes are correct.

Thank you.

| Inv # | Amount | Inv Balance | PO# | PAST DUE | Inv Date | Purchase Date | Due Date | Debtor # | Status | Expected Pay Date: |
|-------|--------|-------------|-----|----------|----------|---------------|----------|----------|--------|--------------------|
| 904902 | 42,116.97 | 42,116.97 | Feb 5-11 | 72 | 2/14/2023 | 3/2/2023 | 3/16/2023 | 1492 | Past Due | |
| 904903 | 10,100.00 | 10,100.00 | Feb 5-11 EXT | 72 | 2/14/2023 | 2/24/2023 | 3/16/2023 | 1492 | Past Due | |
| 904944 | 500 | 500 | Feb 12-18 EXT | 65 | 2/21/2023 | 2/28/2023 | 3/23/2023 | 1492 | Past Due | |
| 904945 | 39,094.71 | 39,094.71 | Feb 12-18 | 65 | 2/21/2023 | 2/28/2023 | 3/23/2023 | 1492 | Past Due | |
| 904946 | 4,510.02 | 0 | REPAIRS | | 2/21/2023 | 2/28/2023 | 3/23/2023 | 1492 | Pending Approved | |
| 904947 | 1,635.30 | 1,635.30 | TOLLS | 34 | 2/21/2023 | 3/13/2023 | 3/23/2023 | 1492 | Past Due | |
| 904971 PARTIAL | 14,635.00 | 14,635.00 | FEB 20-24 | 56 | 3/2/2023 | 3/13/2023 | 4/1/2023 | 1492 | Past Due | |
| 904972A | 15,800.00 | 15,800.00 | | 45 | 3/13/2023 | 4/14/2023 | 4/12/2023 | 1492 | Past Due | |
| 904987 | 40,122.24 | 0 | FEB 27-MAR 3 | 20 | 3/7/2023 | 3/14/2023 | 4/6/2023 | 1492 | Past Due | |
| 905033 | 38,938.56 | 0 | Mar 6-10 | 13 | 3/14/2023 | 3/23/2023 | 4/13/2023 | 1492 | Past Due | |
| 905060 | 39,464.28 | 39,464.28 | Mar 13-17 | 5 | 3/22/2023 | 3/28/2023 | 4/21/2023 | 1492 | Past Due | |
| 905088 | 38,993.82 | 38,993.82 | Mar 20-24 | | 3/29/2023 | 4/4/2023 | 4/28/2023 | 1492 | Approved | |
| 905089 | 2,422.86 | 2,422.86 | Tolls Feb | | 3/28/2023 | 4/5/2023 | 4/27/2023 | 1492 | Approved | |
| 905090 | 21,600.00 | 21,600.00 | Trailers March | | 3/28/2023 | 4/5/2023 | 4/27/2023 | 1492 | Approved | |

| 905133 | 39,979.95 | 39,979.95 | Mar 27-31 | | 4/5/2023 | 4/11/2023 | 5/5/2023 | 1492 | Approved | |
| 905162 | 39,245.55 | 39,245.55 | APR 3-7 | | 4/12/2023 | 4/20/2023 | 5/12/2023 | 1492 | Approved | |
| 905165 | 4,708.52 | 4,708.52 | Tolls March | | 4/12/2023 | 4/18/2023 | 5/12/2023 | 1492 | Approved | |
| 905179 | 39,619.05 | 39,619.05 | APR 10-14 | | 4/19/2023 | 4/26/2023 | 5/19/2023 | 1492 | Approved | |

On Wed, Apr 19, 2023 at 10:16 AM Scott Noerr <scott@noerr-inc.com> wrote:

Vivek -

Wanted to follow up on this.  Did you have a chance to review?

Thanks in advance.

Scott

On Fri, Apr 14, 2023 at 2:15 PM Scott Noerr <scott@noerr-inc.com> wrote:

Here is a snip of the invoice you mentioned not being approved, as well as some text messages from Stephen during the same time thread.



On Fri, Apr 14, 2023 at 2:07 PM Vivek Sehgal <vivek.sehgal@semicab.com> wrote:

Thanks Scott, can you please share "multiple previous repair invoices, setting the standard for the agreement between our firms" – I seem to have missed all of them. Thank you so much.

**From:** Scott Noerr <scott@noerr-inc.com>
**Date:** Friday, April 14, 2023 at 2:03 PM
**To:** Vivek Sehgal <vivek.sehgal@semicab.com>
**Cc:** AccountsPayable-SemiCab <ap@semicab.com>, lynne@noerr-inc.com <lynne@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, Accounting Norlin Noerr <accounting@noerr-inc.com>, Ajesh Kapoor <ajesh.kapoor@semicab.com>
**Subject:** Re: [SemiCab Inc] Re: Invoice for Trailer Repairs

Vivek,

There is a basis - and I will have to respectfully disagree with your assessment.  Lexi has already approved previous invoices, and if you reach out to Stephen he will let you know as well, and Bryan was also on those phone calls.  In the event of a lease of trailers, and more importantly, a trailer interchange, SemiCab became responsible for the repairs on said trailers.  There is no way that I would ever allow someone else to haul our trailers without repair costs being assessed - period.

I point to the invoices you noted in your previous email, that Lexi has already approved, as well as multiple previous repair invoices, setting the standard for the agreement between our firms.

Please review again, and if you have any questions you can call me directly at 717-437-0437.

Thank you.

On Fri, Apr 14, 2023 at 1:58 PM Vivek Sehgal <vivek.sehgal@semicab.com> wrote:

Hi Lynne,

I am sorry but we cannot approve invoices for trailer repairs. There is no basis for these invoices, as was informed last week as well.

Thanks,

Vivek.

---

**From:** AP <ap@semicab.com>
**Date:** Friday, April 14, 2023 at 1:19 PM
**To:** lynne@noerr-inc.com <lynne@noerr-inc.com>
**Cc:** Vivek Sehgal <vivek.sehgal@semicab.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, scott@noerr-inc.com <scott@noerr-inc.com>, Accounting Norlin Noerr <accounting@noerr-inc.com>
**Subject:** [SemiCab Inc] Re: Invoice for Trailer Repairs

Your request (36299) has been updated. To add additional comments, reply to this email.

---

**Micha De Jesus** (SemiCab Inc)

Apr 14, 2023, 1:19 PM EDT

+ Adding Vivek for assistance.

Let me know if I can help with anything else.

Thank you,
The SemiCab Team

**Error! Filename not specified.**

www.semicab.com

---

**Lynne Dutcher**

Apr 13, 2023, 2:33 PM EDT

Attached is our invoice#905166 for trailer repairs.

Supporting documents are attached for your review.

Please let us know when this invoice is APPROVED.

Thank you.

--

Lynne E Dutcher

Accounting Manager

Noerr Trucking LLC

c/o Norlin Warehousing Services, Inc.

P O Box 311

Lewistown, PA  17044

717-242-0566

Attachment(s)

NWS 905166 TRAILER REPRS INV.pdf

NWS 905166 TRAILER REPRS SupDocs.pdf

---

This email is a service from SemiCab Inc. Delivered by Zendesk

[KPKD8R-437VY]

--
Scott Noerr

Noerr Trucking - Owner
Norlin Warehousing - CFO & GM
Office: 717-242-0566 x 4
Cell: 717-437-0437
**Error! Filename not specified.**

*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

--
Scott Noerr

Noerr Trucking - Owner
Norlin Warehousing - CFO & GM
Office: 717-242-0566 x 4
Cell: 717-437-0437
**Error! Filename not specified.**

*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

--
Scott Noerr

Noerr Trucking - Owner
Norlin Warehousing - CFO & GM
Office: 717-242-0566 x 4
Cell: 717-437-0437

**Error! Filename not specified.****Error! Filename not specified.Error! Filename not specified.**
*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

--
Scott Noerr

Noerr Trucking - Owner
Norlin Warehousing - CFO & GM
Office: 717-242-0566 x 4
Cell: 717-437-0437

**Error! Filename not specified.****Error! Filename not specified.Error! Filename not specified.**
*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

--
Scott Noerr


Noerr Trucking - Owner

Norlin Warehousing - CFO & GM

Office: 717-242-0566 x 4

Cell: 717-437-0437

 Image removed by sender. Image removed by sender. Image removed by sender.

*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

--
Scott Noerr

Noerr Trucking - Owner
Norlin Warehousing - CFO & GM
Office: 717-242-0566 x 4
Cell: 717-437-0437



*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

--
Scott Noerr

Noerr Trucking - Owner
Norlin Warehousing - CFO & GM
Office: 717-242-0566 x 4
Cell: 717-437-0437



*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*


--
Scott Noerr

Noerr Trucking - Owner
Norlin Warehousing - CFO & GM
Office: 717-242-0566 x 4
Cell: 717-437-0437

*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

---

**Scott Noerr** <scott@noerr-inc.com>                                            Wed, May 10, 2023 at 8:30 AM
To: Vivek Sehgal <vivek.sehgal@semicab.com>
Cc: Bud Crawford <bud.crawford@coeurcap.com>, AccountsPayable-SemiCab <ap@semicab.com>, "lynne@noerr-inc.com" <lynne@noerr-inc.com>, Alexandra Aiello
<alexandra.aiello@semicab.com>, Accounting Norlin Noerr <accounting@noerr-inc.com>, Ajesh Kapoor <ajesh.kapoor@semicab.com>

@AccountsPayable-SemiCab this one as well.

Thank you!

On Mon, May 8, 2023 at 8:51 AM Scott Noerr <scott@noerr-inc.com> wrote:
Following up here as well for approval.

On Wed, May 3, 2023 at 8:08 AM Scott Noerr <scott@noerr-inc.com> wrote:
Following up here for 1 missed approval, and 2 re-approvals:
905166
904946 (already approved)
904947 (already approved)

Thank you.  Please advise.

On Fri, Apr 28, 2023 at 7:20 AM Scott Noerr <scott@noerr-inc.com> wrote:
Vivek,
Thank you for the confirmation.  We still need to address 904946 for repairs (see attached approval).  In addition, 904947 was adjusted per Lexi's request, but an approval was
never given for the tolls - please check with @AccountsPayable-SemiCab / Micah and confirm approval.  Both were previously approved in conversations, but we only have 1 email
confirmation, and 1 "hanging".

Also, still overlooking this invoice, 905166 for repairs.  I've provided the requested history / basis of these repairs, and this one has fallen through the cracks.

Please advise.

Thank you.

On Thu, Apr 27, 2023 at 2:37 PM Vivek Sehgal <vivek.sehgal@semicab.com> wrote:

Hi Scott,

You should have received the remittance details for today's payment. Here is the schedule for the next few weeks. Thanks!

| | | |
|---|---|---|
| 904945 | $39,094.71 | Scheduled Week of 5/1 |
| 904944 | $500.00 | Scheduled Week of 5/1 |
| 904972 | $21,600.00 | Scheduled Week of 5/8 |
| 904971 | $38,704.80 | Scheduled Week of 5/8 |
| 904987 | $40,122.24 | Scheduled Week of 5/15 |
| 905033 | $38,938.56 | Scheduled Week of 5/22 |
| 905060 | $39,464.28 | Scheduled Week of 5/29 |

Vivek.

---

**From:** Bud Crawford <bud.crawford@coeurcap.com>
**Date:** Thursday, April 27, 2023 at 1:46 PM
**To:** scott@noerr-inc.com <scott@noerr-inc.com>
**Cc:** Vivek Sehgal <vivek.sehgal@semicab.com>, AccountsPayable-SemiCab <ap@semicab.com>, lynne@noerr-inc.com <lynne@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, Accounting Norlin Noerr <accounting@noerr-inc.com>, Ajesh Kapoor <ajesh.kapoor@semicab.com>
**Subject:** Re: [SemiCab Inc] Re: Invoice for Trailer Repairs

Vivek - The attached invoices submitted to SemiCab are the correct. We slightly altered the balances in our system. Semicab approved 904971 and 904972 for the balances attached. These are the correct invoice amounts.

Image removed by sender.

**Bud Crawford**

2970 Peachtree Rd #805

Atlanta, GA 30305

(678) 236 1000 ext.106 (Office)

(678) 426 5544 (Direct)
(678) 669 1602 (eFax)
bud.crawford@coeurcap.com

On Thu, Apr 27, 2023 at 11:37 AM Scott Noerr <scott@noerr-inc.com> wrote:

Vivek -

Adding Bud in, as that came from his system.  He will get you an accurate invoice status here shortly.

On Thu, Apr 27, 2023 at 9:00 AM Vivek Sehgal <vivek.sehgal@semicab.com> wrote:

Hi Scott,

Good morning. The first two below are getting processed today (904902 and 904903). I will make sure you get the remittance details sometime during the day once the payments are processed by AP. I will also send you the updated scheduled payments for the next few weeks before EOD.

In the meantime, can you please share details on the following two invoices, "904971 PARTIAL" and "904972A"? I want to make sure we process them correctly.

Thanks!

Vivek.

---

**From:** Scott Noerr <scott@noerr-inc.com>
**Date:** Wednesday, April 26, 2023 at 12:01 PM
**To:** Vivek Sehgal <vivek.sehgal@semicab.com>
**Cc:** AccountsPayable-SemiCab <ap@semicab.com>, lynne@noerr-inc.com <lynne@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, Accounting Norlin Noerr <accounting@noerr-inc.com>, Ajesh Kapoor <ajesh.kapoor@semicab.com>
**Subject:** Re: [SemiCab Inc] Re: Invoice for Trailer Repairs

Vivek,

Following up here requesting an approval given the previous documents provided.  In addition, can you supply an updated payable schedule, see below, I believe the notes are correct.

Thank you.

| Inv # | Amount | Inv Balance | PO# | PAST DUE | Inv Date | Purchase Date | Due Date | Debtor # | Status | Expected Pay Date: |
|---|---|---|---|---|---|---|---|---|---|---|
| 904902 | 42,116.97 | 42,116.97 | Feb 5-11 | 72 | 2/14/2023 | 3/2/2023 | 3/16/2023 | 1492 | Past Due | |
| 904903 | 10,100.00 | 10,100.00 | Feb 5-11 EXT | 72 | 2/14/2023 | 2/24/2023 | 3/16/2023 | 1492 | Past Due | |
| 904944 | 500 | 500 | Feb 12-18 EXT | 65 | 2/21/2023 | 2/28/2023 | 3/23/2023 | 1492 | Past Due | |
| 904945 | 39,094.71 | 39,094.71 | Feb 12-18 | 65 | 2/21/2023 | 2/28/2023 | 3/23/2023 | 1492 | Past Due | |
| 904946 | 4,510.02 | 0 | REPAIRS | | 2/21/2023 | 2/28/2023 | 3/23/2023 | 1492 | Pending Approved | |
| 904947 | 1,635.30 | 1,635.30 | TOLLS | 34 | 2/21/2023 | 3/13/2023 | 3/23/2023 | 1492 | Past Due | |
| 904971 PARTIAL | 14,635.00 | 14,635.00 | FEB 20-24 | 56 | 3/2/2023 | 3/13/2023 | 4/1/2023 | 1492 | Past Due | |
| 904972A | 15,800.00 | 15,800.00 | | 45 | 3/13/2023 | 4/14/2023 | 4/12/2023 | 1492 | Past Due | |
| 904987 | 40,122.24 | 0 | FEB 27-MAR 3 | 20 | 3/7/2023 | 3/14/2023 | 4/6/2023 | 1492 | Past Due | |
| 905033 | 38,938.56 | 0 | Mar 6-10 | 13 | 3/14/2023 | 3/23/2023 | 4/13/2023 | 1492 | Past Due | |
| 905060 | 39,464.28 | 39,464.28 | Mar 13-17 | 5 | 3/22/2023 | 3/28/2023 | 4/21/2023 | 1492 | Past Due | |
| 905088 | 38,993.82 | 38,993.82 | Mar 20-24 | | 3/29/2023 | 4/4/2023 | 4/28/2023 | 1492 | Approved | |
| 905089 | 2,422.86 | 2,422.86 | Tolls Feb | | 3/28/2023 | 4/5/2023 | 4/27/2023 | 1492 | Approved | |
| 905090 | 21,600.00 | 21,600.00 | Trailers March | | 3/28/2023 | 4/5/2023 | 4/27/2023 | 1492 | Approved | |
| 905133 | 39,979.95 | 39,979.95 | Mar 27-31 | | 4/5/2023 | 4/11/2023 | 5/5/2023 | 1492 | Approved | |
| 905162 | 39,245.55 | 39,245.55 | APR 3-7 | | 4/12/2023 | 4/20/2023 | 5/12/2023 | 1492 | Approved | |
| 905165 | 4,708.52 | 4,708.52 | Tolls March | | 4/12/2023 | 4/18/2023 | 5/12/2023 | 1492 | Approved | |
| 905179 | 39,619.05 | 39,619.05 | APR 10-14 | | 4/19/2023 | 4/26/2023 | 5/19/2023 | 1492 | Approved | |

On Wed, Apr 19, 2023 at 10:16 AM Scott Noerr <scott@noerr-inc.com> wrote:

Vivek -

Wanted to follow up on this.  Did you have a chance to review?

Thanks in advance.

Scott

On Fri, Apr 14, 2023 at 2:15 PM Scott Noerr <scott@noerr-inc.com> wrote:

Here is a snip of the invoice you mentioned not being approved, as well as some text messages from Stephen during the same time thread.



On Fri, Apr 14, 2023 at 2:07 PM Vivek Sehgal <vivek.sehgal@semicab.com> wrote:

Thanks Scott, can you please share "multiple previous repair invoices, setting the standard for the agreement between our firms" – I seem to have missed all of them. Thank you so much.

**From:** Scott Noerr <scott@noerr-inc.com>
**Date:** Friday, April 14, 2023 at 2:03 PM
**To:** Vivek Sehgal <vivek.sehgal@semicab.com>
**Cc:** AccountsPayable-SemiCab <ap@semicab.com>, lynne@noerr-inc.com <lynne@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, Accounting Norlin Noerr <accounting@noerr-inc.com>, Ajesh Kapoor <ajesh.kapoor@semicab.com>
**Subject:** Re: [SemiCab Inc] Re: Invoice for Trailer Repairs

Vivek,

There is a basis - and I will have to respectfully disagree with your assessment.  Lexi has already approved previous invoices, and if you reach out to Stephen he will let you know as well, and Bryan was also on those phone calls.  In the event of a lease of trailers, and more importantly, a trailer interchange, SemiCab became responsible for the repairs on said trailers.  There is no way that I would ever allow someone else to haul our trailers without repair costs being assessed - period.

I point to the invoices you noted in your previous email, that Lexi has already approved, as well as multiple previous repair invoices, setting the standard for the agreement between our firms.

Please review again, and if you have any questions you can call me directly at 717-437-0437.

Thank you.

On Fri, Apr 14, 2023 at 1:58 PM Vivek Sehgal <vivek.sehgal@semicab.com> wrote:

Hi Lynne,

I am sorry but we cannot approve invoices for trailer repairs. There is no basis for these invoices, as was informed last week as well.

Thanks,

Vivek.

**From:** AP <ap@semicab.com>
**Date:** Friday, April 14, 2023 at 1:19 PM

**To:** lynne@noerr-inc.com <lynne@noerr-inc.com>
**Cc:** Vivek Sehgal <vivek.sehgal@semicab.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, scott@noerr-inc.com <scott@noerr-inc.com>, Accounting Norlin Noerr <accounting@noerr-inc.com>
**Subject:** [SemiCab Inc] Re: Invoice for Trailer Repairs

Your request (36299) has been updated. To add additional comments, reply to this email.

---

**Micha De Jesus** (SemiCab Inc)

Apr 14, 2023, 1:19 PM EDT

+ Adding Vivek for assistance.

Let me know if I can help with anything else.

Thank you,
The SemiCab Team

Error! Filename not specified.

www.semicab.com

---

**Lynne Dutcher**

Apr 13, 2023, 2:33 PM EDT

Attached is our invoice#905166 for trailer repairs.

Supporting documents are attached for your review.

Please let us know when this invoice is APPROVED.

Thank you.

--

Lynne E Dutcher

Accounting Manager

Noerr Trucking LLC

c/o Norlin Warehousing Services, Inc.

P O Box 311

Lewistown, PA  17044

717-242-0566

Attachment(s)
NWS 905166 TRAILER REPRS INV.pdf
NWS 905166 TRAILER REPRS SupDocs.pdf

---

This email is a service from SemiCab Inc. Delivered by Zendesk

[KPKD8R-437VY]

--

Scott Noerr

Noerr Trucking - Owner

Norlin Warehousing - CFO & GM

Office: 717-242-0566 x 4

Cell: 717-437-0437

**Error! Filename not specified.**

*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

--

Scott Noerr

Noerr Trucking - Owner

Norlin Warehousing - CFO & GM

Office: 717-242-0566 x 4

Cell: 717-437-0437

**Error! Filename not specified.**

*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

--

Scott Noerr

Noerr Trucking - Owner

Norlin Warehousing - CFO & GM

Office: 717-242-0566 x 4

Cell: 717-437-0437

**Error! Filename not specified.****Error! Filename not specified.Error! Filename not specified.**

*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

--

Scott Noerr

Noerr Trucking - Owner

Norlin Warehousing - CFO & GM

Office: 717-242-0566 x 4

Cell: 717-437-0437

**Error! Filename not specified.****Error! Filename not specified.Error! Filename not specified.**

*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

--

Scott Noerr

Noerr Trucking - Owner

Norlin Warehousing - CFO & GM

Office: 717-242-0566 x 4

Cell: 717-437-0437

 Image removed by sender. Image removed by sender. Image removed by sender.

*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

--
Scott Noerr

Noerr Trucking - Owner
Norlin Warehousing - CFO & GM
Office: 717-242-0566 x 4
Cell: 717-437-0437



*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

--
Scott Noerr

Noerr Trucking - Owner
Norlin Warehousing - CFO & GM
Office: 717-242-0566 x 4
Cell: 717-437-0437



*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

--
Scott Noerr

Noerr Trucking - Owner
Norlin Warehousing - CFO & GM
Office: 717-242-0566 x 4
Cell: 717-437-0437



*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

--
Scott Noerr

Noerr Trucking - Owner
Norlin Warehousing - CFO & GM
Office: 717-242-0566 x 4
Cell: 717-437-0437



*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

---

**Scott Noerr** <scott@noerr-inc.com>                                                    Fri, May 12, 2023 at 8:06 A
To: Vivek Sehgal <vivek.sehgal@semicap.com>
Cc: Bud Crawford <bud.crawford@coeurcap.com>, AccountsPayable-SemiCab <ap@semicab.com>, "lynne@noerr-inc.com" <lynne@noerr-inc.com>, Alexandra Aiello
<alexandra.aiello@semicab.com>, Accounting Norlin Noerr <accounting@noerr-inc.com>, Ajesh Kapoor <ajesh.kapoor@semicab.com>

This was already approved once.

Looking for confirmation.

Thank you.

On Wed, May 10, 2023 at 8:30 AM Scott Noerr <scott@noerr-inc.com> wrote:
@AccountsPayable-SemiCab this one as well.

Thank you!

On Mon, May 8, 2023 at 8:51 AM Scott Noerr <scott@noerr-inc.com> wrote:
Following up here as well for approval.

On Wed, May 3, 2023 at 8:08 AM Scott Noerr <scott@noerr-inc.com> wrote:
Following up here for 1 missed approval, and 2 re-approvals:
905166
904946 (already approved)
904947 (already approved)

Thank you.  Please advise.

On Fri, Apr 28, 2023 at 7:20 AM Scott Noerr <scott@noerr-inc.com> wrote:
Vivek,
Thank you for the confirmation.  We still need to address 904946 for repairs (see attached approval).  In addition, 904947 was adjusted per Lexi's request, but an approval was
never given for the tolls - please check with @AccountsPayable-SemiCab / Micah and confirm approval.  Both were previously approved in conversations, but we only have 1 email
confirmation, and 1 "hanging".

Also, still overlooking this invoice, 905166 for repairs.  I've provided the requested history / basis of these repairs, and this one has fallen through the cracks.

Please advise.

Thank you.

On Thu, Apr 27, 2023 at 2:37 PM Vivek Sehgal <vivek.sehgal@semicab.com> wrote:

Hi Scott,

You should have received the remittance details for today's payment. Here is the schedule for the next few weeks. Thanks!

| 904945 | $39,094.71 | Scheduled Week of 5/1 |
| 904944 | $500.00 | Scheduled Week of 5/1 |
| 904972 | $21,600.00 | Scheduled Week of 5/8 |
| 904971 | $38,704.80 | Scheduled Week of 5/8 |
| 904987 | $40,122.24 | Scheduled Week of 5/15 |
| 905033 | $38,938.56 | Scheduled Week of 5/22 |
| 905060 | $39,464.28 | Scheduled Week of 5/29 |

Vivek.

**From:** Bud Crawford <bud.crawford@coeurcap.com>
**Date:** Thursday, April 27, 2023 at 1:46 PM
**To:** scott@noerr-inc.com <scott@noerr-inc.com>
**Cc:** Vivek Sehgal <vivek.sehgal@semicab.com>, AccountsPayable-SemiCab <ap@semicab.com>, lynne@noerr-inc.com <lynne@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, Accounting Norlin Noerr <accounting@noerr-inc.com>, Ajesh Kapoor <ajesh.kapoor@semicab.com>
**Subject:** Re: [SemiCab Inc] Re: Invoice for Trailer Repairs

Vivek - The attached invoices submitted to SemiCab are the correct. We slightly altered the balances in our system. Semicab approved 904971 and 904972 for the balances attached. These are the correct invoice amounts.

[Image removed by sender.]

**Bud Crawford**

2970 Peachtree Rd #805

Atlanta, GA 30305

(678) 236 1000 ext.106 (Office)

(678) 426 5544 (Direct)
(678) 669 1602 (eFax)
bud.crawford@coeurcap

On Thu, Apr 27, 2023 at 11:37 AM Scott Noerr <scott@noerr-inc.com> wrote:

Vivek -

Adding Bud in, as that came from his system.  He will get you an accurate invoice status here shortly.

On Thu, Apr 27, 2023 at 9:00 AM Vivek Sehgal <vivek.sehgal@semicab.com> wrote:

Hi Scott,

Good morning. The first two below are getting processed today (904902 and 904903). I will make sure you get the remittance details sometime during the day once the payments are processed by AP. I will also send you the updated scheduled payments for the next few weeks before EOD.

In the meantime, can you please share details on the following two invoices, "904971 PARTIAL" and "904972A"? I want to make sure we process them correctly.

Thanks!

Vivek.

---

**From:** Scott Noerr <scott@noerr-inc.com>
**Date:** Wednesday, April 26, 2023 at 12:01 PM
**To:** Vivek Sehgal <vivek.sehgal@semicab.com>
**Cc:** AccountsPayable-SemiCab <ap@semicab.com>, lynne@noerr-inc.com <lynne@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, Accounting Norlin Noerr <accounting@noerr-inc.com>, Ajesh Kapoor <ajesh.kapoor@semicab.com>
**Subject:** Re: [SemiCab Inc] Re: Invoice for Trailer Repairs

Vivek,

Following up here requesting an approval given the previous documents provided.  In addition, can you supply an updated payable schedule, see below, I believe the notes are correct.

Thank you.

| Inv # | Amount | Inv Balance | PO# | PAST DUE | Inv Date | Purchase Date | Due Date | Debtor # | Status | Expected Pay Date: |
|-------|--------|-------------|-----|----------|----------|---------------|----------|----------|--------|--------------------|
| 904902 | 42,116.97 | 42,116.97 | Feb 5-11 | 72 | 2/14/2023 | 3/2/2023 | 3/16/2023 | 1492 | Past Due | |
| 904903 | 10,100.00 | 10,100.00 | Feb 5-11 EXT | 72 | 2/14/2023 | 2/24/2023 | 3/16/2023 | 1492 | Past Due | |
| 904944 | 500 | 500 | Feb 12-18 EXT | 65 | 2/21/2023 | 2/28/2023 | 3/23/2023 | 1492 | Past Due | |
| 904945 | 39,094.71 | 39,094.71 | Feb 12-18 | 65 | 2/21/2023 | 2/28/2023 | 3/23/2023 | 1492 | Past Due | |
| 904946 | 4,510.02 | 0 | REPAIRS | | 2/21/2023 | 2/28/2023 | 3/23/2023 | 1492 | Pending Approved | |
| 904947 | 1,635.30 | 1,635.30 | TOLLS | 34 | 2/21/2023 | 3/13/2023 | 3/23/2023 | 1492 | Past Due | |
| 904971 PARTIAL | 14,635.00 | 14,635.00 | FEB 20-24 | 56 | 3/2/2023 | 3/13/2023 | 4/1/2023 | 1492 | Past Due | |
| 904972A | 15,800.00 | 15,800.00 | | 45 | 3/13/2023 | 4/14/2023 | 4/12/2023 | 1492 | Past Due | |
| 904987 | 40,122.24 | 0 | FEB 27-MAR 3 | 20 | 3/7/2023 | 3/14/2023 | 4/6/2023 | 1492 | Past Due | |
| 905033 | 38,938.56 | 0 | Mar 6-10 | 13 | 3/14/2023 | 3/23/2023 | 4/13/2023 | 1492 | Past Due | |
| 905060 | 39,464.28 | 39,464.28 | Mar 13-17 | 5 | 3/22/2023 | 3/28/2023 | 4/21/2023 | 1492 | Past Due | |
| 905088 | 38,993.82 | 38,993.82 | Mar 20-24 | | 3/29/2023 | 4/4/2023 | 4/28/2023 | 1492 | Approved | |
| 905089 | 2,422.86 | 2,422.86 | Tolls Feb | | 3/28/2023 | 4/5/2023 | 4/27/2023 | 1492 | Approved | |
| 905090 | 21,600.00 | 21,600.00 | Trailers March | | 3/28/2023 | 4/5/2023 | 4/27/2023 | 1492 | Approved | |
| 905133 | 39,979.95 | 39,979.95 | Mar 27-31 | | 4/5/2023 | 4/11/2023 | 5/5/2023 | 1492 | Approved | |
| 905162 | 39,245.55 | 39,245.55 | APR 3-7 | | 4/12/2023 | 4/20/2023 | 5/12/2023 | 1492 | Approved | |
| 905165 | 4,708.52 | 4,708.52 | Tolls March | | 4/12/2023 | 4/18/2023 | 5/12/2023 | 1492 | Approved | |

| 905179 | 39,619.05 | 39,619.05 | APR 10-14 | | 4/19/2023 | 4/26/2023 | 5/19/2023 | 1492 | Approved | |

On Wed, Apr 19, 2023 at 10:16 AM Scott Noerr <scott@noerr-inc.com> wrote:

Vivek -

Wanted to follow up on this.  Did you have a chance to review?

Thanks in advance.

Scott

On Fri, Apr 14, 2023 at 2:15 PM Scott Noerr <scott@noerr-inc.com> wrote:

Here is a snip of the invoice you mentioned not being approved, as well as some text messages from Stephen during the same time thread.



On Fri, Apr 14, 2023 at 2:07 PM Vivek Sehgal <vivek.sehgal@semicab.com> wrote:

Thanks Scott, can you please share "multiple previous repair invoices, setting the standard for the agreement between our firms" – I seem to have missed all of them. Thank you so much.

---

**From:** Scott Noerr <scott@noerr-inc.com>
**Date:** Friday, April 14, 2023 at 2:03 PM
**To:** Vivek Sehgal <vivek.sehgal@semicab.com>
**Cc:** AccountsPayable-SemiCab <ap@semicab.com>, lynne@noerr-inc.com <lynne@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, Accounting Norlin Noerr <accounting@noerr-inc.com>, Ajesh Kapoor <ajesh.kapoor@semicab.com>
**Subject:** Re: [SemiCab Inc] Re: Invoice for Trailer Repairs

Vivek,

There is a basis - and I will have to respectfully disagree with your assessment.  Lexi has already approved previous invoices, and if you reach out to Stephen he will let you know as well, and Bryan was also on those phone calls.  In the event of a lease of trailers, and more importantly, a trailer interchange, SemiCab became responsible for the repairs on said trailers.  There is no way that I would ever allow someone else to haul our trailers without repair costs being assessed - period.

I point to the invoices you noted in your previous email, that Lexi has already approved, as well as multiple previous repair invoices, setting the standard for the agreement between our firms.

Please review again, and if you have any questions you can call me directly at 717-437-0437.

Thank you.

On Fri, Apr 14, 2023 at 1:58 PM Vivek Sehgal <vivek.sehgal@semicab.com> wrote:

Hi Lynne,

I am sorry but we cannot approve invoices for trailer repairs. There is no basis for these invoices, as was informed last week as well.

Thanks,

Vivek.

**From:** AP <ap@semicab.com>
**Date:** Friday, April 14, 2023 at 1:19 PM
**To:** lynne@noerr-inc.com <lynne@noerr-inc.com>
**Cc:** Vivek Sehgal <vivek.sehgal@semicab.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, scott@noerr-inc.com <scott@noerr-inc.com>, Accounting Norlin Noerr <accounting@noerr-inc.com>
**Subject:** [SemiCab Inc] Re: Invoice for Trailer Repairs

Your request (36299) has been updated. To add additional comments, reply to this email.

---

**Micha De Jesus** (SemiCab Inc)

Apr 14, 2023, 1:19 PM EDT

+ Adding Vivek for assistance.

Let me know if I can help with anything else.

Thank you,
The SemiCab Team

Error! Filename not specified.

www.semicab.com

---

**Lynne Dutcher**

Apr 13, 2023, 2:33 PM EDT

Attached is our invoice#905166 for trailer repairs.

Supporting documents are attached for your review.

Please let us know when this invoice is APPROVED.

Thank you.

--

Lynne E Dutcher

Accounting Manager

Noerr Trucking LLC

c/o Norlin Warehousing Services, Inc.

P O Box 311

Lewistown, PA  17044

717-242-0566

Attachment(s)

NWS 905166 TRAILER REPRS INV.pdf
NWS 905166 TRAILER REPRS SupDocs.pdf

---

This email is a service from SemiCab Inc. Delivered by **Zendesk**

[KPKD8R-437VY]

--

Scott Noerr

Noerr Trucking - Owner

Norlin Warehousing - CFO & GM

Office: 717-242-0566 x 4

Cell: 717-437-0437

**Error! Filename not specified.**

*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*


--

Scott Noerr

Noerr Trucking - Owner

Norlin Warehousing - CFO & GM

Office: 717-242-0566 x 4

Cell: 717-437-0437

**Error! Filename not specified.**

*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*


--

Scott Noerr

Noerr Trucking - Owner

Norlin Warehousing - CFO & GM

Office: 717-242-0566 x 4

Cell: 717-437-0437

**Error! Filename not specified.Error! Filename not specified.Error! Filename not specified.**

*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*


--

Scott Noerr

Noerr Trucking - Owner

Norlin Warehousing - CFO & GM

Office: 717-242-0566 x 4

Cell: 717-437-0437

**Error! Filename not specified.Error! Filename not specified.Error! Filename not specified.**

*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*


--

Scott Noerr

Noerr Trucking - Owner

Norlin Warehousing - CFO & GM

Office: 717-242-0566 x 4

Cell: 717-437-0437

 Image removed by sender. Image removed by sender. Image removed by sender.

*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

--
Scott Noerr

Noerr Trucking - Owner
Norlin Warehousing - CFO & GM
Office: 717-242-0566 x 4
Cell: 717-437-0437



*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

--
Scott Noerr

Noerr Trucking - Owner
Norlin Warehousing - CFO & GM
Office: 717-242-0566 x 4
Cell: 717-437-0437



*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

--
Scott Noerr

Noerr Trucking - Owner
Norlin Warehousing - CFO & GM
Office: 717-242-0566 x 4
Cell: 717-437-0437



*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

--
Scott Noerr

Noerr Trucking - Owner
Norlin Warehousing - CFO & GM
Office: 717-242-0566 x 4
Cell: 717-437-0437



*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

--
Scott Noerr

Noerr Trucking - Owner
Norlin Warehousing - CFO & GM
Office: 717-242-0566 x 4
Cell: 717-437-0437

*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

---

**Scott Noerr** <scott@noerr-inc.com>                                                                    Mon, May 15, 2023 at 8:18
To: Vivek Sehgal <vivek.sehgal@semicab.com>
Cc: Bud Crawford <bud.crawford@coeurcap.com>, AccountsPayable-SemiCab <ap@semicab.com>, "lynne@noerr-inc.com" <lynne@noerr-inc.com>, Alexandra Aiello
<alexandra.aiello@semicab.com>, Accounting Norlin Noerr <accounting@noerr-inc.com>, Ajesh Kapoor <ajesh.kapoor@semicab.com>

@AccountsPayable-SemiCab looking for a secondary approval after previous conversation.

On Fri, May 12, 2023 at 8:06 AM Scott Noerr <scott@noerr-inc.com> wrote:
    This was already approved once.

Looking for confirmation.

Thank you.

On Wed, May 10, 2023 at 8:30 AM Scott Noerr <scott@noerr-inc.com> wrote:

@AccountsPayable-SemiCab this one as well.

Thank you!

On Mon, May 8, 2023 at 8:51 AM Scott Noerr <scott@noerr-inc.com> wrote:
Following up here as well for approval.

On Wed, May 3, 2023 at 8:08 AM Scott Noerr <scott@noerr-inc.com> wrote:
Following up here for 1 missed approval, and 2 re-approvals:
905166
904946 (already approved)
904947 (already approved)

Thank you.  Please advise.

On Fri, Apr 28, 2023 at 7:20 AM Scott Noerr <scott@noerr-inc.com> wrote:
Vivek,
Thank you for the confirmation.  We still need to address 904946 for repairs (see attached approval).  In addition, 904947 was adjusted per Lexi's request, but an approval was never given for the tolls - please check with @AccountsPayable-SemiCab / Micah and confirm approval.  Both were previously approved in conversations, but we only have 1 ema confirmation, and 1 "hanging".

Also, still overlooking this invoice, 905166 for repairs.  I've provided the requested history / basis of these repairs, and this one has fallen through the cracks.

Please advise.

Thank you.


On Thu, Apr 27, 2023 at 2:37 PM Vivek Sehgal <vivek.sehgal@semicab.com> wrote:

Hi Scott,

You should have received the remittance details for today's payment. Here is the schedule for the next few weeks. Thanks!

| | | |
|---|---|---|
| 904945 | $39,094.71 | Scheduled Week of 5/1 |
| 904944 | $500.00 | Scheduled Week of 5/1 |
| 904972 | $21,600.00 | Scheduled Week of 5/8 |
| 904971 | $38,704.80 | Scheduled Week of 5/8 |
| 904987 | $40,122.24 | Scheduled Week of 5/15 |
| 905033 | $38,938.56 | Scheduled Week of 5/22 |
| 905060 | $39,464.28 | Scheduled Week of 5/29 |

Vivek.

---

**From:** Bud Crawford <bud.crawford@coeurcap.com>
**Date:** Thursday, April 27, 2023 at 1:46 PM
**To:** scott@noerr-inc.com <scott@noerr-inc.com>
**Cc:** Vivek Sehgal <vivek.sehgal@semicab.com>, AccountsPayable-SemiCab <ap@semicab.com>, lynne@noerr-inc.com <lynne@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, Accounting Norlin Noerr <accounting@noerr-inc.com>, Ajesh Kapoor <ajesh.kapoor@semicab.com>
**Subject:** Re: [SemiCab Inc] Re: Invoice for Trailer Repairs

Vivek - The attached invoices submitted to SemiCab are the correct. We slightly altered the balances in our system. Semicab approved 904971 and 904972 for the balances attached. These are the correct invoice amounts.

Image removed by sender.

**Bud Crawford**

2970 Peachtree Rd #805

Atlanta, GA 30305

(678) 236 1000 ext.106 (Office)

(678) 426 5544 (Direct)
(678) 669 1602 (eFax)
bud.crawford@coeurcap.com

On Thu, Apr 27, 2023 at 11:37 AM Scott Noerr <scott@noerr-inc.com> wrote:

Vivek -

Adding Bud in, as that came from his system.  He will get you an accurate invoice status here shortly.

On Thu, Apr 27, 2023 at 9:00 AM Vivek Sehgal <vivek.sehgal@semicab.com> wrote:

Hi Scott,

Good morning. The first two below are getting processed today (904902 and 904903). I will make sure you get the remittance details sometime during the day once the payments are processed by AP. I will also send you the updated scheduled payments for the next few weeks before EOD.

In the meantime, can you please share details on the following two invoices, "904971 PARTIAL" and "904972A"? I want to make sure we process them correctly.

Thanks!

Vivek.

**From:** Scott Noerr <scott@noerr-inc.com>
**Date:** Wednesday, April 26, 2023 at 12:01 PM
**To:** Vivek Sehgal <vivek.sehgal@semicab.com>
**Cc:** AccountsPayable-SemiCab <ap@semicab.com>, lynne@noerr-inc.com <lynne@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, Accounting Norlin Noerr <accounting@noerr-inc.com>, Ajesh Kapoor <ajesh.kapoor@semicab.com>
**Subject:** Re: [SemiCab Inc] Re: Invoice for Trailer Repairs

Vivek,

Following up here requesting an approval given the previous documents provided.  In addition, can you supply an updated payable schedule, see below I believe the notes are correct.

Thank you.

| Inv # | Amount | Inv Balance | PO# | PAST DUE | Inv Date | Purchase Date | Due Date | Debtor # | Status | Expected Pay Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 904902 | 42,116.97 | 42,116.97 | Feb 5-11 | 72 | 2/14/2023 | 3/2/2023 | 3/16/2023 | 1492 | Past Due | |
| 904903 | 10,100.00 | 10,100.00 | Feb 5-11 EXT | 72 | 2/14/2023 | 2/24/2023 | 3/16/2023 | 1492 | Past Due | |
| 904944 | 500 | 500 | Feb 12-18 EXT | 65 | 2/21/2023 | 2/28/2023 | 3/23/2023 | 1492 | Past Due | |
| 904945 | 39,094.71 | 39,094.71 | Feb 12-18 | 65 | 2/21/2023 | 2/28/2023 | 3/23/2023 | 1492 | Past Due | |
| 904946 | 4,510.02 | 0 | REPAIRS | | 2/21/2023 | 2/28/2023 | 3/23/2023 | 1492 | Pending Approved | |
| 904947 | 1,635.30 | 1,635.30 | TOLLS | 34 | 2/21/2023 | 3/13/2023 | 3/23/2023 | 1492 | Past Due | |
| 904971 PARTIAL | 14,635.00 | 14,635.00 | FEB 20-24 | 56 | 3/2/2023 | 3/13/2023 | 4/1/2023 | 1492 | Past Due | |
| 904972A | 15,800.00 | 15,800.00 | | 45 | 3/13/2023 | 4/14/2023 | 4/12/2023 | 1492 | Past Due | |

| 904987 | 40,122.24 | 0 | FEB 27-MAR 3 | 20 | 3/7/2023 | 3/14/2023 | 4/6/2023 | 1492 | Past Due | |
| 905033 | 38,938.56 | 0 | Mar 6-10 | 13 | 3/14/2023 | 3/23/2023 | 4/13/2023 | 1492 | Past Due | |
| 905060 | 39,464.28 | 39,464.28 | Mar 13-17 | 5 | 3/22/2023 | 3/28/2023 | 4/21/2023 | 1492 | Past Due | |
| 905088 | 38,993.82 | 38,993.82 | Mar 20-24 | | 3/29/2023 | 4/4/2023 | 4/28/2023 | 1492 | Approved | |
| 905089 | 2,422.86 | 2,422.86 | Tolls Feb | | 3/28/2023 | 4/5/2023 | 4/27/2023 | 1492 | Approved | |
| 905090 | 21,600.00 | 21,600.00 | Trailers March | | 3/28/2023 | 4/5/2023 | 4/27/2023 | 1492 | Approved | |
| 905133 | 39,979.95 | 39,979.95 | Mar 27-31 | | 4/5/2023 | 4/11/2023 | 5/5/2023 | 1492 | Approved | |
| 905162 | 39,245.55 | 39,245.55 | APR 3-7 | | 4/12/2023 | 4/20/2023 | 5/12/2023 | 1492 | Approved | |
| 905165 | 4,708.52 | 4,708.52 | Tolls March | | 4/12/2023 | 4/18/2023 | 5/12/2023 | 1492 | Approved | |
| 905179 | 39,619.05 | 39,619.05 | APR 10-14 | | 4/19/2023 | 4/26/2023 | 5/19/2023 | 1492 | Approved | |

On Wed, Apr 19, 2023 at 10:16 AM Scott Noerr <scott@noerr-inc.com> wrote:

Vivek -

Wanted to follow up on this.  Did you have a chance to review?

Thanks in advance.

Scott

On Fri, Apr 14, 2023 at 2:15 PM Scott Noerr <scott@noerr-inc.com> wrote:

Here is a snip of the invoice you mentioned not being approved, as well as some text messages from Stephen during the same time thread.



On Fri, Apr 14, 2023 at 2:07 PM Vivek Sehgal <vivek.sehgal@semicab.com> wrote:

Thanks Scott, can you please share "multiple previous repair invoices, setting the standard for the agreement between our firms" – I seem to hav
missed all of them. Thank you so much.

**From:** Scott Noerr <scott@noerr-inc.com>
**Date:** Friday, April 14, 2023 at 2:03 PM
**To:** Vivek Sehgal <vivek.sehgal@semicab.com>
**Cc:** AccountsPayable-SemiCab <ap@semicab.com>, lynne@noerr-inc.com <lynne@noerr-inc.com>, Alexandra Aiello
<alexandra.aiello@semicab.com>, Accounting Norlin Noerr <accounting@noerr-inc.com>, Ajesh Kapoor
<ajesh.kapoor@semicab.com>
**Subject:** Re: [SemiCab Inc] Re: Invoice for Trailer Repairs

Vivek,

There is a basis - and I will have to respectfully disagree with your assessment.  Lexi has already approved previous invoices, and if you reach o
to Stephen he will let you know as well, and Bryan was also on those phone calls.  In the event of a lease of trailers, and more importantly, a
trailer interchange, SemiCab became responsible for the repairs on said trailers.  There is no way that I would ever allow someone else to haul
our trailers without repair costs being assessed - period.

I point to the invoices you noted in your previous email, that Lexi has already approved, as well as multiple previous repair invoices, setting the standard for the agreement between our firms.

Please review again, and if you have any questions you can call me directly at 717-437-0437.

Thank you.

On Fri, Apr 14, 2023 at 1:58 PM Vivek Sehgal <vivek.sehgal@semicab.com> wrote:

> Hi Lynne,
>
> I am sorry but we cannot approve invoices for trailer repairs. There is no basis for these invoices, as was informed last week as well.
>
> Thanks,
>
> Vivek.
>
> ----
>
> **From:** AP <ap@semicab.com>
> **Date:** Friday, April 14, 2023 at 1:19 PM
> **To:** lynne@noerr-inc.com <lynne@noerr-inc.com>
> **Cc:** Vivek Sehgal <vivek.sehgal@semicab.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, scott@noerr-inc.com <scott@noerr-inc.com>, Accounting Norlin Noerr <accounting@noerr-inc.com>
> **Subject:** [SemiCab Inc] Re: Invoice for Trailer Repairs
>
> Your request (36299) has been updated. To add additional comments, reply to this email.
>
> ----
>
> **Micha De Jesus** (SemiCab Inc)
>
> Apr 14, 2023, 1:19 PM EDT
>
> + Adding Vivek for assistance.
>
> Let me know if I can help with anything else.
>
> Thank you,
> The SemiCab Team
>
> Error! Filename not specified.
> www.semicab.com
>
> ----
>
> **Lynne Dutcher**
>
> Apr 13, 2023, 2:33 PM EDT
>
> Attached is our invoice#905166 for trailer repairs.
>
> Supporting documents are attached for your review.
>
> Please let us know when this invoice is APPROVED.
>
> Thank you.
>
> --
>
> Lynne E Dutcher
> Accounting Manager
>
> Noerr Trucking LLC
> c/o Norlin Warehousing Services, Inc.

P O Box 311

Lewistown, PA  17044

717-242-0566

Attachment(s)

NWS 905166 TRAILER REPRS INV.pdf
NWS 905166 TRAILER REPRS SupDocs.pdf

This email is a service from SemiCab Inc. Delivered by Zendesk

[KPKD8R-437VY]

--
Scott Noerr

Noerr Trucking - Owner

Norlin Warehousing - CFO & GM

Office: 717-242-0566 x 4

Cell: 717-437-0437

**Error! Filename not specified.**

*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

--
Scott Noerr

Noerr Trucking - Owner

Norlin Warehousing - CFO & GM

Office: 717-242-0566 x 4

Cell: 717-437-0437

**Error! Filename not specified.**

*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

--
Scott Noerr

Noerr Trucking - Owner

Norlin Warehousing - CFO & GM

Office: 717-242-0566 x 4

Cell: 717-437-0437

**Error! Filename not specified.****Error! Filename not specified.Error! Filename not specified.**

*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

--
Scott Noerr

Noerr Trucking - Owner

Norlin Warehousing - CFO & GM

Office: 717-242-0566 x 4

Cell: 717-437-0437

Error! Filename not specified.**Error! Filename not specified.Error! Filename not specified.**

*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

--

Scott Noerr

Noerr Trucking - Owner

Norlin Warehousing - CFO & GM

Office: 717-242-0566 x 4

Cell: 717-437-0437

Image removed by sender.Image removed by sender.Image removed by sender.

*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

--
Scott Noerr

Noerr Trucking - Owner
Norlin Warehousing - CFO & GM
Office: 717-242-0566 x 4
Cell: 717-437-0437



*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

--
Scott Noerr

Noerr Trucking - Owner
Norlin Warehousing - CFO & GM
Office: 717-242-0566 x 4
Cell: 717-437-0437



*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

--
Scott Noerr

Noerr Trucking - Owner
Norlin Warehousing - CFO & GM
Office: 717-242-0566 x 4
Cell: 717-437-0437



*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

--
Scott Noerr

Noerr Trucking - Owner
Norlin Warehousing - CFO & GM
Office: 717-242-0566 x 4
Cell: 717-437-0437



*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

--
Scott Noerr

Noerr Trucking - Owner
Norlin Warehousing - CFO & GM
Office: 717-242-0566 x 4
Cell: 717-437-0437



*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

--
Scott Noerr

Noerr Trucking - Owner
Norlin Warehousing - CFO & GM
Office: 717-242-0566 x 4
Cell: 717-437-0437



*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

---

**Scott Noerr** <scott@noerr-inc.com>                                                                      Tue, May 16, 2023 at 12::
To: Vivek Sehgal <vivek.sehgal@semicab.com>
Cc: Bud Crawford <bud.crawford@coeurcap.com>, AccountsPayable-SemiCab <ap@semicab.com>, "lynne@noerr-inc.com" <lynne@noerr-inc.com>, Alexandra Aiello
<alexandra.aiello@semicab.com>, Accounting Norlin Noerr <accounting@noerr-inc.com>, Ajesh Kapoor <ajesh.kapoor@semicab.com>

Confirmed this was already approved.  Following up to see if you have any questions?

> On Mon, May 15, 2023 at 8:18 AM Scott Noerr <scott@noerr-inc.com> wrote:
>> @AccountsPayable-SemiCab looking for a secondary approval after previous conversation.

>> On Fri, May 12, 2023 at 8:06 AM Scott Noerr <scott@noerr-inc.com> wrote:
>>> This was already approved once.

>>> Looking for confirmation.

>>> Thank you.

>>> On Wed, May 10, 2023 at 8:30 AM Scott Noerr <scott@noerr-inc.com> wrote:
>>>> @AccountsPayable-SemiCab this one as well.

>>>> Thank you!

>>>> On Mon, May 8, 2023 at 8:51 AM Scott Noerr <scott@noerr-inc.com> wrote:
>>>>> Following up here as well for approval.

>>>>> On Wed, May 3, 2023 at 8:08 AM Scott Noerr <scott@noerr-inc.com> wrote:
>>>>>> Following up here for 1 missed approval, and 2 re-approvals:
>>>>>> 905166
>>>>>> 904946 (already approved)
>>>>>> 904947 (already approved)

>>>>>> Thank you.  Please advise.

>>>>>> On Fri, Apr 28, 2023 at 7:20 AM Scott Noerr <scott@noerr-inc.com> wrote:
>>>>>>> Vivek,
>>>>>>> Thank you for the confirmation.  We still need to address 904946 for repairs (see attached approval).  In addition, 904947 was adjusted per Lexi's request, but an approval was
>>>>>>> never given for the tolls - please check with @AccountsPayable-SemiCab / Micah and confirm approval.  Both were previously approved in conversations, but we only have 1 en
>>>>>>> confirmation, and 1 "hanging".

>>>>>>> Also, still overlooking this invoice, 905166 for repairs.  I've provided the requested history / basis of these repairs, and this one has fallen through the cracks.

>>>>>>> Please advise.

>>>>>>> Thank you.

>>>>>>> On Thu, Apr 27, 2023 at 2:37 PM Vivek Sehgal <vivek.sehgal@semicab.com> wrote:
>>>>>>>> Hi Scott,

>>>>>>>> You should have received the remittance details for today's payment. Here is the schedule for the next few weeks. Thanks!

>>>>>>>> 904945  $39,094.71  Scheduled Week of
>>>>>>>>                      5/1

>>>>>>>> 904944    $500.00   Scheduled Week of
>>>>>>>>                      5/1

904972 $21,600.00  Scheduled Week of 5/8

904971 $38,704.80  Scheduled Week of 5/8

904987 $40,122.24  Scheduled Week of 5/15

905033 $38,938.56  Scheduled Week of 5/22

905060 $39,464.28  Scheduled Week of 5/29

Vivek.

---

**From:** Bud Crawford <bud.crawford@coeurcap.com>
**Date:** Thursday, April 27, 2023 at 1:46 PM
**To:** scott@noerr-inc.com <scott@noerr-inc.com>
**Cc:** Vivek Sehgal <vivek.sehgal@semicab.com>, AccountsPayable-SemiCab <ap@semicab.com>, lynne@noerr-inc.com <lynne@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, Accounting Norlin Noerr <accounting@noerr-inc.com>, Ajesh Kapoor <ajesh.kapoor@semicab.com>
**Subject:** Re: [SemiCab Inc] Re: Invoice for Trailer Repairs

Vivek - The attached invoices submitted to SemiCab are the correct. We slightly altered the balances in our system. Semicab approved 904971 and 90497 for the balances attached. These are the correct invoice amounts.



**Bud Crawford**

2970 Peachtree Rd #805

Atlanta, GA 30305

(678) 236 1000 ext.106 (Office)

(678) 426 5544 (Direct)
(678) 669 1602 (eFax)

bud.crawford@coeurcap.com

On Thu, Apr 27, 2023 at 11:37 AM Scott Noerr <scott@noerr-inc.com> wrote:

Vivek -

Adding Bud in, as that came from his system.  He will get you an accurate invoice status here shortly.

On Thu, Apr 27, 2023 at 9:00 AM Vivek Sehgal <vivek.sehgal@semicab.com> wrote:

Hi Scott,

Good morning. The first two below are getting processed today (904902 and 904903). I will make sure you get the remittance details sometime during the day once the payments are processed by AP. I will also send you the updated scheduled payments for the next few weeks before EOD.

In the meantime, can you please share details on the following two invoices, "904971 PARTIAL" and "904972A"? I want to make sure we process them correctly.

Thanks!

Vivek.

**From:** Scott Noerr <scott@noerr-inc.com>
**Date:** Wednesday, April 26, 2023 at 12:01 PM

**To:** Vivek Sehgal <vivek.sehgal@semicab.com>
**Cc:** AccountsPayable-SemiCab <ap@semicab.com>, lynne@noerr-inc.com <lynne@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, Accounting Norlin Noerr <accounting@noerr-inc.com>, Ajesh Kapoor <ajesh.kapoor@semicab.com>
**Subject:** Re: [SemiCab Inc] Re: Invoice for Trailer Repairs

Vivek,

Following up here requesting an approval given the previous documents provided.  In addition, can you supply an updated payable schedule, see belo
I believe the notes are correct.


Thank you.

| Inv # | Amount | Inv Balance | PO# | PAST DUE | Inv Date | Purchase Date | Due Date | Debtor # | Status | Expected Pay Da |
|---|---|---|---|---|---|---|---|---|---|---|
| 904902 | 42,116.97 | 42,116.97 | Feb 5-11 | 72 | 2/14/2023 | 3/2/2023 | 3/16/2023 | 1492 | Past Due | |
| 904903 | 10,100.00 | 10,100.00 | Feb 5-11 EXT | 72 | 2/14/2023 | 2/24/2023 | 3/16/2023 | 1492 | Past Due | |
| 904944 | 500 | 500 | Feb 12-18 EXT | 65 | 2/21/2023 | 2/28/2023 | 3/23/2023 | 1492 | Past Due | |
| 904945 | 39,094.71 | 39,094.71 | Feb 12-18 | 65 | 2/21/2023 | 2/28/2023 | 3/23/2023 | 1492 | Past Due | |
| 904946 | 4,510.02 | 0 | REPAIRS | | 2/21/2023 | 2/28/2023 | 3/23/2023 | 1492 | Pending Approved | |
| 904947 | 1,635.30 | 1,635.30 | TOLLS | 34 | 2/21/2023 | 3/13/2023 | 3/23/2023 | 1492 | Past Due | |
| 904971 PARTIAL | 14,635.00 | 14,635.00 | FEB 20-24 | 56 | 3/2/2023 | 3/13/2023 | 4/1/2023 | 1492 | Past Due | |
| 904972A | 15,800.00 | 15,800.00 | | 45 | 3/13/2023 | 4/14/2023 | 4/12/2023 | 1492 | Past Due | |
| 904987 | 40,122.24 | 0 | FEB 27-MAR 3 | 20 | 3/7/2023 | 3/14/2023 | 4/6/2023 | 1492 | Past Due | |
| 905033 | 38,938.56 | 0 | Mar 6-10 | 13 | 3/14/2023 | 3/23/2023 | 4/13/2023 | 1492 | Past Due | |
| 905060 | 39,464.28 | 39,464.28 | Mar 13-17 | 5 | 3/22/2023 | 3/28/2023 | 4/21/2023 | 1492 | Past Due | |
| 905088 | 38,993.82 | 38,993.82 | Mar 20-24 | | 3/29/2023 | 4/4/2023 | 4/28/2023 | 1492 | Approved | |
| 905089 | 2,422.86 | 2,422.86 | Tolls Feb | | 3/28/2023 | 4/5/2023 | 4/27/2023 | 1492 | Approved | |
| 905090 | 21,600.00 | 21,600.00 | Trailers March | | 3/28/2023 | 4/5/2023 | 4/27/2023 | 1492 | Approved | |
| 905133 | 39,979.95 | 39,979.95 | Mar 27-31 | | 4/5/2023 | 4/11/2023 | 5/5/2023 | 1492 | Approved | |
| 905162 | 39,245.55 | 39,245.55 | APR 3-7 | | 4/12/2023 | 4/20/2023 | 5/12/2023 | 1492 | Approved | |
| 905165 | 4,708.52 | 4,708.52 | Tolls March | | 4/12/2023 | 4/18/2023 | 5/12/2023 | 1492 | Approved | |
| 905179 | 39,619.05 | 39,619.05 | APR 10-14 | | 4/19/2023 | 4/26/2023 | 5/19/2023 | 1492 | Approved | |


On Wed, Apr 19, 2023 at 10:16 AM Scott Noerr <scott@noerr-inc.com> wrote:

Vivek -

Wanted to follow up on this.  Did you have a chance to review?

Thanks in advance.

Scott

On Fri, Apr 14, 2023 at 2:15 PM Scott Noerr <scott@noerr-inc.com> wrote:

Here is a snip of the invoice you mentioned not being approved, as well as some text messages from Stephen during the same time thread.

:: SemiCab

On Fri, Apr 14, 2023 at 2:07 PM Vivek Sehgal <vivek.sehgal@semicab.com> wrote:

> Thanks Scott, can you please share "multiple previous repair invoices, setting the standard for the agreement between our firms" – I seem to ha
> missed all of them. Thank you so much.

---

**From:** Scott Noerr <scott@noerr-inc.com>
**Date:** Friday, April 14, 2023 at 2:03 PM
**To:** Vivek Sehgal <vivek.sehgal@semicab.com>
**Cc:** AccountsPayable-SemiCab <ap@semicab.com>, lynne@noerr-inc.com <lynne@noerr-inc.com>, Alexandra Aiello
<alexandra.aiello@semicab.com>, Accounting Norlin Noerr <accounting@noerr-inc.com>, Ajesh Kapoor
<ajesh.kapoor@semicab.com>
**Subject:** Re: [SemiCab Inc] Re: Invoice for Trailer Repairs

Vivek,

There is a basis - and I will have to respectfully disagree with your assessment.  Lexi has already approved previous invoices, and if you reach
to Stephen he will let you know as well, and Bryan was also on those phone calls.  In the event of a lease of trailers, and more importantly, a
trailer interchange, SemiCab became responsible for the repairs on said trailers.  There is no way that I would ever allow someone else to haul
our trailers without repair costs being assessed - period.

I point to the invoices you noted in your previous email, that Lexi has already approved, as well as multiple previous repair invoices, setting the
standard for the agreement between our firms.

Please review again, and if you have any questions you can call me directly at 717-437-0437.

Thank you.

On Fri, Apr 14, 2023 at 1:58 PM Vivek Sehgal <vivek.sehgal@semicab.com> wrote:

> Hi Lynne,

> I am sorry but we cannot approve invoices for trailer repairs. There is no basis for these invoices, as was informed last week as well.

> Thanks,

> Vivek.

---

**From:** AP <ap@semicab.com>
**Date:** Friday, April 14, 2023 at 1:19 PM
**To:** lynne@noerr-inc.com <lynne@noerr-inc.com>
**Cc:** Vivek Sehgal <vivek.sehgal@semicab.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, scott@noerr-inc.com
<scott@noerr-inc.com>, Accounting Norlin Noerr <accounting@noerr-inc.com>
**Subject:** [SemiCab Inc] Re: Invoice for Trailer Repairs

Your request (36299) has been updated. To add additional comments, reply to this email.

---

**Micha De Jesus** (SemiCab Inc)

Apr 14, 2023, 1:19 PM EDT

+ Adding Vivek for assistance.

Let me know if I can help with anything else.

Thank you,
The SemiCab Team

**Error! Filename not specified.**

www.semicab.com

---

**Lynne Dutcher**

Apr 13, 2023, 2:33 PM EDT

Attached is our invoice#905166 for trailer repairs.

Supporting documents are attached for your review.

Please let us know when this invoice is APPROVED.

Thank you.

--

Lynne E Dutcher

Accounting Manager

Noerr Trucking LLC

c/o Norlin Warehousing Services, Inc.

P O Box 311

Lewistown, PA 17044

717-242-0566

Attachment(s)
NWS 905166 TRAILER REPRS INV.pdf
NWS 905166 TRAILER REPRS SupDocs.pdf

---

This email is a service from SemiCab Inc. Delivered by Zendesk

[KPKD8R-437VY]

--

Scott Noerr

Noerr Trucking - Owner

Norlin Warehousing - CFO & GM

Office: 717-242-0566 x 4

Cell: 717-437-0437

**Error! Filename not specified.**

*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

--

Scott Noerr

Noerr Trucking - Owner

Norlin Warehousing - CFO & GM

Office: 717-242-0566 x 4

Cell: 717-437-0437

**Error! Filename not specified.**

*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

--

Scott Noerr

Noerr Trucking - Owner

Norlin Warehousing - CFO & GM

Office: 717-242-0566 x 4

Cell: 717-437-0437

**Error! Filename not specified.** **Error! Filename not specified.Error! Filename not specified.**

*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

--

Scott Noerr

Noerr Trucking - Owner

Norlin Warehousing - CFO & GM

Office: 717-242-0566 x 4

Cell: 717-437-0437

**Error! Filename not specified.** **Error! Filename not specified.Error! Filename not specified.**

*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

--

Scott Noerr

Noerr Trucking - Owner

Norlin Warehousing - CFO & GM

Office: 717-242-0566 x 4

Cell: 717-437-0437

Image removed by sender. Image removed by sender. Image removed by sender.

*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

--
Scott Noerr

Noerr Trucking - Owner
Norlin Warehousing - CFO & GM
Office: 717-242-0566 x 4
Cell: 717-437-0437



*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

--

Scott Noerr

Noerr Trucking - Owner
Norlin Warehousing - CFO & GM
Office: 717-242-0566 x 4
Cell: 717-437-0437



*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

--
Scott Noerr

Noerr Trucking - Owner
Norlin Warehousing - CFO & GM
Office: 717-242-0566 x 4
Cell: 717-437-0437



*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

--
Scott Noerr

Noerr Trucking - Owner
Norlin Warehousing - CFO & GM
Office: 717-242-0566 x 4
Cell: 717-437-0437



*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

--
Scott Noerr

Noerr Trucking - Owner
Norlin Warehousing - CFO & GM
Office: 717-242-0566 x 4
Cell: 717-437-0437



*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

--
Scott Noerr

Noerr Trucking - Owner
Norlin Warehousing - CFO & GM
Office: 717-242-0566 x 4
Cell: 717-437-0437



*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

--
Scott Noerr

Noerr Trucking - Owner
Norlin Warehousing - CFO & GM
Office: 717-242-0566 x 4
Cell: 717-437-0437



*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*



Scott Noerr <scott@noerr-inc.com>

## NOR112

4 messages

---

**Rachel Fields** <rachel@noerr-inc.com>                                      Tue, Nov 22, 2022 at 9:23 AM
To: Alexandra Aiello <alexandra.aiello@semicab.com>, Scott Noerr <scott@noerr-inc.com>, Kesia Drass <kesia@noerr-inc.com>, Lynne Dutcher <lynne@noerr-inc.com>

Last week, Bobby picked this trailer up to deliver in York and found this hole at the top of the trailer. It appears a hinge was ran into and punctured the corner.

Trailer has been dropped at Keystone for repairs.
Sent from my iPhone

---



**image0.jpeg**
168K

---

**Alexandra Aiello** <alexandra.aiello@semicab.com>                          Tue, Nov 22, 2022 at 9:24 AM
To: "rachel@noerr-inc.com" <rachel@noerr-inc.com>, "scott@noerr-inc.com" <scott@noerr-inc.com>, Kesia Drass <kesia@noerr-inc.com>, "lynne@noerr-inc.com" <lynne@noerr-inc.com>, Stephen Cabral <stephen.cabral@semicab.com>

Added @Stephen Cabral for viz

Thank you

**Alexandra Aiello**

**MC: 1064382**



---

**From:** Rachel Fields <rachel@noerr-inc.com>
**Sent:** Tuesday, November 22, 2022 9:23 AM
**To:** Alexandra Aiello <alexandra.aiello@semicab.com>; scott@noerr-inc.com; Kesia Drass <kesia@noerr-inc.com>; lynne@noerr-inc.com
**Subject:** NOR112



**Stephen Cabral** <stephen.cabral@semicab.com>                                        Tue, Nov 22, 2022 at 9:42 AM
To: Alexandra Aiello <alexandra.aiello@semicab.com>, "rachel@noerr-inc.com" <rachel@noerr-inc.com>, "scott@noerr-inc.com" <scott@noerr-inc.com>, Kesia Drass
<kesia@noerr-inc.com>, "lynne@noerr-inc.com" <lynne@noerr-inc.com>

Thanks for copying me in.

Rachel, thanks for the communication.  Just a few questions as we work on building an effective trailer management program.

What does this mean for SemiCab?  Is this an update on an out of service trailer or is there a question around the source of damage and financial responsibility?

Will this get updated on the tracker?  Do you have an estimate of when it will be back in service?  Can we block this trailer off in the tracker for the estimated
downtime?  Is there a replacement trailer to keep the pool whole or will be be -1?  If there's a replacement trailer, let's identify the specific unit in the tracker.

After the holiday, let's start documenting the process for handling damage claims.  How will we handle when the damaging party is known?  Not known?  Let's outline
the scenarios where SemiCab would be liable.

Thanks again.  Call with questions.

**From:** Alexandra Aiello <alexandra.aiello@semicab.com>
**Sent:** Tuesday, November 22, 2022 9:24 AM
**To:** rachel@noerr-inc.com <rachel@noerr-inc.com>; scott@noerr-inc.com <scott@noerr-inc.com>; Kesia Drass <kesia@noerr-inc.com>; lynne@noerr-inc.com
<lynne@noerr-inc.com>; Stephen Cabral <stephen.cabral@semicab.com>
**Subject:** RE: NOR112

[Quoted text hidden]

**Scott Noerr** <scott@noerr-inc.com>                                                   Tue, Nov 22, 2022 at 9:49 AM
To: Stephen Cabral <stephen.cabral@semicab.com>
Cc: Alexandra Aiello <alexandra.aiello@semicab.com>, "rachel@noerr-inc.com" <rachel@noerr-inc.com>, Kesia Drass <kesia@noerr-inc.com>, "lynne@noerr-inc.com"
<lynne@noerr-inc.com>

Followups:

> What does this mean for SemiCab?  Is this an update on an out of service trailer or is there a question around the source of damage and financial responsibility?
As a lease trailer - liability goes from owner -> 1st lease (us) -> subsequent leasee (SemiCab) -> the damager (York facility we believe)

> Will this get updated on the tracker?  Do you have an estimate of when it will be back in service?  Can we block this trailer off in the tracker for the estimated
> downtime?  Is there a replacement trailer to keep the pool whole or will be be -1?  If there's a replacement trailer, let's identify the specific unit in the tracker.
We can put a note on the tracker to show out of service, and when we get an estimate from the repair shop we can add ETA.
There is not a replacement trailer for the pool, unless you want to lease one - that would be nearly impossible to create a solution like that cost effectively.

> After the holiday, let's start documenting the process for handling damage claims.  How will we handle when the damaging party is known?  Not known?  Let's
> outline the scenarios where SemiCab would be liable.
Liability (from a legal standpoint) goes as above.  So, effectively, who damaged it is liable.  Repair billing would go SHOP -> Norlin -> SemiCab -> Liable Party.  (If we
are liable, we just eliminate the last 2).
[Quoted text hidden]

--
Scott Noerr

Noerr Trucking - Owner
Norlin Warehousing - CFO and GM
Office: 717-242-0566 x 3



**Scott Noerr <scott@noerr-inc.com>**

---

# Overcharge claim
3 messages

---

**AccountsPayable-SemiCab** <ap@semicab.com>                     Thu, Sep 28, 2023 at 1:28 PM
To: "scott@noerr-inc.com" <scott@noerr-inc.com>, "lynne@noerr-inc.com" <lynne@noerr-inc.com>
Cc: Alexandra Aiello <alexandra.aiello@semicab.com>, Micha De Jesus <micha.dejesus@semicab.com>

Hi Scott,

Our audit of your invoices is complete. Per the addendum signed on Nov 14 2022, the dedicated truck rates were changed to $960 per day and the extra load charges were defined as well.

All your invoices for dedicated trucks after Nov 14 have been overcharging us for trucks at the rate of $1,160 per day as against the contracted rate of $960. We also found that all extra loads for long-haul (>71 miles) were also overcharged at the rate of $800 instead of the contracted rate of $750.

Please see the summary sheet for total overcharged amount. After adjusting for the unpaid invoices and overcharged amount over the last few months, a total amount of $48,922.95 is owed to us. Please submit this payment by end of the day October 6, 2023.

The following documents used in the audit are attached.

- Copy of the contract addendum signed Nov 14. "Addendum to Broker Carrier Agreement for Noerr Trucking 11.14.22_Signed.pdf".
- "Noerr Overcharge Analysis.pdf" – Summary of invoices where we were overcharged at a rate of $1,160 per truck per day instead of $960 per the contract in force from Nov 14, 2022. There are a total of 34 invoices overcharged and paid, and 2 invoices overcharged, but yet to be paid.
- The attached zip file has all the copies of invoices that are mentioned in the pdf file above for your reference and verification.

Please make arrangement for the payment by October 6, 2023.

Thanks,

AP.

---

**3 attachments**

 **Overcharged Noerr Invoices.zip**
3155K

**Noerr Overcharrge Analysis.pdf**
45K

**Addendum to Broker Carrier Agreement for Noerr Trucking 11.14.22_Signed.pdf**
272K

---

**Scott Noerr** <scott@noerr-inc.com>                                          Thu, Sep 28, 2023 at 2:07 PM
To: AccountsPayable-SemiCab <ap@semicab.com>, Jagan Reddy <jagan.reddy@semicab.com>, Matthew Lambert <mlambert@csfllc.com>
Cc: "lynne@noerr-inc.com" <lynne@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, Micha De Jesus <micha.dejesus@semicab.com>

Unfortunately, this could now be considered fraud.  We did not utilize this contract, and reverted from this contract for multiple reasons.  I've attached the other contract from the same email this one was derived from.

1)  I did not agree to the edit / countersign made by Jagan, and it was never signed AFTER that.  In fact, this was sent out via docusign, and never came back.  The PDF would be locked if so.  Meaning, it was edited on your end, and never sent back.
2)  SemiCab claims they did not commit to the TRAILER LEASE CONTRACT, which would still charge you (see LEASE TERM OF 24 MONTHS), and the rates on the contracts were changed due to this.
3)  You have refused to pay for trailer repairs, which is noted in the lease agreement.
4)  You continued to add additional units, but didn't want to update terms.
5)  SemiCab did not provide a first right of refusal and used other carriers.
6)  You approved all of the invoices, repeatedly, with multiple requests and copies that can be provided, throughout the entire process, and agreed you still owe $92,000 to the insurance bond agent.
7)  **Per your contract, we are more than 180 days past any of these invoices, meaning anything before April 4th you have no opportunity to audit or change.  Meaning the following changes are void and the only ones we could address are the last 2.**

| Invoice Number | Week Covered | No. of Trucks | Extra Loads | Price Charged | Contract Price | Total Overcharged Amount on this Invoice | Payment Status |
|---|---|---|---|---|---|---|---|
| 904634 | NOV 21 - 25, 2022 | 6 | | 1,160.00 | 960.00 | 6,000.00 | Paid |
| 904635 | EXTRA LOADS NOV 21-25, 2022 | | 3 | 800.00 | 750.00 | 150.00 | Paid |
| 904680 | NOVEMBER 28 to DECEMBER 2, 2022 | 6 | | 1,160.00 | 960.00 | 6,000.00 | Paid |
| 904680 | EXTRA LOADS Nov 28 to Dec 2, 2022 | | 3 | 800.00 | 750.00 | 150.00 | Paid |
| 904691 | DECEMBER 5-9, 2022 | 6 | | 1,160.00 | 960.00 | 6,000.00 | Paid |
| 904694 | EXTRA LOADS Dec 5-9, 2022 | | 2 | 800.00 | 750.00 | 100.00 | Paid |
| 904686 | DECEMBER 12 - 16, 2022 | 6 | | 1,160.00 | 960.00 | 6,000.00 | Paid |
| 904685 | EXTRA LOADS DEC 12 - 16, 2022 | | 4 | 800.00 | 750.00 | 200.00 | Paid |
| 904743 | DECEMBER 19-23, 2022 | 6 | | 1,160.00 | 960.00 | 6,000.00 | Paid |
| 904744 | EXTRA LOADS DEC 19 - 23, 2022 | | 2 | 800.00 | 750.00 | 100.00 | Paid |
| 904764 | DECEMBER 26 - 30, 2022 | 6 | | 1,160.00 | 960.00 | 6,000.00 | Paid |
| 904765 | EXTRA LOADS DEC 26 TO 30, 2022 | | 3 | 800.00 | 750.00 | 150.00 | Paid |
| 904791 | JAN 2 TO 6, 2023 | 6 | | 1,160.00 | 960.00 | 6,000.00 | Paid |
| 904792 | EXTRA LOADS JAN 2-6, 2023 | | 5 | 800.00 | 750.00 | 250.00 | Paid |
| 904803 | JAN 9 TO 14, 2023 | 6 | | 1,160.00 | 960.00 | 6,000.00 | Paid |
| 904804 | EXTRA LOADS JANUARY 9-14 | | 9 | 800.00 | 750.00 | 450.00 | Paid |
| 904806 | JAN 16 TO 20, 2023 | 6 | | 1,160.00 | 960.00 | 6,000.00 | Paid |
| 904807 | EXTRA LOADS JAN 16 - 20, 2023 | | 6 | 800.00 | 750.00 | 300.00 | Paid |
| 904853 | JAN 22 - 27, 2023 | 6+1 | | 1,160.00 | 960.00 | 6,200.00 | Paid |
| 904854 | EXTRA LOADS JAN 23 - 27, 2023 | | 11 | 800.00 | 750.00 | 550.00 | Paid |
| 904868 | JAN 30 TO FEB 3, 2023 | 6 | | 1,160.00 | 960.00 | 6,000.00 | Paid |
| 904869 | EXTRA LOADS Jan 30 - Feb 3rd | | 9 | 800.00 | 750.00 | 450.00 | Paid |
| 904902 | FEB 5 - 11, 2023 | 6 | | 1,160.00 | 960.00 | 6,000.00 | Paid |
| 904903 | EXTRA LOADS Feb 5 - 11 | | 11 | 800.00 | 750.00 | 550.00 | Paid |
| 904903 | EXTRA LOADS Feb 5 - 11 - SUNDAY | 1 | | 1,160.00 | 960.00 | 200.00 | Paid |
| 904945 | FEB 12-18, 2023 | 6 | | 1,160.00 | 960.00 | 6,000.00 | Paid |
| 904971 | FEB 20-24, 2023 | 6 | | 1,160.00 | 960.00 | 6,000.00 | Paid |
| 904987 | FEB 27 TO MAR 3 | 6 | | 1,160.00 | 960.00 | 6,000.00 | Paid |
| 905033 | MAR 6-10 2023 | 6 | | 1,160.00 | 960.00 | 6,000.00 | Paid |
| 905060 | MAR 13-17 2023 | 6 | | 1,160.00 | 960.00 | 6,000.00 | Paid |
| 905088 | MAR 20-24, 2023 | 6 | | 1,160.00 | 960.00 | 6,000.00 | Paid |
| 905133 | MAR 27 - 31, 2023 | 6 | | 1,160.00 | 960.00 | 6,000.00 | Paid |
| 905162 | APR 3-7, 2023 | 6 | | 1,160.00 | 960.00 | 6,000.00 | Paid |
| 905179 | APR 10-14, 2023 | 6 | | 1,160.00 | 960.00 | 6,000.00 | Paid |
| | TOTAL OVERCHARGED DUE TO BE RETURNED TO SEMICAB | | | | | 129,800.00 | |

If you'd like me to provide you additional costs on those remaining lease costs and repairs for damages done while under SemiCab's use, we can compare who owes who.

Thanks.
Scott

[Quoted text hidden]

--
Scott Noerr

Noerr Trucking - Owner
Norlin Warehousing - CFO & GM
Office: 717-242-0566 x 4
Cell: 717-437-0437



*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended organization use.*

📄 **Broker Carrier Agreement - Noerr SemiCab - Trailer Lease 11.14.22_Final Proposed_SC (1).pdf**
263K

---

**Scott Noerr** <scott@noerr-inc.com>                                    Fri, Sep 29, 2023 at 9:57 AM
To: AccountsPayable-SemiCab <ap@semicab.com>, Jagan Reddy <jagan.reddy@semicab.com>, Matthew Lambert <mlambert@csfllc.com>
Cc: "lynne@noerr-inc.com" <lynne@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, Micha De Jesus <micha.dejesus@semicab.com>

Hi all,
To follow up on this, I took some time to calculate the payables if you do choose to recognize one contract, you also need to use the other contract that was sent together.  Hope this helps you make a decision with more clarity.

6.1.23 through 11.1.23 = 6 months.
11.1.23 through 11.1.24 = 12 months.

Now - 30% of these were on shorter term leases, so you'd only be responsible for 30 trailers for all 18 months, and 20 trailers for the next 6.

30 trailers at 18 months = 540 months.
20 trailers at 6 months = 120 months.

$600 x 660 months = $396,000 due.

I'd be happy to settle for that, and not add the actual repair and mileage charges from those time periods as well.

Please advise.

Thank you.
"AR"

[Quoted text hidden]



Scott Noerr <scott@noerr-inc.com>

---

## Please confirm the following for final settlement
8 messages

---

**AccountsPayable-SemiCab** <ap@semicab.com>                                    Sun, Jul 9, 2023 at 11:38 AM
To: "scott@noerr-inc.com" <scott@noerr-inc.com>, "lynne@noerr-inc.com" <lynne@noerr-inc.com>
Cc: Bryan Nella <bryan.nella@semicab.com>, Ajesh Kapoor <ajesh.kapoor@semicab.com>, Jagan Reddy
<jagan.reddy@semicab.com>, Vivek Sehgal <vivek.sehgal@semicab.com>, Micha De Jesus
<micha.dejesus@semicab.com>

Hi Scott,

We are about to settle the following invoices that would close your accounts with us. Please confirm that the following invoices when paid will mark the full and final settlement with us.

| Noerr Invoive Number | Amount Invoiced | Period | Type of invoice | Status | Credits to be applied if any | Net to be paid |
|---|---|---|---|---|---|---|
| 905222 | $17,550 | April | Trailers | Approved/Unpaid | | $17,550 |
| 905206 | $38,681.7 | April 17 to 21 | Dedicated trucks | Approved/Unpaid | | $38,681.7 |
| 905234 | $39,774.3 | April 24 to 28 | Dedicated trucks | Approved/Unpaid | $659.44 for load number 3190149633 | $39114.86 |
| 905033 overpayment (see attached and detail below) | | | | Paid | | ($2,468.95) |

We overpaid you on invoice 905233 (see attached remittance). The net payable on this invoice was $36,469.61 after the credits, however we paid you the whole amount of the invoice in the amount of $38,938.56. We will be adjusting this amount of $2,468.95 in the final payment.

Please confirm that a final payment in the amount of $92,877.61 marks the full and final payment.

Thanks,

AP.

📄 **Remittance information for invoice 904033.eml**
218K

---

**Scott Noerr** <scott@noerr-inc.com>                                      Mon, Jul 10, 2023 at 7:06 AM
To: AccountsPayable-SemiCab <ap@semicab.com>
Cc: "lynne@noerr-inc.com" <lynne@noerr-inc.com>, Bryan Nella <bryan.nella@semicab.com>, Ajesh Kapoor
<ajesh.kapoor@semicab.com>, Jagan Reddy <jagan.reddy@semicab.com>, Vivek Sehgal <vivek.sehgal@semicab.com>,
Micha De Jesus <micha.dejesus@semicab.com>

Did you already adjust for the underpayments on previous invoices?  I will confirm with Lynne tomorrow when she gets in.

Scott
[Quoted text hidden]
--
Scott Noerr

Noerr Trucking - Owner
Norlin Warehousing - CFO & GM
Office: 717-242-0566 x 4
Cell: 717-437-0437



*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended
organization use.*

---

**Scott Noerr** <scott@noerr-inc.com>                                      Mon, Jul 17, 2023 at 11:34 AM
To: AccountsPayable-SemiCab <ap@semicab.com>
Cc: "lynne@noerr-inc.com" <lynne@noerr-inc.com>, Bryan Nella <bryan.nella@semicab.com>, Ajesh Kapoor
<ajesh.kapoor@semicab.com>, Jagan Reddy <jagan.reddy@semicab.com>, Vivek Sehgal <vivek.sehgal@semicab.com>,
Micha De Jesus <micha.dejesus@semicab.com>

We did not receive this payment.  Please advise.
[Quoted text hidden]

---

**AccountsPayable-SemiCab** <ap@semicab.com>                               Mon, Aug 7, 2023 at 12:59 PM
To: "scott@noerr-inc.com" <scott@noerr-inc.com>, Ajesh Kapoor <ajesh.kapoor@semicab.com>, Jagan Reddy
<jagan.reddy@semicab.com>, Micha De Jesus <micha.dejesus@semicab.com>

Scott,

Please confirm, we want to ensure that your books are reconciled with the following based on our books.

Thanks,

AP.

[Quoted text hidden]

📄 **Remittance information for invoice 904033.eml**
218K

---

**Scott Noerr** <scott@noerr-inc.com>                                      Mon, Aug 7, 2023 at 1:02 PM
To: AccountsPayable-SemiCab <ap@semicab.com>
Cc: Ajesh Kapoor <ajesh.kapoor@semicab.com>, Jagan Reddy <jagan.reddy@semicab.com>, Micha De Jesus
<micha.dejesus@semicab.com>

Email will not load.  Apologies.  " An error occurred while loading the attached message."

[Quoted text hidden]

[Quoted text hidden]

---

**Scott Noerr** <scott@noerr-inc.com>                                               Mon, Aug 7, 2023 at 1:19 PM
To: AccountsPayable-SemiCab <ap@semicab.com>
Cc: Ajesh Kapoor <ajesh.kapoor@semicab.com>, Jagan Reddy <jagan.reddy@semicab.com>, Micha De Jesus
<micha.dejesus@semicab.com>, Lynne Dutcher <lynne@noerr-inc.com>

I was able to download it.  It shows $38,938.56 as a ACH to CCT Factoring on 5/23 but your email says **$36,469.61.**
We do show receipt of that to CCT.

[Quoted text hidden]

---

**AccountsPayable-SemiCab** <ap@semicab.com>                              Tue, Aug 15, 2023 at 10:58 AM
To: "scott@noerr-inc.com" <scott@noerr-inc.com>, Ajesh Kapoor <ajesh.kapoor@semicab.com>, Jagan Reddy
<jagan.reddy@semicab.com>, Micha De Jesus <micha.dejesus@semicab.com>

Scott,


Please note that we have not received detailed account statement from you to be able to reconcile our
accounts. While we have provided to you a complete list of invoices to be paid with amounts, credits if any
and details of payments made earlier that would be adjusted.


The board has asked us to hire an external agency to conduct a complete audit on all invoices from your
company due to discrepancies internal accounting team found and our inability to reconcile with you. We
have shortlisted an audit company to conduct this audit and would soon be finalizing the SOW.


Please expect this process to start soon and this agency to contact you for further details.

[Quoted text hidden]

---

**Scott Noerr** <scott@noerr-inc.com>                                               Tue, Aug 15, 2023 at 11:24 AM
To: AccountsPayable-SemiCab <ap@semicab.com>
Cc: Ajesh Kapoor <ajesh.kapoor@semicab.com>, Jagan Reddy <jagan.reddy@semicab.com>, Micha De Jesus
<micha.dejesus@semicab.com>, Lynne Dutcher <lynne@noerr-inc.com>

Ajesh,
We provided confirmation of previous payments and final status of outstanding invoices (which were already approved
and recognized by your team) in multiple communications.  I see here that you are referencing the difference of credits
paid on a specific invoice.  I would be willing to accept your final disbursement of  $92,877.61 and consider accounts
closed and other debt written off.  I understand your desire to have an audit internally - that is your prerogative and on
your own time.  However, these invoices were approved 3 months ago, and you've had plenty of time to review.  Your
team approved them, and subsequently noted that they were approved and due in multiple following communications.  It
is not our responsibility to wait while you conduct your audit over less than 4% of an invoice.


I have already submitted a claim to Hudson this morning per last week's email.  Pending that investigation I will be filing
criminal charges for all outstanding invoices.  If remittance is made today to ACH tomorrow I will forgo both actions.


Thank you.

Scott

[Quoted text hidden]



Scott Noerr <scott@noerr-inc.com>

---

## Re: Simple Trailer Lease & Updated Contract Addendum
5 messages

---

**Stephen Cabral** <stephen.cabral@semicab.com>                    Wed, Nov 2, 2022 at 3:25 PM
To: "scott@noerr-inc.com" <scott@noerr-inc.com>
Cc: Jagan Reddy <jagan.reddy@semicab.com>, Alexandra Aiello <alexandra.aiello@semicab.com>

Thanks for sending this over Scott.  I made a few minor changes that can be found here, but overall, I don't see any issues with getting this signed quickly.  Before signing, I'd like to ask you to complete the Leased Trailer Details Tracker with the requested details for each unit.  It's extremely important we keep this live updated with the correct numbers for proper billing and utilization assessments.

In addition, with significantly declining market rates, increased trailer costs, and limited opportunities to maximize truck utilization and empty backhauls, we are now in a position where the initial contract rates and terms are no longer sustainable, and we will need to move forward with the agreed upon rates and terms discussed back in August 2022 Addendum found here.  The addendum has been adjusted to an effective date of November 1, 2022, through the initial contract end date of May 9, 2022.

Feel free to call with questions or concerns.  As always, I appreciate your support and partnership.

📄 Noerr Simple Trailer Lease - SemiCab_rev 1 SC.docx

📄 Noerr - SemiCab Addendum 11.1.22_rev 1 SC.docx

Thanks
Stephen

---

**From:** Scott Noerr <scott@noerr-inc.com>
**Sent:** Tuesday, November 1, 2022 11:59 AM
**To:** Stephen Cabral <stephen.cabral@semicab.com>
**Subject:** Simple Trailer Lease

This needs to get in place to make us both legal from what we've been reading at the DOT level.  This will avoid the double brokering / trailer interchange issues we've had to address.

Scott

--
Scott Noerr

Noerr Trucking - Owner
Norlin Warehousing - CFO and GM
Office: 717-242-0566 x 3

 **Leased Trailer Tracker - Noerr - November 2022.xlsx**
10K

**Scott Noerr** <scott@noerr-inc.com>                                    Wed, Nov 2, 2022 at 4:05 PM
To: Stephen Cabral <stephen.cabral@semicab.com>
Cc: Jagan Reddy <jagan.reddy@semicab.com>, Alexandra Aiello <alexandra.aiello@semicab.com>
Bcc: Rachel Fields <rachel@noerr-inc.com>, Lynne Dutcher <lynne@noerr-inc.com>

Mostly ok with these changes - but will review with my spreadsheet in the morning.

Few notes:
1) Would have to change the trailer lease to reflect all 50 trailers, not 35, there are no longer 15 included in the day rate.
2) We are still eating $1.31 / gal of fuel because the national fuel surcharge rate doesn't account for $1.20 of base rate fuel, AND the actual price we pay vs the national average is $.11 different.
3) We have 6 on contract, not 5.
Scott

[Quoted text hidden]

---

**Scott Noerr** <scott@noerr-inc.com>                                    Wed, Nov 2, 2022 at 4:08 PM
To: Rachel Fields <rachel@noerr-inc.com>, Lynne Dutcher <lynne@noerr-inc.com>

Trailers to be billed up to 50 @ 600+$70 insurance + ALL COSTS.  *That does include tracking and I will make sure to note that*.
Up to 10 more at $705 + 5% + $70 insurance.
$960 a day per truck.  He said 5 trucks.

Wants this to be starting this week.

[Quoted text hidden]

---

**Scott Noerr** <scott@noerr-inc.com>                                    Wed, Nov 2, 2022 at 4:20 PM
To: Stephen Cabral <stephen.cabral@semicab.com>
Cc: Jagan Reddy <jagan.reddy@semicab.com>, Alexandra Aiello <alexandra.aiello@semicab.com>

Also - 2 other things
1)  I noticed that you have miles loaded x2.3.  We've talked about this before - it doesn't reflect accurately for where we are allowed to stay and if thing, plus all the deadhead we've had to do to get out of route / extra loads out of York.  It needs to remain all miles.
2)  The last paragraph - not extending the contract is ok - frustrating - but ok, but the right of first refusal should stay.

I will review fuel options in the morning.

On Wed, Nov 2, 2022 at 4:05 PM Scott Noerr <scott@noerr-inc.com> wrote:
[Quoted text hidden]
[Quoted text hidden]

---

**Scott Noerr** <scott@noerr-inc.com>                                    Wed, Nov 2, 2022 at 4:23 PM
To: Rachel Fields <rachel@noerr-inc.com>, Lynne Dutcher <lynne@noerr-inc.com>

Just forgot to BCC you.  Derp.
[Quoted text hidden]



Scott Noerr <scott@noerr-inc.com>

---

## Simple Trailer Lease
1 message

---

**Scott Noerr** <scott@noerr-inc.com>                                      Tue, Nov 1, 2022 at 11:59 AM
To: Stephen Cabral <stephen.cabral@semicab.com>

This needs to get in place to make us both legal from what we've been reading at the DOT level.  This will avoid the double brokering / trailer interchange issues we've had to address.


Scott

--
Scott Noerr

Noerr Trucking - Owner
Norlin Warehousing - CFO and GM
Office: 717-242-0566 x 3

---

**Trailer Lease - SemiCab.docx**
13K



**Scott Noerr <scott@noerr-inc.com>**

---

## Trailer Count & Damaged Trailers

37 messages

---

**Stephen Cabral** <stephen.cabral@semicab.com>                                         Sun, Oct 23, 2022 at 10:40 PM
To: "rachel@noerr-inc.com" <rachel@noerr-inc.com>
Cc: Alexandra Aiello <alexandra.aiello@semicab.com>, "scott@noerr-inc.com" <scott@noerr-inc.com>

Good morning,

Following up on our meeting last week, I have 2 asks for today.

1. Can I see a list of all trailers in the pool as of this morning?   If you don't already have it, I'd like to see a tab in your existing sheet with all the trailer numbers, trailer year, and if it is equipped with GPS.

2. Of those, how many are red tagged/damaged?  For the damages, please add a column for estimated repair cost and back in service date?

Thanks very much.  If I can get number 2 asap this morning, that would be great.  I'm having a meeting with the leadership team this morning on all the potential stolen and damaged trailer liabilities.  We also have an Emporia trailer that was supposedly broken into and product stolen over the weekend, so I'd like to provide a full update and action plan.

Lexie, would you please confirm the actual date we can begin seeing the Trailer numbers in the shipments?  I'll ask Vivek to create a  quick report so we can show we're tracking and can start using that to monitor counts and utilization.

Thanks,
Stephen

---

**Alexandra Aiello** <alexandra.aiello@semicab.com>                                         Mon, Oct 24, 2022 at 8:25 AM
To: Stephen Cabral <stephen.cabral@semicab.com>, "rachel@noerr-inc.com" <rachel@noerr-inc.com>
Cc: "scott@noerr-inc.com" <scott@noerr-inc.com>

Good morning everyone,


I have been entering trailer #s, all loads might not have them as some loads are delivering before I get the chance to enter the trailer #. I have talked with Rachel about this, neither her or the drivers have a way to enter the trailer # from their end.


I am fighting Hills every day to send the trailer #s on time, however, they aren't sending them until the next morning. Any loads that delivered before I get in, will not have the trailer #s. Per Rachel and Is conversation, the drivers are not tech savvy enough to wait for me to enter the trailer # before marking the load delivered. I am at a stopping point – any suggestions are welcome.


@rachel@noerr-inc.com I have added columns to the trailer track spreadsheet to begin tracking with Stephens below request


Hope this helps

Thanks,

**Alexandra Aiello**

**MC: 1064382**



[Quoted text hidden]

---

**Scott Noerr** <scott@noerr-inc.com>                                    Mon, Oct 24, 2022 at 5:15 PM
To: Alexandra Aiello <alexandra.aiello@semicab.com>
Cc: Stephen Cabral <stephen.cabral@semicab.com>, "rachel@noerr-inc.com" <rachel@noerr-inc.com>

I wanted to apologize for not getting this info to you sooner.

We will have a firm, tracking / total / number tomorrow.  I'm 99% sure that by the COB tomorrow there will be nearly 45 on site.

[Quoted text hidden]
--
Scott Noerr

Noerr Trucking - Owner
Norlin Warehousing - CFO and GM
Office: 717-242-0566 x 3

---

**Alexandra Aiello** <alexandra.aiello@semicab.com>                     Thu, Oct 27, 2022 at 1:12 PM
To: "scott@noerr-inc.com" <scott@noerr-inc.com>
Cc: Stephen Cabral <stephen.cabral@semicab.com>, "rachel@noerr-inc.com" <rachel@noerr-inc.com>

Hey Noerr team,

Was the below provided? Maybe I missed it come through, I haven't seen it yet.

Thanks,

**Alexandra Aiello**

**MC: 1064382**



[Quoted text hidden]

---

**Scott Noerr** <scott@noerr-inc.com>                                    Thu, Oct 27, 2022 at 1:42 PM
To: Alexandra Aiello <alexandra.aiello@semicab.com>

Cc: Stephen Cabral <stephen.cabral@semicab.com>, Rachel Fields <rachel@noerr-inc.com>

I had talked to Stephen about it but we didn't put it on the tab.  I'll take care of that first thing tomorrow.

Apologies.  I've been focusing on the stolen one and the AP.

[Quoted text hidden]

---

**3 attachments**

 **image001.png**
7K

 **image001.png**
7K

 **image001.png**
7K

---

**Rachel Fields** <rachel@noerr-inc.com>                    Thu, Oct 27, 2022 at 1:46 PM
To: Alexandra Aiello <alexandra.aiello@semicab.com>
Cc: "scott@noerr-inc.com" <scott@noerr-inc.com>, Stephen Cabral <stephen.cabral@semicab.com>

NOR40
NOR41
NOR42
NOR43
NOR46
NOR47
NOR55
NOR56
NOR70
NOR63
NOR60
NOR89
NOR66
NOR105
NOR87
NOR54
NOR51
NOR61
NOR90
NOR51
NOR104
NOR107
NOR103
NOR50
NOR83
NOR106
NOR59
NOR71
NOR73
NOR44
NOR88
NOR85
NOR52
NOR91
NOR64
**NOR108 The bolded ones still need tracking.**
**NOR110**
**NOR95**
**NOR100**

**NOR101**
**NOR102**
**NOR109**
**NOR111**
**NOR113**
**NOR112**
**NOR115**

That is the list Scott of what we have at Hills. The bolded ones do not have GPS installed yet. Those are the new ones we grabbed this week.

Rachel Fields
Operations Director
MC# 894356
Noerr Trucking
802-289-3579
rachel@noerr-inc.com

[Quoted text hidden]

---

**Alexandra Aiello** <alexandra.aiello@semicab.com>                Fri, Oct 28, 2022 at 10:52 AM
To: "scott@noerr-inc.com" <scott@noerr-inc.com>
Cc: Stephen Cabral <stephen.cabral@semicab.com>, "rachel@noerr-inc.com" <rachel@noerr-inc.com>

No worries, I see Rachel sent this over

Thanks 😊

[Quoted text hidden]

---

**Alexandra Aiello** <alexandra.aiello@semicab.com>                Wed, Nov 2, 2022 at 1:34 PM
To: "rachel@noerr-inc.com" <rachel@noerr-inc.com>
Cc: "scott@noerr-inc.com" <scott@noerr-inc.com>, Stephen Cabral <stephen.cabral@semicab.com>

Rachel, going through the list below. NOR51 Is listed twice, not sure if that was a typo and maybe were missing a trailer #?

**Alexandra Aiello**

**MC: 1064382**



[Quoted text hidden]

---

**Scott Noerr** <scott@noerr-inc.com>                Wed, Nov 2, 2022 at 1:40 PM
To: Alexandra Aiello <alexandra.aiello@semicab.com>
Cc: "rachel@noerr-inc.com" <rachel@noerr-inc.com>, Stephen Cabral <stephen.cabral@semicab.com>

Oops.  We will review w/ new trackers and what not.  Sorry.

[Quoted text hidden]

---

**Rachel Fields** <rachel@noerr-inc.com>                          Wed, Nov 2, 2022 at 1:40 PM
To: Alexandra Aiello <alexandra.aiello@semicab.com>
Cc: scott@noerr-inc.com, Stephen Cabral <stephen.cabral@semicab.com>

Called I can't count 

I'll double check.

Sent from my iPhone

> On Nov 2, 2022, at 1:34 PM, Alexandra Aiello <alexandra.aiello@semicab.com> wrote:
>
>
> Rachel, going through the list below. NOR51 Is listed twice, not sure if that was a typo and maybe were missing a trailer #?
>
>
> **Alexandra Aiello**
>
> **MC: 1064382**
>
> 
>
> [Quoted text hidden]
> [Quoted text hidden]

>> [Quoted text hidden]
>>
>> 
>>
>> ---
>>
>> **From:** Scott Noerr <scott@noerr-inc.com>
>> **Sent:** Monday, October 24, 2022 5:15 PM
>> **To:** Alexandra Aiello <alexandra.aiello@semicab.com>
>> **Cc:** Stephen Cabral <stephen.cabral@semicab.com>; rachel@noerr-inc.com
>> **Subject:** Re: Trailer Count & Damaged Trailers
>>
>>
>> I wanted to apologize for not getting this info to you sooner.
>>
>>
>> We will have a firm, tracking / total / number tomorrow.  I'm 99% sure that by the COB tomorrow there will be nearly 45 on site.
>>
>>
>> On Mon, Oct 24, 2022 at 8:25 AM Alexandra Aiello <alexandra.aiello@semicab.com> wrote:
>>>
>>>    Good morning everyone,

I have been entering trailer #s, all loads might not have them as some loads are delivering before I get the chance to enter the trailer #. I have talked with Rachel about this, neither her or the drivers have a way to enter the trailer # from their end.

I am fighting Hills every day to send the trailer #s on time, however, they aren't sending them until the next morning. Any loads that delivered before I get in, will not have the trailer #s. Per Rachel and Is conversation, the drivers are not tech savvy enough to wait for me to enter the trailer # before marking the load delivered. I am at a stopping point – any suggestions are welcome.

@rachel@noerr-inc.com I have added columns to the trailer track spreadsheet to begin tracking with Stephens below request

Hope this helps

Thanks,

**Alexandra Aiello**

**MC: 1064382**

**∴ SemiCab**

---

**From:** Stephen Cabral <stephen.cabral@semicab.com>
**Sent:** Sunday, October 23, 2022 10:41 PM
**To:** rachel@noerr-inc.com
**Cc:** Alexandra Aiello <alexandra.aiello@semicab.com>; scott@noerr-inc.com
**Subject:** Trailer Count & Damaged Trailers

Good morning,

Following up on our meeting last week, I have 2 asks for today.

1. Can I see a list of all trailers in the pool as of this morning?   If you don't already have it, I'd like to see a tab in your existing sheet with all the trailer numbers, trailer year, and if it is equipped with GPS.

2. Of those, how many are red tagged/damaged?  For the damages, please add a column for estimated repair cost and back in service date?

Thanks very much.  If I can get number 2 asap this morning, that would be great.  I'm having a meeting with the leadership team this morning on all the potential stolen and damaged trailer

liabilities.  We also have an Emporia trailer that was supposedly broken into and product stolen over the weekend, so I'd like to provide a full update and action plan.


Lexie, would you please confirm the actual date we can begin seeing the Trailer numbers in the shipments?  I'll ask Vivek to create a  quick report so we can show we're tracking and can start using that to monitor counts and utilization.


Thanks,

Stephen

[Quoted text hidden]

**2 attachments**

 **image001.png**
7K

 **image001.png**
7K

---

**Alexandra Aiello** <alexandra.aiello@semicab.com>                    Wed, Nov 2, 2022 at 1:43 PM
To: "rachel@noerr-inc.com" <rachel@noerr-inc.com>
Cc: "scott@noerr-inc.com" <scott@noerr-inc.com>, Stephen Cabral <stephen.cabral@semicab.com>

HAH no worries, just making sure. I am getting a new spreadsheet started to keep record of the trailers


**Alexandra Aiello**

**MC: 1064382**

![SemiCab]

[Quoted text hidden]

---

**Alexandra Aiello** <alexandra.aiello@semicab.com>                    Wed, Nov 2, 2022 at 1:43 PM
To: "scott@noerr-inc.com" <scott@noerr-inc.com>
Cc: "rachel@noerr-inc.com" <rachel@noerr-inc.com>, Stephen Cabral <stephen.cabral@semicab.com>

Sounds good, thanks!

[Quoted text hidden]

---

**Alexandra Aiello** <alexandra.aiello@semicab.com>                    Thu, Nov 3, 2022 at 4:03 PM
To: "rachel@noerr-inc.com" <rachel@noerr-inc.com>
Cc: "scott@noerr-inc.com" <scott@noerr-inc.com>, Stephen Cabral <stephen.cabral@semicab.com>

Hey yall, just checking in, did we confirm there wasn't a typo and maybe we listed NOR51 twice?

Thanks,


**Alexandra Aiello**

**MC: 1064382**




[Quoted text hidden]

---

**Rachel Fields** <rachel@noerr-inc.com>                    Thu, Nov 3, 2022 at 4:30 PM
To: Alexandra Aiello <alexandra.aiello@semicab.com>
Cc: "scott@noerr-inc.com" <scott@noerr-inc.com>, Stephen Cabral <stephen.cabral@semicab.com>

It was a typo, sorry I thought I sent this... Should have been NOR57


Rachel Fields
Operations Director
MC# 894356
Noerr Trucking
802-289-3579
rachel@noerr-inc.com

[Quoted text hidden]

---

**Alexandra Aiello** <alexandra.aiello@semicab.com>              Thu, Nov 3, 2022 at 4:32 PM
To: "rachel@noerr-inc.com" <rachel@noerr-inc.com>
Cc: "scott@noerr-inc.com" <scott@noerr-inc.com>, Stephen Cabral <stephen.cabral@semicab.com>

NO problem, does that one have GPS or does it need GPS?

[Quoted text hidden]

---

**Rachel Fields** <rachel@noerr-inc.com>                    Thu, Nov 3, 2022 at 4:37 PM
To: Alexandra Aiello <alexandra.aiello@semicab.com>
Cc: "scott@noerr-inc.com" <scott@noerr-inc.com>, Stephen Cabral <stephen.cabral@semicab.com>

There are 50 down there this week.

NOR42 & NOR44 just came out today for tire replacement.
Lexi just sent an email with damage to one of the trailers we will have to get that one red tagged.
NOR58 is getting a door fixed and is at Milestone in York for repair - That went down yesterday as well.

Sorry its been a crazy week and haven't had time to give update on what trailers are getting repaired. Next week we have a new staff member starting and she will be assisting with these types of things once we get her trained up.

Thanks,

Rachel Fields
Operations Director
MC# 894356
Noerr Trucking
802-289-3579
rachel@noerr-inc.com

[Quoted text hidden]

---

**Rachel Fields** <rachel@noerr-inc.com>                          Thu, Nov 3, 2022 at 4:38 PM
To: Alexandra Aiello <alexandra.aiello@semicab.com>
Cc: "scott@noerr-inc.com" <scott@noerr-inc.com>, Stephen Cabral <stephen.cabral@semicab.com>

It has a GPS only ones that need GPS still are the new additions so 90s and up.

Rachel Fields
Operations Director
MC# 894356
Noerr Trucking
802-289-3579
rachel@noerr-inc.com

[Quoted text hidden]

---

**Alexandra Aiello** <alexandra.aiello@semicab.com>              Thu, Nov 3, 2022 at 4:40 PM
To: "rachel@noerr-inc.com" <rachel@noerr-inc.com>
Cc: "scott@noerr-inc.com" <scott@noerr-inc.com>, Stephen Cabral <stephen.cabral@semicab.com>

Awesome, we can get back to these next week. Cant wait to meet the newbie 

[Quoted text hidden]

---

**Alexandra Aiello** <alexandra.aiello@semicab.com>              Thu, Nov 3, 2022 at 4:41 PM
To: "rachel@noerr-inc.com" <rachel@noerr-inc.com>
Cc: "scott@noerr-inc.com" <scott@noerr-inc.com>, Stephen Cabral <stephen.cabral@semicab.com>

Ok, thanks.

[Quoted text hidden]

---

**Alexandra Aiello** <alexandra.aiello@semicab.com>              Fri, Nov 4, 2022 at 12:54 PM
To: "rachel@noerr-inc.com" <rachel@noerr-inc.com>
Cc: "scott@noerr-inc.com" <scott@noerr-inc.com>, Stephen Cabral <stephen.cabral@semicab.com>

Hey rach,

They have NOR96 showing loaded for one of todays loads, but Im not seeing it listed below. Can I confirm this is one of your trailer #s?

**Alexandra Aiello**

**MC: 1064382**



[Quoted text hidden]

**Rachel Fields** <rachel@noerr-inc.com>                    Fri, Nov 4, 2022 at 12:55 PM
To: Alexandra Aiello <alexandra.aiello@semicab.com>
Cc: "scott@noerr-inc.com" <scott@noerr-inc.com>, Stephen Cabral <stephen.cabral@semicab.com>

Yes, that is one of ours.

Rachel Fields
Operations Director
MC# 894356
Noerr Trucking
802-289-3579
rachel@noerr-inc.com

[Quoted text hidden]

---

**Alexandra Aiello** <alexandra.aiello@semicab.com>              Fri, Nov 4, 2022 at 12:56 PM
To: "rachel@noerr-inc.com" <rachel@noerr-inc.com>
Cc: "scott@noerr-inc.com" <scott@noerr-inc.com>, Stephen Cabral <stephen.cabral@semicab.com>

Ok, I will add it to the list!

Thanks,


**Alexandra Aiello**

**MC: 1064382**



[Quoted text hidden]

---

**Alexandra Aiello** <alexandra.aiello@semicab.com>              Fri, Nov 4, 2022 at 12:56 PM
To: "rachel@noerr-inc.com" <rachel@noerr-inc.com>
Cc: "scott@noerr-inc.com" <scott@noerr-inc.com>, Stephen Cabral <stephen.cabral@semicab.com>

Does it have GPS?

[Quoted text hidden]

---

**Rachel Fields** <rachel@noerr-inc.com>                    Fri, Nov 4, 2022 at 12:57 PM
To: Alexandra Aiello <alexandra.aiello@semicab.com>
Cc: "scott@noerr-inc.com" <scott@noerr-inc.com>, Stephen Cabral <stephen.cabral@semicab.com>

Yes, it does.

Rachel Fields
Operations Director
MC# 894356
Noerr Trucking
802-289-3579
rachel@noerr-inc.com

[Quoted text hidden]

**Alexandra Aiello** <alexandra.aiello@semicab.com>                    Fri, Nov 4, 2022 at 12:58 PM
To: "rachel@noerr-inc.com" <rachel@noerr-inc.com>
Cc: "scott@noerr-inc.com" <scott@noerr-inc.com>, Stephen Cabral <stephen.cabral@semicab.com>

Thanks! What year, make and model is that one btw?

[Quoted text hidden]

---

**Rachel Fields** <rachel@noerr-inc.com>                              Fri, Nov 4, 2022 at 1:00 PM
To: Alexandra Aiello <alexandra.aiello@semicab.com>
Cc: "scott@noerr-inc.com" <scott@noerr-inc.com>, Stephen Cabral <stephen.cabral@semicab.com>

| NOR96 | 2007 | U703682 | 1JJV532WX7L094480 |

I dont have make and model on the spreadsheet I keep.


Rachel Fields
Operations Director
MC# 894356
Noerr Trucking
802-289-3579
rachel@noerr-inc.com

[Quoted text hidden]

---

**Alexandra Aiello** <alexandra.aiello@semicab.com>                    Fri, Nov 4, 2022 at 1:01 PM
To: "rachel@noerr-inc.com" <rachel@noerr-inc.com>
Cc: "scott@noerr-inc.com" <scott@noerr-inc.com>, Stephen Cabral <stephen.cabral@semicab.com>

So is U703682 the Unit ID? And 1JJV532WX7L094480 is the VIN, I assume?

[Quoted text hidden]

---

**Rachel Fields** <rachel@noerr-inc.com>                              Fri, Nov 4, 2022 at 1:03 PM
To: Alexandra Aiello <alexandra.aiello@semicab.com>
Cc: "scott@noerr-inc.com" <scott@noerr-inc.com>, Stephen Cabral <stephen.cabral@semicab.com>

Yes, that is correct.
Rachel Fields
Operations Director
MC# 894356
Noerr Trucking
802-289-3579
rachel@noerr-inc.com

[Quoted text hidden]

---

**Alexandra Aiello** <alexandra.aiello@semicab.com>                    Fri, Nov 4, 2022 at 1:16 PM
To: "rachel@noerr-inc.com" <rachel@noerr-inc.com>
Cc: "scott@noerr-inc.com" <scott@noerr-inc.com>, Stephen Cabral <stephen.cabral@semicab.com>

Great, thanks, when Gordy picks it up, can you ask him to grab make and model, by chance? Were working on something.


Thanks,

**Alexandra Aiello**

**MC: 1064382**



[Quoted text hidden]

---

**Scott Noerr** <scott@noerr-inc.com>                                           Fri, Nov 4, 2022 at 1:17 PM
To: Alexandra Aiello <alexandra.aiello@semicab.com>
Cc: "rachel@noerr-inc.com" <rachel@noerr-inc.com>, Stephen Cabral <stephen.cabral@semicab.com>

Unit ID is the lease company ID!
[Quoted text hidden]

---

**Alexandra Aiello** <alexandra.aiello@semicab.com>                             Fri, Nov 4, 2022 at 1:23 PM
To: "scott@noerr-inc.com" <scott@noerr-inc.com>
Cc: "rachel@noerr-inc.com" <rachel@noerr-inc.com>, Stephen Cabral <stephen.cabral@semicab.com>

Got it, thanks!

[Quoted text hidden]

---

**Alexandra Aiello** <alexandra.aiello@semicab.com>                             Fri, Nov 4, 2022 at 2:22 PM
To: "scott@noerr-inc.com" <scott@noerr-inc.com>, "rachel@noerr-inc.com" <rachel@noerr-inc.com>
Cc: Stephen Cabral <stephen.cabral@semicab.com>

@rachel@noerr-inc.com when Gordy picks it up, can you ask him to grab make and model, by chance? Were working on
something.

[Quoted text hidden]

---

**Rachel Fields** <rachel@noerr-inc.com>                                         Fri, Nov 4, 2022 at 2:23 PM
To: Alexandra Aiello <alexandra.aiello@semicab.com>
Cc: "scott@noerr-inc.com" <scott@noerr-inc.com>, Stephen Cabral <stephen.cabral@semicab.com>

Yes, I will.

Rachel Fields
Operations Director
MC# 894356
Noerr Trucking
802-289-3579
rachel@noerr-inc.com

[Quoted text hidden]

---

**Scott Noerr** <scott@noerr-inc.com>                                           Fri, Nov 4, 2022 at 2:41 PM
To: Rachel Fields <rachel@noerr-inc.com>
Cc: Alexandra Aiello <alexandra.aiello@semicab.com>, Stephen Cabral <stephen.cabral@semicab.com>

1JJV532WX7L094480

2007

WABASH

[Quoted text hidden]

---

**Alexandra Aiello** <alexandra.aiello@semicab.com>                    Fri, Nov 4, 2022 at 2:43 PM
To: "scott@noerr-inc.com" <scott@noerr-inc.com>, "rachel@noerr-inc.com" <rachel@noerr-inc.com>
Cc: Stephen Cabral <stephen.cabral@semicab.com>

Thanks, do trailers have different model types?

[Quoted text hidden]

---

**Scott Noerr** <scott@noerr-inc.com>                    Fri, Nov 4, 2022 at 2:46 PM
To: Alexandra Aiello <alexandra.aiello@semicab.com>
Cc: "rachel@noerr-inc.com" <rachel@noerr-inc.com>, Stephen Cabral <stephen.cabral@semicab.com>

Well, yes and no.

"Dry Van" is a model, but there are 10000 different specs they could be.

Dry Van, Conestoga, Flatbed, Bulk, Container, etc are your models.

[Quoted text hidden]

---

**Alexandra Aiello** <alexandra.aiello@semicab.com>                    Fri, Nov 4, 2022 at 4:28 PM
To: "scott@noerr-inc.com" <scott@noerr-inc.com>
Cc: "rachel@noerr-inc.com" <rachel@noerr-inc.com>, Stephen Cabral <stephen.cabral@semicab.com>

Got it, thank you.

[Quoted text hidden]



**Scott Noerr <scott@noerr-inc.com>**

---

## Trailer track 11/28
6 messages

---

**Alexandra Aiello** <alexandra.aiello@semicab.com>                   Wed, Nov 30, 2022 at 1:33 PM
To: "rachel@noerr-inc.com" <rachel@noerr-inc.com>, Kesia Drass <kesia@noerr-inc.com>
Cc: Stephen Cabral <stephen.cabral@semicab.com>, "scott@noerr-inc.com" <scott@noerr-inc.com>

Hey Rachel and Kesia,

While going through and updating all the trailers that were loaded from 11/28 I noticed some discrepancies, please see below.

NOR116 shows removed from the pool, but I show it was loaded on shipment 7001228133.

NOR113 shows red tagged, but I show loaded on shipment 7001239004.

NOR98 shows loaded, but Im not seeing it on our trailer list.

Can you please provide some insight/feedback when you get the chance?

Thanks,

**Alexandra Aiello**
**MC: 1064382**



---

**Rachel Fields** <rachel@noerr-inc.com>                   Wed, Nov 30, 2022 at 3:49 PM
To: Alexandra Aiello <alexandra.aiello@semicab.com>
Cc: Kesia Drass <kesia@noerr-inc.com>, Stephen Cabral <stephen.cabral@semicab.com>, "scott@noerr-inc.com" <scott@noerr-inc.com>

NOR116 - brought back down Monday....driver did not tell us - I will handle this one

NOR113 - is red tagged or was - that is the one with the damage down the side and we were waiting for other trailers to come back in the pull to pull it out completely - still driveable so... it is still technically able to be used until these other trailers are picked up and brought back into the pool tomorrow
NOR98 - brought in on Monday - I knew about this one but forgot about it this morning when I was updating

NOR 42, 45, 61 and 87 will all be back in the pool tomorrow. Justin is shuttling those back over to Hills from repair.

Rachel Fields
Operations Director
MC# 894356
Noerr Trucking
802-289-3579
rachel@noerr-inc.com

[Quoted text hidden]

---

**Alexandra Aiello** <alexandra.aiello@semicab.com>                Wed, Nov 30, 2022 at 3:54 PM
To: "rachel@noerr-inc.com" <rachel@noerr-inc.com>
Cc: Kesia Drass <kesia@noerr-inc.com>, Stephen Cabral <stephen.cabral@semicab.com>, "scott@noerr-inc.com" <scott@noerr-inc.com>

Thanks, can we get NOR98 and details added to the list?

**Alexandra Aiello**

**MC: 1064382**



[Quoted text hidden]

---

**Alexandra Aiello** <alexandra.aiello@semicab.com>                Wed, Nov 30, 2022 at 3:54 PM
To: "rachel@noerr-inc.com" <rachel@noerr-inc.com>
Cc: Kesia Drass <kesia@noerr-inc.com>, Stephen Cabral <stephen.cabral@semicab.com>, "scott@noerr-inc.com" <scott@noerr-inc.com>

Awesome!

Thanks so much!

**Alexandra Aiello**

**MC: 1064382**



**From:** Rachel Fields <rachel@noerr-inc.com>
**Sent:** Wednesday, November 30, 2022 3:49 PM
**To:** Alexandra Aiello <alexandra.aiello@semicab.com>
**Cc:** Kesia Drass <kesia@noerr-inc.com>; Stephen Cabral <stephen.cabral@semicab.com>; scott@noerr-inc.com
**Subject:** Re: Trailer track 11/28

NOR116 - brought back down Monday....driver did not tell us - I will handle this one

[Quoted text hidden]
[Quoted text hidden]

---

**Rachel Fields** <rachel@noerr-inc.com>                                    Wed, Nov 30, 2022 at 4:01 PM
To: Alexandra Aiello <alexandra.aiello@semicab.com>
Cc: Kesia Drass <kesia@noerr-inc.com>, Stephen Cabral <stephen.cabral@semicab.com>, "scott@noerr-inc.com" <scott@noerr-inc.com>

Kesia sent you the master list not too long ago, I thought with all our trailers on there. I know she was waiting for a few leasing companies to get some info back to her. I'll double check and see if that was on the list.

Rachel Fields
Operations Director
MC# 894356
Noerr Trucking
802-289-3579
rachel@noerr-inc.com

[Quoted text hidden]

---

**Alexandra Aiello** <alexandra.aiello@semicab.com>                          Wed, Nov 30, 2022 at 4:06 PM
To: "rachel@noerr-inc.com" <rachel@noerr-inc.com>
Cc: Kesia Drass <kesia@noerr-inc.com>, Stephen Cabral <stephen.cabral@semicab.com>, "scott@noerr-inc.com" <scott@noerr-inc.com>

Great, thanks, Im pretty sure I just copy and pasted her list from before. I added NOR 98 in the mean time. Maybe I missed some, somehow.

[Quoted text hidden]



Scott Noerr <scott@noerr-inc.com>

---

## York - Universal Trailer Pool
29 messages

---

**Stephen Cabral** <stephen.cabral@semicab.com>                          Wed, Jul 27, 2022 at 2:43 PM
To: Rachel Fields <rachel@noerr-inc.com>, Scott Noerr <scott@noerr-inc.com>
Cc: Alexandra Aiello <alexandra.aiello@semicab.com>, Bryan Nella <bryan.nella@semicab.com>

Hi Rachel & Scott,

Reaching out to revisit the conversation around transitioning to a universal trailer pool.  The Hill's leadership team has requested that we transition to a single carrier to eliminate the operational burden around load to trailer assignment.  However, we believe it would be best to transition to a universal trailer pool to generate the needed efficiencies and flexibility.

With +90% the trailers belonging to Noerr, I wanted to see what you would need from us to make this happen and if we would be able to make this happen within the next week.  At a minimum, I would love to have this in place by the time we meet with the Hill's team in York during the week of 8/8.

Let me know your thoughts.  Any concerns?

Thanks,
Stephen

---

**Scott Noerr** <scott@noerr-inc.com>                          Wed, Jul 27, 2022 at 2:50 PM
To: Stephen Cabral <stephen.cabral@semicab.com>
Cc: Rachel Fields <rachel@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, Bryan Nella <bryan.nella@semicab.com>

What's your # requirement?  I believe this can be accomplished.

Additional items would be financial and insurance.  But how many are you expecting there?

[Quoted text hidden]

---

**Scott Noerr** <scott@noerr-inc.com>                          Wed, Jul 27, 2022 at 2:53 PM
To: Stephen Cabral <stephen.cabral@semicab.com>
Cc: Rachel Fields <rachel@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, Bryan Nella <bryan.nella@semicab.com>

Also, we will have the ability to do single carrier source too.  We will have enough units to cover - which leads into the other thread we are working through.


Scott
[Quoted text hidden]

---

**Stephen Cabral** <stephen.cabral@semicab.com>                          Wed, Jul 27, 2022 at 3:01 PM
To: Scott Noerr <scott@noerr-inc.com>
Cc: Rachel Fields <rachel@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, Bryan Nella <bryan.nella@semicab.com>

Right now, the expectation is for us to get to 45 and I'm trying to get there through your pool of trailers, as well as leases and purchases.

However, if we're able to pull this off, I think we'll see a bigger and much faster surge in volume as York continues to ramp up.  We're definitely see month over month increases in volume.

And I heard you all hit are scheduled to hit a high of 58 this week!!  That was great news to come back to today.  Great work by Rachel and Lex.

---

**From:** Scott Noerr <scott@noerr-inc.com>
**Sent:** Wednesday, July 27, 2022 2:50 PM
**To:** Stephen Cabral <stephen.cabral@semicab.com>
**Cc:** Rachel Fields <rachel@noerr-inc.com>; Alexandra Aiello <alexandra.aiello@semicab.com>; Bryan Nella <bryan.nella@semicab.com>
**Subject:** Re: York - Universal Trailer Pool

[Quoted text hidden]

---

**Stephen Cabral** <stephen.cabral@semicab.com>                                        Wed, Jul 27, 2022 at 3:26 PM
To: Scott Noerr <scott@noerr-inc.com>
Cc: Rachel Fields <rachel@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, Bryan Nella <bryan.nella@semicab.com>

Good question.  This would still leave a gap in weekend coverage.  We've been rejecting weekend tenders and need to get as close to 100% tender acceptance as possible.  This is one of the key differentiators for SemiCab.

In my previous roles, single source was highly desirable, however, I've had to shift my mindset since joining SemiCab.  I think that's the exact opposite of what we want to do.  As we continue to grow our presence, we want to continue testing and building dedicated capacity within a certain geography rather than specific lanes or shippers.

Would love to hear your thoughts on this.

---

**From:** Scott Noerr <scott@noerr-inc.com>
**Sent:** Wednesday, July 27, 2022 2:53 PM
**To:** Stephen Cabral <stephen.cabral@semicab.com>
**Cc:** Rachel Fields <rachel@noerr-inc.com>; Alexandra Aiello <alexandra.aiello@semicab.com>; Bryan Nella <bryan.nella@semicab.com>
**Subject:** Re: York - Universal Trailer Pool

[Quoted text hidden]

---

**Scott Noerr** <scott@noerr-inc.com>                                        Wed, Jul 27, 2022 at 3:36 PM
To: Stephen Cabral <stephen.cabral@semicab.com>
Cc: Rachel Fields <rachel@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, Bryan Nella <bryan.nella@semicab.com>

Don't disagree.   Havjgn a backup is definitely a plus.  But we do have extra capacity just trying to balance SemiCab needs.

I think we can have at least 40 down there.   We have also been using only 6 of our trucks, so there's more capacity there that can be utilized too.

Need to address the elephant of cost in the room though.

Scott

[Quoted text hidden]

---

**Stephen Cabral** <stephen.cabral@semicab.com>                                        Wed, Jul 27, 2022 at 7:08 PM
To: Scott Noerr <scott@noerr-inc.com>
Cc: Rachel Fields <rachel@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, Bryan Nella
<bryan.nella@semicab.com>

Agreed.

Regarding the 6th truck,  I'm not sure the cost structure needs to be completely different as long as the volume is there
and you can move that volume.  Similar to the first 5 units, we need to hit roughly 40+ shipments/truck/week.  If we can't
get it through Hills, we need the flexibility to fill the gaps with demand from another shipper within the radius.

I'm thinking maybe I set a target number of shipments before we put a power unit on contract.  Until we hit that target, we
would cover costs on a shipment by shipment basis.  In general, we just want to align supply with demand as much as
possible.  I think it's simple as that.  If we didn't have the 6th unit, that's what we would be doing anyway.  The only other
thing I'd want to ensure is that we maximized productivity of the first 5 units.

**From:** Scott Noerr <scott@noerr-inc.com>
**Sent:** Wednesday, July 27, 2022 3:37 PM
[Quoted text hidden]
[Quoted text hidden]

---

**Stephen Cabral** <stephen.cabral@semicab.com>                                        Wed, Jul 27, 2022 at 7:24 PM
To: Scott Noerr <scott@noerr-inc.com>
Cc: Rachel Fields <rachel@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, Bryan Nella
<bryan.nella@semicab.com>

Totally got sidetracked.  So back to the trailer issue.  I'm wondering if this is as simple as you acting as our trailer lease
provider and establish the same type of lease agreement we'd have with a lease provider such as Premier or one of the
other providers.

I'll go back and pull the most recent cost estimates I have from them and a few others.  I believe they were all around
$500/month and included insurance and GPS tracking.  Don't quote me in the insurance though.  Let me dig up the
estimates.

**From:** Scott Noerr <scott@noerr-inc.com>
**Sent:** Wednesday, July 27, 2022 2:50:27 PM
**To:** Stephen Cabral <stephen.cabral@semicab.com>
**Cc:** Rachel Fields <rachel@noerr-inc.com>; Alexandra Aiello <alexandra.aiello@semicab.com>; Bryan Nella
<bryan.nella@semicab.com>
**Subject:** Re: York - Universal Trailer Pool

[Quoted text hidden]

---

**Scott Noerr** <scott@noerr-inc.com>                                                  Wed, Jul 27, 2022 at 7:58 PM
To: Stephen Cabral <stephen.cabral@semicab.com>
Cc: Rachel Fields <rachel@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, Bryan Nella
<bryan.nella@semicab.com>

Trailers: that is pretty accurate.  Average is $600/month including insurance.

Only issue would be repairs.  Obviously if someone else is using them!

On the extra units - I think that's doable.   I'll circle back in the AM.

[Quoted text hidden]

---

**Stephen Cabral** <stephen.cabral@semicab.com>                    Wed, Jul 27, 2022 at 8:29 PM
To: Scott Noerr <scott@noerr-inc.com>
Cc: Rachel Fields <rachel@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, Bryan Nella
<bryan.nella@semicab.com>

Sounds good.  Repairs would definitely be billed to SemiCab and then we'd pursue payments from responsible carriers
per the terms of the interchange agreement.

I found and attached a copy of the standard agreement from Xtra Lease.

---

**From:** Scott Noerr <scott@noerr-inc.com>
**Sent:** Wednesday, July 27, 2022 7:58 PM
**To:** Stephen Cabral <stephen.cabral@semicab.com>
**Cc:** Rachel Fields <rachel@noerr-inc.com>; Alexandra Aiello <alexandra.aiello@semicab.com>; Bryan Nella
<bryan.nella@semicab.com>
**Subject:** Re: York - Universal Trailer Pool

[Quoted text hidden]

---

 **terms-and-conditions.pdf**
227K

---

**Scott Noerr** <scott@noerr-inc.com>                    Wed, Jul 27, 2022 at 8:36 PM
To: Stephen Cabral <stephen.cabral@semicab.com>
Cc: Rachel Fields <rachel@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, Bryan Nella
<bryan.nella@semicab.com>

Yeah - some of ours cover all repairs.  Some are net net.
[Quoted text hidden]

---

**Scott Noerr** <scott@noerr-inc.com>                    Fri, Jul 29, 2022 at 9:34 AM
To: Stephen Cabral <stephen.cabral@semicab.com>
Cc: Rachel Fields <rachel@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, Bryan Nella
<bryan.nella@semicab.com>

We can start this by 8/8 for sure.  I'm sourcing some additional units as we speak (or at least attempting too).
Scott
[Quoted text hidden]
--
Scott Noerr

Noerr Trucking - Owner
Norlin Warehousing - CFO and GM
Direct - 717-437-0437

---

**Scott Noerr** <scott@noerr-inc.com>                    Mon, Aug 1, 2022 at 8:49 AM
To: Stephen Cabral <stephen.cabral@semicab.com>
Cc: Rachel Fields <rachel@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, Bryan Nella
<bryan.nella@semicab.com>

Stephen,
Did some work on capacity this past week, and figured out some pricing.

We can currently provide 37 trailers, and we are adding more as we can find it.  A target to get this to 45 asap, and, as we
discussed, 70 over time, correct?

We'd have to mirror those leases as we come into them (as far as term), and can provide all the support behind the
repairs, maintenance, and insurance of them.  If that aggregate number changes, we'd have to adjust the pricing on a

moving scale.  Currently, insurance & lease is ~$600 a month each, and terms range from 18 months to 48 months.

We can currently put 8 units on, with 2 more being added over the next 3 weeks, and 1-2 local flex units in support.  We will be able to cover 25 loads a day on average.  To do this we would drop the daily rate, but as we discussed, do actual fuel cost (with a target 6 MPG + .12 / mile lease costs).

I think we should consider renewing the contract with new terms more akin to everything we've discussed on and offline to make it more palatable for both teams.

Let me know your schedule this week to link up.

Thanks!

[Quoted text hidden]

---

**Stephen Cabral** <stephen.cabral@semicab.com>                    Mon, Aug 1, 2022 at 9:35 AM
To: Scott Noerr <scott@noerr-inc.com>
Cc: Rachel Fields <rachel@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, Bryan Nella
<bryan.nella@semicab.com>

Thanks, Scott.  How about tomorrow 10:00am-11:00am?

Stephen Cabral

SemiCab

Director, Customer Experience

stephen.cabral@semicab.com



--

[Quoted text hidden]

---

**Scott Noerr** <scott@noerr-inc.com>                              Mon, Aug 1, 2022 at 9:45 AM
To: Stephen Cabral <stephen.cabral@semicab.com>
Cc: Rachel Fields <rachel@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>, Bryan Nella
<bryan.nella@semicab.com>

Perfect.
[Quoted text hidden]

**2 attachments**

  **image001.png**
9K



**image001.png**
9K

---

**Scott Noerr** <scott@noerr-inc.com>                                    Tue, Aug 2, 2022 at 11:05 AM
To: Stephen Cabral <stephen.cabral@semicab.com>
Cc: Rachel Fields <rachel@noerr-inc.com>

As promised.  Thanks for the call today!

Scott
[Quoted text hidden]

 **SemiCab Addendum 8.1.22.docx**
66K

---

**Stephen Cabral** <stephen.cabral@semicab.com>                          Wed, Aug 3, 2022 at 7:04 AM
To: Scott Noerr <scott@noerr-inc.com>
Cc: Rachel Fields <rachel@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>

Thanks very much.  I am reviewing this morning and will get back to you with any changes.

And glad to see the digitized logo.  Perfect timing for our presentation to Hill's.  I'd love to educate them on your carrier and warehousing network.  When I was with Colgate, we often looked for overflow warehousing and I think this would be good to get in front of them.

**From:** Scott Noerr <scott@noerr-inc.com>
**Sent:** Tuesday, August 2, 2022 11:05:36 AM
**To:** Stephen Cabral <stephen.cabral@semicab.com>
**Cc:** Rachel Fields <rachel@noerr-inc.com>
[Quoted text hidden]

[Quoted text hidden]

---

**Scott Noerr** <scott@noerr-inc.com>                                    Wed, Aug 3, 2022 at 8:40 AM
To: Stephen Cabral <stephen.cabral@semicab.com>
Cc: Rachel Fields <rachel@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>

Yeah.  Our warehouse is currently 99% full.  We lease 90% to other clients, and maintain dock access and about 2,000 sqft of storage ourself anymore.

We are in the process of build  to suit of ~415,000 sqft in Mifflin and Juniata County, and when the Juniata County one finishes, we would have 2 buildings, 36,000 and 10,000, available for additional projects.

It isn't great - but it isn't expensive.  12-14' clear, 20x25 spacing, dry sprinkler and heat, 4 docks, and a history of doing it since 1967 here!

Scott
[Quoted text hidden]

---

**Scott Noerr** <scott@noerr-inc.com>                                    Thu, Aug 4, 2022 at 8:54 AM
To: Stephen Cabral <stephen.cabral@semicab.com>
Cc: Rachel Fields <rachel@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>

Stephen,
Wanted to follow up to get your thoughts today.  Trying to get this in place to start next week with the additional trailers.  Let me know ASAP so we can start moving additional capacity.

Scott

[Quoted text hidden]

---

**Stephen Cabral** <stephen.cabral@semicab.com>                    Thu, Aug 4, 2022 at 9:12 AM
To: Scott Noerr <scott@noerr-inc.com>
Cc: Rachel Fields <rachel@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>

Hey Scott,

I think we're good to be in a bit of a holding pattern here while I generate alternatives.  The addendum is completely different than the direction we're looking to go in and I decided to hold off on sharing with the leadership team.  I'd like to have a plan A, B, and C, and I'm not going to make the same mistake of rushing into a contract that wasn't well thought out.

If we can sustain performance and costs similar to July, I'd prefer to argue to keep your current rates.

Regarding the trailers, I opened the meeting on Tuesday aligning that we would treat them separate from the tractors, but I see you decided to include it as a package deal, signaling that you may not want to play the role of trailer provider and that's understandable.

That being said, let's keep everything as is, and I'm going to move forward with re-engaging Ryder to see how we can best utilize both of you.  My contact is here in Atlanta so I'm hoping to meet with him before I head up there on Tuesday afternoon and then we can hash things out next week.

In the meantime, I've stated before that I think it's completely fair for you to charge SemiCab for trailers above and beyond the 3 trailers per contracted power unit.

Thanks,
Stephen

---

**From:** Scott Noerr <scott@noerr-inc.com>
**Sent:** Thursday, August 4, 2022 8:54:49 AM
**To:** Stephen Cabral <stephen.cabral@semicab.com>
**Cc:** Rachel Fields <rachel@noerr-inc.com>; Alexandra Aiello <alexandra.aiello@semicab.com>
[Quoted text hidden]

[Quoted text hidden]

---

**Scott Noerr** <scott@noerr-inc.com>                    Thu, Aug 4, 2022 at 9:17 AM
To: Stephen Cabral <stephen.cabral@semicab.com>, Lynne Dutcher <lynne@noerr-inc.com>
Cc: Rachel Fields <rachel@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>

Sounds good - we can do that.
Will be 20 units added at the $600 / month plus insurance.

I'm also open to recreating that addendum to see where you wanted to go - that was just my thought process to get things started.
[Quoted text hidden]

---

**Stephen Cabral** <stephen.cabral@semicab.com>                    Thu, Aug 4, 2022 at 12:02 PM
To: Scott Noerr <scott@noerr-inc.com>, Lynne Dutcher <lynne@noerr-inc.com>
Cc: Rachel Fields <rachel@noerr-inc.com>, Alexandra Aiello <alexandra.aiello@semicab.com>

Ok, sounds good.  2 things:

1. Apologies if my past communications haven't been clear.  I thought I laid out exactly what I'm looking for.  Standardization across my entire carrier network with at the rates and structure we received from Ryder.  $4640 guaranteed for 2K miles, $2.32/mi above 2K miles + FSC. + incidentals + trailer costs.  To me, this seemed like a win for you.  If this seems like it would be a big decrease from what you're receiving today, I'd love to understand how.  Educate me.

2. For the trailers, I want to be transparent that I would eventually look for more competitive rates unless I can understand and justify the higher cost. All of the quotes I received have been $450-$500. Yours is $600 + insurance. But I'm not sure if I'm comparing apples to apples. Is this a pass through cost or is there margin baked in? Or is it just a matter of not being able to compete with major trailer lease providers due to the sheer volume they are moving. This is not a huge issue and I'd rather give the business to you, I just want to fully understand the inputs and justify the add'l cost. The only exception I'd ask for is a reduced rate on any unit where GPS is inactive/inoperable  for more than 5 days. At the $450-$500 rate, GPS was guaranteed.

Hopefully I've shown that I am committed to this relationship, seeking to understand and being full transparency to ensure we're both successful. I've opened our books and kept you in the loop on where I see challenges. I'm Team Noerr for sure  and just need to find the sweet spot that's good for both of us.

---

**From:** Scott Noerr <scott@noerr-inc.com>
**Sent:** Thursday, August 4, 2022 9:17:56 AM
**To:** Stephen Cabral <stephen.cabral@semicab.com>; Lynne Dutcher <lynne@noerr-inc.com>

[Quoted text hidden]


[Quoted text hidden]

---

**Scott Noerr** <scott@noerr-inc.com>                                      Thu, Aug 4, 2022 at 3:35 PM
To: Stephen Cabral <stephen.cabral@semicab.com>
Cc: Lynne Dutcher <lynne@noerr-inc.com>, Rachel Fields <rachel@noerr-inc.com>, Alexandra Aiello
<alexandra.aiello@semicab.com>

No, you are absolutely correct.

1)  Standardization would be the day rate + trailers & fuel.  The FSC is the only difference I believe.  The average fuel per mile is ~$1.00, but FSC only covers $0.62-$.68 / mile.
 - The $2.30 / mile above that seems excessive to me.
 - BUT - we were going to track all the accessorial charges for you, instead of charge you like Ryder.
 - Stop charges / load.  (We don't have that - but it looks like that's an additional $150 a day per a 2 load project?)

2)  Us too.  It's the market right now.  The NEW ones I am getting cost are range from $300-$1600 (that guy was nuts).  Our average right now is just shy of $600 plus insurance.  So, there is some margin, but not enough to make it a profit center.  We are also addressing the GPS item.  The tracking costs are ~$800 a month for EVERYTHING WE HAVE, that's the Tablets, ELD's and such etc, but a new tracking device & tracking is $145 / trailer + $10 / month.  We were working on getting the battery powered ones we have directly wired, but it is taking too long for now, and the supply chain has been a bugger for sure.  Anything new we would add I'd share all lease contracts with you, I'm looking at multiple sources just to get it done, and quickly.  Not worried about margin on the trailers, because it just gets us more work in the end.  Open to adding these new ones if you'd like.

I think we are certainly on the same page - that was why the drop in the rate / change the trailers over.  $1000 a day + actual fuel felt safe for us, with the caveat that if our fleet average is under 6.5 MPG we credit the difference as idle costs.  I'd drop it half way between Ryder and $1000 to make it happen, which would be $964.  (Would open books and share invoices / exact costs on that end - so you'd see / get our discount rates).

I think it is a good option, and, while we are a bit different, and the first, I think it is a good compromise to get to the next steps / iteration of the contract.
 - We drop the rate for trailers.  Move them to $600 / month + fuel on current 35, and actual rate on any new leases.
 - We drop the rate to compete.  Move down to $964 a day.  As many units as needed, but 5 guaranteed (7 when it increases to 14+ a day).
 - We don't charge extra for services.  No accessories, but track for you to bill, no stop charges.  (Saves $150 a day.)
 - SemiCab gives us first option on freight.  Gives us the first option to add trucks as the freight grows.
 - SemiCab pays actual fuel (with caveat for efficient travel).  Gives us the stability to do the work, but still requires observation / review on our end for MPG efficiency.
 - It allows SemiCab to utilize the trailers with other vendors.
 - This keeps us responsible for fuel average & costs, as you can see discounts and performance.
 - This keeps you responsible for adding additional freight to us as we grow.

Win / win on all sides in my opinion.

Thoughts?

Scott

[Quoted text hidden]

---

**Scott Noerr** <scott@noerr-inc.com>                                    Fri, Aug 5, 2022 at 7:27 AM
To: Stephen Cabral <stephen.cabral@semicab.com>

For reference as far as actuals.

Ryder has increased their lease costs to almost $4500 a month for a truck.  Up from $3500 a year ago.
Milestone units are up from $285 (units I've had for 2 years) to $485 /month for more recent units.
NETS/HALE/TST average $605 a month, but are up as high as $675 / month.

Driver / truck / taxes / insurance per year is (average) $220,400 / unit.

Additional costs:
Lease charges are .08 mile / truck and .04 mile / trailer.
July fuel cost was (on average) $0.874 / mile.  (Unless it goes up again).
Or a total of $1.00 / mile we run. (.874+.12, not including miles on the trailers other vendors use.)

I'm sharing this in the interest of, like you, full disclosure.

[Quoted text hidden]

---

**Scott Noerr** <scott@noerr-inc.com>                                    Fri, Aug 5, 2022 at 8:40 AM
To: Stephen Cabral <stephen.cabral@semicab.com>

Things we aren't catching:

ELD & Tracking - geotab / Tmobile costs.
Overhead / dispatch costs.
Office parking if we get a place in york.
Repairs / maintenance / accidents.

We cannot, I repeat, cannot compete with Ryder on a simple pricing program, unless all other costs are pass through.  I
think you understand that though as a general rule, considering 1/2 our units are FROM them!
[Quoted text hidden]

---

**Stephen Cabral** <stephen.cabral@semicab.com>                          Fri, Aug 5, 2022 at 8:51 PM
To: Scott Noerr <scott@noerr-inc.com>

I truly appreciate this.  Thank you.  This helps me educate our team on the inputs to RPM.

I'm working on this now and will have something for us to review by Saturday and discuss next week.

**From:** Scott Noerr <scott@noerr-inc.com>
**Sent:** Friday, August 5, 2022 7:27 AM
**To:** Stephen Cabral <stephen.cabral@semicab.com>
[Quoted text hidden]

[Quoted text hidden]

---

**Scott Noerr** <scott@noerr-inc.com>                                    Mon, Aug 8, 2022 at 7:41 AM
To: Stephen Cabral <stephen.cabral@semicab.com>

Looking forward to meeting tomorrow Stephen.  Did you get a chance to rip it apart for this week?

Scott

[Quoted text hidden]

---

**Stephen Cabral** <stephen.cabral@semicab.com>                          Tue, Aug 9, 2022 at 2:38 PM
To: Scott Noerr <scott@noerr-inc.com>

Hey Scott,

Just catching up on emails from earlier yesterday.  I did work on this over the weekend but I received the additional request for that breakdown of average costs.  All of these things should have been covered the first time around, so I'm not all that upset that we're getting on the same page this time.  We should be able to nail this down this week.  There's still a few lingering questions I need to answer for Ajesh, but i think we'll get it over the finish line.

---

**From:** Scott Noerr <scott@noerr-inc.com>
**Sent:** Monday, August 8, 2022 7:41:25 AM

[Quoted text hidden]


[Quoted text hidden]

---

**Scott Noerr** <scott@noerr-inc.com>                                    Tue, Aug 9, 2022 at 2:53 PM
To: Stephen Cabral <stephen.cabral@semicab.com>

Copy that - see you in a few hours.  What do you need from me on those numbers?

[Quoted text hidden]

**NORLIN WAREHOUSING SERVICES INC**
## A/R Aging QuickZoom
### As of December 29, 2023

| Type | Date | Num | P. O. # | Name | Terms | Due Date | Class | Aging | Open Balance |
|------|------|-----|---------|------|-------|----------|-------|-------|--------------|
| **SemiCab c/o Coeur Capital Inc.** | | | | | | | | | |
| Invoice | 03/02/2023 | 904971 | Feb 20-24 | SemiCab c/o Coeur Capital Inc. | Net 15 | 03/17/2023 | APPROVED | 287 | 23,796.31 |
| Invoice | 04/26/2023 | 905206 | APR 17-21 | SemiCab c/o Coeur Capital Inc. | Net 15 | 05/11/2023 | APPROVED | 232 | 38,681.70 |
| Invoice | 05/03/2023 | 905234 | APR 24-28 | SemiCab c/o Coeur Capital Inc. | Net 15 | 05/18/2023 | APPROVED | 225 | 39,774.30 |
| Invoice | 04/28/2023 | 905222 | TRAILERS | SemiCab c/o Coeur Capital Inc. | Net 30 | 05/28/2023 | APPROVED | 215 | 17,550.00 |
| Total SemiCab c/o Coeur Capital Inc. | | | | | | | | | 119,802.31 |
| **TOTAL** | | | | | | | | | **119,802.31** |



Scott Noerr <scott@noerr-inc.com>

---

## Please confirm the following for final settlement

8 messages

---

**AccountsPayable-SemiCab** <ap@semicab.com>                   Sun, Jul 9, 2023 at 11:38 AM
To: "scott@noerr-inc.com" <scott@noerr-inc.com>, "lynne@noerr-inc.com" <lynne@noerr-inc.com>
Cc: Bryan Nella <bryan.nella@semicab.com>, Ajesh Kapoor <ajesh.kapoor@semicab.com>, Jagan Reddy
<jagan.reddy@semicab.com>, Vivek Sehgal <vivek.sehgal@semicab.com>, Micha De Jesus
<micha.dejesus@semicab.com>

Hi Scott,

We are about to settle the following invoices that would close your accounts with us. Please confirm that the following
invoices when paid will mark the full and final settlement with us.

| Noerr Invoine Number | Amount Invoiced | Period | Type of invoice | Status | Credits to be applied if any | Net to be paid |
|---|---|---|---|---|---|---|
| 905222 | $17,550 | April | Trailers | Approved/Unpaid | | $17,550 |
| 905206 | $38,681.7 | April 17 to 21 | Dedicated trucks | Approved/Unpaid | | $38,681.7 |
| 905234 | $39,774.3 | April 24 to 28 | Dedicated trucks | Approved/Unpaid | $659.44 for load number 3190149633 | $39114.86 |
| 905033 overpayment (see attached and detail below) | | | | Paid | | ($2,468.95) |

We overpaid you on invoice 905233 (see attached remittance). The net payable on this invoice was $36,469.61 after the
credits, however we paid you the whole amount of the invoice in the amount of $38,938.56. We will be adjusting this
amount of $2,468.95 in the final payment.

Please confirm that a final payment in the amount of $92,877.61 marks the full and final payment.

Thanks,

AP.

📄 **Remittance information for invoice 904033.eml**
218K

---

**Scott Noerr** <scott@noerr-inc.com>                                  Mon, Jul 10, 2023 at 7:06 AM
To: AccountsPayable-SemiCab <ap@semicab.com>
Cc: "lynne@noerr-inc.com" <lynne@noerr-inc.com>, Bryan Nella <bryan.nella@semicab.com>, Ajesh Kapoor
<ajesh.kapoor@semicab.com>, Jagan Reddy <jagan.reddy@semicab.com>, Vivek Sehgal <vivek.sehgal@semicab.com>,
Micha De Jesus <micha.dejesus@semicab.com>

Did you already adjust for the underpayments on previous invoices?  I will confirm with Lynne tomorrow when she gets in.

Scott
[Quoted text hidden]
--
Scott Noerr

Noerr Trucking - Owner
Norlin Warehousing - CFO & GM
Office: 717-242-0566 x 4
Cell: 717-437-0437



*Information contained within this email is considered confidential, not to be forwarded or shared outside of the intended
organization use.*

---

**Scott Noerr** <scott@noerr-inc.com>                                Mon, Jul 17, 2023 at 11:34 AM
To: AccountsPayable-SemiCab <ap@semicab.com>
Cc: "lynne@noerr-inc.com" <lynne@noerr-inc.com>, Bryan Nella <bryan.nella@semicab.com>, Ajesh Kapoor
<ajesh.kapoor@semicab.com>, Jagan Reddy <jagan.reddy@semicab.com>, Vivek Sehgal <vivek.sehgal@semicab.com>,
Micha De Jesus <micha.dejesus@semicab.com>

We did not receive this payment.  Please advise.
[Quoted text hidden]

---

**AccountsPayable-SemiCab** <ap@semicab.com>                          Mon, Aug 7, 2023 at 12:59 PM
To: "scott@noerr-inc.com" <scott@noerr-inc.com>, Ajesh Kapoor <ajesh.kapoor@semicab.com>, Jagan Reddy
<jagan.reddy@semicab.com>, Micha De Jesus <micha.dejesus@semicab.com>

Scott,


Please confirm, we want to ensure that your books are reconciled with the following based on our books.

Thanks,

AP.

[Quoted text hidden]

📄 **Remittance information for invoice 904033.eml**
218K

---

**Scott Noerr** <scott@noerr-inc.com>                                  Mon, Aug 7, 2023 at 1:02 PM
To: AccountsPayable-SemiCab <ap@semicab.com>
Cc: Ajesh Kapoor <ajesh.kapoor@semicab.com>, Jagan Reddy <jagan.reddy@semicab.com>, Micha De Jesus
<micha.dejesus@semicab.com>

Email will not load.  Apologies.  " An error occurred while loading the attached message."

[Quoted text hidden]

[Quoted text hidden]

---

**Scott Noerr** <scott@noerr-inc.com>                                    Mon, Aug 7, 2023 at 1:19 PM
To: AccountsPayable-SemiCab <ap@semicab.com>
Cc: Ajesh Kapoor <ajesh.kapoor@semicab.com>, Jagan Reddy <jagan.reddy@semicab.com>, Micha De Jesus
<micha.dejesus@semicab.com>, Lynne Dutcher <lynne@noerr-inc.com>

I was able to download it.  It shows $38,938.56 as a ACH to CCT Factoring on 5/23 but your email says **$36,469.61.**
We do show receipt of that to CCT.

[Quoted text hidden]

---

**AccountsPayable-SemiCab** <ap@semicab.com>                        Tue, Aug 15, 2023 at 10:58 AM
To: "scott@noerr-inc.com" <scott@noerr-inc.com>, Ajesh Kapoor <ajesh.kapoor@semicab.com>, Jagan Reddy
<jagan.reddy@semicab.com>, Micha De Jesus <micha.dejesus@semicab.com>

Scott,


Please note that we have not received detailed account statement from you to be able to reconcile our
accounts. While we have provided to you a complete list of invoices to be paid with amounts, credits if any
and details of payments made earlier that would be adjusted.


The board has asked us to hire an external agency to conduct a complete audit on all invoices from your
company due to discrepancies internal accounting team found and our inability to reconcile with you. We
have shortlisted an audit company to conduct this audit and would soon be finalizing the SOW.


Please expect this process to start soon and this agency to contact you for further details.

[Quoted text hidden]

---

**Scott Noerr** <scott@noerr-inc.com>                                   Tue, Aug 15, 2023 at 11:24 AM
To: AccountsPayable-SemiCab <ap@semicab.com>
Cc: Ajesh Kapoor <ajesh.kapoor@semicab.com>, Jagan Reddy <jagan.reddy@semicab.com>, Micha De Jesus
<micha.dejesus@semicab.com>, Lynne Dutcher <lynne@noerr-inc.com>

Ajesh,
We provided confirmation of previous payments and final status of outstanding invoices (which were already approved
and recognized by your team) in multiple communications.  I see here that you are referencing the difference of credits
paid on a specific invoice.  I would be willing to accept your final disbursement of  $92,877.61 and consider accounts
closed and other debt written off.  I understand your desire to have an audit internally - that is your prerogative and on
your own time.  However, these invoices were approved 3 months ago, and you've had plenty of time to review.  Your
team approved them, and subsequently noted that they were approved and due in multiple following communications.  It
is not our responsibility to wait while you conduct your audit over less than 4% of an invoice.


I have already submitted a claim to Hudson this morning per last week's email.  Pending that investigation I will be filing
criminal charges for all outstanding invoices.  If remittance is made today to ACH tomorrow I will forgo both actions.


Thank you.

Scott

[Quoted text hidden]

**1**

# UNIFORM STRAIGHT BILL OF LADING

B.O.L. NO. 359

Original — Not Negotiable

AGENT'S NO. _____

CARRIER: SEMICAB

VEHICLE NO. nor53

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

At York, PA 17406      04/24/2023      From Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to be the shipper and accepted for himself and his assigns,

717-513-8525

1-2
ROUTE Prepaid FOB ORGIN          SEALS 0297764

FREIGHT

CUSTOMER ID NO. 825758      SALES ORDER NO. 641216005      ORDER DATE 04/07/2023

CUSTOMER P.O. NO. R840322889

Consigned to          (Mail or street address of consignee—For purposes of notification only.)

PROTECT FROM FREEZING

CHEWY.COM
600 NEW COMMERCE BLVD
HANOVER TWP PA  18706
USA
PHONE # :  directions only
Delivery Date 4/22/2023  0297764
Time

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO  64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4/24/23 TIME IN: 6:08 TIME OUT: 6:09AM | | | |
| | SCHED APPT DATE/TIME: | | | |
| 1,688 bags | # OF PALLETS RECEIVED 35 FULL___ MIXED 4 | 41,552 | | |
| 813 cases | RECEIPT DATE : | TIME IN: | | |
| 0 bales | INTACT SEAL NUMBER : | TIME OUT: | | |
| | RECEIVED BY: | | | |
| | SCHED APPT DATE/TIME: | | | |
| | L NOR53 | | | |
| | D 84 | | | |
| | A 8:52 A | | | |
| | F 10:19 AM | | | |
| | | L.=U=IV | | |
| | | Date 9/25/23 | | |

| | | | | | |
|---|---|---|---|---|---|
| | SDI | 31,209 | PRODUCT TOTAL CUBIC FEET | 1,828 | |
| | PDI | 10,045 | PRODUCT UNIT WEIGHT | 41,552 # | |
| LYLF | P/D | 0 | 39 PALLETS | 2,535 # | |
| | S/D | 0 | GROSS WEIGHT | 44,087 # | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper _____

HILL'S PET NUTRITION, INC.

Per _____

Per _____

Permanent post office address of shipper  P.O. Box 148, Topeka, Kansas 66601

Agen

2

THIS (Uniform Domestic Straight Bill of Lading adopted by Carrier...)... must be legibly filled in, in Ink, in Indelible Pencil... Cart

**B.O.L. NO.** 384

AGENT'S NO. _____

VEHICLE NO. Nor72

CARRIER: SEMICAB

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406    04/24/2023    From Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property, over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2
ROUTE Prepaid FOB ORIGIN

FREIGHT

CUSTOMER ID NO. 786351    SALES ORDER NO. 641305594    ORDER DATE 04/17/2023

CUSTOMER P.O. NO. 955221590

SEALS 0297796

| Consigned to (Mail or street address of consignee—For purposes of notification only.) |
|---|
| PETSMART DC #22 BANFIELD<br>BANFIELD PET HOSPITAL<br>21 MARTHA DR<br>BETHEL PA 19507-6100<br>USA<br>Delivery Date # : 7179331770 directions only<br>Time 04/22/2023 0297796 |

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO 64086
USA

| No.<br>Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS,<br>AND EXCEPTIONS | *WEIGHT<br>(Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4/24/23 TIME IN: 10:17AM TIME OUT: 10:26 AM<br>SCHED APPT DATE/TIME: _____ | APR 24 AM12:27 | | |
| 1,826 bags<br>2,261 cases<br>0 bales | # OF PALLETS RECEIVED 33 FULL MIXED 2<br>RECEIPT DATE : _____<br>INTACT SEAL NUMBER : _____<br>RECEIVED BY: _____<br>SCHED APPT DATE/TIME: _____ | 41,499<br>TIME IN: _____<br>TIME OUT: _____ | | |
| | Receiving 139<br>ASN/BOL#<br>DD# | 018235880<br>323<br>APR 24 PM1:40<br>APR 24 PM1:40 | | |
| SDI 0<br>PDI 41,499<br>LYLF P/D 0<br>S/D 0 | PRODUCT TOTAL CUBIC FEET<br>PRODUCT UNIT WEIGHT<br>35 PALLETS<br>GROSS WEIGHT | 1,610<br>41,499 #<br>2,275 #<br>43,774 # | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper _____

Agent

Per _____

HILL'S PET NUTRITION, INC.    Per _____

Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

2

(Uniform Domestic Straight Bill of Lading adopted...)
Must be legibly filled in, in Ink, in Indelible Pencil, Carbon...

**B.O.L. NO.** 385

AGENT'S NO. _____

VEHICLE NO. __NOR96__

CARRIER: SEMICAB

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406    04/24/2023    From   Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2
ROUTE Prepaid FOB ORGIN       SEALS   0297758

FREIGHT

CUSTOMER ID NO. 785995    SALES ORDER NO. 541303883    ORDER DATE 04/17/2023

CUSTOMER P.O. NO. 855221537

| Consigned to (Mail or street address of consignee—For purposes of notification only.) | |
|---|---|
| PETSMART/ DC #22<br>21 MARTHA DR<br>BETHEL PA 19507-6100<br>USA<br>PHONE # : 7179331770 directions only<br>Delivery Date 4/21/2023   0297758<br>Time | PROTECT FROM FREEZING<br><br>REMIT FREIGHT CHARGES TO :<br>DATA FREIGHT INC<br>907 NE COLBERN RD<br>LEES SUMMIT MO 64086<br>USA |

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food | | | |
| | PICKUP DATE: 4/24/23 TIME IN: ____ TIME OUT: | | | |
| | SCHED APPT DATE/TIME: | | | |
| 2,054 bags | # OF PALLETS RECEIVED ___ FULL __ MIXED | 38,010 | | |
| 0 cases | RECEIPT DATE : | TIME IN: | | |
| 0 bales | INTACT SEAL NUMBER | TIME OUT: | | |
| | RECEIVED BY: | | | |
| | SCHED APPT DATE/TIME: | | | |
| | M.K. 717 437 1309 APR 24 PM12:01 | | | |
| | Office #39 | | | |
| | DD 326    APR 24 PM1:01 | | | |

| | | | | |
|---|---|---|---|---|
| SDI | 38,010 | PRODUCT TOTAL CUBIC FEET | 1,809 | |
| PDI | 0 | PRODUCT UNIT WEIGHT | 38,010 # | |
| LYLF P/D | 0 | 40 PALLETS | 2,600 # | |
| S/D | 0 | GROSS WEIGHT | 40,610 # | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper ___S Segura___    Agent

HILL'S PET NUTRITION, INC.

Per _____    Per _____

Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

2

#131

AGENT'S NO. _____

**CARRIER:** SEMICAB

VEHICLE NO.  nor113

B.O.L NO. 361

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406          04/21/2023          From   Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2

ROUTE  Prepaid FOB ORGIN                                    SEALS    0297663

FREIGHT

CUSTOMER ID NO. 838759          SALES ORDER NO. 641288442          ORDER DATE  04/14/2023

CUSTOMER P.O. NO.  1034217432          SUBJECT

Consigned to  (Mail or street address of consignee—For purposes of notification only.)  AND INSPECTION  COUNT

TRACTOR SUPPLY CO #771
1938 COUNTRY MILE
FRANKFORT NY  13340
USA
PHONE #:  directions only
Delivery Date 4/22/2023   0297663
Time

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO  64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4/21/23 TIME IN: 10:30 TIME OUT: 10:46m | | | |
| | SCHED APPT DATE/TIME: | | | |
| 1,204 bags | # OF PALLETS RECEIVED 2 FULL  MIXED | 41,081 | | |
| 487 cases | RECEIPT DATE : | | | |
| 0 bales | INTACT SEAL NUMBER : | | TIME IN: 14:45 | |
| | RECEIVED BY : | | TIME OUT: 15:30 | |
| | SCHED APPT DATE/TIME:          4/24/23 | | | |
| | | | | |
| | Live       4/24      57 | | | |
| | 2191583    0297663 | | | |
| | | | | |
| | Door 131 | | | |

| | | | | | |
|---|---|---|---|---|---|
| SDI | 41,081 | PRODUCT TOTAL CUBIC FEET | 1,787 | | |
| PDI | 0 | PRODUCT UNIT WEIGHT | 41,081 # | | Laure R |
| LYLF P/D | 0 | 26 PALLETS | 2,405 # | | 4-24-23 |
| S/D | 0 | GROSS WEIGHT | 43,486 # | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper _____ Agent.

HILL'S PET NUTRITION, INC.

Per _____          Per _____

Permanent post office address of shipper  P.O. Box 148, Topeka, Kansas 66601

UNIFORM STRAIGHT BILL OF LADING

(Uniform Domestic Straight Bill of Lading adopted by Carrier For official use only)

**1**

Original — Not Negotiable

B.O.L. NO. 360

AGENT'S NO. _____

VEHICLE NO. NOR79

CARRIER: SEMICAB

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406        04/24/2023        From   Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2
ROUTE Prepaid FOB ORGIN

FREIGHT

SEALS    0297769

CUSTOMER ID NO. 768842        SALES ORDER NO. 641273269        ORDER DATE 04/13/2023

CUSTOMER P.O. NO. 21433319

(Mail or street address of consignee—For purposes of notification only.)

Consigned to

PETCO #810
257 PROSPECT PLAINS RD
CRANBURY NJ 08512-3703
USA
PHONE # : 6098194466-11... directions
Delivery Date/
Time 04/22/2023    0297769

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO 64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4/24/23 TIME IN: 12:20 TIME OUT: 12:40 | 12:40 | | |
| | SCHED APPT DATE/TIME: ___ | | | |
| 1,866 bags | # OF PALLETS RECEIVED ___ FULL ___ MIXED ___ | 42,114 | | |
| 181 cases | RECEIPT DATE : ___ | TIME IN: | 3:10 | |
| 0 bales | INTACT SEAL NUMBER : ___ | TIME OUT: | 4:30 | |
| | RECEIVED BY: ___ | | | |
| | SCHED APPT DATE/TIME: ___ | | | |
| | Isaiah Coalbejos  4:21pm | | | |
| | SDI 39,292    PRODUCT TOTAL CUBIC FEET | 1,930 | | |
| | PDI 2,723    PRODUCT UNIT WEIGHT | 42,114 # | | |
| LYLF | P/D 0    42 PALLETS | 2,730 # | | |
| | S/D 0    GROSS WEIGHT | 44,844 # | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper    S Segvia    Agen

HILL'S PET NUTRITION, INC.        Per _____

Per _____
Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

# UNIFORM STRAIGHT BILL OF LADING

**B.O.L. NO.** 386

Original — Not Negotiable

AGENT'S NO. _____

1

CARRIER: SEMICAB

VEHICLE NO. NOR118

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406    04/24/2023    From Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2
ROUTE Prepaid FOB ORGIN

SEALS    0297756

FREIGHT

CUSTOMER ID NO. 785995    SALES ORDER NO. 641303886    ORDER DATE  04/17/2023

CUSTOMER P.O. NO. 055221529

Consigned to    (Mail or street address of consignee—For purposes of notification only.)

PETSMART DC #22
21 MARTHA DR
BETHEL PA  19507-6100
USA
PHONE # : 7179331770 directions only
Delivery Date 04/21/2023  0297756
Time

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO  64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food, | 31301MM | | |
| | PICKUP DATE: 4-24-23 TIME IN: 3:15PM TIME OUT: | | | |
| | SCHED APPT DATE/TIME: | | | |
| 3,258 bags | # OF PALLETS RECEIVED ____FULL___MIXED____ | 37,333 | | |
| 0 cases | RECEIPT DATE : | TIME IN: | | |
| 0 bales | INTACT SEAL NUMBER : | TIME OUT: | | |
| | RECEIVED BY: | | | |
| | SCHED APPT DATE/TIME: | | | |
| | mike 217 437 1309 | | | |
| | Receiving 139 | APR 24 PM4:58 | | |
| | ASN/BOL# 0182370609 | | | |
| | DD# 124 | DC22 Subject to Count Seal Intact: ✓ Barrall Rcvd By wes | N APR 24 PM6:18 | | |

| | | | | |
|---|---|---|---|---|
| | SDI  37,333 | PRODUCT TOTAL CUBIC FEET | 1,767 | |
| | PDI  0 | PRODUCT UNIT WEIGHT | 37,333 # | |
| LYLF | P/D  0 | 30 PALLETS | 2,535 # | |
| | S/D  0 | GROSS WEIGHT | 39,868 # | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper _____    Agent

HILL'S PET NUTRITION, INC.

Per _____    Per _____

Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

# UNIFORM STRAIGHT BILL OF LADING

**B.O.L. NO.** 357

1

Original — Not Negotiable

AGENT'S NO. _____

**CARRIER:** SEMICAB

VEHICLE NO. nor58

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

At York, PA 17406    04/24/2023    From Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2
ROUTE Prepaid FOB ORGIN

SEALS    297679

FREIGHT

CUSTOMER ID NO. 825758    SALES ORDER NO. 641215966    ORDER DATE 04/07/2023

CUSTOMER P.O. NO. RS40322890

Consigned to    (Mail or street address of consignee—For purposes of notification only.)
717-994-2511

CHEWY.COM
600 NEW COMMERCE BLVD
HANOVER TWP PA 18706
USA
PHONE # : directions only
Delivery Date 04/22/2023    297679
Time

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO 64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4-24-23 TIME IN: 3:40pm TIME OUT: | 3:50P M | | |
| | SCHED APPT DATE/TIME: | | | |
| 2,046 bags | # OF PALLETS RECEIVED ____ FULL ___ MIXED ____ | 41,496 | | |
| 705 cases | RECEIPT DATE : | TIME IN: | | |
| 0 bales | INTACT SEAL NUMBER : | TIME OUT: | | |
| | RECEIVED BY: | | | |
| | SCHED APPT DATE/TIME: | | | |
| | L- nor58 | | | |
| | D-84 | | | |
| | A-615pm | | | |
| | F-730pm | | | |
| | RECEIVED 4/24/23 CC | | | |
| | SDI 27,034 | PRODUCT TOTAL CUBIC FEET | 1,812 | |
| | PDI 14,264 | PRODUCT UNIT WEIGHT | 41,496 # | |
| LYLF | P/D 0 | 42 PALLETS | 2,535 # | |
| | S/D 0 | GROSS WEIGHT | 44,031 # | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is _____ per _____
hereby specifically stated by the shipper to be not exceeding _____

Shipper _____

HILL'S PET NUTRITION, INC.    Per _____    04/24/23    Agen

Per _____
Permanent post office address of shipper  P.O. Box 148, Topeka, Kansas 66601

| | |
|---|---|
| **1** | **UNIFORM STRAIGHT BILL OF LADING** |

B.O.L. NO. 976

## Original — Not Negotiable

AGENT'S NO. _____

VEHICLE NO. nor107

**CARRIER:** SEMICAB

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406    04/25/2023    From Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2
ROUTE Prepaid FOB ORGIN

FREIGHT

CUSTOMER ID NO. 852358    SALES ORDER NO. 641297290    ORDER DATE 04/17/2023

CUSTOMER P.O. NO. RS40335840

Consigned to _____ (Mail or street address of consignee—For purposes of notification only.)

SEALS 0297713

CHEWY LEWISBERRY MDT1
MDT1
100 GOODMAN DR
LEWISBERRY PA  17339
USA

PICKUP DATE # : directions only
Time

04/24/2023  0287713

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO  64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4/25/23 TIME IN: 8:15 TIME OUT: 8:34 am | | | |
| | SCHED APPT DATE/TIME: | | | |
| 1,134 bags | # OF PALLETS RECEIVED 29 FULL___ MIXED 4 | 38,050 | | |
| 1,630 cases | RECEIPT DATE : | | | |
| 0 bales | INTACT SEAL NUMBER hereby acknowledges receipt of | TIME IN: | | |
| | RECEIVED BY: delivery in connection with vendor's bill of | TIME OUT: | | |
| | SCHED APPT DATE/TIME: lading #: | | | |
| | In accordance with Chewy's offloading policy. Chewy will provide reconciliation to vendor within 7 business days of actual items vs. items set forth on the bill of lading | | | |
| | Received by: Brian Grostty | L- NoR107 D- 72 A- 952 F- 10.13 x y PC- 33 | | |
| | Date: 4/25/23 | | | |

| | | | | |
|---|---|---|---|---|
| | SDI 14,022 | PRODUCT TOTAL CUBIC FEET | 1,442 | |
| | PDI 24,028 | PRODUCT UNIT WEIGHT | 38,050 # | |
| LYLF | P/D 0 | 33 PALLETS | 2,080 # | |
| | S/D 0 | GROSS WEIGHT | 40,130 # | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is _____ per _____
hereby specifically stated by the shipper to be not exceeding

Shipper _____ Bill Snell    Agen

HILL'S PET NUTRITION, INC.    Per _____

Per _____
Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

(Uniform Domestic Straight Bill of Lading, adopted by Carrier's in Official, Southern, Western and ...) ... filled in, in Ink, in Indelible Pencil ... Carbon ...

**2** THIS SHIPMENT IS...

**B.O.L. NO.** ...781

AGENT'S NO. _____

VEHICLE NO. nor83

CARRIER: SEMICAB

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406    04/24/2023    From   Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

ROUTE Prepaid FOB ORGIN

1-2

SEALS    297675

FREIGHT

CUSTOMER ID NO. 785995    SALES ORDER NO. 641317627    ORDER DATE 04/18/2023

CUSTOMER P.O. NO. 055232823

Consigned to (Mail or street address of consignee—For purposes of notification only.)

PETSMART DC #22
21 MARTHA DR
BETHEL PA  19507-6100
USA
PHONE # :  7179331770 directions only
Delivery Date 4/24/2023   297675
Time

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO  64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food | | | |
| | PICKUP DATE: 4-24-23 TIME IN: 8:50AM TIME OUT: 9:00PM | | | |
| | SCHED APPT DATE/TIME: | | | |
| 3,459 bags | # OF PALLETS RECEIVED ____FULL__MIXED____ | APR 25 PM 12:06 | | |
| 0 cases | RECEIPT DATE : | TIME IN: | | |
| 0 units | INTACT SEAL NUMBER : | TIME OUT: | | |
| | RECEIVED BY: | | | |
| | SCHED APPT DATE/TIME: | | | |
| | Mike | APR 25 AM 11:38 | | |
| | 717 437 1309 | | | |
| | DC22 Subject to Count | | | |
| | Seal Intact: Y / N | | | |
| | Rcvd By Kelly Barlet | | | |
| | 0182359247 | | | |
| | 3.06 | | | |

| | | PRODUCT TOTAL CUBIC FEET | 1,881 |
| SDI | 36,754 | PRODUCT UNIT WEIGHT | 36,754 # |
| PDI | 0 | PALLETS | 2,470 # |
| LYLF P/D | 0 | GROSS WEIGHT | 39,224 # |
| S/D | 0 | | |

"If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper _____    Age...

HILL'S PET NUTRITION, INC.

Per _____    Per _____

Permanent post office address of shipper  P.O. Box 148, Topeka, Kansas 66601

# UNIFORM STRAIGHT BILL OF LADING

**B.O.L. NO.** 0297780

Original — Not Negotiable

AGENT'S NO. _____

**CARRIER:** SEMICAB

VEHICLE NO. NOR44

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406       04/25/2023       From   Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2
ROUTE Prepaid FOB ORGIN

SEALS   0297712

FREIGHT

CUSTOMER ID NO. 785995       SALES ORDER NO. 641317228       ORDER DATE  04/18/2023

CUSTOMER P.O. NO. 855232811

Consigned to   *(Mail or street address of consignee—For purposes of notification only.)*

PETSMART DC #22
21 MARTHA DR
BETHEL PA  19507-6100
USA
PHONE # : 7179331770 directions only
Delivery Date 04/24/2023  0297712
Time

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO  64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4/25/23 TIME IN: 10:50 TIME OUT: 11:06 | | | |
| | SCHED APPT DATE/TIME: | | | |
| 2,170 bags | # OF PALLETS RECEIVED 34 FULL___ MIXED_/_ | 32,151 | | |
| 0 cases | RECEIPT DATE : | TIME IN: | | |
| 0 bales | INTACT SEAL NUMBER : | TIME OUT: | | |
| | RECEIVED BY: | | | |
| | SCHED APPT DATE/TIME: | | | |
| | | APR 25 PM 4:40 | | |
| | | APR 25 PM 5:19 | | |
| | Receiving 139  018233548  DC22 Subject to Count | | | |
| | ASN/BOL# DD# 304  Seal Intact: ∅ N  Rcvd By  wes Barrah  Bah Kasll | | | |

| | | | | |
|---|---|---|---|---|
| | SDI | 32,151 | PRODUCT TOTAL CUBIC FEET | 1,514 |
| | PDI | 0 | PRODUCT UNIT WEIGHT | 32,151 # |
| LYLF | P/D | 0 | 35 PALLETS | 2,210 # |
| | S/D | 0 | GROSS WEIGHT | 34,361 # |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper _____

Agent

HILL'S PET NUTRITION, INC.       Per _____

Per _____
Permanent post office address of shipper  P.O. Box 148, Topeka, Kansas 66601

(Uniform Domestic Straight Bill of Lading adopted by Carrier's in Official, Southern...

| 1 | UNIFORM STRAIGHT BILL OF LADING | B.O.L. NO. 791 |

Original — Not Negotiable

AGENT'S NO. _____

CARRIER: SEMICAB                    6:30 pm          VEHICLE NO.  NOR88

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406          04/25/2023          From  Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2
ROUTE Prepaid FOB ORGIN

FREIGHT

CUSTOMER ID NO. 852358        SALES ORDER NO. 641297277        ORDER DATE  04/17/2023

CUSTOMER P.O. NO. RS40335839                                     SEALS      0297896

| Consigned to | (Mail or street address of consignee—For purposes of notification only.) |

CHEWY LEWISBERRY MDT1
MDT1
100 GOODMAN DR
LEWISBERRY PA  17339
USA
PHONE # :  directions only
Time 04/24/2023  0297896

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO  64086
USA

PROTECT FROM FREEZING

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4/25  TIME IN: 1:20P  TIME OUT: 1:40Pa | | | |
| | SCHED APPT DATE/TIME: | | | |
| 1,131 bags | # OF PALLETS RECEIVED! ___ FULL ___ MIXED ___ | 37,562 | | |
| 1,712 cases | RECEIPT DATE : | TIME IN: | | |
| 0 bales | INTACT SEAL NUMBER : | TIME OUT: | | |
| | RECEIVED BY: | Chewy hereby acknowledges receipt or | | |
| | SCHED APPT DATE/TIME: | delivery in connection with vendor's bill of lading # | | |
| | | In accordance with Chewy's offloading policy. | | |
| | | 7 Chewy will provide reconciliation to vendor | | |
| | | within 7 business days of actual items vs. | | |
| | | items set forth on the bill of lading | | |
| | | | L- | NOR88 |
| | | | D- | 22 |
| | | Received by: Do Stauch | A- | 12:00 |
| | | | F- | 7:32Pa |
| | | Date:  4-25-23 | PC- | 31 |
| SDI | 8,779 | PRODUCT TOTAL CUBIC FEET | 1,318 | |
| PDI | 28,783 | PRODUCT UNIT WEIGHT | 37,562 # | |
| LYLF P/D | 0 | 31 PALLETS | 1,950 # | |
| S/D | 0 | GROSS WEIGHT | 39,512 # | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper _____                                          Agen

HILL'S PET NUTRITION, INC.          Per _____

Per _____
Permanent post office address of shipper  P.O. Box 148, Topeka, Kansas 66601

| 1 | UNITED STATES - BILL OF LADING | | B.O.L. NO. 001308627 |

Original — Not Negotiable

AGENT'S NO. _____

CARRIER: SEMICAB

VEHICLE NO. NQR72

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

At York, PA 17406     04/25/2023     From    Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2

ROUTE Prepaid FOB ORGIN

SEALS 0297900

FREIGHT

CUSTOMER ID NO. 785995     SALES ORDER NO. 641331945     ORDER DATE 04/19/2023

CUSTOMER P.O. NO. 855240390

| Consigned to (Mail or street address of consignee—For purposes of notification only.) | PROTECT FROM FREEZING |
|---|---|
| PETSMART DC #22<br>21 MARTHA DR<br>BETHEL PA 19507-6100<br>USA<br>PHONE # : 7179331770 directions only<br>Delivery Date: 4/25/2023 0297900<br>Time | REMIT FREIGHT CHARGES TO :<br>DATA FREIGHT INC<br>907 NE COLBERN RD<br>LEES SUMMIT MO 64086<br>USA |

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4/25/23 TIME IN: _____ TIME OUT: _____<br>SCHED APPT DATE/TIME: _____ | | | |
| 3,515 bags<br>0 cases<br>0 bales | # OF PALLETS RECEIVED ____ FULL ___ MIXED ____<br>RECEIPT DATE : _____<br>INTACT SEAL NUMBER : _____<br>RECEIVED BY: _____<br>SCHED APPT DATE/TIME: _____ | 40,105<br>TIME IN:<br>DC22<br>Subject to Count<br>Seal Intact<br>Rcvd By | | |
| | Receiving 139<br>ASN/BOL# 01 E7394312<br>DD# 312 | APR 26 AM 8:01<br>APR 26 AM 9:18 | | |
| | SDI 40,105    PRODUCT TOTAL CUBIC FEET<br>PDI 0    PRODUCT UNIT WEIGHT<br>LYLF P/D 0    PALLETS<br>S/D 0    GROSS WEIGHT | 1,739<br>40,105 #<br>2,665 #<br>42,770 # | | |

"If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper S. Segura

Per SL) Hay ___    4-25-23 Agent.

HILL'S PET NUTRITION, INC.

Per _____
Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601



AGENT'S NO. _____

**CARRIER:** SEMICAB

VEHICLE NO. NOR47

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406      04/25/2023      From Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2
ROUTE Prepaid FOB ORGIN

FREIGHT

CUSTOMER ID NO. 785995      SALES ORDER NO. 641331947      ORDER DATE 04/19/2023

CUSTOMER P.O. NO. 855240373

SEALS   297671

| Consigned to | (Mail or street address of consignee—For purposes of notification only.) | |
|---|---|---|

Consigned to

PETSMART DC #22
21 MARTHA DR
BETHEL PA 19507-6100
USA
PHONE # : 7179331770 directions only
Delivery Date 4/25/2023  297671
Time

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO 64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4-25-28 TIME IN: 2:45 TIME OUT: 3:19pm | | | |
| | SCHED APPT DATE/TIME: | | | |
| 0,300 bags | # OF PALLETS RECEIVED ___FULL___MIXED___ | APR 26 AM 9:21 | | |
| 875 bags | RECEIPT DATE : | | | |
| 0 bales | INTACT SEAL NUMBER : | TIME IN: | | |
| | RECEIVED BY: | TIME OUT: | | |
| | SCHED APPT DATE/TIME: | | | |
| | | DC22 Subject to Count Seal Intact: N Rcvd By: Kelly Barbet Dri | | |
| | 0182594411 316 | APR 26 AM 8:14 | | |

| SDI | 41,534 | PRODUCT TOTAL CUBIC FEET | 1,841 | |
| PDI | 0 | PRODUCT UNIT WEIGHT | 41,534 # | |
| LYLF P/D | 0 | 42 PALLETS | 2,730 # | |
| S/D | 0 | GROSS WEIGHT | 44,264 # | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper _____                    Agent

HILL'S PET NUTRITION, INC.

Per _____                    Per _____

Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

# UNIFORM STRAIGHT BILL OF LADING

**1**

B.O.L. NO. _____8407

Original — Not Negotiable

AGENT'S NO. _____

CARRIER: BEMICAB

VEHICLE NO. NOR45

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406    04/26/2023    From Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

ROUTE: 1-2 Prepaid FOB ORGIN

SEALS 0297897

FREIGHT

CUSTOMER ID NO. 852358    SALES ORDER NO. 641312429    ORDER DATE 04/18/2023

CUSTOMER P.O. NO. RS40336934

| Consigned to | (Mail or street address of consignee—For purposes of notification only.) |
|---|---|

CHEWY LEWISBERRY MDT1
MDT1
100 GOODMAN DR
LEWISBERRY PA  17339
USA
Call in Date # :  directions only
Time 04/26/2023  0297897

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO  64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4/26/23 TIME IN: 0710 TIME OUT: 7:15 | | | |
| | SCHED APPT DATE/TIME: | | | |
| 1,041 bags | # OF PALLETS RECEIVED ___ FULL ___ MIXED ___ | 38,790 | | |
| 1,387 cases | RECEIPT DATE : | Chewy hereby acknowledges receipt of | | |
| 0 bales | INTACT SEAL NUMBER : | delivery in connection with vendor's bill of | | |
| | RECEIVED BY: | lading # ___ TIME OUT: ___ | | |
| | SCHED APPT DATE/TIME: | In accordance with Chewy's offloading policy. Chewy will provide reconciliation to vendor within 7 business days of actual items vs. items set forth on the bill of lading | | |
| | | | L- NOR45 | |
| | | | D-70 | |
| | | Received by: 6Bown | A-9:27 #4 | |
| | | | F-# 9:51 #M | |
| | | Date: 4/26/23 | PC-# 3Z | |
| | SDI  16,580 | PRODUCT TOTAL CUBIC FEET | 1,532 | |
| | PDI  22,211 | PRODUCT UNIT WEIGHT | 38,790 # | |
| LYLF | P/D  0 | PALLETS | 2,145 # | |
| | S/D  0 | GROSS WEIGHT | 40,935 # | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper  S Segura  Bab Furl

Agen

Per _____

HILL'S PET NUTRITION, INC.    Per _____

Permanent post office address of shipper  P.O. Box 148, Topeka, Kansas 66601

# UNIFORM STRAIGHT BILL OF LADING

**B.O.L. NO.** 8412

Original — Not Negotiable

**AGENT'S NO.**

**CARRIER:** SEMICAB

**VEHICLE NO.** nor105

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406    04/25/2023    From Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2
ROUTE Prepaid FOB ORGIN

**SEALS** 297690

FREIGHT

CUSTOMER ID NO. 768842      SALES ORDER NO 641305315      ORDER DATE 04/17/2023

CUSTOMER P.O. NO: 21433335

Consigned to    (Mail or street address of consignee—For purposes of notification only.)

PETCO #810
257 PROSPECT PLAINS RD
CRANBURY NJ  08512-3703
USA
PHONE # : 6098194466-11... directions
Delivery Date/
Type 04/25/2023 297690

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO  64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4-25-23 TIME IN: 2:35p TIME OUT: 2:45pm SCHED APPT DATE/TIME: | | | |
| 2,665 bags | # OF PALLETS RECEIVED ___ FULL __ MIXED___ | 36,161 | | |
| 534 cases | RECEIPT DATE : | | | |
| 0 bales | INTACT SEAL NUMBER : | TIME IN: | | |
| | RECEIVED BY: | TIME OUT: | | |
| | SCHED APPT DATE/TIME: | | | |
| | 4-26-23 | | | |
| | mibdll co29ci | | | |
| | 7-05 AM | | | |

| | | PRODUCT TOTAL CUBIC FEET | 1,224 | |
| SDI | 30,612 | PRODUCT UNIT WEIGHT | 36,161 # | |
| PDI | 5,549 | 35 PALLETS | 2,275 # | |
| LYLF | P/D | 0 | GROSS WEIGHT | 38,436 # |
| | S/D | 0 | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper _____    Agent

HILL'S PET NUTRITION, INC.

Per _____    Per _____

Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

THIS Case 1:24-cv-02158-WMR Document 5-2 Filed 06/05/24 Page 164 of 287

**B.O.L. NO.** 8425

AGENT'S NO. _____

VEHICLE NO. NOR47

CARRIER: SEMICAB

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406    04/26/2023    From    Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2
ROUTE Prepaid FOB ORGIN

SEALS    0297716

FREIGHT

CUSTOMER ID NO. 785995    SALES ORDER NO. 641331327    ORDER DATE 04/19/2023

CUSTOMER P.O. NO. 855240409

Consigned to    (Mail or street address of consignee—For purposes of notification only.)

PETSMART DC #22
21 MARTHA DR
BETHEL PA 19507-6100
USA
PHONE # : 7179331770 directions only
Delivery Date 4/25/2023    0297716
Time

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO 64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4/26/23 TIME IN: 11.00am TIME OUT: 11.14am | | | |
| | SCHED APPT DATE/TIME: | | | |
| 4,491 bags | # OF PALLETS RECEIVED 1/2 FULL MIXED / | 41,423 | | |
| 0 cases | RECEIPT DATE : | | | |
| 0 bales | INTACT SEAL NUMBER : | TIME IN: | | |
| | RECEIVED BY: | TIME OUT: | | |
| | SCHED APPT DATE/TIME: | APR 26 PM 1:58 | | |
| | | APR 26 PM 1:26 | | |
| | 0182383188 DC22 Subject to Count N 312 Seal Intact: Y Rcvd By Shelly Barlet | | | |

| | | PRODUCT TOTAL CUBIC FEET | 1,818 | |
|---|---|---|---|---|
| SDI | 41,423 | | | |
| PDI | 0 | PRODUCT UNIT WEIGHT | 41,423 # | |
| LYLF | P/D 0 | PALLETS | 2,795 # | |
| | S/D 0 | GROSS WEIGHT | 44,218 # | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper _____    Agen

HILL'S PET NUTRITION, INC.    Per _____

Per _____
Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

Original — Not Negotiable

**CARRIER:** SEMICAB

AGENT'S NO. _____

VEHICLE NO. nor50

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

At York, PA 17406    04/25/2023    From Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2
ROUTE Prepaid FOB ORGIN                    SEALS    297714

FREIGHT

CUSTOMER ID NO. 825758    SALES ORDER NO. 641269320    ORDER DATE 04/13/2023

CUSTOMER P.O. NO. 8540333251

| Consigned to    (Mail or street address of consignee--For purposes of notification only.) | |
|---|---|
| CHEWY.COM<br>600 NEW COMMERCE BLVD<br>HANOVER TWP PA 18706<br>USA<br>PHONE # : directions only<br>Delivery Date 04/25/2023  297714<br>Time | PROTECT FROM FREEZING<br><br>REMIT FREIGHT CHARGES TO :<br>DATA FREIGHT INC<br>907 NE COLBERN RD<br>LEES SUMMIT MO  64086<br>USA |

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4-25-23 TIME IN: 6:05mm TIME OUT: 6:20pm<br>SCHED APPT DATE/TIME: | | | |
| 1,968 bags<br>961 cases<br>0 bales | # OF PALLETS RECEIVED ____ FULL ____ MIXED ____<br>RECEIPT DATE :<br>INTACT SEAL NUMBER :<br>RECEIVED BY :<br>SCHED APPT DATE/TIME: | 40,152<br><br>TIME IN:<br>TIME OUT: | | |
| | L 2476695/NOR50<br>D 88<br>A 12:37p<br>F 2:03p<br>717 513 - 2840 | REC'V<br>Date 4/26/23<br>Shanac+t | | |
| SDI    24,636<br>PDI    15,416<br>P/D    0<br>S/D    0 | PRODUCT TOTAL CUBIC FEET    1,680<br>PRODUCT UNIT WEIGHT    40,152 #<br>20 PALLETS    2,405 #<br>GROSS WEIGHT    42,557 # | | | |
| LYLF | | | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper _____

Agen

Per _____

HILL'S PET NUTRITION, INC.    Per _____

Permanent post office address of shipper  P.O. Box 148, Topeka, Kansas 66601

# UNIFORM STRAIGHT BILL OF LADING

(Uniform Domestic Straight Bill of Lading adopted by Carrier in Official, Southern...

**Original — Not Negotiable**

B.O.L NO. 1433411

AGENT'S NO. _____

VEHICLE NO. nar53

**CARRIER:** SEMICAB

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406          04/26/2023          From Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2
ROUTE Prepaid FOB ORGIN

FREIGHT

SEALS     0297664

Daniel Galindo
04-28-23
DOOR 310
5:03

CUSTOMER ID NO. 768842          SALES ORDER NO. 441305317          ORDER DATE 04/17/2023

CUSTOMER P.O. NO. 21433337

Consigned to          (Mail or street address of consignee—For purposes of notification only.)

PETCO #810
257 PROSPECT PLAINS RD
CRANBURY NJ 08512-3703
USA
PHONE # : 6098194466-11... directions

Delivery Date/
Time 04/25/2023 0297664

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO 64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4/26/23 TIME IN: 10:57 TIME OUT: 11:01AM | | | |
| | SCHED APPT DATE/TIME: | | | |
| 2,731 bags | # OF PALLETS RECEIVED 32 FULL___ MIXED 4 | 38,636 | | |
| 830 cases | RECEIPT DATE : | | | |
| 0 bales | INTACT SEAL NUMBER : | TIME IN: | | |
| | RECEIVED BY: | TIME OUT: | | |
| | SCHED APPT DATE/TIME: | | | |

| | | | | |
|---|---|---|---|---|
| | SDI 36,709 | PRODUCT TOTAL CUBIC FEET | 1,552 | |
| | PDI 1,826 | PRODUCT UNIT WEIGHT | 38,636 # | |
| LYLF | P/D 0 | 36 PALLETS | 2,340 # | |
| | S/D 0 | GROSS WEIGHT | 40,976 # | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper _____

Per _____          Agen

HILL'S PET NUTRITION, INC.

Per _____          Per SLC Hagw Ely          4-26-23

Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

```
2
```

CARRIER: SEMICAB

B.O.L NO.

AGENT'S NO. _____

VEHICLE NO. nor79

29

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406    04/26/2023    From Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property, over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2
ROUTE Prepaid FOB ORGIN    SEALS    0297710

FREIGHT

CUSTOMER ID NO. 852358    SALES ORDER NO. 641312312    ORDER DATE 04/18/2023

CUSTOMER P.O. NO. RS40336933

(Mail or street address of consignee---For purposes of notification only.)

Consigned to
CHEWY LEWISBERRY MDT1
MDT1
100 GOODMAN DR
LEWISBERRY PA 17339
USA
Delivery Date #: directions only
Time 04/26/2023 0297710

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO:
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO 64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4/26/23 TIME IN: 11:15 TIME OUT: 11:24am | | | |
| | SCHED APPT DATE/TIME: | | | |
| 1,109 bags | # OF PALLETS RECEIVED 26 FULL MIXED 4 | 35,094 | | |
| 1,166 cases | RECEIPT DATE: | Chewy hereby acknowledges receipt of delivery in connection with vendor's bill of lading # TIME OUT: In accordance with Chewy's offloading policy. Chewy will provide reconciliation to vendor within 7 business days of actual items vs. items set forth on the bill of lading | | |
| 0 bales | INTACT SEAL NUMBER: | | | |
| | RECEIVED BY: | | | |
| | SCHED APPT DATE/TIME: | | | |
| | | | NOR79 | |
| | | L-NOR 79 | | |
| | Received by: 4 26 23 | D-76 | | |
| | Date: | A-1253am | | |
| | | F- | | |
| | | PC-30 | | |

| | | | PRODUCT TOTAL CUBIC FEET | 1,412 |
| SDI | 13,654 | | PRODUCT UNIT WEIGHT | 35,094 # |
| PDI | 21,440 | | 30 PALLETS | 2,015 # |
| LYLF | P/D | 0 | GROSS WEIGHT | 37,109 # |
| | S/D | 0 | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is    per
hereby specifically stated by the shipper to be not exceeding _____

Shipper _____ 4 26 23    Agent

HILL'S PET NUTRITION, INC.    Per

Per _____
Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

**1**

# UNIFORM STRAIGHT BILL OF LADING

B.O.L. NO. 34409

Original — Not Negotiable

AGENT'S NO. _____

CARRIER: SEMICAB

VEHICLE NO. NOR96

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406    04/26/2023    From Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2
ROUTE Prepaid FOB ORGIN

SEALS 0297895

FREIGHT

CUSTOMER ID NO. 825758    SALES ORDER NO. 641269303    ORDER DATE 04/13/2023

CUSTOMER P.O. NO. RS40333250

Consigned to    (Mail or street address of consignee—For purposes of notification only.)

CHEWY. COM
600 NEW COMMERCE BLVD
HANOVER TWP PA 18706
USA
PHONE # : directions only
Delivery Date 04/25/2023    0297895
Time

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO   64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4-26-23 TIME IN: 12:00 TIME OUT: 12:30 | | | |
| | SCHED APPT DATE/TIME: _____ | | | |
| 1,433 bags | # OF PALLETS RECEIVED 31 FULL 6 MIXED _____ | 40,860 | | |
| 1,300 cases | RECEIPT DATE : _____ | TIME IN: | | |
| 0 bales | INTACT SEAL NUMBER : _____ | TIME OUT: | | |
| | RECEIVED BY: _____ | | | |
| | SCHED APPT DATE/TIME: _____ | | | |

L: NOR96
D: 118
A: 1630
F: 1903
PC: 37

RECEIVED
4/26/23 DR

717-994
1647

| | | PRODUCT TOTAL CUBIC FEET | 1,881 | |
|---|---|---|---|---|
| | SDI 23,770 | PRODUCT UNIT WEIGHT | 40,860 # | |
| | PDI 17,089 | 37 PALLETS | 2,340 # | |
| LYLF | P/D 0 | GROSS WEIGHT | 43,200 # | |
| | S/D 0 | | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper _____    Agen

HILL'S PET NUTRITION, INC.

Per _____

Per _____

Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

SemiCab Inc
2876, Adams Oaks LN, Marietta, GA 30062

Sent on: Apr 25 2023, 09:20 AM EDT

## LOAD RATE CONFIRMATION

### LOAD# 1709490

| Carrier | Load | Total Amount<br>$760 |
|---|---|---|
| NOERR TRUCKING LLC | Equipment: Dry Van | **Rate Details** |
| DOT#: 2562636 | Mileage: 201 mi | Freight: $700.00 |
| MC#: MC894356 | Total Stops: 3 | Additional Stop 1: $60.00 |
| Contact Name: Dispatch | Weight: 22,160 lb | |
| Phone: +17172508674 | Volume: 2,475 cbft | |
| Email: dispatch@noerr-inc.com | Pallets: - | Pieces: 1382 | |

### Contact

**SEMICAB OPERATIONS AND DISPATCH**

**Business Hours (EST)**
Weekdays 8 AM to 5 PM
ops@semicab.com
1-833-SEMICAB, select 1 for Ops Support when prompted

**After Business Hours (EST)**
Weekdays 5 PM to 4 AM, Weekends 8 AM to 12 PM
after-hours@semicab.com
1-833-SEMICAB, select 1 for Ops Support when prompted

**SEMICAB BILLING AND INVOICING**

ap@semicab.com
1-833-SEMICAB, select 2 for Accounts Payable when prompted

### Download the SemiCab App

- Access load, facility, and order number details at any time
- Submit POD and & track invoice payment status
- Enable location tracking when you "start" the load and avoid tracking calls!

 

**Scan To Download**



**Important**

- A fine of up to $100 will be applied if SemiCab is not notified within 2 hours of a missed appointment.
- The driver must install the SemiCab app and activate location tracking before picking the load. A $50 fee will be applied for non-compliance.

### Invoice Submission

**Email:** ap@semicab.com
**Invoices submitted to any other email address will not be processed.**

**Mail:** Send your invoice to
SemiCab Inc
2876, Adams Oaks LN
Marietta, GA 30062

**Upload:** Sign-in on SemiCab and upload the invoice. Contact support@semicab.com for assistance with registration and signing-in.

**Invoice Requirements**
1. Carrier invoice must reference the SemiCab Load Reference. Invoices without this number will be ignored and will remain unpaid.
2. Invoices must be submitted within ten (10) business of delivering the load. A valid W-9 must be on file for us to process your invoice.
3. A valid POD must be submitted with the invoice or prior to submitting the invoice.
4. Any accessorial charges in your invoice must be pre-approved by SemiCab and must have supporting documents.
5. Payment may be made to the carrier's selected factoring company to whom they may choose to assign the invoice.
6. We will not pay a factoring company unless an assignment is received from the carrier.
7. The invoice will be deemed to have been settled in full when the payment is made.

**Standard Payment:** Net 30 days after a valid invoice and POD have been submitted.

**Quick Pay:** 2 business days after a valid invoice and POD have been submitted. A discount of 3% will be applied on invoice value.

**Accessorial Charges**
All accessorial charges on the invoice must be pre-approved by SemiCab. Only the following accessorial charges will be allowed when relevant.
1. Detention with Power and without Power is subject to approval and will be paid at a rate of $25/hour after the first two hours. In and Out times at the location must be clearly written on the BOL and signed by the shipper.
2. Stop-off charges may be negotiated per additional stop between the first pick-up and final delivery location.
Other accessorial charges may be negotiated on a case-by-case basis when relevant and proper documentation is provided by the carrier.

This rate confirmation is governed by the membership agreement accepted by you during registration:

**https://collab.semicab.com/docs/carrier_membership_agreement.pdf**

**LOAD TENDER**

| Load# 1709490 | Equipment: Dry Van | Weight: 22,160 lb |
|---|---|---|
| Customer Reference# - | Mileage: 201 mi | Volume: 2,475 cbft |
| Customer: Staples | Total Stops: 3 | Pallets: - |
| | | Pieces: 1382 |

**Load Description**

-

**Special Handling**

53' trailers with 102" wide swing doors.

Drivers are expected to carry load straps or other form of load securing device with them.

## STOPS

| #1 Pickup<br>Live Load | Apr 25 2023, 08:00 AM - Apr 25 2023,<br>08:00 AM | GEORGIA PACIFIC CONSUMER<br>PRODUCTS,<br>234 WALNUT BOTTOM RD<br>SHIPPENSBURG, PA, 17257, US<br><br>**Contact**<br>Name:<br>SHIPPENSBURG@GAPAC.COM<br>Phone: 0 | The Driver must ring the bell at the<br>dock door for those stores with dock<br>doors and await store personnel. For<br>those stores without a dock door, the<br>driver should enter the store and<br>inquire with a store associate. |
|---|---|---|---|
| #2 Pickup<br>Live Load | Apr 25 2023, 12:00 PM - Apr 25 2023,<br>12:00 PM | ECO-PRODUCTS, PBC<br>348 POPLAR STREET<br>HANOVER, PA, 17331, US<br><br>**Contact**<br>Name:<br>transportation@hanoverlogistics.com<br>Phone: 7176375850 | The Driver must ring the bell at the<br>dock door for those stores with dock<br>doors and await store personnel. For<br>those stores without a dock door, the<br>driver should enter the store and<br>inquire with a store associate. |
| #3 Drop<br>Live Unload | Apr 26 2023, 03:00 AM - Apr 26 2023,<br>03:00 AM | WHS: CRANBURY, NJ<br>100 LIBERTY WAY<br>CRANBURY, NJ, 08512, US<br><br>**Contact**<br>Name: N/A | Actual carrier arrival time will be the<br>driver checking time at the dispatch or<br>receiver's office. |

## SHIPMENTS

| Pick From | Drop At | Shipment# | Order# | Order Ref## | Commodity | Weight | Volume | Pieces |
|---|---|---|---|---|---|---|---|---|
| Stop #1<br>GEORGIA PACIFIC<br>CONSUMER<br>PRODUCTS, | Stop #3<br>WHS: CRANBURY,<br>NJ | 5013308_02 | 5013308_02 | - | - | 17,913 lb | 1,899 cbft | 1184 |
| Stop #2<br>ECO-PRODUCTS,<br>PBC | Stop #3<br>WHS: CRANBURY,<br>NJ | 5012805_01-<br>SO1112115 | 5012805_01 | SO1112115 | - | 4,247 lb | 576 cbft | 198 |

## Contact

**SEMICAB OPERATIONS AND DISPATCH**

**Business Hours (EST)**
Weekdays 8 AM to 5 PM

ops@semicab.com
1-833-SEMICAB, select 1 for Ops Support when prompted

**After Business Hours (EST)**
Weekdays 5 PM to 4 AM, Weekends 8 AM to 12 PM

after-hours@semicab.com
1-833-SEMICAB, select 1 for Ops Support when prompted

**Download the SemiCab App**

- Access load, facility, and order number details at any time
- Submit POD and & track invoice payment status
- Enable location tracking when you "start" the load and avoid tracking calls!

  

### Service Level Mandates

1. Carrier must send key updates during the load execution for all pickup, intermediate stops, and final delivery locations. The following key-events must be submitted as shipment updates for this load within four (4) hours from the occurrence of the event.

   A. Actual Arrival of truck at the pickup location (this is the check-in time of the driver at the pickup or stop location).
   B. Actual Departure of the truck from the pickup location.
   C. Actual arrival and departure of truck at any intermediate stops.
   D. Actual Arrival of truck at the delivery location (this is the check-in time of the driver at the delivery or stop location).
   E. Actual unloading time at the delivery or stop location (this is the end time of the unloading).
   F. Actual Departure of the truck from the delivery or stop location.

2. Carrier must submit a BOL on accepting the load in accordance with the SemiCab carrier terms and conditions.

3. Carrier must submit a POD on delivery of the load within four (4) hours of the final delivery of a load. A valid POD is required for payments to carriers.

### General Terms and Conditions

1. The Carrier must notify the SemiCab contact listed above with any shipment issues or potential extra charges.
2. A written request for any accessorials must be sent to the SemiCab contact listed above. Arrival and departure times must be notated on the Bill of lading along with receiver's signature for detention charges to be approved and paid by customer.
3. The driver must provide a daily check call and confirmation when loading has been completed at the pickup and when delivery has been made.
4. Failure to comply with the following may result in non-payment or fine or deductions in rates:
   A. Carrier does not send shipper's Bill of Lading within four (4) hours of accepting the load.
   B. Carrier does not send SemiCab contact a copy of the POD within four (4) hours of final delivery.
   C. Carrier does not obtain authorization for accessory charges (Lumper fees, Detention, and Etc). All issues incurred must be reported within 48 hours.
   D. Carrier does not verify the destination of the shipment at the time of pick up.
   E. Carrier attempts to double broker assigned shipment.
   F. Carrier does not call and check in upon arriving/leaving at shipper.
   G. Carrier does not call and check in once delivered.
   H. Carrier delivers load later than the agreed upon delivery date without contacting SemiCab.
   I. Carrier does not contact SemiCab when issues arise (Accidents, Claims etc).
5. By accepting this rate confirmation, you are affirming that the driver has the hours of service to make delivery given a 2-hour loading and unloading period.
6. SemiCab requires ELD or mobile-app based tracking through its partners on all loads. Failure to accept tracking may result in removal from the load
7. SemiCab may contact Carrier' drivers, partners and any third parties shared by the Carrier, through various methods such as phone, email, text messages and push notifications. The purpose of the communication includes, but is not limited to registration, onboarding, shipment and location updates, and providing platform feature updates.
8. If a delivery appointment is missed and no contact was made with SemiCab, then we will not be responsible for any additional charges (layover, detention, etc.).
9. Carriers must alert SemiCab at least 30 minutes prior to going into detention

Driver  417975  4-24

Date: 04/24/2023    **BILL OF LADING – SHORT FORM – NOT NEGOTIABLE**    Page 1 of 1

| SHIP FROM | Bill of Lading Number: **SO1112115 / 5012805** |
|---|---|
| | LOAD ID: 1709490 |

**Eco Products c/o Hanover Terminal**  @1440  
348 Poplar Street  
Hanover, PA 17331  
PH: 717-637-5850  
out@1525

**DO NOT STACK PALLETS**

| SHIP TO | Carrier Name: **SEMI CAB** |
|---|---|
| **Essendant Co.** @1039 DOCK @1220 out@0115 | Trailer number: N0258 |
| 100 Liberty Way   ESSENDANT "RECEIVING NOTICE | Serial number(s): |
| Cranbury  NJ 08512-3623   All shipments subject to Counting & Inspection | SEAL 14202518 |
| PH: 866-733-4894   Date Received   4-26-23 | |

| THIRD PARTY FREIGHT CHARGES BILL TO | SCAC: SMII |
|---|---|
| Essendant (ESND) | Pro Number: |
| Essendant c/o Intelligent Audit | |
| 1355 Windward Concourse Suite 205 | Apt AUR 26 0:12 |
| Alpharetta GA, 30005 | 8am AUR 26 1:04 |

**Special Instructions:** Essendant   BOH.S  
**Dock Appointment Required 48 hrs in Advance.**  
**Schedule appointment in Appointments Plus/Opendock**

| CUSTOMER ORDER INFORMATION | | | |
|---|---|---|---|
| **Customer P.O. Number**  5012805 | # of Cases | Weight | **Additional Shipper Information** |
| **Grand Total** | 198 | 4246 | |

| CARRIER INFORMATION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Handling Unit** | | **Package** | | | | **Product Essential for Supermarket & Food Manufacturing distribution.** | **LTL Only** | |
| Qty | Type | Qty | Type | Weight | HM (X) | Commodity Description: Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC item 360 | NMFC No. | Class |
| 6 | PLT | 198 | Case | 4246 | | Mixed Disposable Foodservice Product | 156600 | 125 |
| | | | | | | **DELIVER SHIPMENT INTACT – DO NOT BREAK SHRINKWRAP, WHEELS MUST BE CHOCKED OR** | | |
| | | | | | | **DOCK LOCK ENGAGED BEFORE UNLOADING. Use Grade A pallets. Do not build pallets higher than 84 inches.** | | |
| | | | | | | **$55.00 fine for broken pallet** **$600.00 fine for - LATE for or NO or MISSED Dock appt** | | |
| | | | | | | ***MUST BE ON TIME FOR DOCK APPOINTMENT*** | | |
| | | | | | | **$600 fine for NO PO or WRONG PO with shipment.** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____.

**COD Amount: $** _____  
Fee terms: Collect ☐   Prepaid ☐   Customer check acceptable ☐

**Note: Liability limitation for loss or damage in this shipment may be applicable. See 49 USC § 14706(c)(1)(A) and (B).**

Received, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications, and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of charges and all other lawful fees.  
**Shipper Signature** _____

| **Shipper Signature/Date** | **Trailer Loaded:** | **Freight Counted:** | **Carrier Signature/Pickup Date** |
|---|---|---|---|
| Daniel Graber 4-25-23 | ☑ By shipper ☐ By driver | ☑ By shipper ☐ By driver/pallets said to contain ☐ By driver/pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

7179942511

# BILL OF LADING

| SHIP FROM | Bill of Lading Number | 00304006177296003 |

GEORGIA-PACIFIC CONSUMER PRODUCTS LP AND/OR SPG HOLDINGS LLC   @CBJ5

**GP**   DOCKED
**Georgia-Pacific** @CQ45

RELOAD
Shippensburg DC
234 Walnut Bottom Road   inefficient load   @R230
Shippensburg PA 17257   OUT@1330
SID#: 6177296                      FOB  X
SID # NOT ON TABLE broken
TRAILER NOT LOADED FOR PALLET 2 STOPS

**Carrier Name:**  CUSTOMER PICK UP

**Trailer Number:**  32069/LIVE   4412 5550

**Record Seal No. at Consignee:**

| SHIP TO |

ESSENDANT-CRANBURY NJ      @1935
100 LIBERTY WAY      Loc# DOCKED @
CRANBURY NJ 08512             0020
                          OUT @ 0115
CID#:                        FOB

**SCAC / Pro:**  CPU /

**MC / USDOT :**

Freight Charge Terms/Conditions applicables aux frais de transport:(freight charges are prepaid unless marked otherwise)

| THIRD PARTY FREIGHT CHARGES BILL TO: |

Prepaid ___   Collect  X   3rd Party ___

[ ] (Check box)   Master Bill of Lading with attached underlying Bill of Lading

**SPECIAL INSTRUCTIONS:**
Delivery Date and Time:     04/24/2023      23:59:00
Associated MBOL:      00304006177296003
EMAIL: ReceivingCranbury@essendant.com
RECEIVING HOURS OTR/INTERMODAL 0000-0500; LTL/LOCAL 0600-0830
***SEE SUPPLEMENT PAGE FOR ADDITIONAL INSTRUCTIONS***

AP+   AVR 26 0:12
3am   AVR 26 110

## CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET/SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| SEE ATTACHED SUPPLEMENT PAGE | | | | |
| GRAND TOTAL | 1184 | 17912 | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | | | COMMODITY DESCRIPTION | LTL ONLY | |
| QTY | TYPE | QTY | TYPE | WEIGHT | H.M. | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation See Section 2(e) of NMFC Item 360 | NMFC# | CLASS |
|---|---|---|---|---|---|---|---|---|
| SEE ATTACHED SUPPLEMENT PAGE | | | | | | | | |
| 29 | | 1184 | | 17912 | | 9-26-23  GRAND TOTAL | | |

Seal #
# Cartons received
# Shrink wrapped        0
# Cartons refused       29
Damaged                 0

Driver must confirm piece count at Consignee and call 877-673-2257 immediately from customer in the event of overage, shortage, damage, wet, or any other delivery problem.  X

**Consignee Signature/Date**      **Consignee Piece Count**

**COD Amount: $**

Fee Terms: Collect [ ]    Prepaid [ ]
Customer check acceptable [ ]

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and all terms and conditions of the NMFC Uniform Straight Bill of Lading
Drivers signature

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

GEORGIA-PACIFIC      Shipper Signature

| SHIPPER SIGNATURE/DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE/PICKUP DATE |

This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Trailer Loaded: [X] By Shipper   [ ] By Driver
Freight Counted: [X] By Shipper   [ ] By Driver/pallets said to contain   [ ] By Driver/Pieces

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent in vehicle.
Date

Property described above is received in good order, except as noted.

GEORGIA PACIFIC

04/25/23  SLfc
717 994 2511


Georgia-Pacific

**Bill of Lading Number**

| CUSTOMER ORDER INFORMATION | | | | | |
|---|---|---|---|---|---|
| CUSTOMER ORDER NUMBER | | #PKGS | WEIGHT | PALLET/SLIP | ADDITIONAL SHIPPER INFO |
| 5013308 | | 1184 | 17912 | Y | DESTINATION |
| GRAND TOTAL | | 1184 | 17912 | | |

| CARRIER INFORMATION | | | | | | | |
|---|---|---|---|---|---|---|---|
| HANDLING UNIT | | PACKAGE | | | | COMMODITY DESCRIPTION | LTL ONLY |
| QTY | TYPE | QTY | TYPE | WEIGHT | H.M. (X) | Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360 | NMFC# | CLASS |
| 10 | PALW | 148 | CS | 2843 | | PAPER CUPS,PPR, PULP NSTD OR K | 152840 | 125 |
| 9 | PALW | 410 | CS | 8394 | | PAPER DISHES,PLATES,TRAYS =>10 | 152940.2 | 77.5 |
| 4 | PALW | 240 | CS | 1002 | | PLST ART, 4 & LT 6LBS/ | 156600.4 | 175 |
| 3 | PALW | 135 | CS | 1768 | | PLST ART,10 & LT 12LBS/ | 156600.7 | 92.5 |
| 1 | PALW | 6 | CS | 135 | | PAPER CUPS,PPR, PULP NSTD OR K | 152840 | 125 |
| 1 | PALW | 11 | CS | 85 | | PAPER CUPS,PPR, PULP NSTD OR K | 152840 | 125 |
| 1 | PALW | 6 | CS | 166 | | PAPER CUPS,PPR, PULP NSTD OR K | 152840 | 125 |
| | PALW | 36 | CS | 195 | | PAPER DISHES,PLATES,TRAYS =>10 | 152940.2 | 77.5 |
| | PALW | 52 | CS | 813 | | PAPER DISHES,PLATES,TRAYS =>10 | 152940.2 | 77.5 |
| | PALW | 18 | CS | 119 | | PLST ART, 4 & LT 6LBS/ | 156600.4 | 175 |
| | PALW | 21 | CS | 103 | | PLST ART,10 & LT 12LBS/ | 156600.7 | 92.5 |
| | PALW | 12 | CS | 123 | | PLST ART, 12 & LT 15 | 156600.8 | 85 |
| | PALW | 28 | CS | 329 | | PLST ART,15 & LT 22.5 | 156600.9 | 70 |
| | PALW | 12 | CS | 142 | | PLST ART,15 & LT 22.5 | 156600.9 | 70 |
| | PALW | 34 | CS | 393 | | PLST ART,15 & LT 22.5 | 156600.9 | 70 |
| | PALW | 6 | CS | 57 | | HOLDERS OR DISPS,DRINKING CUP, | 99760 | 110 |
| | PALW | 9 | CS | 85 | | HOLDERS OR DISPS,DRINKING CUP, | 99760 | 110 |
| | | | | 1160 | | HU WEIGHT | | |
| 29 | | 1184 | | 17912 | | PAGE SUBTOTAL | | |

**ADDITIONAL INSTRUCTIONS:**
FOR DIRECTIONS CALL 609-619-4000 EXT 44107

DELIVER SHIPMENT INTACT-DO NOT BREAK SHRINKWRAP



**Georgia-Pacific**

GEORGIA-PACIFIC CONSUMER PRODUCTS LP
AND/OR SPG HOLDINGS LLC

**Page 1 of 7**

**Ship To:**
2177627
ESSENDANT-CRANBURY NJ 0150
100 LIBERTY WAY
CRANBURY NJ 08512

**Sold To:**
112004
ESSENDANT-CRANBURY NJ 0150
100 LIBERTY WAY
CRANBURY NJ 08512

**Ship From:**
Shippensburg DC (1458)
234 Walnut Bottom Road
Shippensburg PA 17257

| | | |
|---|---|---|
| Print Date: | 04/25/2023 | 16:19:45 |
| Delivery Date: | 04/24/2023 | |
| Delivery Appt: | 23:59:00 | |
| Carrier: | CUSTOMER PICK UP | |
| Trailer #: | 32069/LIVE | |
| Trailer Length: | CPU | |
| Bill of Lading: | 00304006177296003 | |
| SID: | 6177296 | |

| Delivery: | 8002014330 | **Customer PO:** | 5013308 | **Order:** | 401434047 | **Stop:** | 01 |
|---|---|---|---|---|---|---|---|

**Special instructions:**
EMAIL: ReceivingCranbury@essendant.com
RECEIVING HOURS OTR/INTERMODAL 0000-0500; LTL/LOCAL 0600-0830
FOR DIRECTIONS CALL 609-619-4000 EXT 44107
DELIVER SHIPMENT INTACT-DO NOT BREAK SHRINKWRAP
***** PACKING DETAILS *****

| LPN# | Customer Item# | SKU# | Description | Base Qty | UOM |
|---|---|---|---|---|---|
| 374040040382 | DXEUX9PATH | UX9PATH | PLATES, UX 8 1/2 IN 8/125 PATH | 30 | CS |
| 374040040385 | DXEUX9PATH | UX9PATH | PLATES, UX 8 1/2 IN 8/125 PATH | 30 | CS |
| 374040040388 | DXEUX9PATH | UX9PATH | PLATES, UX 8 1/2 IN 8/125 PATH | 30 | CS |
| 374040040394 | DXEUX9PATH | UX9PATH | PLATES, UX 8 1/2 IN 8/125 PATH | 30 | CS |
| 374040040668 | DXEUX9WS | UX9WS | PLATES, UX 8 1/2 IN 4/125 PATH WISE SIZE | 50 | CS |
| 375010051682 | DXE5338CD | 5338CD | CUPS, PT 8OZ 20/50 COFFEE DESIGN | 18 | CS |
| 375030153566 | DXE5320CD | 5320CD | CUPS, PT 20OZ 20/25 CD | 12 | CS |
| 375030155340 | DXE5342CDSBP | 5342CDSBP | CUPS, PT 12OZ 6/160 COFFEE DESIGN | 10 | CS |
| 375030162774 | DXE5342CD | 5342CD | CUPS, PT 12OZ 20/50 COFFEE DESIGN | 12 | CS |
| 375030164415 | DXE5342CD | 5342CD | CUPS, PT 12OZ 20/50 COFFEE DESIGN | 12 | CS |
| 375040136399 | DXE2342WS | 2342WS | CUPS, PPR 12OZ HC 20/25 PATH WISE SIZE | 24 | CS |
| 375060346084 | DXE5342CD | 5342CD | CUPS, PT 12OZ 20/50 COFFEE DESIGN | 12 | CS |
| 375900000931 | DXE5310DX | 5310DX | CUPS, PT 10OZ 20/25 COFFEE DESIGN WSIZE | 24 | CS |
| 376020921512 | DXESX20PATH | SX20PATH | BOWLS, SX 20 OZ 4/125 PATHWAYS | 45 | CS |
| 458020469366 | DXECP10DX | CP10DX | CUPS, PLS 10OZ 20/25 PETE WISE SIZE | 45 | CS |

**Georgia-Pacific**

**Page 2 of 7**

| | |
|---|---|
| **Ship To:** | |
| 2177627 | |
| ESSENDANT-CRANBURY NJ 0150 | |
| 100 LIBERTY WAY | |
| CRANBURY NJ 08512 | |
| **Sold To:** | |
| 112004 | |
| ESSENDANT-CRANBURY NJ 0150 | |
| 100 LIBERTY WAY | |
| CRANBURY NJ 08512 | |
| **Ship From:** | |
| Shippensburg DC (1458) | |
| 234 Walnut Bottom Road | |
| Shippensburg PA 17257 | |

| | | |
|---|---|---|
| Print Date: | 04/25/2023 | 16:19:45 |
| Delivery Date: | 04/24/2023 | |
| Delivery Appt: | 23:59:00 | |
| Carrier: | CUSTOMER PICK UP | |
| Trailer #: | 32069/LIVE | |
| Trailer Length: | CPU | |
| **Bill of Lading:** | **00304006177296003** | |
| **SID:** | **6177296** | |

| Delivery: | 8002014330 | Customer PO: | 5013308 | Order: | 401434047 | Stop: | 01 |
|---|---|---|---|---|---|---|---|

***** PACKING DETAILS *****

| LPN# | Customer Item# | SKU# | Description | Qty | Base UOM |
|---|---|---|---|---|---|
| 458020528704 | DXECP10DX | CP10DX | CUPS, PLS 10OZ 20/25 PETE WISE SIZE | 45 | CS |
| 458020528713 | DXECP10DX | CP10DX | CUPS, PLS 10OZ 20/25 PETE WISE SIZE | 45 | CS |
| 458020531375 | DXE9542500DXCT | 9542500DX | LIDS, PLS12/16/20 OZ HC DOME 10/50 WS SZ | 60 | CS |
| 458020531376 | DXE9542500DXCT | 9542500DX | LIDS, PLS12/16/20 OZ HC DOME 10/50 WS SZ | 60 | CS |
| 458020531389 | DXE9542500DXCT | 9542500DX | LIDS, PLS12/16/20 OZ HC DOME 10/50 WS SZ | 60 | CS |
| 458020558339 | DXESX11PLPATH | SX11PLPATH | PLATES, PPR 8 5/8 IN X 11 IN 4/125 PATH | 60 | CS |
| 458020558339 | DXESX11PLPATH | SX11PLPATH | PLATES, PPR 8 5/8 IN X 11 IN 4/125 PATH | 5 | CS |
| 458020558340 | DXE2346W | 2346W | CUP,PPR 16 OZ HC 20/50  WHT | 6 | CS |
| 458020558340 | DXEFH517 | FH517 | CUTLERY, PS FK HW 1/1000 BLK | 10 | CS |
| 458020558340 | DXERP1008 | RP1008 | TRAYS, KL100 1 LB 4/250 RED PLAID | 16 | CS |
| 458020558340 | DXESH217 | SH217 | CUTLERY, PS SP HW 1/1000 WHITE | 24 | CS |
| 458020558340 | DXESX12PATH | SX12PATH | BOWLS, HD 12OZ 8/125 PATH | 12 | CS |
| 458020558340 | DXESXP6PATHCT | SXP6PATH | PLATES, SXP 5 7/8 IN 4/250 PATH | 24 | CS |
| 458020558341 | DXE2340PATH | 2340PATH | CUPS, PPR HOT 10OZ 20/50 PATH | 6 | CS |
| 458020558341 | DXEFH53C7 | FH53C7 | CUTLERY, PS FK HW 7.125IN 1/1000 BLK WRP | 12 | CS |
| 458020558341 | DXEFM5W540 | FM5W540 | CUTLERY, PS WRAP FK MW 6/90 BLK | 12 | CS |
| 458020558341 | DXEKH517 | KH517 | CUTLERY, PS KF HW 1/1000 BLK | 16 | CS |
| 458020558341 | DXEKM5W540 | KM5W540 | CUTLERY, PS WRAP KN MW 6/90 BLK | 6 | CS |
| 458020558341 | DXESSFD120 | SSFD120 | DISPENSER, MANUAL PS FK 120 | 5 | CS |

**Georgia-Pacific**

**Page 3 of 7**

| | |
|---|---|
| **Ship To:** | **Print Date:** 04/25/2023 16:19:45 |
| 2177627 | **Delivery Date:** 04/24/2023 |
| ESSENDANT-CRANBURY NJ 0150 | **Delivery Appt:** 23:59:00 |
| 100 LIBERTY WAY | **Carrier:** CUSTOMER PICK UP |
| CRANBURY NJ 08512 | **Trailer #:** 32069/LIVE |
| **Sold To:** | **Trailer Length:** CPU |
| 112004 | **Bill of Lading:** 00304006177296003 |
| ESSENDANT-CRANBURY NJ 0150 | **SID:** 6177296 |
| 100 LIBERTY WAY | |
| CRANBURY NJ 08512 | |
| **Ship From:** | |
| Shippensburg DC (1458) | |
| 234 Walnut Bottom Road | |
| Shippensburg PA 17257 | |

| **Delivery:** | 8002014330 | **Customer PO:** | 5013308 | **Order:** | 401434047 | **Stop:** | 01 |
|---|---|---|---|---|---|---|---|

***** PACKING DETAILS *****

| LPN# | Customer Item# | SKU# | Description | Qty | Base UOM |
|---|---|---|---|---|---|
| 458020558341 | DXESSSD120 | SSSD120 | DISPENSER, MANUAL PS SPOON 120 | 1 | CS |
| 458020558341 | DXESXP6WS | SXP6WS | PLATES, SXP 5 7/8 IN 4/125 WISESIZE PATH | 36 | CS |
| 458020558342 | DXE5310CMB600CT | 5310COMBO600 | CUPS, PT 10OZ 50 CUPS/50 LIDS 6/100 CD | 11 | CS |
| 458020558342 | DXEPTH53C | PTH53C | Cutlery, WRP HVYWEIGHT POLYPROP BLK TSPN | 12 | CS |
| 458020558342 | DXESH53C7 | SH53C7 | CUTLERY, PS SP HW 1/1000 BLK | 12 | CS |
| 458020558342 | DXESSF21P | SSF21P | CUTLERY, PP FORK MW 24/40 SMART STOCK | 21 | CS |
| 458020558342 | DXESSKD120 | SSKD120 | DISPENSER, MANUAL PS KF 120 | 8 | CS |
| 458020558342 | DXESSW3D85 | SSW3D85 | SS DISPENSER, WRAPPED PP 3 PK LEASED | 1 | CS |
| 458020758325 | DXEWNP9OD | WNP9OD | PLATES, PPR 9 IN 4/250 WNP WISE SIZE | 40 | CS |
| 458020758886 | DXE9542500DXCT | 9542500DX | LIDS, PLS12/16/20 OZ HC DOME 10/50 WS SZ | 60 | CS |
| 458020761718 | DXE2340PATH | 2340PATH | CUPS, PPR HOT 10OZ 20/50 PATH | 12 | CS |
| 458020761719 | DXE2340PATH | 2340PATH | CUPS, PPR HOT 10OZ 20/50 PATH | 12 | CS |
| 3740800510774 | DXEUX7WS | UX7WS | PLATES, UX 6 7/8 IN 4/125 PATH WISE SIZE | 90 | CS |

**Packing Detail Total :** 1184

*************** SHIPPING SUMMARY ***************

| SKU#/ UPC/GTIN/ Customer Item# | Description | Sls. Qty | UoM | Base Qty | UoM | Weight | UoM | Volume |
|---|---|---|---|---|---|---|---|---|
| 2340PATH/ 10078731940510/ | CUPS, PPR HOT 10OZ 20/50 PATH | 30 | CS | 30 | CS | 674 | LB | 90 |


Georgia-Pacific

**Page 4 of 7**

Ship To:
2177627
ESSENDANT-CRANBURY NJ 0150
100 LIBERTY WAY
CRANBURY NJ 08512
Sold To:
112004
ESSENDANT-CRANBURY NJ 0150
100 LIBERTY WAY
CRANBURY NJ 08512
Ship From:
Shippensburg DC (1458)
234 Walnut Bottom Road
Shippensburg PA 17257

| Print Date: | 04/25/2023 | 16:19:45 |
|---|---|---|
| Delivery Date: | 04/24/2023 | |
| Delivery Appt: | 23:59:00 | |
| Carrier: | CUSTOMER PICK UP | |
| Trailer #: | 32069/LIVE | |
| Trailer Length: | CPU | |
| Bill of Lading: | 00304006177296003 | |
| SID: | 6177296 | |

| Delivery: | 8002014330 | **Customer PO:** | 5013308 | **Order:** | 401434047 | **Stop:** | 01 |
|---|---|---|---|---|---|---|---|

| SKU#/ UPC/GTIN/ Customer Item# | Description | Sls. Qty | UoM | Base Qty | UoM | Weight | UoM | Volume |
|---|---|---|---|---|---|---|---|---|
| SFI Certified Sourcing, SCS-SFI/FS-007263 | | | | | | | | |
| 2342WS/ 10078731940534/ | CUPS, PPR 12OZ HC 20/25 PATH WISE SIZE | 24 | CS | 24 | CS | 320 | LB | 49 |
| 2346W/ 78731986153/ | CUP,PPR 16 OZ HC 20/50  WHT | 6 | CS | 6 | CS | 166 | LB | 21 |
| 5310COMBO600/ 10078731939217/ | CUPS, PT 10OZ 50 CUPS/50 LIDS 6/100 CD | 11 | CS | 11 | CS | 85 | LB | 18 |
| 5310DX/ 10078731870633/ | CUPS, PT 10OZ 20/25 COFFEE DESIGN WSIZE | 24 | CS | 24 | CS | 269 | LB | 45 |
| 5320CD/ 10078731965162/ | CUPS, PT 20OZ 20/25 CD | 12 | CS | 12 | CS | 235 | LB | 38 |
| 5338CD/ 78731985774/ | CUPS, PT 8OZ 20/50 COFFEE DESIGN | 18 | CS | 18 | CS | 334 | LB | 49 |
| 5342CD/ 78731985781/ | CUPS, PT 12OZ 20/50 COFFEE DESIGN | 36 | CS | 36 | CS | 915 | LB | 130 |
| 5342CDSBP/ 10078731953442/ | CUPS, PT 12OZ 6/160 COFFEE DESIGN | 10 | CS | 10 | CS | 231 | LB | 38 |
| 9542500DX/ 10078731919080/ | LIDS, PLS12/16/20 OZ HC DOME 10/50 WS SZ | 240 | CS | 240 | CS | 1,002 | LB | 202 |

**Georgia-Pacific**

**Page 5 of 7**

Ship To:
2177627
ESSENDANT-CRANBURY NJ 0150
100 LIBERTY WAY
CRANBURY NJ 08512

Sold To:
112004
ESSENDANT-CRANBURY NJ 0150
100 LIBERTY WAY
CRANBURY NJ 08512

Ship From:
Shippensburg DC (1458)
234 Walnut Bottom Road
Shippensburg PA 17257

| | |
|---|---|
| Print Date: | 04/25/2023 16:19:45 |
| Delivery Date: | 04/24/2023 |
| Delivery Appt: | 23:59:00 |
| Carrier: | CUSTOMER PICK UP |
| Trailer #: | 32069/LIVE |
| Trailer Length: | CPU |
| **Bill of Lading:** | **00304006177296003** |
| **SID:** | **6177296** |

**Delivery:** 8002014330 **Customer PO:** 5013308 **Order:** 401434047 **Stop:** 01

| SKU#/ UPC/GTIN/ Customer Item# | Description | Sls. Qty | UoM | Base Qty | UoM | Weight | UoM | Volume |
|---|---|---|---|---|---|---|---|---|
| CP10DX/ 10078731885385/ | CUPS, PLS 10OZ 20/25 PETE WISE SIZE | 135 | CS | 135 | CS | 1,768 | LB | 173 |
| FH517/ 10078731903096/ | CUTLERY, PS FK HW 1/1000 BLK | 10 | CS | 10 | CS | 120 | LB | 8 |
| FH53C7/ 10078731903102/ | CUTLERY, PS FK HW 7 125IN 1/1000 BLK WRP | 12 | CS | 12 | CS | 145 | LB | 11 |
| FM5W540/ 10078731958034/ | CUTLERY, PS WRAP FK MW 6/90 BLK | 12 | CS | 12 | CS | 83 | LB | 15 |
| KH517/ 10078731903256/ | CUTLERY, PS KF HW 1/1000 BLK | 16 | CS | 16 | CS | 184 | LB | 7 |
| KM5W540/ 10078731958041/ | CUTLERY, PS WRAP KN MW 6/90 BLK | 6 | CS | 6 | CS | 36 | LB | 7 |
| PTH53C/ 78731874184/ | Cutlery, WRP HVYWEIGHT POLYPROP BLK TSPN | 12 | CS | 12 | CS | 123 | LB | 10 |
| RP1008/ 10078731914993/ | TRAYS, KL100 1 LB 4/250 RED PLAID | 16 | CS | 16 | CS | 256 | LB | 13 |
| SH217/ 10078731903382/ | CUTLERY, PS SP HW 1/1000 WHITE | 24 | CS | 24 | CS | 273 | LB | 15 |



**Georgia-Pacific**

**Page 6 of 7**

| | |
|---|---|
| **Ship To:** | |
| 2177627 | Print Date: 04/25/2023 16:19:45 |
| ESSENDANT-CRANBURY NJ 0150 | Delivery Date: 04/24/2023 |
| 100 LIBERTY WAY | Delivery Appt: 23:59:00 |
| CRANBURY NJ 08512 | Carrier: CUSTOMER PICK UP |
| **Sold To:** | Trailer #: 32069/LIVE |
| 112004 | Trailer Length: CPU |
| ESSENDANT-CRANBURY NJ 0150 | **Bill of Lading: 00304006177296003** |
| 100 LIBERTY WAY | **SID: 6177296** |
| CRANBURY NJ 08512 | |
| **Ship From:** | |
| Shippensburg DC (1458) | |
| 234 Walnut Bottom Road | |
| Shippensburg PA 17257 | |

**Delivery:** 8002014330 **Customer PO:** 5013308 **Order:** 401434047 **Stop:** 01

| SKU#/ UPC/GTIN/ Customer Item# | Description | Sls. Qty | UoM | Base Qty | UoM | Weight | UoM | Volume |
|---|---|---|---|---|---|---|---|---|
| SH53C7/ 10078731903386/ | CUTLERY, PS SP HW 1/1000 BLK | 12 | CS | 12 | CS | 142 | LB | 9 |
| SSF21P/ 10078731937459/ | CUTLERY, PP FORK MW 24/40 SMART STOCK | 21 | CS | 21 | CS | 103 | LB | 10 |
| SSFD120/ 10078731942644/ | DISPENSER, MANUAL PS FK 120 | 5 | CS | 5 | CS | 47 | LB | 6 |
| SSKD120/ 10078731942668/ | DISPENSER, MANUAL PS KF 120 | 8 | CS | 8 | CS | 76 | LB | 10 |
| SSSD120/ 10078731942651/ | DISPENSER, MANUAL PS SPOON 120 | 1 | CS | 1 | CS | 9 | LB | 1 |
| SSW3D85/ 10078731965650/ | SS DISPENSER, WRAPPED PP 3 PK LEASED | 1 | CS | 1 | CS | 10 | LB | 1 |
| SX11PLPATH/ 10078731940268/ | PLATES, PPR 8 5/8 IN X 11 IN 4/125 PATH | 65 | CS | 65 | CS | 1,511 | LB | 106 |
| SX12PATH/ 10078731940275/ | BOWLS, HD 12OZ 8/125 PATH | 12 | CS | 12 | CS | 281 | LB | 17 |
| SX20PATH/ 10078731940282/ | BOWLS, SX 20 OZ 4/125 PATHWAYS | 45 | CS | 45 | CS | 797 | LB | 59 |


Georgia-Pacific

**Page 7 of 7**

Ship To:
2177627
ESSENDANT-CRANBURY NJ 0150
100 LIBERTY WAY
CRANBURY NJ 08512
Sold To:
112004
ESSENDANT-CRANBURY NJ 0150
100 LIBERTY WAY
CRANBURY NJ 08512
Ship From:
Shippensburg DC (1458)
234 Walnut Bottom Road
Shippensburg PA 17257

| | |
|---|---|
| Print Date: | 04/25/2023    16:19:45 |
| Delivery Date: | 04/24/2023 |
| Delivery Appt: | 23:59:00 |
| Carrier: | CUSTOMER PICK UP |
| Trailer #: | 32069/LIVE |
| Trailer Length: | CPU |
| Bill of Lading: | 00304006177296003 |
| SID: | 6177296 |

| Delivery: | 8002014330 | Customer PO: | 5013308 | Order: | 401434047 | Stop: | 01 |
|---|---|---|---|---|---|---|---|

| SKU#/ UPC/GTIN/ Customer Item# | Description | Sls. Qty | Sls. UoM | Base Qty | Base UoM | Weight | UoM | Volume |
|---|---|---|---|---|---|---|---|---|
| SXP8PATH/ 10078731949469/ | PLATES, SXP 5 7/8 IN 4/250 PATH | 24 | CS | 24 | CS | 276 | LB | 15 |
| SXP6WS/ 10078731949483/ | PLATES, SXP 5 7/8 IN 4/125 WISESIZE PATH | 36 | CS | 36 | CS | 195 | LB | 12 |
| UX7WS/ 10078731940350/ | PLATES, UX 6 7/8 IN 4/125 PATH WISE SIZE | 90 | CS | 90 | CS | 821 | LB | 45 |
| UX9PATH/ 10078731940367/ | PLATES, UX 8 1/2 IN 8/125 PATH | 120 | CS | 120 | CS | 3,779 | LB | 224 |
| UX9WS/ 10078731940381/ | PLATES, UX 8 1/2 IN 4/125 PATH WISE SIZE | 50 | CS | 50 | CS | 787 | LB | 44 |
| WNP9OD/ 10078731021820/ | PLATES, PPR 9 IN 4/250 WNP WISE SIZE | 40 | CS | 40 | CS | 700 | LB | 38 |

| Total for delivery | Platform Weight : 1160 | 1,184 | | 1,184 | | 16,752 | | 1,535 |
|---|---|---|---|---|---|---|---|---|

**OS&D Message:**
**Driver/Consignee must perform case count at Consignee and call Georgia-Pacific immediately** before leaving the
Customer's facility in the event of an overage, shortage, damage, wet, or any delivery problems.

**For CPSIA Certificates of Conformity, go to www.gp.com/certificate andreference the UPC.**

(Uniform Domestic Straight Bill of Lading adopted by Carrier's in Official, Southern, Western and Illinois Classification

| 1 |

B.O.L NO.

# UNIFORM STRAIGHT BILL OF LADING

Original — Not Negotiable

AGENT'S NO. _____

CARRIER: SEMICAB     717 513 8525

VEHICLE NO. nor18

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406     04/27/2023     From    Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2
ROUTE Prepaid FOB ORGIN

SEALS     297768

FREIGHT

CUSTOMER ID NO. 825758     SALES ORDER NO. 641245757     ORDER DATE 04/11/2023

CUSTOMER P.O. NO. RS40324806

(Mail or street address of consignee—For purposes of notification only.)

Consigned to

CHEWY.COM
600 NEW COMMERCE BLVD
HANOVER TWP PA 18706
USA
PHONE # : directions only
Delivery Date 04/26/2023   297768
Time

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO 64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4/27/23  TIME IN: 4:00AM  TIME OUT: | | | |
| | SCHED APPT DATE/TIME: | | | |
| 2,283 bags | # OF PALLETS RECEIVED 29 FULL 9 MIXED | 41,134 | | |
| 2,263 cases | RECEIPT DATE : | TIME IN: | | |
| 0 bales | INTACT SEAL NUMBER : | TIME OUT: | | |
| | RECEIVED BY: | | | |
| | SCHED APPT DATE/TIME: | | | |
| | 2.18 | | | |
| | A-7am | | | |
| | D-83 | | | |
| | F-819am | | | |

RECEIVED 4/27 by 8B

| | | PRODUCT TOTAL CUBIC FEET | 1,882 | |
| | SDI 19,827 | | | |
| | PDI 21,308 | PRODUCT UNIT WEIGHT | 41,134 # | |
| LYLF | P/D    0 | 38 PALLETS | 2,405 # | |
| | S/D    0 | GROSS WEIGHT | 43,539 # | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is _____ per _____
hereby specifically stated by the shipper to be not exceeding _____

Shipper _____

HILL'S PET NUTRITION, INC.     Per _____

Per _____     Agent
Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

# UNIFORM STRAIGHT BILL OF LADING

(Uniform Domestic Straight Bill of Lading adopted by Carrier's in Official, Southern, Western and other classification territories, march 15, 1922)

1

B.O.L. NO. 79339

Original — Not Negotiable

AGENT'S NO. _____

**CARRIER:** SEMICAB    717 437 3220    VEHICLE NO. nor78

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

At York, PA 17406    04/26/2023    From Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to "said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2
ROUTE Prepaid FOB ORGIN    SEALS    297656

FREIGHT

CUSTOMER ID NO. 825758    SALES ORDER NO. 641297544    ORDER DATE 04/17/2023
CUSTOMER P.O. NO. RS40335811

Consigned to    (Mail or street address of consignee—For purposes of notification only.)

PROTECT FROM FREEZING

CHEWY. COM
600 NEW COMMERCE BLVD
HANOVER TWP PA 18706
USA
PHONE # : directions only
Delivery Date 4/26/2023    297656
Time

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO 64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4-26-23 TIME IN: 8:00 pm TIME OUT: 8:15 pm | | | |
| | SCHED APPT DATE/TIME: | | | |
| 1,588 bags | # OF PALLETS RECEIVED ____ FULL ___ MIXED ____ | 39,075 | | |
| 902 cases | RECEIPT DATE : | | | |
| 0 bales | INTACT SEAL NUMBER : _____ | TIME IN: | | |
| | RECEIVED BY: _____ | TIME OUT: | | |
| | SCHED APPT DATE/TIME: _____ | | | |

4-76
D-83
A-9am
F-1131am

RECEIVED by

| | | PRODUCT TOTAL CUBIC FEET | 1,709 | | |
| SDI | 22,401 | PRODUCT UNIT WEIGHT | 39,075 # | | |
| PDI | 16,673 | PALLETS | 2,470 # | | |
| LYLF P/D | 0 | GROSS WEIGHT | 41,545 # | | |
| S/D | 0 | | | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper _____ Agent

HILL'S PET NUTRITION, INC.

Per _____
Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

Per _____ 4-26-23

(Uniform Domestic Straight Bill of Lading adopted by Carrier's in Official, Southern, Western and Illinois Classification territories)

**2** THIS SHIPPING ORDER

B.O.L. NO. _____ 336

AGENT'S NO. _____

VEHICLE NO. NOR111

CARRIER: SEMICAB

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406      04/27/2023      From Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2

ROUTE Prepaid FOB ORGIN      (717) 953-6750      SEALS 0297893

FREIGHT

CUSTOMER ID NO. 825758      SALES ORDER NO. 641297430      ORDER DATE 04/17/2023

CUSTOMER P.O. NO. R540335810

(Mail or street address of consignee—For purposes of notification only.)

Consigned to

CHEWY.COM
600 NEW COMMERCE BLVD
HANOVER TWP PA 18706
USA
PHONE #: directions only
Delivery Date 4/26/2023 0297893
Time

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO 64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4-27 TIME IN: 7:00am TIME OUT: 7:17am | | | |
| | SCHED APPT DATE/TIME: _____ | | | |
| 1,579 bags | # OF PALLETS RECEIVED 34 FULL 6 MIXED | 40,628 | | |
| 299 cases | RECEIPT DATE _____ | | TIME IN: | |
| 0 bales | INTACT SEAL NUMBER : _____ | | TIME OUT: | |
| | RECEIVED BY : _____ | | | |
| | SCHED APPT DATE/TIME: _____ | | | |

Y-111
D-118
A-1030am
F-23pm

RECEIVED
D.B 4/25 By SB

| | | | | |
|---|---|---|---|---|
| SDI | 19,348 | PRODUCT TOTAL CUBIC FEET | 1,865 | |
| PDI | 21,280 | PRODUCT UNIT WEIGHT | 40,628 # | |
| LYLF P/D | 0 | 40 PALLETS | 2,600 # | |
| S/D | 0 | GROSS WEIGHT | 43,228 # | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper _____ 4-27-23      Agent

HILL'S PET NUTRITION, INC.

Per _____      Per _____

Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

(Uniform Domestic Straight Bill of Lading adopted by Carrier's in Official, Southern, Western and Illinois Classification territories, March 15, 1922, as amended August 1, 1930, and June 15, 1947.)

Case 1:24-cv-02163-WMR Document 15-2 Filed 06/05/24 Page 186 of 287

**2**   THIS SHIPPING ORDER

Freight Bill of Lading or in Carton, and retained by the Agent.

AGENT'S NO. _____

**CARRIER:** SEMICAB

VEHICLE NO. NOR107

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406      04/27/2023      From Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2
ROUTE Prepaid FOB ORGIN                                    SEALS      0297762

FREIGHT

CUSTOMER ID NO. 952358      SALES ORDER NO. 641325356      ORDER DATE 04/19/2023

CUSTOMER P.O. NO. RS40337901

(Mail or street address of consignee—For purposes of notification only.)

Consigned to

CHEWY LEWISBERRY MDT1          PROTECT FROM FREEZING
MDT1
100 GOODMAN DR                 REMIT FREIGHT CHARGES TO :
LEWISBERRY PA 17339            DATA FREIGHT INC
USA                            907 NE COLBERN RD.
Delivery Date # : directions only    LEES SUMMIT MO 64086
Time  04/26/2023  0297762            USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4/27/23 TIME IN: 10:00 AM TIME OUT: 10:15 AM | 10,15 AM | | |
| | SCHED APPT DATE/TIME: | | | |
| 1,413 bags | # OF PALLETS RECEIVED ___FULL___MIXED___ | 37,424 | | |
| 1,614 cases | RECEIPT DATE | TIME IN: | | |
| 0 bales | INTACT SEAL NUMBER : | TIME OUT: | | |
| | RECEIVED BY: | | | |
| | SCHED APPT Chewy hereby acknowledges receipt of delivery in connection with vendor's bill of | | | |
| 107 | lading # | | | |
| 69 | In accordance with Chewy's offloading policy. | | | |
| 110 | Chewy will provide reconciliation to vendor within 7 business days of actual items vs. items set forth on the bill of lading   L- 107 | | | |
| | Received by: 4/27/23   D- 69  A#110/5 AM | | | |
| | Date:   F-34  PC- | | | |

| | | PRODUCT TOTAL CUBIC FEET | 1,503 | |
|---|---|---|---|---|
| SDI | 16,835 | | | |
| PDI | 20,589 | PRODUCT UNIT WEIGHT | 37,424 # | |
| LYLF P/D | 0 | PALLETS | 2,145 # | |
| S/D | 0 | GROSS WEIGHT | 39,569 # | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper   S Segura                              Agent

HILL'S PET NUTRITION, INC.        Per _____

Per _____
Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

| 1 | UNIFORM STRAIGHT BILL OF LADING | B.O.L. NO. 9338 |

Original — Not Negotiable

AGENT'S NO. _____

CARRIER: SEMICAB

VEHICLE NO. NOR54

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

At York, PA 17406     04/27/2023     From     Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2
ROUTE Prepaid FOB ORGIN

FREIGHT

SEALS     0297852

L: NOR54
D: 120
A: 1635
F: 1819
PC: 35

CUSTOMER ID NO. 825758     SALES ORDER NO. 641325308     ORDER DATE 04/19/2023

CUSTOMER P.O. NO. P540337974

Consigned to     (Mail or street address of consignee--For purposes of notification only.)

CHEWY.COM
600 NEW COMMERCE BLVD
HANOVER TWP PA 18706
USA
PHONE # : directions only
Delivery Date 04/26/2023     0297852
Time

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO 64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4-27-23 TIME IN: 10:50 TIME OUT: 10:59 | | | |
| | SCHED APPT DATE/TIME: | | | |
| 1,503 bags | # OF PALLETS RECEIVED 24 FULL 11 MIXED | 36,572 | | |
| 859 cases | RECEIPT DATE : | | 4:30 | |
| 0 bales | INTACT SEAL NUMBER : | TIME IN: 4:30 | | |
| | RECEIVED BY: | TIME OUT: 6:30 | | |
| | SCHED APPT DATE/TIME: | | | |
| | 717-994-1647 | | | |
| | RECEIVED | | | |
| | Date 4/27/23 by DR | | | |

| | | | | |
|---|---|---|---|---|
| | SDI 12,147 | PRODUCT TOTAL CUBIC FEET | 1,503 | |
| | PDI 24,426 | PRODUCT UNIT WEIGHT | 36,572 # | |
| LYLF | P/D 0 | 35 PALLETS | 2,210 # | |
| | S/D 0 | GROSS WEIGHT | 38,782 # | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper _____ -DP     Agen

HILL'S PET NUTRITION, INC.     Per _____

Per _____
Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

# UNIFORM STRAIGHT BILL OF LADING

**B.O.L. NO.** 8209335

Original — Not Negotiable

7:00 pm

AGENT'S NO. _____

**CARRIER:** SEMICAB

VEHICLE NO. NOR104

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

At York, PA 17406    04/27/2023    From Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2
ROUTE Prepaid FOB ORGIN

SEALS    0297882

FREIGHT

CUSTOMER ID NO. 852358    SALES ORDER NO. 641325443    ORDER DATE 04/19/2023

CUSTOMER P.O. NO. RS40337903

Consigned to    (Mail or street address of consignee—For purposes of notification only.)

CHEWY LEWISBERRY MDT1
MDT1
100 GOODMAN DR
LEWISBERRY PA   17339
USA
PHONE #  :  directions only
Time 04/26/2023  0297882

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO  64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4-27-23 TIME IN: 11:50 Am TIME OUT: 12:03 pm. | | | |
| | SCHED APPT DATE/TIME: | | | |
| 1,262 bags | # OF PALLETS RECEIVED 31 FULL 3 MIXED | 39,235 | | |
| 1,645 cases | RECEIPT DATE : | TIME IN: 17:00 | | |
| 0 bales | INTACT SEAL NUMBER : | TIME OUT: 19:26 | | |
| | RECEIVED BY: | | | |
| | SCHED APPT DATE/TIME: | | | |

Chewy hereby acknowledges receipt of delivery in connection with vendor's bill of lading # _____
In accordance with Chewy's offloading policy, Chewy will provide reconciliation to vendor within 7 business days of actual items vs. items set forth on the bill of lading

L- NOR 104
D- 74
A- 18.00
Received by: Ron Stoner    F- 2:21 pm
4-27-23    PC- 34

| | | PRODUCT T Date: CUBIC FEET | | |
|---|---|---|---|---|
| | SDI 17,265 | PRODUCT TO CUBIC FEET | | |
| | PDI 21,968 | PRODUCT UNIT WEIGHT | 39,235 # | |
| LYLF | P/D 0 | 34 PALLETS | 2,275 # | |
| | S/D 0 | GROSS WEIGHT | 41,510 # | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ Per _____

Shipper _____    Agent

HILL'S PET NUTRITION, INC.    Per Justin Henry or 4-27-23

Per _____
Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

# UNIFORM STRAIGHT BILL OF LADING

B.O.L. NO. 97337

(Uniform Domestic Straight Bill of Lading adopted by Carrier's in Official, Southern, Western and Illinois Classification territories)

Original — Not Negotiable

AGENT'S NO. _____

**CARRIER:** SEMICAB

VEHICLE NO. NOR103

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

**At** York, PA 17406      04/27/2023      **From** Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2
ROUTE Prepaid FOB ORGIN

SEALS      0297786

FREIGHT

CUSTOMER ID NO. 825758      SALES ORDER NO. 641245292      ORDER DATE 04/11/2023

CUSTOMER P.O. NO. RS40324807

| Consigned to (Mail or street address of consignee--For purposes of notification only.) | PROTECT FROM FREEZING |
|---|---|
| CHEWY.COM<br>600 NEW COMMERCE BLVD<br>HANOVER TWP PA 18706<br>USA<br>PHONE # : directions only<br>Delivery Date 04/26/2023  0297786<br>Time | REMIT FREIGHT CHARGES TO :<br>DATA FREIGHT INC<br>907 NE COLBERN RD<br>LEES SUMMIT MO 64086<br>USA  77-513-2840 |

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4/27/23 TIME IN: 1225PM TIME OUT: 1240PM | | | |
| | SCHED APPT DATE/TIME: _____ | | | |
| 1,929 bags | # OF PALLETS RECEIVED ___ FULL ___ MIXED ___ | 41,740 | | |
| 1,053 cases | RECEIPT DATE : _____ | | | |
| 0 bales | INTACT SEAL NUMBER : _____ | TIME IN: | | |
| | RECEIVED BY: _____ | TIME OUT: | | |
| | SCHED APPT DATE/TIME: _____ | | | |

L: NOR103
D: 109
A: 1630
F: 2159
PC: 40

RECEIVED
4/22/23 by DR

| | | | | |
|---|---|---|---|---|
| | SDI | 25,848 | PRODUCT TOTAL CUBIC FEET | 1,685 |
| LYLF | PDI | 15,892 | PRODUCT UNIT WEIGHT | 41,740 # |
| | P/D | 0 | 40 PALLETS | 2,665 # |
| | S/D | 0 | GROSS WEIGHT | 44,405 # |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper ___S Begira___ Agent

**HILL'S PET NUTRITION, INC.**

Per _____      Per _____
Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

Original — Not Negotiable

AGENT's NO. _____

**CARRIER:** SEMICAB

VEHICLE NO. NOR45

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

At York, PA 17406        04/28/2023        From   Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said compan (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery a said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of sai property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall b subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted fo himself and his assigns.

1-2
ROUTE Prepaid FOB ORGIN

FREIGHT

SEALS       297759

CUSTOMER ID NO. 768842        SALES ORDER NO. 641331872        ORDER DATE  04/19/2023

CUSTOMER P.O. NO. 21433371

Consigned to    (Mail or street address of consignee—For purposes of notification only.)

PROTECT FROM FREEZING

PETCO #810
257 PROSPECT PLAINS RD
CRANBURY NJ  08512-3703
USA
PHONE # : 6098194466-11... directions
Delivery Date/
Title  04/27/2023  297759

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO  64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4/28/23 TIME IN: 3:10AM TIME OUT: | | | |
| | SCHED APPT DATE/TIME: | | | |
| 1,807 bags | # OF PALLETS RECEIVED 35 FULL___MIXED_____ | 34,271 | | |
| 17 cases | RECEIPT DATE : | | | |
| 0 bales | INTACT SEAL NUMBER : | TIME IN: | | |
| | RECEIVED BY: | TIME OUT: | | |
| | SCHED APPT DATE/TIME: | | | |
| | | | | |
| | Jase Gutierez 04-28-23 8:18 Am | | | |

| | | | | | |
|---|---|---|---|---|---|
| | SDI | 30,743 | PRODUCT TOTAL CUBIC FEET | 1,584 | |
| | PDI | 3,527 | PRODUCT UNIT WEIGHT | 34,271 # | |
| LYLF | P/D | 0 | 35 PALLETS | 2,145 # | |
| | S/D | 0 | GROSS WEIGHT | 36,416 # | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper _____

Per _____       HILL'S PET NUTRITION, INC.       Per _____       _____ Agent.

Permanent post office address of shipper  P.O. Box 148, Topeka, Kansas 66601

1

Original — Not Negotiable

AGENT'S NO. _____

CARRIER: SEMICAB

VEHICLE NO. NOR47

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

At York, PA 17406        04/27/2023        From Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said compan (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery a said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of sai property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall b subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted fo himself and his assigns.

1-2

ROUTE Prepaid FOB ORGIN

FREIGHT (717)953-6750

SEALS        297659

CUSTOMER ID NO. 768842        SALES ORDER NO. 641331948        ORDER DATE 04/19/2023

CUSTOMER P.O. NO. 21433372

Consigned to        (Mail or street address of consignee—For purposes of notification only.)

PETCO #810
257 PROSPECT PLAINS RD
CRANBURY NJ  08512-3703
USA
PHONE # : 6098194466-11... directions
Delivery Date/
Time 04/27/2023  NOR47

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO  64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4-27-23 TIME IN: 4:50pm TIME OUT: 3:10pm SCHED APPT DATE/TIME: | | | |
| 2,110 bags | # OF PALLETS RECEIVED ___ FULL ___ MIXED ___ | 41,338 | | |
| 1,127 cases | RECEIPT DATE : 04-28-23 | | | |
| 0 bales | INTACT SEAL NUMBER : ___ RECEIVED BY: HERIBERTO SCHED APPT DATE/TIME: | TIME IN: 6-50AM TIME OUT: 7-25AM | | |

| | | | | |
|---|---|---|---|---|
| | SDI  40,605 | PRODUCT TOTAL CUBIC FEET | 1,657 | |
| | PDI  733 | PRODUCT UNIT WEIGHT | 41,338 # | |
| LYLF | P/D  0 | 38 PALLETS | 2,340 # | |
| | S/D  0 | GROSS WEIGHT | 43,678 # | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____

Shipper                                        Agent.

Per _____                HILL'S PET NUTRITION, INC.        Per _____                4-27-2?

Permanent post office address of shipper  P.O. Box 148, Topeka, Kansas 66601

UNIFORM STRAIGHT BILL OF LADING

Original — Not Negotiable

AGENT'S NO. _____

CARRIER: SEMICAB *Noell*

VEHICLE NO. NOR44

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

At York, PA 17406        04/27/2023      From    Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery a said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of sai property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall b subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted fo himself and his assigns.

1-2
ROUTE Prepaid FOB ORGIN

FREIGHT

SEALS      0297861

CUSTOMER ID NO. 768842        SALES ORDER NO. 641331949       ORDER DATE  04/19/2023

CUSTOMER P.O. NO. 21433370

| Consigned to (Mail or street address of consignee—For purposes of notification only.) | |
|---|---|
| PETCO #810 | PROTECT FROM FREEZING |
| 257 PROSPECT PLAINS RD | |
| CRANBURY NJ  08512-3703 | REMIT FREIGHT CHARGES TO : |
| USA | DATA FREIGHT INC |
| PHONE # : 6098194466-11.25 directions | 907 NE COLBERN RD |
| Delivery Date/ | LEES SUMMIT MO  64086 |
| Time  04/27/2023  0297861 | USA |

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: _____ TIME IN: _____ TIME OUT: _____ | | | |
| | SCHED APPT DATE/TIME: | | | |
| 1,963 bags | # OF PALLETS RECEIVED 31 FULL 2 MIXED____ | 33,689 | | |
| 166 cases | RECEIPT DATE : | | | |
| 0 bales | INTACT SEAL NUMBER : | TIME IN: | | |
| | RECEIVED BY: | TIME OUT: | | |
| | SCHED APPT DATE/TIME: | | | |

| | | | | | |
|---|---|---|---|---|---|
| | SDI | 31,426 | PRODUCT TOTAL CUBIC FEET | 1,574 | |
| | PDI | 2,263 | PRODUCT UNIT WEIGHT | 33,689 # | |
| LYLF | P/D | 0 | 33 PALLETS | 2,210 # | |
| | S/D | 0 | GROSS WEIGHT | 35,899 # | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____

Shipper *Gordon Foltz* _____ Agent

Per _____     HILL'S PET NUTRITION, INC.     Per _____

Permanent post office address of shipper  P.O. Box 148, Topeka, Kansas 66601

**1**

**UNIFORM STRAIGHT BILL OF LADING**

Original — Not Negotiable

AGENT'S NO. _____

CARRIER: SEMICAB

VEHICLE NO. nor72

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

At York, PA 17406      04/28/2023      From  Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said compan (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery of sa said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of sa property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall b subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted fo himself and his assigns.

1-2
ROUTE Prepaid FOB ORGIN                     SEALS      0297715

FREIGHT

CUSTOMER ID NO. 768842      SALES ORDER NO. 641317768      ORDER DATE  04/18/2023
CUSTOMER P.O. NO. 21433352

| Consigned to (Mail or street address of consignee—For purposes of notification only.) | |
|---|---|
| PETCO #810<br>257 PROSPECT PLAINS RD<br>CRANBURY NJ  08512-3703<br>USA<br>PHONE # : 6098194466-11... directions<br>Delivery Date/<br>Time 04/27/2023  0297715 | PROTECT FROM FREEZING<br><br>REMIT FREIGHT CHARGES TO :<br>DATA FREIGHT INC<br>907 NE COLBERN RD<br>LEES SUMMIT MO  64086<br>USA |

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4/28/23 TIME IN: 7:15 TIME OUT: 7:22 AM<br>SCHED APPT DATE/TIME: | | | |
| 2,916 bags | # OF PALLETS RECEIVED 36 FULL___ MIXED 4 | 41,466 | | |
| 441 cases | RECEIPT DATE : | | | |
| 0 bales | INTACT SEAL NUMBER : | TIME IN: | | |
| | RECEIVED BY: | TIME OUT: | | |
| | SCHED APPT DATE/TIME: _____ Mike | | | |
| | 717 437 1309 | | | |

| | | | | | |
|---|---|---|---|---|---|
| | SDI | 38,231 | PRODUCT TOTAL CUBIC FEET | 1,887 | |
| | PDI | 3,135 | PRODUCT UNIT WEIGHT | 41,466 # | |
| LYLF | P/D | 0 | 40 PALLETS | 2,665 # | |
| | S/D | 0 | GROSS WEIGHT | 44,131 # | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____ per _____

Per _____      HILL'S PET NUTRITION, INC.

Shipper _____                                 Agent
Per _____

Permanent post office address of shipper  P.O. Box 148, Topeka, Kansas 66601

**1**

UNIFORM STRAIGHT BILL OF LADING

Original — Not Negotiable

AGENT'S NO. _____

B.O.L NO. 0297666

CARRIER: SEMICAB

VEHICLE NO. nor88

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406          04/28/2023          From Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2
ROUTE Prepaid FOB ORGIN          SEALS     0297666

FREIGHT

CUSTOMER ID NO. 768842          SALES ORDER NO. 641317771          ORDER DATE  04/18/2023

CUSTOMER P.O. NO. 21433351

| Consigned to | (Mail or street address of consignee—For purposes of notification only.) |
|---|---|
| PETCO #810 | PROTECT FROM FREEZING |
| 257 PROSPECT PLAINS RD | REMIT FREIGHT CHARGES TO : |
| CRANBURY NJ  08512-3703 | DATA FREIGHT INC |
| USA | 907 NE COLBERN RD |
| PHONE # : 6098194466-11... directions | LEES SUMMIT MO  64086 |
| Delivery Date/ | USA |
| Time 04/27/2023  0297666 | |

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4/28/23 TIME IN: 7:30 TIME OUT: 7:41 | | | |
| | SCHED APPT DATE/TIME: | | | |
| 2,316 bags | # OF PALLETS RECEIVED 35 FULL___ MIXED 2 | 38,592 | | |
| 100 cases | RECEIPT DATE : | | | |
| 0 bales | INTACT SEAL NUMBER : _____ | TIME IN: | | |
| | RECEIVED BY: _____ | TIME OUT: | | |
| | SCHED APPT DATE/TIME: | | | |
| | Alberto Cruz | | | |
| | 4/28/23 | | | |
| | 1:32 PM | | | |

| | | | |
|---|---|---|---|
| SDI | 37,592 | PRODUCT TOTAL CUBIC FEET | 1,687 |
| PDI | 1,001 | PRODUCT UNIT WEIGHT | 38,592 # |
| LYLF P/D | 0 | 37 PALLETS | 2,405 # |
| S/D | 0 | GROSS WEIGHT | 40,997 # |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

Shipper _____          Agent

HILL'S PET NUTRITION, INC.

Per _____          Per _____

Permanent post office address of shipper  P.O. Box 148, Topeka, Kansas 66601

tstic Straight Bill of Lading adopted by Carrier's in Official, Southern, Western and Illinois Classification...

# UNIFORM STRAIGHT BILL OF LADING

Original — Not Negotiable 7400

AGENT'S NO. _____

8:30 pm

VEHICLE NO. NOR113

## CARRIER: SEMICAB

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406       04/28/2023       From   Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery a said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted f himself and his assigns.

1-2

ROUTE Prepaid FOB ORGIN       SEALS    297654

FREIGHT

CUSTOMER ID NO. 852358       SALES ORDER NO. 641337431       ORDER DATE  04/20/2023

CUSTOMER P.O. NO. RS40345495

| Consigned to | (Mail or street address of consignee—For purposes of notification only.) |
| --- | --- |

CHEWY LEWISBERRY MDT1
MDT1
100 GOODMAN DR
LEWISBERRY PA  17339
USA
PHONE # :  directions only
Time 04/27/2023  297654

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO  64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
| --- | --- | --- | --- | --- |
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4-28-23 TIME IN: 3:41pm TIME OUT: 4:00pm SCHED APPT DATE/TIME: | 4:00pm | | |
| 1,291 bags | # OF PALLETS RECEIVED ____ FULL ____ MIXED ____ | 38,349 | | |
| 640 cases | RECEIPT DATE ____ | | | |
| 0 bales | INTACT SEAL NUMBER hereby acknowledges receipt or RECEIVED BY delivery in connection with vendor's bill of SCHED APPT lading # | TIME IN: ____ TIME OUT: ____ | | |
| | In accordance with Chewy's offloading policy. Chewy will provide reconciliation to vendor within 7 business days of actual items vs. items set forth on the bill of lading | 309 L-NOR113 D-74 A-1710 F-6:39 PC-35 | | |
| | Received by: AC | | | |
| | Date: 4/28/23 | | | |

| | | | PRODUCT TOTAL CUBIC FEET | 1,610 | | |
| SD1 | 23,031 | | PRODUCT UNIT WEIGHT | 38,349 # | | |
| PDI | 15,318 | | 35 PALLETS | 2,275 # | | |
| LYLF | P/D | 0 | GROSS WEIGHT | 40,624 # | | |
| | S/D | 0 | | | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper _____

HILL'S PET NUTRITION, INC.       Per _____

Per _____
Permanent post office address of shipper  P.O. Box 148, Topeka, Kansas 66601

| 1 | UNIFORM STRAIGHT BILL OF LADING | B.O. NO. 002364170 |

Original — Not Negotiable

AGENT'S NO. _____

**CARRIER:** SEMICAB

VEHICLE NO. nor72

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

At York, PA 17406     04/17/2023     From Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2
ROUTE Prepaid FOB ORGIN

SEALS     0297641

FREIGHT

CUSTOMER ID NO. 768842     SALES ORDER NO. 641237095     ORDER DATE 04/10/2023

CUSTOMER P.O. NO. 21433244

Consigned to     (Mail or street address of consignee—For purposes of notification only.)

PETCO #810
257 PROSPECT PLAINS RD
CRANBURY NJ  08512-3703
USA
PHONE # : 6098194466-11... directions
Delivery Date/Time
04/15/2023  0297641

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO  64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4/17/23 TIME IN: 5:45 TIME OUT: 5:56 pm | | | |
| | SCHED APPT DATE/TIME: | | | |
| 2,406 bags | # OF PALLETS RECEIVED 32 FULL___ MIXED 7 | 42,165 | | |
| 1,133 cases | RECEIPT DATE : | | | |
| 0 bales | INTACT SEAL NUMBER : | TIME IN: | | |
| | RECEIVED BY: | TIME OUT: | | |
| | SCHED APPT DATE/TIME: | | | |
| | 4/17/23  11:30 Am  39 pallets  Pepsi Tobax | | | |
| | SDI   38,002     PRODUCT TOTAL CUBIC FEET | 1,739 | | |
| | PDI    4,163     PRODUCT UNIT WEIGHT | 42,165 # | | |
| LYLF | P/D      0       39 PALLETS | 2,535 # | | |
| | S/D      0       GROSS WEIGHT | 44,700 # | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____     Per _____

Shipper _____     Agent

HILL'S PET NUTRITION, INC.     Per _____

Per _____
Permanent post office address of shipper  P.O. Box 148, Topeka, Kansas 66601

1

# UNIFORM STRAIGHT BILL OF LADING

Original — Not Negotiable

AGENT'S NO. _____

**CARRIER:** SEMICAB

VEHICLE NO. Nor53

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406     04/17/2023     **From** Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2
ROUTE Prepaid FOB ORGIN

SEALS    0297633

FREIGHT

CUSTOMER ID NO. 768842     SALES ORDER NO 641237100     ORDER DATE 04/10/2023

CUSTOMER P.O. NO. 21433243

Consigned to     (Mail or street address of consignee—For purposes of notification only.)

PETCO #810
257 PROSPECT PLAINS RD
CRANBURY NJ 08512-3703
USA
PHONE # : 6098194466-11... directions
Delivery Date/
Time
04/15/2023  0297633

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO 64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4/17/23 TIME IN: 9:07 TIME OUT: 9:17 | 9:17 | | |
| | SCHED APPT DATE/TIME: | | | |
| 2,854 bags | # OF PALLETS RECEIVED 34 FULL___ MIXED 6 | 41,691 | | |
| 979 cases | RECEIPT DATE : | | | |
| 0 bales | INTACT SEAL NUMBER : | TIME IN: 12:00 | 12:00 | |
| | RECEIVED BY: | TIME OUT: 1:45 | 1:45 | |
| | SCHED APPT DATE/TIME: | | | |

4/17/23
1:40 pm
40 pallets
Deepsi Tobar

| | | | |
|---|---|---|---|
| | SDI 40,322 | PRODUCT TOTAL CUBIC FEET | 1,844 |
| | PDI 1,271 | PRODUCT UNIT WEIGHT | 41,691 # |
| LYLF | P/D 0 | 40 PALLETS | 2,600 # |
| | S/D 0 | GROSS WEIGHT | 44,291 # |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper _____ Agent

Per _____     HILL'S PET NUTRITION, INC.     Per _____
Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

CARRIER: SEMICAB

VEHICLE NO. NOR54

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406     04/17/2023     From Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

ROUTE 1-2 Prepaid FOB ORGIN

SEALS 0297622

FREIGHT

CUSTOMER ID NO. 768842     SALES ORDER NO. 641237104     ORDER DATE 04/10/2023

CUSTOMER P.O. NO. 31433246

Consigned to (Mail or street address of consignee—For purposes of notification only.)

PETCO #310
257 PROSPECT PLAINS RD
CRANBURY NJ 08512-3703
USA
PHONE # : 6098194466-11... directions

Delivery Date/Time

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO:
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO 64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food | | | |
| | PICKUP DATE: 4/17/23 TIME IN: 11:00 TIME OUT: 11:10 | | | |
| | SCHED APPT DATE/TIME: | | | |
| 2,160 bags | # OF PALLETS RECEIVED 33 FULL 4 MIXED | 38,917 | | |
| 600 cases | RECEIPT DATE: | | | |
| 0 bales | INTACT SEAL NUMBER : | TIME IN: | | |
| | RECEIVED BY: | TIME OUT: | | |
| | SCHED APPT DATE/TIME: | | | |
| | Mike 717 437 1309 | | | |

| | | | | | |
|---|---|---|---|---|---|
| | SDI | 38,735 | PRODUCT TOTAL CUBIC FEET | 1,734 | |
| | PDI | 2,182 | PRODUCT UNIT WEIGHT | 38,917 # | |
| LYLF | P/D | 0 | PALLETS | 2,470 # | |
| | S/D | 0 | GROSS WEIGHT | 41,387 # | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ___ per ___

Shipper ___     Agent ___

HILL'S PET NUTRITION, INC.

Per ___

Per ___

Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

UNIFORM STRAIGHT BILL OF LADING

**B.O.L. NO.** 4953

**1**

Original — Not Negotiable

AGENT'S NO. _____

VEHICLE NO. NOR88

**CARRIER:** SEMICAB

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406      04/17/2023      From Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2
ROUTE Prepaid FOB ORGIN

SEALS    0297748

FREIGHT

CUSTOMER ID NO. 785995       SALES ORDER NO. 641250532      ORDER DATE 04/11/2023

CUSTOMER P.O. NO. 855162771

(Mail or street address of consignee—For purposes of notification only.)

Consigned to

PETSMART DC #22
21 MARTHA DR
BETHEL PA 19507-6100
USA
PHONE # : 7179331770 directions only
Delivery Date 4/17/2023   0297748
Time

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO 64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4/17 TIME IN: 2:20 TIME OUT: 2:40 | | | |
| | SCHED APPT DATE/TIME: | | | |
| 2,838 bags | # OF PALLETS RECEIVED ____FULL___MIXED____ | 41,650 | | |
| 1,266 cases | RECEIPT DATE : | | | |
| 0 bales | INTACT SEAL NUMBER : | TIME IN: | | |
| | RECEIVED BY: | TIME OUT: | | |
| | SCHED APPT DATE/TIME: | | | |
| | | APR 18 AM6:57 | | |
| | Receiving 139 ASN/BOL# 0182369069 DD# 308 | DC22 Subject to Count Seal Intact? (Y) N Rcvd By Kelly Barlet Driver APR 18 AM7:28 | | |
| SDI | 41,650 | PRODUCT TOTAL CUBIC FEET | 1,688 | |
| PDI | 0 | PRODUCT UNIT WEIGHT | 41,650 # | |
| LYLF P/D | 0 | 37 PALLETS | 2,405 # | |
| S/D | 0 | GROSS WEIGHT | 44,055 # | |

"If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper _____    Agent _____

Per _____    HILL'S PET NUTRITION, INC.    Per _____

Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

AGENT'S NO. _____

**CARRIER:** SEMICAB

VEHICLE NO. NOR45

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

At York, PA 17406       04/18/2023       From    Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2

ROUTE Prepaid FOB ORGIN

SEALS       0297728

FREIGHT

CUSTOMER ID NO. 852358       SALES ORDER NO. 641231302       ORDER DATE 04/10/2023

CUSTOMER P.O. NO. R540323352

Consigned to       (Mail or street address of consignee—For purposes of notification only.)

PROTECT FROM FREEZING

CHEWY LEWISBERRY MDT1
MDT1
100 GOODMAN DR
LEWISBERRY PA   17339
USA
Delivery Date # :  directions only
Time      04/17/2023   0297728

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO   64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement, animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4/18/23 TIME IN: 7:30 TIME OUT: 7:50 SCHED APPT DATE/TIME: | | | |
| 1,314 bags | # OF PALLETS RECEIVED ___ FULL ___ MIXED ___ | 35,823 | | |
| 1,324 cases | RECEIPT DATE : _____ | Chewy hereby acknowledges receipt of | | |
| 0 bales | INTACT SEAL NUMBER : _____ | delivery in connection with vendor's bill of | | |
| | RECEIVED BY: _____ TIME OUT: _____ | lading # _____ | | |
| | SCHED APPT DATE/TIME: _____ | In accordance with Chewy's offloading policy. | | |
| | | Chewy will provide reconciliation to vendor | | |
| | | within 7 business days of actual items vs. | | |
| | | items set forth on the bill of lading | | |
| | | | L NOR45 | |
| | | Received by: _____ | D-72 | |
| | | | A 7:30AM | |
| | | Date: 4/18/23 | F 10:34 | |
| | | | PC 32 | |

| | | | | | |
|---|---|---|---|---|---|
| | SDI | 9,231 | PRODUCT TOTAL CUBIC FEET | 1,467 | |
| | PDI | 26,592 | PRODUCT UNIT WEIGHT | 35,823 # | |
| LYLF | R/D | 0 | 32 PALLETS | 2,080 # | |
| | S/D | 0 | GROSS WEIGHT | 37,903 # | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper   Silvia Segura _____ Agent.

HILL'S PET NUTRITION, INC.

Per _____        Per _____

Permanent post office address of shipper  P.O. Box 148, Topeka, Kansas 66601

1

# UNIFORM STRAIGHT BILL OF LADING

B.O.L NO. 949

Original — Not Negotiable

AGENT'S NO. _____

VEHICLE NO. NOR96

CARRIER: SEMICAB

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

At York, PA 17406    04/17/2023    From Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2
ROUTE Prepaid FOB ORGIN                          SEALS    0297642

FREIGHT

CUSTOMER ID NO. 852358        SALES ORDER NO 641231323        ORDER DATE  04/10/2023

CUSTOMER P.O. NO. RS40323351

Consigned to    (Mail or street address of consignee—For purposes of notification only.)

CHEWY LEWISBERRY MDT1
MDT1
100 GOODMAN DR
LEWISBERRY PA  17339
USA
PHONE # :  directions only
Time 04/17/2023  0297642

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO  64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food | | | |
| | PICKUP DATE: 4/17  TIME IN: 7:55  TIME OUT: 8:10 | | | |
| | SCHED APPT DATE/TIME: | | | |
| 2,535 bags | # OF PALLETS RECEIVED ____FULL___MIXED____ | 39,891 | | |
| 680 cases | RECEIPT DATE : | | | |
| 0 bales | INTACT SEAL NUMBER : | | | |
| | RECEIVED BY: | | | |
| | SCHED APPT DATE/TIME: | | | |
| | | | | L-NORQ6 |
| | 717t 457  13:09 | | | D-$72 |
| | Received by: Brian Smith | | | A-$HXT 3 |
| | Date: 4/18/23 | | | F-131PM 11:16AM |
| | | | | PC-39 |

| | | | | |
|---|---|---|---|---|
| | SDI  19,306 | PRODUCT TOTAL CUBIC FEET | 1,710 | |
| | PDI  20,487 | PRODUCT UNIT WEIGHT | 39,891 # | |
| LYLF | P/D  0 | 39  PALLETS | 2,535 # | |
| | S/D  0 | GROSS WEIGHT | 42,426 # | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

_____ per _____

Shipper _____                                          _____ Agent.

HILL'S PET NUTRITION, INC.

Per _____    Per _____

Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

| 1 | **UNIFORM STRAIGHT BILL OF LADING** | B.O.L. NO. 7001304950 |
|---|---|---|

Original — Not Negotiable

AGENT'S NO. _____

CARRIER: SEMICAB

VEHICLE NO. nor 52

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406    04/17/2023    From Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said c (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of deli said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder sl subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accep himself and his assigns.

1-2
ROUTE Prepaid FOB ORGIN    (717) 953-6750

FREIGHT

LIVE 130 pm
SEALS 0297745
4118 m3

CUSTOMER ID NO. 849011    SALES ORDER NO 641232037    ORDER DATE 04/10/2023

CUSTOMER P.O. NO. 5840323426

L52
D 73
Al03am 4l
PC 36
F8 00am

Consigned to    (Mail or street address of consignee—For purposes of notification only.)

CHEWY AVP2
AVP2
37 LAKEVIEW DR
JESSUP PA 18434
USA

Delivery Date # : directions only
Time 04/17/2023    0297745

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO 64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pall |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4/17/23 TIME IN: 1:06 TIME OUT: 1:36 SCHED APPT DATE/TIME: | | | |
| 1,747 bags | # OF PALLETS RECEIVED 23 FULL___ MIXED 13 | 40,360 | | |
| 1,849 cases | RECEIPT DATE | | | |
| 0 bales | INTACT SEAL NUMBER : _____ RECEIVED BY: _____ SCHED APPT DATE/TIME: _____ | TIME IN: _____ TIME OUT: _____ | | |
| | Chewy.com hereby acknowledges receipt of delivery in connection with vendor's bill of lading # _____. In accordance with Chewy.com's offloading policy, Chewy.com will conduct an inventory of all received items and will provide a reconciliation to vendor within 7 business days of actual received items. V. Items set forth on the bill of lading | | | |
| | Received by: _____ Date: 4-18-23 | | | |
| | SDI 22,555    PRODUCT TOTAL CUBIC FEET    1,551 | | | |
| LYLF | PDI 17,700    PRODUCT UNIT WEIGHT    40,360 # | | | |
| | P/D 0    36 PALLETS    2,405 # | | | |
| | S/D 0    GROSS WEIGHT    42,765 # | | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

Shipper _____    LL-17.22

HILL'S PET NUTRITION, INC

# UNIFORM STRAIGHT BILL OF LADING

**B.O.L. NO.** 4755 203 of 287

Original — Not Negotiable

AGENT'S NO. _____

**CARRIER:** SEMICAB

VEHICLE NO. nor113

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

At York, PA 17406    04/18/2023    From  Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2
ROUTE Prepaid FOB ORGIN

SEALS    297726

FREIGHT

CUSTOMER ID NO. 768842    SALES ORDER NO. 641237107    ORDER DATE  04/10/2023

CUSTOMER P.O. NO. 21433247

| Consigned to | (Mail or street address of consignee—For purposes of notification only.) | |
|---|---|---|

PROTECT FROM FREEZING

Consigned to
PETCO #810
257 PROSPECT PLAINS RD
CRANBURY NJ  08512-3703
USA
PHONE # : 6098194466-11... directions
Delivery Date/
Time 04/17/2023  297726

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO  64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4-18-23 TIME IN: 2:38pm TIME OUT: | 3:05pm | | |
| | SCHED APPT DATE/TIME: | | | |
| 3,399 bags | # OF PALLETS RECEIVED ____ FULL ___ MIXED ____ | 40,555 | | |
| 474 cases | RECEIPT DATE : | | | |
| 0 bales | INTACT SEAL NUMBER : | TIME IN: | | |
| | RECEIVED BY: | TIME OUT: | | |
| | SCHED APPT DATE/TIME: | | | |
| | Mike | | | |
| | Bionce Rodriges 717 437 1309 | | | |
| | 295 | | | |
| | 7:58pm | | | |
| | 4/18/23 | | | |

| | | | | |
|---|---|---|---|---|
| | SDI  37,193 | PRODUCT TOTAL CUBIC FEET | 1,855 | |
| | PDI  3,361 | PRODUCT UNIT WEIGHT | 40,555 # | |
| LYLF | P/D  0 | PALLETS | 2,665 # | |
| | S/D  0 | GROSS WEIGHT | 43,220 # | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper _____ Agent

Per _____    HILL'S PET NUTRITION, INC.    Per _____

Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

# UNIFORM STRAIGHT BILL OF LADING

1

**B.O.L. NO.** 756

Original — Not Negotiable

AGENT'S NO. _____

**CARRIER:** SEMICAB

**VEHICLE NO.** NOR50

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406     04/18/2023     From   Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2
ROUTE Prepaid FOB ORGIN

**SEALS** 0297730

FREIGHT

CUSTOMER ID NO. 768842     SALES ORDER NO. 641250134     ORDER DATE 04/11/2023

CUSTOMER P.O. NO. 21433286

Consigned to     (Mail or street address of consignee—For purposes of notification only.)

PROTECT FROM FREEZING

PETCO #810
257 PROSPECT PLAINS RD
CRANBURY NJ  08512-3703
USA
PHONE # : 6098194466-11... directions
Delivery Date/
Time 04/17/2023  0297730

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MD  64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4-18-23 TIME IN: 11:20 TIME OUT: 11:26 Am SCHED APPT DATE/TIME: | | | |
| 2,858 bags | # OF PALLETS RECEIVED 42 FULL 0 MIXED 0 | 42,393 | | |
| 374 cases | RECEIPT DATE : | | 3:15 | |
| 0 bales | INTACT SEAL NUMBER : | TIME IN: | | |
| | RECEIVED BY: | TIME OUT: | 5:30 | |
| | SCHED APPT DATE/TIME: | | | |
| | Bianca Rodrigues   308 | | | |
| | 5:30pm | | | |
| | 4/18/23 | | | |
| SDI | 42,393   PRODUCT TOTAL CUBIC FEET | 1,821 | | |
| PDI | 0   PRODUCT UNIT WEIGHT | 42,393 # | | |
| LYLF P/D | 0   42 PALLETS | 2,665 # | | |
| S/D | 0   GROSS WEIGHT | 45,058 # | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper _____ DP _____ Agent

HILL'S PET NUTRITION, INC.

Per _____     Per _____

Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

| 1 | **UNIFORM STRAIGHT BILL OF LADING** | **B.O.L NO.** 773 |

Original — Not Negotiable

AGENT'S NO. _____

CARRIER: SEMICAB

VEHICLE NO. NOR58

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406     04/17/2023     From  Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the said company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

ROUTE  1-2  Prepaid FOB ORGIN

717-994-2511

FREIGHT

SEALS  0297747

CUSTOMER ID NO. 825758     SALES ORDER NO. 641231866     ORDER DATE  04/10/2023

CUSTOMER P.O. NO. RS40323427

Consigned to     (Mail or street address of consignee—For purposes of notification only.)

PROTECT FROM FREEZING

CHEWY.COM
600 NEW COMMERCE BLVD
HANOVER TWP PA  18706
USA
PHONE # :  directions only
Delivery Date 04/17/2023   0297747
Time

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO  64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4/17  TIME IN: 3:40  TIME OUT: 3:55 | | | |
| | SCHED APPT DATE/TIME: | | | |
| 2,058 bags | # OF PALLETS RECEIVED ____ FULL ___ MIXED ___ | 41,227 | | |
| 996 cases | RECEIPT DATE : | | | |
| 0 bales | INTACT SEAL NUMBER : | TIME IN: | | |
| | RECEIVED BY: | TIME OUT: | | |
| | SCHED APPT DATE/TIME: | | | |

HILL's 04/17/23
C1540 04/18/23
OUT @ 1215
CHEWY @ 1435
OUT @ 1845

L-nor58
b-84
A-430pm
F-625pm

REC'V
Date 4/18/23  CC

| | SDI  21,295 | PRODUCT TOTAL CUBIC FEET | 1,765 | | |
| | PDI  19,933 | PRODUCT UNIT WEIGHT | 41,227 # | | |
| LYLF | P/D  0 | 38 PALLETS | 2,535 # | | |
| | S/D  0 | GROSS WEIGHT | 43,762 # | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper _____

HILL'S PET NUTRITION, INC.

Per _____     Per _____   04/17/23  SLQC     Agent

Permanent post office address of shipper  P.O. Box 148, Topeka, Kansas 66601

| 2 | THIS SHIPPING ORDER | **B.O.L. NO.** |

(Uniform Domestic Straight Bill of Lading adopted by Carrier's in Official, Southern... ...legibly filled in, in Ink, in Indelible Pencil ...carb...

AGENT'S NO. _____

VEHICLE NO. **NOR87**

**CARRIER:** SEMICAB

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406          04/19/2023          From   Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

ROUTE Prepaid FOB ORGIN          1-2          SEALS   0297700

FREIGHT

CUSTOMER ID NO. 785995          SALES ORDER NO. 641263439          ORDER DATE  04/12/2023

CUSTOMER P.O. NO. 855169803

Consigned to  (Mail or street address of consignee—For purposes of notification only.)

PETSMART DC #22
21 MARTHA DR
BETHEL PA  19507-6100
USA
PHONE # : 7179331770 directions only

Delivery Date 4/18/2023   0297700
Time

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO  64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4/19/23 TIME IN: 8:45 TIME OUT: 9:00 | | | |
| | SCHED APPT DATE/TIME: | | | |
| 1,955 bags | # OF PALLETS RECEIVED ___ FULL ___ MIXED ___ | 36,322 | | |
| 0 cases | RECEIPT DATE : | TIME IN: | | |
| 0 bales | INTACT SEAL NUMBER : | TIME OUT: | | |
| | RECEIVED BY: | | | |
| | SCHED APPT DATE/TIME: | DC22  Subject to Count | | |
| | | Seal Intact: (Y) N | | |
| | | Rcvd By  Kelly Barbet | | |
| | | APR 19 PM1:01 | | |
| | 0187321865 | | | |
| | 305 | APR 19 PM12:11 | | |

| | | | | |
|---|---|---|---|---|
| SDI | 36,322 | PRODUCT TOTAL CUBIC FEET | 1,733 | |
| PDI | 0 | PRODUCT UNIT WEIGHT | 36,322 # | |
| LYLF | P/D | 0 | 31 PALLETS | 2,405 # |
| | S/D | 0 | GROSS WEIGHT | 38,727 # |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper  S Segura

HILL'S PET NUTRITION, INC.          Per  Bob Turker          Agent

Per _____
Permanent post office address of shipper  P.O. Box 148, Topeka, Kansas 66601

# UNIFORM STRAIGHT BILL OF LADING

(Uniform Domestic Straight Bill of Lading adopted by Carrier's in Official, Southern Western

**B.O.L. NO.** ...309

**1**

Original — Not Negotiable

6:00 pm
74

AGENT'S NO. _____

VEHICLE NO. NOR96

CARRIER: SEMICAB

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406    04/19/2023    From Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2
ROUTE Prepaid FOB ORGIN

SEALS    297696

FREIGHT

CUSTOMER ID NO. 852358    SALES ORDER NO. 641245381    ORDER DATE  04/11/2023

CUSTOMER P.O. NO. RS40324731

Consigned to    (Mail or street address of consignee—For purposes of notification only.)

CHEWY LEWISBERRY MDT1
MDT1
100 GOODMAN DR
LEWISBERRY PA  17339
USA
PHONE # :  directions only
Time 04/18/2023  297696

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO  64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4-19-23 TIME IN: 2:35 pm TIME OUT: 3:00 pm | | | |
| | SCHED APPT DATE/TIME: | | | |
| 1,294 bags | # OF PALLETS RECEIVED ___ FULL ___ MIXED ___ | 40,628 | | |
| 1,005 cases | RECEIPT DATE : | | TIME IN: | |
| 0 bales | INTACT SEAL NUMBER : | | TIME OUT: | |
| | RECEIVED BY: | | | |
| | SCHED APPT DATE/TIME: | | | |
| | | Chewy hereby acknowledges receipt of delivery in connection with vendor's bill of lading # _____ In accordance with Chewy's offloading policy. Chewy will provide reconciliation to vendor within 7 business days of actual items vs. items set forth on the bill of lading | L- N10 A96 | |
| | | Received by: Dev Storch | D- P4 | |
| | | Date: 4-19-23 | A- 17:45 F- 6:30 pm PC- 36 | |
| | SDI  25,280    PRODUCT TOTAL CUBIC FEET | 1,667 | | |
| | PDI  15,348    PRODUCT UNIT WEIGHT | 40,628 # | | |
| LYLF | P/D  0    746 PALLETS | 2,340 # | | |
| | S/D  0    GROSS WEIGHT | 42,968 # | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is _____ per _____
hereby specifically stated by the shipper to be not exceeding _____

Shipper _____    Agent _____

HILL'S PET NUTRITION, INC.

Per _____    Per _____

Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

AGENT'S NO. _____

CARRIER: SEMICAB

VEHICLE NO. NOR53

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406          04/20/2023          From Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2

ROUTE Prepaid FOB ORGIN

FREIGHT

SEALS          0297779

CUSTOMER ID NO. 852358          SALES ORDER NO. 641256847          ORDER DATE 04/12/2023

CUSTOMER P.O. NO. R540325817

Consigned to          (Mail or street address of consignee—For purposes of notification only.)

CHEWY LEWISBERRY MDT1
MDT1
100 GOODMAN DR
LEWISBERRY PA 17339
USA

Delivery Date #          directions only
Time 04/19/2023   0297779

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO  64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4/20/23 TIME IN: 6:45 TIME OUT: 6:53 AM | | | |
| | SCHED APPT DATE/TIME: | | | |
| 1,602 bags | # OF PALLETS RECEIVED ____ FULL ____ MIXED ____ | 40,559 | | |
| 1,685 cases | RECEIPT DATE : | | | |
| 0 bales | INTACT SEAL NUMBER : | | | |
| | RECEIVED BY: | | | |
| | SCHED APPT DATE/TIME: | | | |

Chewy hereby acknowledges receipt of delivery in connection with vendor's bill of lading # _____ TIME OUT:

In accordance with Chewy's offloading policy. Chewy will provide reconciliation to vendor within 7 business days of actual items vs. items set forth on the bill of lading

Received by: _____

Date: 4/29/23

L-N025
D-775
A-734 AM
F-810
PC-39

| | | PRODUCT TOTAL CUBIC FEET | 1,755 | |
| SDI | 21,111 | PRODUCT UNIT WEIGHT | 40,559 # | |
| PDI | 19,448 | 39 PALLETS | 2,470 # | |
| LYLF P/D | 0 | GROSS WEIGHT | 43,029 # | |
| S/D | 0 | | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

HILL'S PET NUTRITION, INC.

Shipper _____          Agent

Per _____

ant post office address of shipper P.O. Box 148, Topeka, Kansas 66601

# UNIFORM STRAIGHT BILL OF LADING

B.O.L. NO. 6089

**1**

Original — Not Negotiable

AGENT'S NO. _____

**CARRIER:** SEMICAB

VEHICLE NO. NOR45

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

At York, PA 17406     04/19/2023     From Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2
ROUTE Prepaid FOB ORGIN

SEALS    297699

FREIGHT

CUSTOMER ID NO. 786351     SALES ORDER NO. 641273925     ORDER DATE 04/13/2023

CUSTOMER P.O. NO. 855183977

Consigned to    (Mail or street address of consignee—For purposes of notification only.)

PETSMART DC #22 BANFIELD
BANFIELD PET HOSPITAL
21 MARTHA DR
BETHEL PA  19507-6100
USA
DELIVERE # : 7179331770 directions only
Time 04/19/2023  297699

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO  64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4-14-23 TIME IN: 3:40 pm TIME OUT: 3:50 pm | | | |
| | SCHED APPT DATE/TIME: | | | |
| 3,425 bags | # OF PALLETS RECEIVED ____FULL___MIXED____ | 40,706 | | |
| 449 cases | RECEIPT DATE : | | | |
| 0 bales | INTACT SEAL NUMBER : | TIME IN: | | |
| | RECEIVED BY: | TIME OUT: | | |
| | SCHED APPT DATE/TIME: | | | |
| | | APR 19 PM 7:59 | | |
| | Receiving 139  018-416397 | APR 19 PM 8:44 | | |
| | ASN/BOL# | | | |
| | DD#  303 | | | |
| | | DC22 Subject to Count | | |
| | | Seal Intact: N | | |
| | | Rcvd By Wes Barrall | | |
| | SD1     0     PRODUCT TOTAL CUBIC FEET | 1,910 | | |
| | FDI  40,706  PRODUCT UNIT WEIGHT | 40,706 # | | |
| LYLF | P/D     0     44 PALLETS | 2,860 # | | |
| | S/D     0     GROSS WEIGHT | 43,566 # | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper _____ Sc 4-19.23     Agent

HILL'S PET NUTRITION, INC.

Per _____     Per _____

Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

**2**

**B.O.L. NO.** 6069

AGENT'S NO. _____

CARRIER: SEMICAB

VEHICLE NO. NOR47

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406      04/19/2023      From Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2

ROUTE Prepaid FOB ORGIN

SEALS    0297706    717-513-5625

FREIGHT

CUSTOMER ID NO. 849011      SALES ORDER NO. 641257336      ORDER DATE 04/12/2023

CUSTOMER P.O. NO. 8540325895

| Consigned to | (Mail or street address of consignee—For purposes of notification only.) |
|---|---|
| CHEWY AVP2 | |
| AVP2 | |
| 37 LAKEVIEW DR | |
| JESSUP PA 18434 | |
| USA | |
| Delivery Date # : directions only | |
| Time 04/19/2023 0297706 | |

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO 64086      Live 2pm
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | NOR47 | 83 | |
| | PICKUP DATE: 4/19/23 TIME IN: _____ TIME OUT: _____ | | 7:50 Am 4/20 | |
| | SCHED APPT DATE/TIME: | | 38 | |
| | | | 8:55am | |
| 2,578 bags | # OF PALLETS RECEIVED ____ FULL ___ MIXED ____ | 38,193 | | |
| 1,601 cases | RECEIPT DATE : | | | |
| 0 bales | INTACT SEAL NUMBER : | | TIME IN: | |
| | RECEIVED BY: | | TIME OUT: | |
| | SCHED APPT DATE/TIME: | | | |

Chewy.com hereby acknowledges receipt of delivery in
connection with vendor's bill of lading # _____
In accordance with Chewy.com's offloading policy,
Chewy.com will conduct an inventory of all received items
and will provide a reconciliation to vendor within
7 business days of actual received items.
V. items set forth on the bill of lading

Received by: _____
Date: _____

| | | | | |
|---|---|---|---|---|
| SDI | 16,765 | PRODUCT TOTAL CUBIC FEET | 1,620 | |
| PDI | 20,835 | PRODUCT UNIT WEIGHT | 38,193 # | |
| LYLF P/D | 0 | 38 PALLETS | 2,470 # | |
| S/D | 0 | GROSS WEIGHT | 40,663 # | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper _____ SSegna      Agent _____

Per _____
Permanent post office address of shipper  P.O. Box 148, Topeka, Kansas 66601

HILL'S PET NUTRITION, INC.

Per _____

AGENT'S NO. _____

**CARRIER:** SEMICAB

VEHICLE NO. NOR88

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

At York, PA 17406     04/20/2023     From   Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2

ROUTE Prepaid FOB ORGIN        SEALS    0297777

FREIGHT

CUSTOMER ID NO. 785995     SALES ORDER NO. 641274859     ORDER DATE 04/13/2023

CUSTOMER P.O. NO. 855184039

| Consigned to | (Mail or street address of consignee—For purposes of notification only.) |
|---|---|

PETSMART DC #22
21 MARTHA DR
BETHEL PA 19507-6100
USA
PHONE # : 7179331770 directions only
Delivery Date 4/19/2023 0297777
Time

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO 64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry pet food. | | | |
| | PICKUP DATE: 4-20-23 TIME IN: 11:00 TIME OUT: 11:04 | | | |
| | SCHED APPT DATE/TIME: | | | |
| 2,446 bags | # OF PALLETS RECEIVED 58 FULL __ MIXED __ | 39,260 | | |
| 0 cases | RECEIPT DATE : | | | |
| 0 bales | INTACT SEAL NUMBER : | TIME IN: 5:70 PM | | |
| | RECEIVED BY: | TIME OUT: 6:00 PM | | |
| | SCHED APPT DATE/TIME: 4/20/23 | | | |
| | | APR 20 PM 5:16 | | |
| | Receiving 139 ASN/BOL# 01823342 46 DD# 524 | APR 20 PM 6:02 | | |
| | | DC22 Subject to Count Seal Intact: 0 Rcvd By Wes Bartal | N | |
| | SDI 39,260   PRODUCT TOTAL CUBIC FEET | 1,611 | | |
| | PDI 0   PRODUCT UNIT WEIGHT | 39,260 # | | |
| LYLF | P/D 0   58 PALLETS | 2,470 # | | |
| | S/D 0   GROSS WEIGHT | 41,730 # | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper _____ Agent.

Per _____    HILL'S PET NUTRITION, INC.    Per _____

Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

**1**

# UNIFORM STRAIGHT BILL OF LADING

B.O.L. NO. 76088

Original — Not Negotiable

AGENT'S NO. _____

CARRIER: SEMICAB

VEHICLE NO. NOR49

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406    04/20/2023    From Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2
ROUTE Prepaid FOB ORGIN    (717)953-6750    SEALS    0297790

FREIGHT

CUSTOMER ID NO. 785995    SALES ORDER NO. 641274966    ORDER DATE 04/13/2023

CUSTOMER P.O. NO. 855184042

Consigned to    (Mail or street address of consignee—For purposes of notification only.)    PROTECT FROM FREEZING

PETSMART DC #22
21 MARTHA DR
BETHEL PA  19507-6100
USA
PHONE # : 7179331770 directions only
Delivery Date 4/19/2023   0297790
Time

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO  64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4-20-23 TIME IN: 00:02 TIME OUT: 08:21 | | | |
| | SCHED APPT DATE/TIME: | | | |
| 3,306 bags | # OF PALLETS RECEIVED 31 FULL 1 MIXED | 33,901 | | |
| 740 cases | RECEIPT DATE : | | | |
| 0 bales | INTACT SEAL NUMBER : | TIME IN: | | |
| | RECEIVED BY: | TIME OUT: | | |
| | SCHED APPT DATE/TIME: | | | |
| | DC22 Subject to Count Seal Intact: Y N Rcvd By Joe Cutt | | | |
| | Receiving 139 ASN/BOL# 0182416 561 DD# 312 | | | |
| | | APR 20 PM4:38 | | |
| | | APR 20 PM5:06 | | |

| | | | | |
|---|---|---|---|---|
| | SDT 33,901 | PRODUCT TOTAL CUBIC FEET | 1,497 | |
| | PDI 0 | PRODUCT UNIT WEIGHT | 33,901 # | |
| LYLF | P/D 0 | 32 PALLETS | 2,210 # | |
| | S/D 0 | GROSS WEIGHT | 36,111 # | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____

Per
Shipper _____

Per _____    Agen

HILL'S PET NUTRITION, INC.

Per _____
Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

Original — Not Negotiable

AGENT'S NO. _____

| CARRIER: SEMICAB | VEHICLE NO. NOR54 |

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

At York, PA 17406    04/19/2023    From    Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2
ROUTE Prepaid FOB ORGIN

FREIGHT

CUSTOMER ID NO. 825758    SALES ORDER NO. 641204136    ORDER DATE 04/06/2023

CUSTOMER P.O. NO. RS40321196

SEALS    0297689

L: NOR54
D: 120
A: 1734
F: 2201

| Consigned to | (Mail or street address of consignee—For purposes of notification only.) |

CHEWY.COM
600 NEW COMMERCE BLVD
HANOVER TWP PA 18706
USA
PHONE # : directions only
Delivery Date 4/19/2023    0297689
Time

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO 64086
USA

PC: 40

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4/19 TIME IN: 6:15 TIME OUT: 6:30 SCHED APPT DATE/TIME: | 6:30 | | |
| 1,943 bags | # OF PALLETS RECEIVED ___ FULL ___ MIXED ___ | 41,816 | | |
| 1,416 cases | RECEIPT DATE : | | | |
| 0 bales | INTACT SEAL NUMBER : | TIME IN: | | |
| | RECEIVED BY: | TIME OUT: | | |
| | SCHED APPT DATE/TIME: | | | |

717-994-1647

RECEIVED
4/20/23 By DK

| | SDI | 21,019 | PRODUCT TOTAL CUBIC FEET | 1,757 | | |
| | PDI | 20,797 | PRODUCT UNIT WEIGHT | 41,816 # | | |
| LYLF | P/D | 0 | 40 PALLETS | 2,600 # | | |
| | S/D | 0 | GROSS WEIGHT | 44,416 # | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE–Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

HILL'S PET NUTRITION, INC.

Shipper _____ Agent.

Per _____    Per _____

Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

# UNIFORM STRAIGHT BILL OF LADING

B.O. NO. 576091

**1**

Original — Not Negotiable

AGENT'S NO. _____

**CARRIER:** SEMICAB

VEHICLE NO. nor105

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

At York, PA 17406    04/20/2023    From Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2

ROUTE Prepaid FOB ORGIN

SEALS    297772

FREIGHT

CUSTOMER ID NO. 785995    SALES ORDER NO. 641274389    ORDER DATE 04/13/2023

CUSTOMER P.O. NO. 855184050

| Consigned to | (Mail or street address of consignee—For purposes of notification only.) |
|---|---|

PROTECT FROM FREEZING

PETSMART DC #22
21 MARTHA DR
BETHEL PA  19507-6100
USA
PHONE # : 7179331770 directions only
Delivery Date 4/19/2023  297772
Time

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO  64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4-20-2023 TIME IN: 4:40pm TIME OUT: 5:10pm | | | |
| | SCHED APPT DATE/TIME: | | | |
| 1,480 bags | # OF PALLETS RECEIVED ____FULL ____MIXED____ | 16,270 | | |
| 0 cases | RECEIPT DATE : | | | |
| 0 bales | INTACT SEAL NUMBER : | TIME IN: | | |
| | RECEIVED BY: | TIME OUT: | | |
| | SCHED APPT DATE/TIME: | | | |

HILLS
C 1620
OUTC 1650
PETSMART
C 1800
OUTC 1925

APR 20 PM6:18

APR 20 PM7:19

Receiving 139
ASN/BOL# 018235870
DD# 313

DC22
Subject to Count
Seal Intact: Ⓨ N
Rcvd By Wes Barrall

| | | | PRODUCT TOTAL CUBIC FEET | | 669 |
|---|---|---|---|---|---|
| | SDI | 16,270 | | | |
| | PDI | 0 | PRODUCT UNIT WEIGHT | | 16,270 # |
| LYLF | P/D | 0 | 15 PALLETS | | 975 # |
| | S/D | 0 | GROSS WEIGHT | | 17,245 # |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper _____

Agent

Per _____

HILL'S PET NUTRITION, INC.    Per _____   04/20/23

Permanent post office address of shipper  P.O. Box 148, Topeka, Kansas 66601

1

UNIFORM STRAIGHT BILL OF LADING

B.O. NO. 6075

Original — Not Negotiable

AGENT'S NO. _____

CARRIER: SEMICAB

VEHICLE NO. nor83

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

At York, PA 17406          04/20/2023          From Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2
ROUTE Prepaid FOB ORGIN

7M 994 2511          SEALS     297773

FREIGHT

CUSTOMER ID NO. 852358          SALES ORDER NO. 641256864          ORDER DATE 04/12/2023

CUSTOMER P.O. NO. RS40325818

Consigned to          (Mail or street address of consignee—For purposes of notification only.)

CHEWY LEWISBERRY MDT1
MDT1
100 GOODMAN DR
LEWISBERRY PA  17339
USA
PHONE # : directions only
Time 04/12/2023  297773

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO  64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4-20-23 TIME IN: 8:45 AM TIME OUT: 9:10 AM | | | |
| | SCHED APPT DATE/TIME: | | | |
| 885 bags | # OF PALLETS RECEIVED ____ FULL ___ MIXED ____ | 39,567 | | |
| 1,823 cases | RECEIPT DATE : | TIME IN: | | |
| 0 bales | INTACT SEAL NUMBER : | TIME OUT: | | |
| | RECEIVED BY: hwy hereby acknowledges receipt of | | | |
| | SCHED APPT DATE/TIME connection with vendor's bill of lading # | | | |
| | In accordance with Chewy's offloading policy. Chewy will provide reconciliation to vendor within 7 business days of actual items vs. items set forth on the bill of lading | L-NOR83 D-26 A-21:30 F-10:19 PC-31 | | |
| | Received by: AC | | | |
| | Date: 4/20/23 | | | |
| SDI | 24,439          PRODUCT TOTAL CUBIC FEET | 1,445 | | |
| PDI | 15,128          PRODUCT UNIT WEIGHT | 39,567 # | | |
| LYLF P/D | 0          31 PALLETS | 2,015 # | | |
| S/D | 0          GROSS WEIGHT | 41,582 # | | |

HILU
CR040
QYTO
2105
CHEWY
@ 2155
QYTO
2922

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper _____

HILL'S PET NUTRITION, INC.          Per _____  04/20/23  21 20

Per _____
Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

(Uniform Domestic Straight Bill of Lading adopted by Carrier's in Official, Southern, Western and Illinois ...

| 1 | UNIFORM STRAIGHT BILL OF LADING | B.O.L. NO. ...744 |

NocrrM0265  Original — Not Negotiable

AGENT'S NO. _____

VEHICLE NO.  nor109

**CARRIER:** SEMICAB

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

At York, PA 17406          04/20/2023          From   Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2
ROUTE Prepaid FOB ORGIN

SEALS     0297784

FREIGHT

CUSTOMER ID NO. 768842          SALES ORDER NO. 641262449          ORDER DATE 04/12/2023
CUSTOMER P.O. NO. 21433295

(Mail or street address of consignee--For purposes of notification only.)

Consigned to

PETCO #810
257 PROSPECT PLAINS RD
CRANBURY NJ   08512-3703
USA
PHONE # : 6098194466-11... directions
Delivery Date/
Time    04/20/2023  0297784

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO   64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4/20/23 TIME IN: 12:05 TIME OUT: 12:20 | | | |
| | SCHED APPT DATE/TIME: | | | |
| 2,716 bags | # OF PALLETS RECEIVED 36 FULL 8 MIXED | 39,205 | | |
| 225 cases | RECEIPT DATE : | | | |
| 0 bales | INTACT SEAL NUMBER : | TIME IN: 20:14 | | |
| | RECEIVED BY: | TIME OUT: 21:42 | | |
| | SCHED APPT DATE/TIME: | | | |
| | JOSUE CRUZ 04/20/23 9:42ᵖ | | | |

| | SDI | 38,740 | PRODUCT TOTAL CUBIC FEET | 1,959 |
| | PDI | 2,465 | PRODUCT UNIT WEIGHT | 39,205 # |
| LYLF | P/D | 0 | PALLETS | 2,730 # |
| | S/D | 0 | GROSS WEIGHT | 41,935 # |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____            per _____

Shipper _____                                    Agen

HILL'S PET NUTRITION, INC.          Per _____

Per _____
Permanent post office address of shipper  P.O. Box 148, Topeka, Kansas 66601

(Uniform Domestic Straight Bill of Lading adopted by Carrier's in Official, Southern, Western and Illinois

B.O.L. NO. ____ 6749

1

Original — Not Negotiable

AGENT'S NO. _____

VEHICLE NO. nor50

CARRIER: SEMICAB

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

At York, PA 17406     04/20/2023    From Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2
ROUTE Prepaid FOB ORGIN

SEALS     297778

FREIGHT

CUSTOMER ID NO. 768842     SALES ORDER NO. 641262341     ORDER DATE 04/12/2023

CUSTOMER P.O. NO. 21433294

(Mail or street address of consignee--For purposes of notification only.)

Consigned to

PETCO #810
257 PROSPECT PLAINS RD
CRANBURY NJ 08512-3703
USA
PHONE # : 6098194466-11.... directions
Delivery Date/
Time 04/20/2023 297778

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO 64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4-20-23 TIME IN: 6:15pm TIME OUT: 6:35pm | | | |
| | SCHED APPT DATE/TIME: ____ | | | |
| 3,406 bags | # OF PALLETS RECEIVED ____ FULL ___ MIXED ____ | 41,588 | | |
| 283 cases | RECEIPT DATE : ____ | TIME IN: ____ | | |
| 0 bales | INTACT SEAL NUMBER : ____ | TIME OUT: ____ | | |
| | RECEIVED BY: ____ | | | |
| | SCHED APPT DATE/TIME: ____ | | | |
| | Mike 717 437 1309 | | | |

| | | | | |
|---|---|---|---|---|
| | SDI | 38,470 | PRODUCT TOTAL CUBIC FEET | 2,000 |
| | PDI | 3,119 | PRODUCT UNIT WEIGHT | 41,588 # |
| LYLF | P/D | 0 | 44 PALLETS | 2,925 # |
| | S/D | 0 | GROSS WEIGHT | 44,513 # |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding ____ per ____

Shipper ____    Agen

HILL'S PET NUTRITION, INC

Per ____    Per ____

Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

| 1 | UNIFORM STRAIGHT BILL OF LADING | B.O.L NO. 745 |

(Uniform Domestic Straight Bill of Lading adopted by Carrier in Official, Southern, Western and Illinois Classification...)

Original — Not Negotiable

AGENT'S NO. _____

**CARRIER:** SEMICAB

VEHICLE NO. nor107

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

At York, PA 17406          04/20/2023          From Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2
ROUTE Prepaid FOB ORGIN

SEALS          297774

FREIGHT

CUSTOMER ID NO. 768842          SALES ORDER NO. 641262347          ORDER DATE 04/12/2023

CUSTOMER P.O. NO. 21433292

(Mail or street address of consignee—For purposes of notification only.)

Consigned to

PETCO #810
257 PROSPECT PLAINS RD
CRANBURY NJ 08512-3703
USA
PHONE # : 6098194466-11... directions

Delivery Date/
Time          04/20/2023  297774

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO  64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4-20-23 TIME IN: 6:20 AM TIME OUT: 6:40 pm | | | |
| | SCHED APPT DATE/TIME: _____ | | | |
| 2,157 bags | # OF PALLETS RECEIVED ____ FULL ___ MIXED ____ | 40,249 | | |
| 294 cases | RECEIPT DATE : | | | |
| 0 bales | INTACT SEAL NUMBER : _____ | TIME IN: | | |
| | RECEIVED BY: _____ | TIME OUT: _____ | | |
| | SCHED APPT DATE/TIME: _____ | | | |
| | | | | |
| | Bianca Rodriguez 10:15 pm | | | |
| | 314          04/20/23 | | | |

|  | | PRODUCT TOTAL CUBIC FEET | 1,737 | |
| SDI | 36,072 | | | |
| PDI | 4,158 | PRODUCT UNIT WEIGHT | 40,249 # | |
| LYLF P/D | 0 | 38 PALLETS | 2,535 # | |
| S/D | 0 | GROSS WEIGHT | 42,784 # | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper _____ 4-2023          Agent

Per _____          HILL'S PET NUTRITION, INC.          Per _____

Permanent post office address of shipper  P.O. Box 148, Topeka, Kansas 66601



**2**

B.O.L NO. 6746

AGENT'S NO. _____

*Charlie*

CARRIER: SEMICAB          VEHICLE NO. NOR51

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406          04/21/2023          From          Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2
ROUTE Prepaid FOB ORGIN          SEALS          0297665

FREIGHT

CUSTOMER ID NO. 785995          SALES ORDER NO. 641287533          ORDER DATE 04/14/2023
CUSTOMER P.O. NO. 855190223          APR 21 AM 8:42

Consigned to          (Mail or street address of consignee—For purposes of notification only.)

PETSMART DC #22          PROTECT FROM FREEZING
21 MARTHA DR
BETHEL PA 19507-6100          REMIT FREIGHT CHARGES TO :
USA          DATA FREIGHT INC
PHONE # : 7179331770 directions only          907 NE COLBERN RD
Delivery Date /20/2023 0297665          LEES SUMMIT MO 64086
Time          USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4/21/23 TIME IN: 5:4F TIME OUT: 5:55 | | | |
| | SCHED APPT DATE/TIME: | | | |
| 2,578 bags | # OF PALLETS RECEIVED 28 FULL___ MIXED 15 | 38,923 | | |
| 0 cases | RECEIPT DATE : | | | |
| 0 bales | INTACT SEAL NUMBER : | TIME IN: 8:35 AM | | |
| | RECEIVED BY: | TIME OUT: 10:15 AM | | |
| | SCHED APPT DATE/TIME: 4/21/23 | N | | |
| | DC22 Subject to Count Seal Intact Rcvd By Driver | | | |
| | Receiving 139 0182370402 ASN/BOL# DD# 324 | | | |
| | | APR 21 AM 10:16 | | |
| | SDI , 38,923          PRODUCT TOTAL CUBIC FEET | 1,857 | | |
| LYLF | PDI      0          PRODUCT UNIT WEIGHT | 38,923 # | | |
| | P/D      0          PALLETS | 2,600 # | | |
| | S/D      0          GROSS WEIGHT | 41,523 # | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper _____          Agent.

HILL'S PET NUTRITION, INC.

Per _____          Per _____
Permanent post office address of shipper  P.O. Box 148, Topeka, Kansas 66601

THIS SHIPPING ORDER (Uniform Domestic Straight Bill of Lading adopted by Carrier's in Official, Southern, Western and Illinois ... written ... or in Ink, in Indelible Pencil ... Card

**B.O.L. NO.** 741

Case 1:24-cv-02103-WMR Document 5-2 Filed 06/05/24 Page 220 of 287

AGENT'S NO. _____

VEHICLE NO. NOR44

**CARRIER:** SEMICAB

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

At York, PA 17406    04/20/2023    From Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2
ROUTE Prepaid FOB ORGIN

7179942511    SEALS 0297771

NOR44
74
7 AM 4/21
12
8:20

FREIGHT

CUSTOMER ID NO. 849011    SALES ORDER NO. 641269365    ORDER DATE 04/13/2023

CUSTOMER P.O. NO. RS40333252

Consigned to (Mail or street address of consignee--For purposes of notification only.)

CHEWY AVP2
AVP2
37 LAKEVIEW DR
JESSUP PA 18434
USA

Delivery Date E # : directions only
Time 04/20/2023 0297771

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO 64086
USA

Live 12pm

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4/20 TIME IN: 10:50p TIME OUT: 11:10p | | | |
| | SCHED APPT DATE/TIME: _____ | | | |
| 2,860 bags | # OF PALLETS RECEIVED ___ FULL ___ MIXED ___ | 35,119 | | |
| 842 cases | RECEIPT DATE : | | | |
| 0 bales | INTACT SEAL NUMBER : | TIME IN: | | |
| | RECEIVED BY: | TIME OUT: | | |
| | SCHED APPT DATE/TIME: | | | |

@ HLLS
@ 2307p
OUT @ 2330p

CHELLY
@ 0645
OUT @ 0825

Chewy.com hereby acknowledges receipt of delivery in connection with vendor's bill of lading # _____.
In accordance with Chewy.com's offloading policy, Chewy.com will conduct an inventory of all received items and will provide a reconciliation to vendor within 7 business days of actual received items.
V. items set forth on the bill of lading

Received by: Breanna Card
Date: 04/21/23

| | | | | |
|---|---|---|---|---|
| SDI | 20,994 | PRODUCT TOTAL CUBIC FEET | 1,709 | |
| PDI | 13,327 | PRODUCT UNIT WEIGHT | 35,119 # | |
| LYLF P/D | 0 | 40 PALLETS | 2,600 # | |
| S/D | 0 | GROSS WEIGHT | 37,719 # | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper _____ Agen

HILL'S PET NUTRITION, INC.    Per _____ 4/20/23

Per _____

Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

1

# UNIFORM STRAIGHT BILL OF LADING

(Uniform Domestic Straight Bill of Lading adopted by Carrier's in Official, Southern Western and ...)

**B.O.L. NO.** 0016742

Original — Not Negotiable

9:30pm

**AGENT'S NO.** _____

CARRIER: SEMICAB

**VEHICLE NO.** nor87

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406    04/21/2023    From    Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2
ROUTE Prepaid FOB ORGIN    717 994 2511    **SEALS**    297776

FREIGHT

CUSTOMER ID NO. 852358    SALES ORDER NO. 641269194    ORDER DATE 04/13/2023

CUSTOMER P.O. NO. 8540333175

(Mail or street address of consignee—For purposes of notification only.)

Consigned to

CHEWY LEWISBERRY MDT1
MDT1
100 GOODMAN DR
LEWISBERRY PA  17339
USA
PHONE # : directions only
Time 04/20/2023  297776

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO  64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4-21-2023 TIME IN: 4:15pm TIME OUT: 4:30pm | | | |
| | SCHED APPT DATE/TIME: | | | |
| 1,604 bags | # OF PALLETS RECEIVED ____ FULL ___ MIXED ___ | 34,337 | | |
| 1,799 cases | RECEIPT DATE : | TIME IN: | | |
| 0 bales | INTACT SEAL NUMBER : | TIME OUT: | | |
| | RECEIVED BY Chewy hereby acknowledges receipt of | | | |
| | SCHED APPT delivery in connection with vendor's bill of lading # | | | |
| | In accordance with Chewy's offloading policy. Chewy will provide reconciliation to vendor within 7 business days of actual items vs. items set forth on the bill of lading | L- NOR87 | | |
| | | D- 8278 | | |
| | Received by: AC | A- 18.50 | | |
| | | F- 9203 | | |
| | Date: 4/21/23 | PC- 32 | | |

(handwritten left margin notes: HILLS, 1550, OUT C, 4:30, CHEWY, 5 MOD, AUT C, 215)

| | | PRODUCT TOTAL CUBIC FEET | 1,380 | |
| SDI | 13,353 | PRODUCT UNIT WEIGHT | 34,337 # | |
| PDI | 20,984 | 32 PALLETS | 2,015 # | |
| LYLF | P/D | 0 | GROSS WEIGHT | 36,352 # |
| | S/D | 0 | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper _____

HILL'S PET NUTRITION, INC.

Per _____    4/21/23

Per _____
Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

2

THIS SHIPPING BILL OF LADING

... western and Illinois Classification territories, March 15, 1922, as amended August 1, 1930, and June 15, 1941 ...
of in Carbon, and retained by the Agent,

**B.O.L. NO.** 7001301068

**CARRIER:** SEMICAB

AGENT'S NO. _____

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

**VEHICLE NO.** nor62

At York, PA 17406  04/10/2023

From Hill's Pet Nutrition, Inc

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said compa (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of s property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted himself and his assigns.

1-2,

ROUTE Prepaid FOB ORGIN

FREIGHT

**SEALS** 0303987

CUSTOMER ID NO. 785995
855080923

SALES ORDER NO. 641171279

**ORDER DATE** 04/03/2023

CUSTOMER P.O. NO.

Consigned to  (Mail or street address of consignee—For purposes of notification only.)
PETSMART DC #22
21 MARTHA DR
BETHEL PA 19507-6100
USA
PHONE # : 7179331770 directions only
Delivery Date/  04/07/2023  0303987
Time

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO 64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4/10/23 TIME IN: 7 45pm TIME OUT: 7 55pm | | | |
| | SCHED APPT DATE/TIME: | | | |
| 2,890 bags | # OF PALLETS RECEIVED __/FULL__MIXED | 41,787 | | |
| 320 cases | RECEIPT DATE | | | |
| 0 bales | INTACT SEAL NUMBER : | | | |
| | RECEIVED BY: | TIME IN: | | |
| | SCHED APPT DATE/TIME: | TIME OUT: | | |

DC22
Subject to Count
Seal Intact   Y   N
Rcvd By   Kelly Barbt

APR 10 PM 12:07

APR 10 AM 10:55

316

| | | | | |
|---|---|---|---|---|
| | BDI 41,787 | PRODUCT TOTAL CUBIC FEET | | |
| | PDI 0 | PRODUCT UNIT WEIGHT | 1,863 | |
| LYLF | P/D 0 | 41 PALLETS | 41,787 # | |
| | S/D 0 | GROSS WEIGHT | 2,665 # | |
| | | | 44,452 # | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
OTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

e agreed or declared value of the property is _____ per _____
reby specifically stated by the shipper to be not exceeding _____ per _____

HILL'S PET NUTRITION, INC.   Shipper _____

r _____   Per _____   Agent.
rmanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

# UNIFORM STRAIGHT BILL OF LADING

Original — Not Negotiable

AGENT'S NO. _____

CARRIER: SEMICAB

VEHICLE NO. NORB3

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406        04/10/2023        From    Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2

ROUTE Prepaid FOB ORGIN    (717) 953-6750

FREIGHT                                    SEALS    0303961

CUSTOMER ID NO. 825758      SALES ORDER NO. 641093924    ORDER DATE 03/27/2023
        RS40298349

CUSTOMER P.O. NO.

| Consigned to (Mail or street address of consignee—For purposes of notification only.) | |
|---|---|
| CHEWY.COM<br>600 NEW COMMERCE BLVD<br>HANOVER TWP PA 18706<br>USA<br>PHONE # : directions only<br>Delivery Date/Time 04/08/2023  0303961 | PROTECT FROM FREEZING<br><br>REMIT FREIGHT CHARGES TO :<br>DATA FREIGHT INC<br>907 NE COLBERN RD<br>LEES SUMMIT MO  64086<br>USA |

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4-10-23  TIME IN: 07:15  TIME OUT: 07:31<br>SCHED APPT DATE/TIME: | | | |
| 1,881 bags<br>1,053 cases<br>0 bales | # OF PALLETS RECEIVED 32 FULL 8 MIXED<br>RECEIPT DATE :<br>INTACT SEAL NUMBER :<br>RECEIVED BY:<br>SCHED APPT DATE/TIME: | 41,839<br><br>TIME IN:<br>TIME OUT: | | |
| | L  700212<br>D  86<br>A  10:19 AM<br>F  11:51 AM<br><br>4│10│23  Shonal H | | | |
| SDI  29,711 | PRODUCT TOTAL CUBIC FEET | 1,855 | | |
| PDI  12,030 | PRODUCT UNIT WEIGHT | 41,839 # | | |
| LYLF  P/D  0 | 40 PALLETS | 2,600 # | | |
| S/D  0 | GROSS WEIGHT | 44,439 # | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____

                    Per _____
HILL'S PET NUTRITION. INC.    Shipper _____

Per _____                        4-10-23    Agent.
Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601    Per _____

AGENT'S NO. _____

CARRIER: SEMICAB

VEHICLE NO. NOR52

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406          04/10/2023          From          Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2

ROUTE  Prepaid FOB ORGIN

SEALS  5303565

FREIGHT

CUSTOMER ID NO. 785995
855080968

SALES ORDER NO. 641171788     ORDER DATE  04/03/2023

CUSTOMER P.O. NO.

Consigned to    (Mail or street address of consignee—For purposes of notification only.)
PETSMART DC #22
21 MARTHA DR
BETHEL PA  19507-6100
USA
PHONE # : 7179331770 directions only
Delivery Date/ 04/07/2023  0303565
      Time

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO  64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4/10/23 TIME IN: 10:15 TIME OUT: 10:40 SCHED APPT DATE/TIME: | | | |
| 3,361 bags | # OF PALLETS RECEIVED 40 FULL ___MIXED___ | 38,808 | | |
| 0 cases | RECEIPT DATE : | | | |
| 0 bales | INTACT SEAL NUMBER : | TIME IN: 12:5 | | |
| | RECEIVED BY: | TIME OUT: 1:50 | | |
| | SCHED APPT DATE/TIME: | | | |
| | | APR 10 PM 12:24 | | |
| | | APR 10 PM 1:49 | | |
| | DC22 Subject to Count Seal Intact: Y N Rcvd By Kelley Barlet | | | |
| SDI | 38,808 | PRODUCT TOTAL CUBIC FEET | 1,794 | |
| PDI | 0 | PRODUCT UNIT WEIGHT | 38,808 # | |
| LYLF P/D | 0 | 40 PALLETS | 2,600 # | |
| S/D | 0 | GROSS WEIGHT | 41,408 # | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____ per _____

HILL'S PET NUTRITION, INC.    Shipper _____    Agent.

Per _____    Per _____
Permanent post office address of shipper  P.O. Box 148, Topeka, Kansas 66601

# UNIFORM STRAIGHT BILL OF LADING

## Original — Not Negotiable

AGENT'S NO. _____

CARRIER: SEMICAB

VEHICLE NO. nor5B

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406        04/10/2023        From        Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2

ROUTE  Prepaid FOB ORGIN

SEALS        303906

FREIGHT

CUSTOMER ID NO. 799605        SALES ORDER NO. 641123095        ORDER DATE  03/29/2023

R540300575

CUSTOMER P.O. NO.

| Consigned to        (Mail or street address of consignee—For purposes of notification only.) | PROTECT FROM FREEZING |
|---|---|
| CHEWY EFC3 | |
| 40 DAUPHIN DR | REMIT FREIGHT CHARGES TO : |
| MECHANICSBURG PA  17050-8521 | DATA FREIGHT INC |
| USA | 907 NE COLBERN RD |
| PHONE # : 8008504268 directions only | LEES SUMMIT MO  64086 |
| Delivery Date 04/08/2023  303906 | USA |
| Time | |

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food | | | |
| | PICKUP DATE: 4-16-23  TIME IN: 2:10 pm TIME OUT: 2:30 pm | | | |
| | SCHED APPT DATE/TIME: | | | |
| 1,649 bags | # OF PALLETS RECEIVED ____FULL___MIXED____ | 41,798 | | |
| 640 cases | RECEIPT DATE : | | | |
| 0 bales | INTACT SEAL NUMBER : | TIME IN: | | |
| | RECEIVED BY: | TIME OUT: | | |
| | SCHED APPT DATE/TIME: | | | |

Chewy hereby acknowledges receipt of delivery in connection with vendor's bill of lading # _____
In accordance with Chewy's offloading policy, Chewy will provide a reconciliation to vendor within 7 buisness days of actual items vs. items set forth on the bill of lading

Received by: _____        L-APR5B
                                      D-82
Date: 4-10-23                         A-16.11
                                      F-4:55?
                                      PC-34

| | | | PRODUCT TOTAL CUBIC FEET | 1,831 | | |
|---|---|---|---|---|---|---|
| | BDI | 23,378 | | | | |
| | PDI | 18,421 | PRODUCT UNIT WEIGHT | 41,798 # | | |
| LYLF | P/D | 0 | 34 PALLETS | 2,535 # | | |
| | S/D | 0 | GROSS WEIGHT | 44,333 # | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____ per _____

HILL'S PET NUTRITION, INC.        Shipper _____        Agent.

Per _____        Per _____

Permanent post office address of shipper  P.O. Box 148, Topeka, Kansas 66601

| 1 |

# UNIFORM STRAIGHT BILL OF LADING

B.O. No. 7001301070

### Original — Not Negotiable

AGENT'S NO. _____

**CARRIER:** SEMICAB

VEHICLE NO. nor53

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406    04/10/2023    From Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or in its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2

ROUTE Prepaid FOB ORIGIN

SEALS 303924

FREIGHT

CUSTOMER ID NO. 785995
855080954

SALES ORDER NO. 641171620

ORDER DATE 04/03/2023

CUSTOMER P.O. NO.

Consigned to    (Mail or street address of consignee—For purposes of notification only.)

PETSMART DC #22
21 MARTHA DR
BETHEL PA  19507-6100
USA
PHONE # : 7179331770 directions only

Delivery Date 04/07/2023   303924
Time

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO  64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4-10-23 TIME IN: 3:30 PM TIME OUT: 4:00PM | | | |
| | SCHED APPT DATE/TIME: | | | |
| 1,562 bags | # OF PALLETS RECEIVED ___ FULL ___ MIXED ___ | 36,201 | | |
| 0 cases | RECEIPT DATE : | | | |
| 0 bales | INTACT SEAL NUMBER : | TIME IN: 7:00 | | |
| | RECEIVED BY: | TIME OUT: 8:15 | | |
| | SCHED APPT DATE/TIME: | | | |
| | | APR 10 PM 7:24 | | |
| | | APR 10 PM 8:12 | | |
| | Receiving 139 | | | |
| | ASN/BOL# 0132425730 | | | |
| | DD# 314 | | | |
| | | DC22 Subject to Count | | |
| | | Seal Intact: Y N | | |
| | | Rcvd By Wes Darrall | | |
| | | Bill Lam | | |
| | SDI 36,201 | PRODUCT TOTAL CUBIC FEET | 1,790 | | |
| LYLF | PDI 0 | PRODUCT UNIT WEIGHT | 36,201 # | | |
| | P/D 0 | 31 PALLETS | 2,405 # | | |
| | S/D 0 | GROSS WEIGHT | 38,606 # | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____ per _____

HILL'S PET NUTRITION, INC.    Shipper _____ Agent.

Per _____    Per _____

Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

(Uniform Domestic Straight Bill of Lading adopted by Carrier's in Official, Southern, Western and ...

| 1 | UNIFORM STRAIGHT BILL OF LADING | B.O.L NO. 7201302590 |

Original — Not Negotiable

AGENT'S NO. _____

CARRIER: SEMICAB

VEHICLE NO. NOR87

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

At York, PA 17406    04/14/2023    From    Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

ROUTE   1-2   Prepaid FOB ORGIN

SEALS   NOR87

FREIGHT

CUSTOMER ID NO. 852358    RS40321217    SALES ORDER NO. 641204379    ORDER DATE 04/06/2023

CUSTOMER P.O. NO.

(Mail or street address of consignee—For purposes of notification only.)

Consigned to
CHEWY LEWISBERRY MDT1
MDT1
100 GOODMAN DR
LEWISBERRY PA 17339
USA
PHONE # : directions only
Delivery Date: 4/13/2023   0294566

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO 64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement, animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4/14/23 TIME IN: 8:30 TIME OUT: 8:45 | | | |
| | SCHED APPT DATE/TIME: _____ | | | |
| 2,162 bags | # OF PALLETS RECEIVED ___ FULL___ MIXED___ | 37,973 | | |
| 285 cases | RECEIPT DATE : | | | |
| 0 bales | INTACT SEAL NUMBER : _____ | Chewy hereby acknowledges receipt 8:30 | | |
| | RECEIVED BY: _____ | delivery in connection with vendor's bill of | | |
| | SCHED APPT DATE/TIME: _____ | lading # _____ | | |
| | | In accordance with Chewy's offloading policy, Chewy will provide reconciliation to vendor within 7 business days of actual items vs. items set forth on the bill of lading | | |
| | | | L-NOR87 | |
| | | Received by: DAVID CLOUSER | D-73 | |
| | | | A-9:57 Am | |
| | | Date: 4-14-23 | F-11:43 | |
| | | | PC-35 | |

| | | PRODUCT TOTAL CUBIC FEET | 1,592 | |
| | SDI 35,412 | | | |
| LYLF | PDI 2,364 | PRODUCT UNIT WEIGHT | 37,973 # | |
| | P/D 0 | PALLETS | 2,340 # | |
| | S/D 0 | GROSS WEIGHT | 40,313 # | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____ per _____

HILL'S PET NUTRITION, INC.

Shipper _____
Per _____

Agen

Per _____
Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

# 1

## UNIFORM STRAIGHT BILL OF LADING

B.O.L NO. 004307552

Original — Not Negotiable

AGENT'S NO. _____

CARRIER: SEMICAB

VEHICLE NO. nor96

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

At York, PA 17406    04/13/2023    From    Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

ROUTE  1-2  Prepaid FOB ORGIN

SEALS    297562

FREIGHT

CUSTOMER ID NO. 768842    SALES ORDER NO. 641210957    ORDER DATE    04/06/2023
21433230

CUSTOMER P.O. NO.

(Mail or street address of consignee—For purposes of notification only.)

Consigned to
PETCO #810
257 PROSPECT PLAINS RD
CRANBURY NJ   08512-3703
USA
PHONE # : 6098194466-11... directions
only
Delivery Date 4/13/2023   297562

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO   64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4-13-23 TIME IN: 2:00 PM TIME OUT: 2:30 pm | | | |
| | SCHED APPT DATE/TIME: | | | |
| 3,250 bags | # OF PALLETS RECEIVED ___ FULL ___ MIXED | 41,341 | | |
| 531 cases | RECEIPT DATE HERIBERTO | | | |
| 0 bales | INTACT SEAL NUMBER 04-14-23 | TIME IN: 9-35AM | | |
| | RECEIVED BY: | TIME OUT: 10-20AM | | |
| | SCHED APPT DATE/TIME: | | | |
| | SDI    39,010 | PRODUCT TOTAL CUBIC FEET | 1,978 | | |
| | PDI    2,232 | PRODUCT UNIT WEIGHT | 41,341 # | | |
| LYLF | P/D    0 | 43 PALLETS | 2,795 # | | |
| | S/D    0 | GROSS WEIGHT | 44,136 # | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____ per _____

HILL'S PET NUTRITION, INC.    Shipper _____    Agen

Per _____    Per _____
Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

(Uniform Domestic Straight Bill of Lading adopted by Carrier's in Official, Southern, Western and Illinois classification)

| 1 | UNIFORM STRAIGHT BILL OF LADING | B.O.L NO. 7904307591 |

Original — Not Negotiable

AGENT'S NO. _____

CARRIER: SEMICAB

VEHICLE NO. nor111

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

At York, PA 17406    04/13/2023    From    Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

ROUTE    1-2    Prepaid FOB ORGIN

SEALS    2975 APR 14 AM 7:09

FREIGHT

CUSTOMER ID NO. 785995    855114021    SALES ORDER NO. 641210266    ORDER DATE   04/06/2023

CUSTOMER P.O. NO.

(Mail or street address of consignee—For purposes of notification only.)

Consigned to
PETSMART DC #22
21 MARTHA DR
BETHEL PA 19507-6100
USA
PHONE # : 7179331770 directions only
04/13/2023   297584
Delivery Date/ Time

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO   64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4-13-23 TIME IN: 9:58 TIME OUT: 10:20pm SCHED APPT DATE/TIME: _____ | | | |
| 1,800 bags | # OF PALLETS RECEIVED ____ FULL ___ MIXED ____ | 40,655 | | |
| 0 cases | RECEIPT DATE : _____ | TIME IN: ____ | | |
| 0 bales | INTACT SEAL NUMBER : _____ | TIME OUT: ____ | | |
| | RECEIVED BY: _____ | | | |
| | SCHED APPT DATE/TIME: _____ | | | |
| | M.K. Receiving 139 ASN/BOL# 0182344719 717 437 1309 DD# 306 | | | |
| | DC22 Subject to Count Seal Intact. Y N Rcvd By Driver | APR 14 AM 8:03 | | |
| | BDI 40,655    PRODUCT TOTAL CUBIC FEET | 1,909 | | |
| | PDI 0    PRODUCT UNIT WEIGHT | 40,655 # | | |
| LYLF | P/D 0    PALLETS | 2,800 # | | |
| | S/D 0    GROSS WEIGHT | 43,255 # | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

HILL'S PET NUTRITION, INC.

Shipper _____ Agent

Per _____

Per _____

Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

AGENT'S NO. _____

CARRIER: SEMICAB

VEHICLE NO. NOR83

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

At York, PA 17406    04/14/2023    From    Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

ROUTE Prepaid FOB ORGIN    1-2    (717) 953-6750    SEALS    NOR83    NOR83
80
7 AM 4/14
39
8.05am

FREIGHT

CUSTOMER ID NO. 849011    SALES ORDER NO. 641191940    ORDER DATE    04/05/2023
RS40313427

CUSTOMER P.O. NO.

PROTECT FROM FREEZING

(Mail or street address of consignee—For purposes of notification only.)
Consigned to
CHEWY AVP2
AVP2
37 LAKEVIEW DR
JESSUP PA 18434
USA
PHONE # : directions only
Delivery Date
Time 4/13/2023 0297589

REMIT FREIGHT CHARGES TO
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO 64086
USA

Live 1pm

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4/4/23 TIME IN: 0322 TIME OUT: 02.5 | | | |
| | SCHED APPT DATE/TIME: | | | |
| 1,871 bags | # OF PALLETS RECEIVED ___ FULL ___ MIXED | 37,179 | | |
| 642 cases | RECEIPT DATE : | | TIME IN: 07:30 | |
| 0 bales | INTACT SEAL NUMBER : | | TIME OUT: 08:22 | |
| | RECEIVED BY : | | | |
| | SCHED APPT DATE/TIME: | | | |

Chewy.com hereby acknowledges receipt of delivery in
connection with vendor's bill of lading # _____
In accordance with Chewy.com's offloading policy,
Chewy.com will conduct an inventory of all received items
and will provide a reconciliation to vendor within
7 business days of actual received items.
V. Items set forth on the bill of lading

Received by: _____
Date: _____

| | | PRODUCT TOTAL CUBIC FEET | 1,695 |
|---|---|---|---|
| BDI | 15,058 | PRODUCT UNIT WEIGHT | 37,179 # |
| BDI | 21,923 | 39 PALLETS | 2,470 # |
| LYLF | P/D 0 | GROSS WEIGHT | 39,649 # |
| | S/D 0 | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____ per _____

HILL'S PET NUTRITION, INC.    Shipper ___ D Segura 4.4.0    Agen

Per _____    Per _____
Permanent post office address of shipper  P.O. Box 148, Topeka, Kansas 66601

| 1 | UNIFORM STRAIGHT Bill of Lading | | B.O.L NO. 1001282553 |
|---|---|---|---|

(Uniform Domestic Straight Bill of Lading adopted by Carrier's in Official, Southern, Western and Illinois Classification territories.)

Original — Not Negotiable

AGENT'S NO. _____

**CARRIER:** SEMICAB

VEHICLE NO. NOR116

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406    04/13/2023    **From**    Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2

ROUTE Prepaid FOB ORGIN       SEALS    0297586

FREIGHT

CUSTOMER ID NO. 768842    SALES ORDER NO. 641210959    ORDER DATE   04/06/2023
21433232

CUSTOMER P.O. NO.

(Mail or street address of consignee--For purposes of notification only.)

PROTECT FROM FREEZING

Consigned to
PETCO #810
257 PROSPECT PLAINS RD
CRANBURY NJ   08512-3703
USA
PHONE # : 6098194466-11... directions
only
Delivery Date
To 4/13/2023   0297586

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO   64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4/13/23 TIME IN: _____ TIME OUT: _____ SCHED APPT DATE/TIME: _____ | | | |
| 3,052 bags | # OF PALLETS RECEIVED ____ FULL ___ MIXED ____ | 42,062 | | |
| 356 cases | RECEIPT DATE : | | | |
| 0 bales | INTACT SEAL NUMBER : | TIME IN: | | |
| | RECEIVED BY: HERIBERTO | TIME OUT: | | |
| | SCHED APPT DATE/TIME: 04-14-23 | | | |
| HILLS CM120 CUST@ 1310 PETCO CO910 CUST@ 1440 | | | | |
| | SDI 39,736    PRODUCT TOTAL CUBIC FEET | 1,785 | | |
| | PDI 2,326    PRODUCT UNIT WEIGHT | 42,062 # | | |
| LYLF | P/D 0    40 PALLETS | 2,665 # | | |
| | S/D 0    GROSS WEIGHT | 44,727 # | | |

"If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper   Silvia Segura    Agent

HILL'S PET NUTRITION, INC    Per _____ 04/13/23 SLD

Per _____
Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

(Uniform Domestic Straight Bill of Lading adopted by Carrier's in Official, Southern, Western and Illinois Classification)

**2**

THIS SHIPPING ORDER ... legibly filled in, in Ink, in Indelible Pencil ... Carbon ...

**B.O.L. NO.** 7001303550

AGENT'S NO. _____

VEHICLE NO. NOR42

CARRIER: SEMICAB

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

At York, PA 17406          04/14/2023          From     Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2

ROUTE Prepaid FOB ORGIN          717 513 2840

FREIGHT

CUSTOMER ID NO. 849011          SALES ORDER NO. 641191795
RS40313429

CUSTOMER P.O. NO.

SEALS          0297558

NOR42
75
6:30 AM
39
9:42 m

ORDER DATE 04/05/2023

Live 3:30

(Mail or street address of consignee—For purposes of notification only.)

Consigned to
CHEWY AVP2
AVP2
37 LAKEVIEW DR
JESSUP PA 18434
USA
PHONE # : directions only
Delivery Date/Time 4/13/2023    0297558

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO 64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | feed supplement animal fish poultry pet food. | | | |
| | PICKUP DATE: 4/14/23 TIME IN 0250 AM TIME OUT: 3.01 pm | | | |
| | SCHED APPT DATE/TIME: | | | |
| 1,682 bags | # OF PALLETS RECEIVED __ FULL __ MIXED | 40,953 | | |
| 1,144 cases | RECEIPT DATE : | | | |
| 0 bales | INTACT/SEAL NUMBER : | TIME IN: 7:00 AM | | |
| | RECEIVED BY: 4/14/23 | TIME OUT: 7:45 AM | | |
| | SCHED APPT DATE/TIME: | | | |

Chewy.com hereby acknowledges receipt of delivery in
connection with vendor's bill of lading # _____
In accordance with Chewy.com's offloading policy,
Chewy.com will conduct an inventory of all received items
and will provide a reconciliation to vendor within
7 business days of actual received items.
V. items set forth on the bill of lading

Received by: _____
Date: 4/14/23

| | | | |
|---|---|---|---|
| PDI | 26,782 | PRODUCT TOTAL CUBIC FEET | 1,795 |
| PDI | 14,171 | PRODUCT UNIT WEIGHT | 40,953 # |
| LYLF P/D | 0 | PALLETS | 2,535 # |
| S/D | 0 | GROSS WEIGHT | 43,488 # |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper ____Silvia Segura____          Agen

HILL'S PET NUTRITION, INC.

Per _____          Per _____

Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

(Uniform Domestic Straight Bill of Lading adopted by Carrier's in Official, Southern, Western and Illinois Classification territories, March ...

| 2 | THIS SHIPPING ORDER | | B.O.L NO. 7901303566 |

AGENT'S NO. _____

CARRIER: SEMICAB          7:30pm          VEHICLE NO. NOR47

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406     04/14/2023     From     Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

ROUTE  1-2  Prepaid FOB ORGIN          SEALS     0297611

FREIGHT

CUSTOMER ID NO. B52358          SALES ORDER NO. 641204151     ORDER DATE 04/06/2023
RS40321218

CUSTOMER P.O. NO.

(Mail or street address of consignee—For purposes of notification only.)

PROTECT FROM FREEZING

Consigned to
CHEWY LEWISBERRY MDT1
MDT1
100 GOODMAN DR
LEWISBERRY PA  17339
USA
PHONE # : directions only
Delivery Date 4/13/2023  0297611

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO  64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4/14/23 TIME IN: 1215 TIME OUT: 1235 | | | |
| | SCHED APPT DATE/TIME: | | | |
| 1,479 bags | # OF PALLETS RECEIVED ___ FULL ___ MIXED ___ | 40,791 | | |
| 1,563 cases | RECEIPT DATE : | | | |
| 0 bales | INTACT SEAL NUMBER : | | TIME IN: 5:00 | |
| | RECEIVED BY: | | TIME OUT: | |
| | SCHED APPT DATE/TIME: | | | |

hewy hereby acknowledges receipt of delivery in connection with vendor's bill of lading # _____
In accordance with Chewy's offloading policy, Chewy will provide reconciliation to vendor within 7 business days of actual items vs. items set forth on the bill of lading

L- NOR47
D- 73
A- 7:30
F- 7:42
PC- 35

Received by: AC
Date: 4/14/23

| | | PRODUCT TOTAL CUBIC FEET | 1,58 | |
| SDI | 15,315 | | | |
| PDI | 25,377 | PRODUCT UNIT WEIGHT | 40,791 # | |
| LYLF P/D | 0 | 35 PALLETS | 2,210 # | |
| S/D | 0 | GROSS WEIGHT | 43,001 # | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

HILL'S PET NUTRITION, INC.          Shipper Segna          Agen

Per _____          Per Bob Ford
Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

# 1

## UNIFORM STRAIGHT BILL OF LADING

B/L No. 7001303036

### Original — Not Negotiable

AGENT'S NO. _____

**CARRIER:** SEMICAB

VEHICLE NO. NOR54

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406     04/12/2023     From   Hill's Pet Nutrition, Inc

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2

ROUTE  Prepaid FOB ORGIN

FREIGHT                                          SEALS     0297577

CUSTOMER ID NO. 768842
              21433208          SALES ORDER NO. 641184769     ORDER DATE  04/04/2023

CUSTOMER P.O. NO.

| Consigned to   (Mail or street address of consignee—For purposes of notification only.) |
| --- |
| PETCO #810 |
| 257 PROSPECT PLAINS RD |
| CRANBURY NJ  08512-3703 |
| USA |
| PHONE # : 6098194466-11... directions |
| only |
| Delivery Date/ |
| Time 4/12/2023   0297577 |

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO  64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
| --- | --- | --- | --- | --- |
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4/12/23 TIME IN: _____ TIME OUT: _____ | | | |
| | SCHED APPT DATE/TIME: _____ | | | |
| 3,977 bags | # OF PALLETS RECEIVED ____ FULL___MIXED____ | 37,878 | | |
| 814 cases | RECEIPT DATE : _____ | | | |
| 0 bales | INTACT SEAL NUMBER : _____ | | | |
| | RECEIVED BY: _____ | TIME IN: _____ | | |
| | SCHED APPT DATE/TIME: _____ | TIME OUT: _____ | | |
| | Angeles Orozco 04/13/23 11:00am | | | |

| | | | | |
| --- | --- | --- | --- | --- |
| | SDI | 36,188 | PRODUCT TOTAL CUBIC FEET | 1,713 |
| LYLF | PDI | 1,690 | PRODUCT UNIT WEIGHT | 37,878 # |
| | P/D | 0 | PALLETS | 2,795 # |
| | S/D | 0 | GROSS WEIGHT | 40,673 # |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE–Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____ per _____

HILL'S PET NUTRITION, INC.     Shipper  Felippa Segura     Agent.

Per _____                                Per _____
Permanent post office address of shipper  P.O. Box 148, Topeka, Kansas 66601

| 1 | **UNIFORM STRAIGHT BILL OF LADING** |

Original — Not Negotiable

AGENT'S NO. _____

CARRIER: SEMICAB

VEHICLE NO. NOR58

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

At York, PA 17406          04/13/2023          From     Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said compan (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of deliver said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of sai property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall b subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted fo himself and his assigns.

1-2

ROUTE Prepaid FOB ORGIN

SEALS          0297592

FREIGHT

CUSTOMER ID NO. 768842          SALES ORDER NO. 641184772          ORDER DATE          04/04/2023
21433209

CUSTOMER P.O. NO.

Consigned to          (Mail or street address of consignee—For purposes of notification only.)
PETCO #810
257 PROSPECT PLAINS RD
CRANBURY NJ   08512-3703
USA
PHONE # : 6098194466-11... directions
only
Delivery Date/
Time 4/12/2023   0297592

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO  64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4/13/23 TIME IN: 0650 AM TIME OUT: 7.15 AM | | | |
| | SCHED APPT DATE/TIME: | | | |
| 2,069 bags | # OF PALLETS RECEIVED ____FULL___MIXED_____ | 42,330 | | |
| 584 cases | RECEIPT DATE : | | | |
| 0 bales | INTACT SEAL NUMBER : | | | |
| | RECEIVED BY: | TIME IN: 1020 AM | | |
| | SCHED APPT DATE/TIME: 4/13/23 | TIME OUT: 13.22 | | |
| | 04/13/23 1:10 PM FRIENDLY P(ARE) | | | |
| | SDI   39,521   PRODUCT TOTAL CUBIC FEET | 2,039 | | |
| | PDI   2,809   PRODUCT UNIT WEIGHT | 42,330 # | | |
| LYLF | P/D   0   43 PALLETS | 2,795 # | | |
| | S/D   0   GROSS WEIGHT | 45,125 # | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____ per _____

HILL'S PET NUTRITION, INC.          Shipper   S. Segura          Agent.

Per _____          Per _____

Permanent post office address of shipper  P.O. Box 148, Topeka, Kansas 66601

Original — Not Negotiable

AGENT'S NO. _____

CARRIER: SEMICAB

VEHICLE NO. NOR105

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406        04/13/2023        From Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2
ROUTE Prepaid FOB ORGIN        717 994 2511        SEALS        0297554

FREIGHT

CUSTOMER ID NO. 852358        SALES ORDER NO. 641191772        ORDER DATE 04/05/2023
        RS40313447

CUSTOMER P.O. NO.

Consigned to _____ (Mail or street address of consignee—For purposes of notification only.)
CHEWY LEWISBERRY MDT1
MDT1
100 GOODMAN DR
LEWISBERRY PA  17339
USA
PHONE # :  directions only
Delivery Date
Time 4/12/2023  0297554

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO  64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement, animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4/13/23 TIME IN: _____ TIME OUT: _____ | | | |
| | SCHED APPT DATE/TIME: _____ | | | |
| 1,388 bags | # OF PALLETS RECEIVED ____ FULL ___ MIXED ____ | 35,246 | | |
| 992 cases | RECEIPT DATE : | | | |
| 0 bales | INTACT SEAL NUMBER : _____ | Chewy hereby acknowledges receipt of | | |
| | RECEIVED BY: _____ | delivery in connection with vendor's bill of | | |
| | SCHED APPT DATE/TIME: _____ | lading # _____ | | |
| HCW @ 1015 | | In accordance with Chewy's offloading policy. Chewy will provide reconciliation to vendor within 7 business days of actual items vs. items set forth on the bill of lading | | |
| OUT @ 1035 | | | L-NOR105 | |
| CHCW @ 1105 | | Received by: E Bowie | D-72 | |
| OUT @ 1205 | | Date: 4/13/23 | A-11:11AM | |
| | | | F-11:43AM | |
| | | | PC-35 | |
| | BDI  19,513        PRODUCT TOTAL CUBIC FEET | 1,416 | | |
| | PDI  15,733        PRODUCT UNIT WEIGHT | 35,246 # | | |
| LYLF | P/D    0        22 PALLETS | 2,015 # | | |
| | S/D    0        GROSS WEIGHT | 37,261 # | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____ per _____

HILL'S PET NUTRITION, INC.        Shipper  Silvia Segura        Agent.

Per _____        Per _____  04/13/23  SL&C

Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

Original — Not Negotiable

AGENT'S NO. _____

CARRIER: SEMICAB

VEHICLE NO. Nor 52

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

At York, PA 17406        04/13/2023        From        Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said compan (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery o said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of sa property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall t subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted fc himself and his assigns.

1-2

ROUTE  Prepaid FOB ORGIN                                SEALS        297619

FREIGHT

CUSTOMER ID NO. 768842          SALES ORDER NO. 641196901        ORDER DATE  04/05/2023
21433214

CUSTOMER P.O. NO.

Consigned to    (Mail or street address of consignee—For purposes of notification only.)
PETCO #810
257 PROSPECT PLAINS RD
CRANBURY NJ   08512-3703
USA
PHONE # : 6098194466-11.... directions
only
Delivery Date 04/12/2023   297619

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO  64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4/13   TIME IN: 4:45a. TIME OUT: 5:10pm | | | |
| | SCHED APPT DATE/TIME:   4/18   7am | | | |
| 3,522 bags | # OF PALLETS RECEIVED ___ FULL___ MIXED_____ | 42,431 | | |
| 733 cases | RECEIPT DATE : | | | |
| 0 bales | INTACT SEAL NUMBER : | TIME IN: 8ɔ | | |
| | RECEIVED BY: | TIME OUT: 9 | | 11 |
| | SCHED APPT DATE/TIME: | | | |
| | 4-13-23 | | | |
| | 9:05 | | | |
| | ☺ UP  lU2 | | | |
| | BDI  39,657   PRODUCT TOTAL CUBIC FEET | 1,884 | | |
| | FDI   2,675   PRODUCT UNIT WEIGHT | 42,431 # | | |
| LYLF | P/D    0    43 PALLETS | 2,730 # | | |
| | S/D    0    GROSS WEIGHT | 45,161 # | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE–Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____ per _____

                                    HILL'S PET NUTRITION, INC.   Shipper _____ Agent.
Per _____                                          Per _____  4-13.23
Permanent post office address of shipper  P.O. Box 148, Topeka, Kansas 66601

THIS Case 1:24-cv-02163-WMR Document 5-2 Filed 06/05/24 Page 238 of 287 02929

AGENT'S NO. _____

CARRIER: SEMICAB     Sp122     VEHICLE NO. NOR50

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406    04/13/2023    From Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said compa (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of s property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted himself and his assigns.

1-2
ROUTE Prepaid FOB ORGIN

SEALS    0297625

FREIGHT

CUSTOMER ID NO. 852358    SALES ORDER NO. 641191762    ORDER DATE 04/05/2023
R540313448

CUSTOMER P.O. NO.

Consigned to (Mail or street address of consignee—For purposes of notification only.)
CHEWY LEWISBERRY MDT1
MDT1
100 GOODMAN DR
LEWISBERRY PA 17339
USA
PHONE # : directions only
Delivery Date/ 4/12/2023 /0297625
Time

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO 64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE 4-13 TIME IN: 12:00 TIME OUT: 12:46 | | | |
| | SCHED APPT DATE/TIME: | | | |
| 1,309 bags | # OF PALLETS RECEIVED 30 FULL 6 MIXED | 40,659 | | |
| 1,824 cases | RECEIPT DATE : | | | |
| 0 bales | INTACT SEAL NUMBER : | TIME IN: | | |
| | RECEIVED BY: | TIME OUT: | | |
| | SCHED APPT DATE/TIME: | | | |

Chewy hereby acknowledges receipt of delivery in connection with vendor's bill of lading # _____
In accordance with Chewy's offloading policy, Chewy will provide reconciliation to vendor within 7 business days of actual items vs. items set forth on the bill of lading

L-
D-
A- 50
F-
PC-

Received by: _____

Date: _____

| | | PRODUCT TOTAL CUBIC FEET 23 | 1,670 | | |
| | SDI 13,083 | | | | |
| | PDI 27,477 | PRODUCT UNIT WEIGHT | 40,659 # | | |
| LYLF | P/D 0 | 36 PALLETS | 2,340 # | | |
| | S/D 0 | GROSS WEIGHT | 42,999 # | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

HILL'S PET NUTRITION, INC.    Shipper _____    Agent.

Per _____    Per _____    4-15-23

Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

**1**

# UNIFORM STRAIGHT BILL OF LADING

Original — Not Negotiable

AGENT'S NO. _____

CARRIER: SEMICAB

VEHICLE NO. NDR72

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

At York, PA 17406      04/13/2023      From      Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2

ROUTE Prepaid FOB ORIGIN      717-994-1647      SEALS      0297597

FREIGHT

CUSTOMER ID NO. 825758      SALES ORDER NO. 641006832      ORDER DATE 03/17/2023
RS40285316

CUSTOMER P.O. NO.

PROTECT FROM FREEZING

Consigned to      (Mail or street address of consignee—For purposes of notification only.)
CHEWY.COM
600 NEW COMMERCE BLVD
HANOVER TWP PA 18706
USA
PHONE # : directions only
Delivery Date/ 04/12/2023  0297597
Time

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO 64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4/13/23 TIME IN: 1:10 TIME OUT: 1:25 SCHED APPT DATE/TIME: | | | |
| 1,292 bags | # OF PALLETS RECEIVED ___ FULL ___ MIXED ___ | 39,481 | | |
| 1,307 cases | RECEIPT DATE : | | 4:30 | |
| 0 bales | INTACT SEAL NUMBER : | TIME IN: | 6:45 | |
| | RECEIVED BY: | TIME OUT: | | |
| | SCHED APPT DATE/TIME: | | | |
| | | L: XNDR72 | | |
| | | D: 12D | | |
| | RECEIVED 4/13/23 DR | A: 11635 | | |
| | | T: 1838 | | |
| | | PC: 35 | | |
| | SDI 22,427   PRODUCT TOTAL CUBIC FEET | 1,586 | | |
| | PDI 16,992   PRODUCT UNIT WEIGHT | 39,481 # | | |
| LYLF | P/D 0   35 PALLETS | 2,210 # | | |
| | S/D 0   GROSS WEIGHT | 41,691 # | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____ per _____

HILL'S PET NUTRITION, INC.      Shipper S. Segura ___ Agent.

Per _____      Per _____

Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

**Sylvamo**

| Date:   04/11/2023 | **BILL OF LADING** | Page 1  of  2 |
|---|---|---|

Shipper Name: **Sylvamo North America LLC**

BOL Number: **03686370002304723**

Eastover Mill
4001 MCCORDS FERRY RD
EASTOVER  SC 29044-8854
SID #:        0769                        FOB:(   )

(402)03686370002304723

**SHIP TO**

DIETZGEN CORPORATION
351 MORGAN LN
WEST HAVEN, CT    06516-4135
Location#:

CID #:        0000516860              FOB:( X )

CARRIER NAME:SEMICAB INC
Trailer number: SMIINOR107
Seal number(s): 9550066

SCAC: SMII
Shipment Number:  7000230472
Pro number:
Load Number:

**THIRD PARTY FREIGHT CHARGES BILLTO**

SPECIAL INSTRUCTIONS:          **SqFt**
SEE ATTACHED SUPPLEMENTAL PAGE FOR
ADDITIONAL SPECIAL INSTRUCTIONS

**Freight Charges Terms:**
*(freight charges are prepaid unless marked otherwise)*

Prepaid ( X )          Collect (   )        3rd Party (   )

(   )          Master Bill of Lading: with attached underlying Bills of Lading

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| PO000000000037341 | 5 | 5566 | N | MR20BND30IP - 20# DATASPEED ENG B |
| PO000000000037341 | 4 | 6128 | N | MR20BND42IP - 20# DATASPEED ENG B |
| PO000000000037341 | 2 | 7524 | N | MR20BND66IP - 20# DATASPEED ENG B |
| PO000000000037341 | 4 | 15370 | N | MR20BND68IP - 20# DATASPEED ENG B |
| **GRAND TOTAL** | 15 | 34588 | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | | | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | H.M. (X) | | NMFC # | CLASS |
| 15 | U | 15 | R | 34588 | | PRINTING PAPER | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 15 | | 15 | | 34588 | | **GRAND TOTAL** | | |

COD Amount: $
Fee Terms:  Collect:        (   ) Prepaid:(   )
Customer check acceptable:        (   )

The carrier shall make delivery of this shipment without payment of freight and all other lawful charges and shall have no recourse against consignor for unpaid freight charges.

Customer
Signature _____ Date ____4/13/23____

Shipper
Signature _____ Date ____

**SHIPPER SIGNATURE/DATE**
This is to certify that the above named materials are in proper condition for transportation according to the applicable regulations of the U.S DOT.

_____/_____

**CARRIER SIGNATURE/PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

_____/_____

Property described above is received in good order, except as noted.

**Date:** 04/11/2023     **SUPPLEMENT TO THE BILL OF LADING**     Page 2 of 2

**BOL Number:** 03686370002304723

**ADDITIONAL SPECIAL INSTRUCTION**

PO000000000037341  DUE 04/12 -   MUST DEL ON

REQUESTED DLVRY DATE ONLY.  EARLY DLVRY WILL B

REFUSED. 1ST COME, 1ST SERVE.

REC HRS 9AM-2PM M-F. FOR DLVRY INFO CALL STEVE

203-933-7689X217

**2**

THIS

**B.O.L. NO.** 901

AGENT'S NO. _____

VEHICLE NO. NOR60

**CARRIER:** SEMICAB

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406      04/12/2023      From      Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**ROUTE** 1-2
Prepaid FOB ORGIN      018133105      **SEALS** 0297590

**FREIGHT** 7322497

**CUSTOMER ID NO.** 785590      **SALES ORDER NO.** 641198043      **ORDER DATE** 04/05/2023
855099563

**CUSTOMER P.O. NO.**

Consigned to

(Mail or street address of consignee—For purposes of notification only.)

PETSMART DC #22
21 MARTHA DR
BETHEL PA 19507-6100
USA
PHONE 4179331770 directions only

Delivery Date 04/11/2023    0297590
Time

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO 64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal, fish/poultry, pet food | | | |
| | PICKUP DATE: 4/12/23 TIME IN 05.30 TIME OUT | | | |
| | SCHED APPT DATE/TIME: | | | |
| 2,990 bags | # OF PALLETS RECEIVED _____ FULL/ MIXED | 38,163 | | |
| 0 cases | RECEIPT DATE : | | | |
| 0 bales | INTACT SEAL NUMBER : | TIME IN: | | |
| | RECEIVED BY: | TIME OUT: | | |
| | SCHED APPT DATE/TIME: | | | |
| | DC22 Subject to Count    N Seal Intact: Y Rcvd By Kelley Barlet APR 12 AM 7:34 | | | |
| | 018133105 346 | | | |
| | | | APR 12 AM 8:24 | |
| PDI | 38,163    PRODUCT TOTAL CUBIC FEET | 1,798 | | |
| PDI | 0    PRODUCT UNIT WEIGHT | 38,163 # | | |
| LYLF | P/D    0    41 PALLETS | 2,665 # | | |
| | S/D    0    GROSS WEIGHT | 40,828 # | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's orishipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

HILL'S PET NUTRITION, INC.      Shipper _____      Agent

Per _____      Per _____
Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

(Uniform Domestic Straight Bill of Lading adopted by Carrier's in Official, Southern...

**B.O.L. NO.** 7001301719

1

# UNIFORM STRAIGHT BILL OF LADING

## Original — Not Negotiable

AGENT'S NO. _____

CARRIER: SEMICAB

VEHICLE NO. NOR88

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406      04/12/2023      From      Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

ROUTE 1-2 Prepaid FOB ORGIN

SEALS 0297557

FREIGHT

CUSTOMER ID NO. 852358      SALES ORDER NO. 641179391      ORDER DATE 04/04/2023
RS40312403

CUSTOMER P.O. NO.

PROTECT FROM FREEZING

(Mail or street address of consignee—For purposes of notification only.)

Consigned to
CHEWY LEWISBERRY MDT1
MDT1
100 GOODMAN DR
LEWISBERRY PA 17339
USA
PHONE # : directions only
Delivery Date/ Time 4/11/2023  0297557

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO 64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4/12/23 TIME IN: 0600 TIME OUT: 0630 | | | |
| | SCHED APPT DATE/TIME: | | | |
| 2,959 bags | # OF PALLETS RECEIVED ____ FULL__ MIXED____ | 39,733 | | |
| 614 cases | RECEIPT DATE : | Chewy hereby acknowledges receipt of | | |
| 0 bales | INTACT SEAL NUMBER : | delivery in connection with vendor's bill of | | |
| | RECEIVED BY: | lading # _____ TIME OUT: | | |
| | SCHED APPT DATE/TIME: | In accordance with Chewy's offloading policy. Chewy will provide reconciliation to vendor within 7 business days of actual items vs items set forth on the bill of lading | | |

Received by: GBowie

Date: 4/12/23

-NOR88
D-76
A-7:11 am
F-7:53 AM
PC-42

| | | PRODUCT TOTAL CUBIC FEET | 1,827 |
|---|---|---|---|
| SDI | 26,964 | PRODUCT UNIT WEIGHT | 39,733 # |
| PDI | 12,473 | 42 PALLETS | 2,730 # |
| LYLF | P/D | 0 | GROSS WEIGHT | 42,463 # |
| | S/D | 0 | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is _____ per _____
hereby specifically stated by the shipper to be not exceeding

HILL'S PET NUTRITION, INC.      Shipper  S Segura                Agen

Per _____
Permanent post office address of shipper  P.O. Box 148, Topeka, Kansas 66601

Per _____

(Uniform Domestic Straight Bill of Lading adopted by Carrier's in Official, Southern Western and...

| 1 |

# UNIFORM STRAIGHT BILL OF LADING

**B.O.L. NO.** 7001301898

Original — Not Negotiable

AGENT'S NO. _____

CARRIER: SEMICAB

VEHICLE NO. NOR111

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406      04/11/2023      From   Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

ROUTE  1-2  Prepaid FOB ORGIN

**SEALS**   NOR111

FREIGHT

CUSTOMER ID NO. 768842      SALES ORDER NO. 641171286      **ORDER DATE**  04/03/2023
21433180

CUSTOMER P.O. NO.

(Mail or street address of consignee—For purposes of notification only.)

Consigned to
PETCO #810
257 PROSPECT PLAINS RD
CRANBURY NJ  08512-3703
USA
PHONE # : 6098194466-11... directions
only
Delivery Date
Time 4/11/2023   0297588

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO  64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4/11/23 TIME IN: _____ TIME OUT: _____ SCHED APPT DATE/TIME: | | | |
| 3,194 bags | # OF PALLETS RECEIVED ___ FULL 35 MIXED 5 | 40,201 | | |
| 470 cases | RECEIPT DATE : | | TIME IN: | |
| 0 bales | INTACT SEAL NUMBER : | | TIME OUT: | |
| | RECEIVED BY: | | | |
| | SCHED APPT DATE/TIME: | | | |
| | 4 - 12 - 23 | | | |
| | Miboel cozqci | | | |
| | 10-25 AM | | | |
| | SDI   38,263   PRODUCT TOTAL CUBIC FEET | 1,720 | | |
| | PDI   1,938   PRODUCT UNIT WEIGHT | 40,201 # | | |
| LYLF | P/D   0   PALLETS | 2,600 # | | |
| | S/D   0   GROSS WEIGHT | 42,801 # | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____ per _____

HILL'S PET NUTRITION, INC.      Shipper  S Agura      Age

Per _____      Per _____
Permanent post office address of shipper  P.O. Box 148, Topeka, Kansas 66601

(Uniform Domestic Straight Bill of Lading adopted by Carrier's in Official, Southern, Western and Illinois Classification.)

| 1 | UNIFORM STRAIGHT BILL OF LADING | B.O.L. NO. 7201301711 |

Original — Not Negotiable

AGENT'S NO. _____

CARRIER: SEMICAB

VEHICLE NO. NOT43

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406    04/11/2023    From    Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

ROUTE    1-2    Prepaid FOB ORGIN

SEALS    297553

FREIGHT

CUSTOMER ID NO. 768842    SALES ORDER NO. 641171287    ORDER DATE    04/03/2023
21433181

CUSTOMER P.O. NO.

(Mail or street address of consignee—For purposes of notification only.)

PROTECT FROM FREEZING

Consigned to
PETCO #810
257 PROSPECT PLAINS RD
CRANBURY NJ  08512-3703
USA
PHONE # : 6098194466-11... directions
only.
Delivery Date/Time 4/11/2023  297553

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO  64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4-11-23 TIME IN: 7:10 TIME OUT: 7:30 PM | 7:30 PM | | |
| | SCHED APPT DATE/TIME: | | | |
| 2,651 bags | # OF PALLETS RECEIVED ___ FULL ___ MIXED ___ | 42,459 | | |
| 504 cases | RECEIPT DATE : | | | |
| 0 bales | INTACT SEAL NUMBER : 4/12/23 | TIME IN: 08:24 | | |
| | RECEIVED BY: 4/12/23 | TIME OUT: | | |
| | SCHED APPT DATE/TIME: 11:05 92 | | | |
| | Carlos Figueroa | | | |
| | | | | |
| BDI | 39,062    PRODUCT TOTAL CUBIC FEET | 1,979 | | |
| PDI | 3,296    PRODUCT UNIT WEIGHT | 42,459 # | | |
| LYLF  P/D | 0    42 PALLETS | 2,795 # | | |
| S/D | 0    GROSS WEIGHT | 45,254 # | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

HILL'S PET NUTRITION, INC.    Shipper _____    Agen

Per _____    Per _____    4-11-23
Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

(Uniform Domestic Straight Bill of Lading adopted by Carrier's in Official, Southern ...
legibly filled in, in Ink, in Indelible Pencil ... Carrier ...

**B.O.L. NO.** 7001301722

2

AGENT'S NO.

CARRIER: SEMICAB  717 513 2840  VEHICLE NO. NOR47

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406  04/12/2023  From  Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

ROUTE Prepaid FOB ORGIN  LIVE 2pm

FREIGHT  4/12/03

SEALS  0297564

47 lb8 145pm 4/12

CUSTOMER ID NO. 849011  SALES ORDER NO. 641163923  ORDER DATE 04/03/2023
RS40311244

CUSTOMER P.O. NO.

(Mail or street address of consignee—For purposes of notification only.)

Consigned to
CHEWY AVP2
AVP2
37 LAKEVIEW DR
JESSUP PA 18434
USA
PHONE # : directions only
Delivery Date 4/11/2023  0297564
Time

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO 64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4/12/23 TIME IN: 70% TIME OUT: 10.30 | | | |
| | SCHED APPT DATE/TIME: | | | |
| 1,659 bags | # OF PALLETS RECEIVED ___ FULL ___ MIXED | 40,125 | | |
| 487 cases | RECEIPT DATE : | | | |
| 0 bales | INTACT SEAL NUMBER | TIME IN: | | |
| | RECEIVED BY: | TIME OUT: | | |
| | SCHED APPT DATE/TIME: | | | |

Chewy.com hereby acknowledges receipt of delivery in
connection with vendor's bill of lading # _____.
In accordance with Chewy.com's offloading policy,
Chewy.com will conduct an inventory of all received items
and will provide a reconciliation to vendor within
7 business days of actual received items.
V. items set forth on the bill of lading

Received by: Cason manus
Date: 4-12-23

| | | | | |
|---|---|---|---|---|
| BDI | 28,205 | PRODUCT TOTAL CUBIC FEET | 1,795 | |
| PDI | 11,819 | PRODUCT UNIT WEIGHT | 40,125 # | |
| LYLF P/D | 0 | 35 PALLETS | 2,600 # | |
| S/D | 0 | GROSS WEIGHT | 42,725 # | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper _Sujata Segura_  Age

HILL'S PET NUTRITION, INC.

Per _____  Per _____

Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

(Uniform Domestic Straight Bill of Lading adopted by Carrier's in Official, Southern, western...

**2** | THIS SHIPPING ORDER ... visibly filled in, in Ink, in Indelible Pencil ...

**B.O.L. NO.** 700 201721

AGENT'S NO.

VEHICLE NO. NOR44

CARRIER: SEMICAB

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406    04/12/2023    From    Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

ROUTE Prepaid FOB ORGIN    717-994-1647    SEALS    0297569

FREIGHT

CUSTOMER ID NO. 849011    SALES ORDER NO. 641179404    ORDER DATE 04/04/2023
               R840312485

CUSTOMER P.O. NO.

(Mail or street address of consignee—For purposes of notification only.)

PROTECT FROM FREEZING

Consigned to
CHEWY AVP2
AVP2
37 LAKEVIEW DR
JESSUP PA 18434
USA
PHONE # : directions only
Delivery Date
Time 4/11/2023  0297569

REMIT FREIGHT CHARGES TO
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO 64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food | | | |
| | PICKUP DATE: 4/12/23 TIME IN: 2:30 TIME OUT: 8:55 | | | |
| | SCHED APPT DATE/TIME | | | |
| 1,901 bags | # OF PALLETS RECEIVED ___ FULL___ MIXED___ | 39,861 | | |
| 1,308 cases | RECEIPT DATE : | | | |
| 0 bales | INTACT SEAL NUMBER : | TIME IN: 6:00 | | |
| | RECEIVED BY: | TIME OUT: 8:15 | | |
| | SCHED APPT DATE/TIME: | | | |
| | | appt 4/12/23 10:3?pm | | |
| | | 4/4 | | |
| | | 49 | | |
| | Chewy.com hereby acknowledges receipt of delivery in connection with vendor's bill of lading # _____ In accordance with Chewy.com's offloading policy, Chewy.com will conduct an inventory of all received items and will provide a reconciliation to vendor within 7 business days of actual received items. V. Items set forth on the bill of lading | 4/12/23 6pm  LIVE  42  8:18 | | |
| | Received by: _____ Date: _____ | | | |
| SD1 | 23,703 | PRODUCT TOTAL CUBIC FEET | 1,802 | |
| PDI | 16,060 | PRODUCT UNIT WEIGHT | 39,861 # | |
| LYLF | P/D    0 | PALLETS | 2,600 # | |
| | S/D    0 | GROSS WEIGHT | 42,461 # | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is _____ per _____
hereby specifically stated by the shipper to be not exceeding

Shipper    SSegura

HILL'S PET NUTRITION, INC.

Per _____    Per _____    Agent
Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

AGENT'S NO. _____

CARRIER: SEMICAB      11:30 pm      VEHICLE NO. nor45

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406    04/12/2023   From   Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2
ROUTE Prepaid FOB ORIGIN      SEALS  297552

FREIGHT

CUSTOMER ID NO. 852358   SALES ORDER NO. 541179641   ORDER DATE 04/04/2023
RS40312404

CUSTOMER P.O. NO.

| Consigned to (Mail or street address of consignee—For purposes of notification only.) | |
|---|---|
| CHEWY LEWISBERRY MDT1<br>MDT1<br>100 GOODMAN DR<br>LEWISBERRY PA 17339<br>USA<br>PHONE # : directions only<br>Delivery Date 4/11/2023  297552 | PROTECT FROM FREEZING<br><br>REMIT FREIGHT CHARGES TO :<br>DATA FREIGHT INC<br>907 NE COLBERN RD<br>LEES SUMMIT MO 64086<br>USA |

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry pet food. | | | |
| | PICKUP DATE: 4-12-23 TIME IN: 3:10 pm TIME OUT: 8:22 pm | | | |
| | SCHED APPT DATE/TIME: | | | |
| 2,380 bags | # OF PALLETS RECEIVED. ____ FULL ____ MIXED ____ | 36,964 | | |
| 916 cases | RECEIPT DATE : | | | |
| 0 bales | INTACT SEAL NUMBER : | TIME IN: | | |
| | RECEIVED BY: | TIME OUT: | | |
| | SCHED APPT DATE/TIME: | | | |

Chewy hereby acknowledges receipt of delivery in connection with vendor's bill of lading # _____

In accordance with Chewy's offloading policy. Chewy will provide reconciliation to vendor within 7 business days of actual items vs. items set forth on the bill of lading

Received by: _____

Date: 4/12/23

| | | | | |
|---|---|---|---|---|
| | SDI | 18,333 | PRODUCT TOTAL COUNT | 1,503 |
| | PDI | 18,631 | PRODUCT UNIT WEIGHT | 36,964 |
| LYLF | P/D | 0 | PALLET | 2,340 |
| | S/D | 0 | GROSS WEIGHT | 39,304 |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

                                                          Agent.

HILL'S PET NUTRITION, INC.   Shipper _____

Per _____   Per _____

Permanent post office address _____



**2**

AGENT'S NO. _____

CARRIER: SEMICAB

VEHICLE NO. NOR118

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

At York, PA 17406          04/11/2023          From   Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said compan (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of sa property, over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted f himself and his assigns.

1-2

ROUTE   Prepaid FOB ORGIN                          SEALS        0297585

FREIGHT

CUSTOMER ID NO. 785995          SALES ORDER NO. 641184117          ORDER DATE   04/04/2023
              855092623

CUSTOMER P.O. NO.

| Consigned to      (Mail or street address of consignee—For purposes of notification only.) |
|---|
| PETSMART DC #22 |
| 21 MARTHA DR |
| BETHEL PA 19507-6100 |
| USA |
| PHONE # : 7179331770 directions only |
| Delivery Date/  04/10/2023   0297585 |
| Time |

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO  64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4/11/23  TIME IN: _____  TIME OUT: _____ | | | |
| | SCHED APPT DATE/TIME: | | | |
| 3,630 bags | # OF PALLETS RECEIVED ___ FULL 38 MIXED ___ | 41,507 | | |
| 771 cases | RECEIPT DATE : | | | |
| 0 bales | INTACT SEAL NUMBER : _____ | | TIME IN: | |
| | RECEIVED BY: _____ | | TIME OUT: | |
| | SCHED APPT DATE/TIME: | | | |
| | | APR 11 AM 7:38 | | |
| | | APR 11 AM 8:30 | | |
| | N/A      DC22 Subject to Count   316    Seal Intact: (Y) N  Rcvd By  Driver  Kelly Barlet | | | |
| BDI  41,507 | PRODUCT TOTAL CUBIC FEET | 1,708 | | |
| PDI     0 | PRODUCT UNIT WEIGHT | 41,507 # | | |
| LYLF  P/D  0 | ____ PALLETS | 2,470 # | | |
| S/D  0 | GROSS WEIGHT | 43,977 # | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____ per _____

HILL'S PET NUTRITION, INC.          Shipper   S Segura

Per _____          Per _____          Agent.

Permanent post office address of shipper  P.O. Box 148, Topeka, Kansas 66601

AGENT'S NO. _____

CARRIER: SEMICAB

VEHICLE NO. NDR69

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

At York, PA 17406        04/11/2023        From        Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property, over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2

ROUTE Prepaid FOB ORGIN        LIVE 130 pm        SEALS 0297587        69
                                      4/11/23                                88
FREIGHT                                                                    11am 4/11

CUSTOMER ID NO. 849011        SALES ORDER NO. 541163899        ORDER DATE 04/03/2023

R540311245

CUSTOMER P.O. NO.

Consigned to        (Mail or street address of consignee—For purposes of notification only.)        PROTECT FROM FREEZING
CHEWY AVP2                                        (717) 953-6750
AVP2                                                                REMIT FREIGHT CHARGES TO :
37 LAKEVIEW DR                                                  DATA FREIGHT INC
JESSUP PA 18434                                                 907 NE COLBERN RD
USA                                                             LEES SUMMIT MO 64086
PHONE # : directions only                                       USA
Delivery Date 4/10/2023 -0297587

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish/poultry, pet food. | | | |
| | PICKUP DATE: 04-11-23  TIME IN: 00:55  TIME OUT: 7:21 | | | |
| | SCHED APPT DATE/TIME: | | | |
| 1,497 bags | # OF PALLETS RECEIVED ___ FULL 31 MIXED 7 | 41,389 | | |
| 1,137 cases | RECEIPT DATE : | | | |
| 0 bales | INTACT SEAL NUMBER : | TIME IN: | | |
| | RECEIVED BY: | TIME OUT: | | |
| | SCHED APPT DATE/TIME: | | | |
| | | | | |
| | | (W) | | |
| | | 4/11/23 | | |

|  | PDI | 30,326 | PRODUCT TOTAL CUBIC FEET | 1,747 |
|---|---|---|---|---|
| | PDI | 11,063 | PRODUCT UNIT WEIGHT | 41,389 # |
| LYLE | P/D | 0 | 38 PALLETS | 2,470 # |
| | S/D | 0 | GROSS WEIGHT | 43,859 # |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____ per _____

HILL'S PET NUTRITION, INC.        Shipper _____        Agent

Per _____                        Per _____        4-11-23
Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

(Uniform Domestic Straight Bill of Lading adopted by Carrier's in Official, Southern, Western and Illinois Classification territories, March 19, 1952.)

CARRIER: SEMICAB

VEHICLE NO. nor61

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406    04/10/2023    From Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2

ROUTE Prepaid FOB ORGIN    717-994-1647    SEALS 303919

LIVE 330pm

FREIGHT

CUSTOMER ID NO. 849011    SALES ORDER NO. 641163917    ORDER DATE 04/03/2023

RS403I1246

CUSTOMER P.O. NO.

PROTECT FROM FREEZING

(Mail or street address of consignee—For purposes of notification only.)

Consigned to
CHEWY AVP2
AVP2
37 LAKEVIEW DR
JESSUP PA 18434
USA
PHONE # : directions only
Delivery Date
Time 4/10/2023  303919

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO 64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food | | | |
| | PICKUP DATE: 4-10-23 TIME IN: 9:30p TIME OUT: 9:50pm | | | |
| | SCHED APPT DATE/TIME: | | | |
| 1,726 bags | # OF PALLETS RECEIVED ___ FULL __ MIXED __ | 39,889 | | |
| 203 cases | RECEIPT DATE | | | |
| 0 bales | INTACT SEAL NUMBER : | | TIME IN: 1:05 | |
| | RECEIVED BY: | | TIME OUT: 4:15 | |
| | SCHED APPT DATE/TIME: | | | |

Chewy.com hereby acknowledges receipt of delivery in connection with vendor's bill of lading # _____.
In accordance with Chewy.com's offloading policy, Chewy.com will conduct an inventory of all received items and will provide a reconciliation to vendor within 7 business days of actual received items.
V. items set forth on the bill of lading

Received by: Elizabeth ___
Date: 4/11/23
4/11/23

| | | | |
|---|---|---|---|
| FDI 28,837 | PRODUCT TOTAL CUBIC FEET | 1,910 | |
| FDI 11,051 | PRODUCT UNIT WEIGHT | 39,889 # | |
| LYLF P/D 0 | PALLETS | 2,665 # | |
| S/D 0 | GROSS WEIGHT | 42,554 # | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

HILL'S PET NUTRITION, INC.    Shipper _____    Agent

Per _____    Per _____

Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

(Uniform Domestic Straight Bill of Lading adopted by Carrier's in Official, Southern, Western and Illinois Classification

**2**

THIS SHIPPING ORDER

**B.O.L. NO.** 996

AGENT'S NO. _____

**CARRIER:** SEMICAB

75
8,30

VEHICLE NO. nor113

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406      04/11/2023      From      Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2
ROUTE Prepaid FOB ORGIN                          SEALS      297580

FREIGHT

CUSTOMER ID NO. 852358       SALES ORDER NO. 641163584      ORDER DATE   04/03/2023
RS40311162

CUSTOMER P.O. NO.

(Mail or street address of consignee—For purposes of notification only.)      PROTECT FROM FREEZING

Consigned to
CHEWY LEWISBERRY MDT1                        REMIT FREIGHT CHARGES TO :
MDT1                                          DATA FREIGHT INC
100 GOODMAN DR                                907 NE COLBERN RD
LEWISBERRY PA  17339                          LEES SUMMIT MO  64086
USA                                           USA
PHONE # :  directions only
Delivery Date
Time 4/10/2023   297580

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4-11-23  TIME IN: 4:40  TIME OUT: 4:50 | | | |
| | SCHED APPT DATE/TIME: | | | |
| 2,690 bags | # OF PALLETS RECEIVED ____ FULL ____ MIXED | 40,823 | | |
| 649 cases | RECEIPT DATE : | TIME IN: | | |
| 0 bales | INTACT SEAL NUMBER : | TIME OUT: | | |
| | RECEIVED BY: | | | |
| | SCHED APPT DATE/TIME: | | | |

Chewy hereby acknowledges receipt of delivery in connection with vendor's bill of lading #_____

In accordance with Chewy's offloading policy. Chewy will provide reconciliation to vendor within 7 business days of actual items vs. items set forth on the bill of lading

Received by: _____  Date: _____

| | | PRODUCT TOTAL CUBE | L- D- A F PC | 1,777 75 40,823 2,600 6,30 3,423 40 |
|---|---|---|---|---|
| BDI | 17,381 | PRODUCT UNIT WEIGHT | | |
| PDI | 23,442 | Date: 4/11/23 | | |
| LYLF | P/D  0 | PALLETS | | |
| | S/D  0 | GROSS WEIGHT | | |

†If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper _____                          Agen

HILL'S PET NUTRITION, INC.

Per _____                              Per _____
Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

AGENT'S NO. _____

VEHICLE NO.   NOR60

CARRIER: SEMICAB

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

At York, PA 17406        03/31/2023      From  Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over, all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

ROUTE 1-2
Prepaid FOB ORGIN

SEALS        0303926

FREIGHT

CUSTOMER ID NO. 785995        SALES ORDER NO. 641102205        ORDER DATE  03/27/2023

CUSTOMER P.O. NO. 55011243

Consigned to        (Mail or street address of consignee—For purposes of notification only.)

PETSMART DC #22
21 MARTHA DR
BETHEL PA 19507-6100
USA
PHONE # : 7179331770 directions only
Delivery Date/Time 3/31/2023   0303926

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO 64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 3-31-23  TIME IN: 8:05  TIME OUT: 8:09 | | | |
| | SCHED APPT DATE/TIME: | | | |
| 1,982 bags | # OF PALLETS RECEIVED 40 FULL__ MIXED____ | 37,240 | 12:10 | |
| 0 cases | RECEIPT DATE : | | | |
| 0 bales | INTACT SEAL NUMBER : | TIME IN: 12:10 | | |
| | RECEIVED BY: | TIME OUT: 13:00 | | |
| | SCHED APPT DATE/TIME 4/3/23 | APR 3 PM 12:23 | | |
| | | APR 3 PM 1:01 | | |
| | DC22 Subject to Count Seal Intact Y N Rcvd By Kelly Barlet | | | |
| | | APR 3 PM 1:01 | | |

| | | | | | |
|---|---|---|---|---|---|
| | SDI | 37,240 | PRODUCT TOTAL CUBIC FEET | 1,911 | |
| | PDI | 0 | PRODUCT UNIT WEIGHT | 37,240 # | |
| LYLF | P/D | 0 | L10 PALLETS | 2,600 # | |
| | S/D | 0 | GROSS WEIGHT | 39,840 # | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper _____        Agent

Per  HILL'S PET NUTRITION, INC.     Per _____
Permanent post office address of shipper  P.O. Box 148, Topeka, Kansas 66601

(Uniform Domestic Straight Bill of Lading adopted by Carrier's in Official, Southern, Western and Illinois...)

AGENT'S NO. _____

VEHICLE NO. _____ NOR88

**CARRIER:** SEMICAB

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406   03/31/2023   From   Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property, over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**ROUTE** 1-2 Prepaid FOB ORGIN

**SEALS** 0303939

**FREIGHT**

**CUSTOMER ID.NO.** 785995    **SALES ORDER NO.** 641116143    **ORDER DATE** 03/28/2023

**CUSTOMER P.O. NO.** 55022665

(Mail or street address of consignee—For purposes of notification only.)

Consigned to

PETSMART DC #22
21 MARTHA DR
BETHEL PA 19507-6100
USA
PHONE # 7179831770 directions only
Delivery Date 3/31/2023 0303939
Time

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO 64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 3-31-23 TIME IN: 8:25 TIME OUT: 8:30am | | | |
| | SCHED APPT DATE/TIME: | | | |
| 1,523 bags | # OF PALLETS RECEIVED 37 FULL___ MIXED___ | 37,067 | | |
| 0 cases | RECEIPT DATE : | | | |
| 0 bales | INTACT SEAL NUMBER : | TIME IN: | | |
| | RECEIVED BY: | TIME OUT: | | |
| | SCHED APPT DATE/TIME: | | | |
| | | APR 3 AM 11:02 | | |

DC22
Subject to Count
Seal intact: Y N
Rcvd By
Driver
APR 3 12:13

| | | | PRODUCT TOTAL CUBIC FEET | 1,768 |
|---|---|---|---|---|
| SDI | 37,067 | | PRODUCT UNIT WEIGHT | 37,067 # |
| PDI | 0 | | 37 PALLETS | 2,405 # |
| LYLF | P/D | 0 | GROSS WEIGHT | 39,472 # |
| | S/D | 0 | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is _____ per _____
hereby specifically stated by the shipper to be not exceeding _____

Shipper _____   Ager

Per _____ HILL'S PET NUTRITION, INC.
Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

Rec _____ 3-31-23

AGENT'S NO. _____

VEHICLE NO. NOR44

CARRIER: SEMICAB

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406      03/31/2023      From   Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

ROUTE 1-2
Prepaid FOB ORGIN

FREIGHT

SEALS      303998

CUSTOMER ID NO. 785995      SALES ORDER NO. 641115905      ORDER DATE 03/28/2023

CUSTOMER P.O. NO. 155022672

APR 3 PM 1:12

PROTECT FROM FREEZING

Consigned to   (Mail or street address of consignee—For purposes of notification only.)

PETSMART DC #22
21 MARTHA DR
BETHEL PA 19507-6100
USA
PHONE # : 7179331770 directions only
Delivery Date 3/31/2023 303998

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO 64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 3/31 TIME IN: 10:30pm TIME OUT: 10:45p | | | |
| | SCHED APPT DATE/TIME: 3/31 2pm | | | |
| 3,316 bags | # OF PALLETS RECEIVED ___ FULL___ MIXED___ | 41,486 | | |
| 0 cases | RECEIPT DATE : | | | |
| 0 bales | INTACT SEAL NUMBER : | TIME IN: 12:30 | | |
| | RECEIVED BY: | TIME OUT: 2:00 | | |
| | SCHED APPT DATE/TIME: | | | |
| | | APR 3 PM 1:53 | | |
| | DC22 Subject to Count Seal Intact Y N Rcvd By Driver | | | |

| SDI | 41,486 | PRODUCT TOTAL CUBIC FEET | 2,021 |
| PDI | 0 | PRODUCT UNIT WEIGHT | 41,486 # |
| LYLF | P/D | 0 | PALLETS | 2,860 # |
| S/D | 0 | GROSS WEIGHT | 44,346 # |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper _____      Agent

Per   HILL'S PET NUTRITION, INC.   Per _____

Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

# UNIFORM STRAIGHT BILL OF LADING

Original — Not Negotiable

**B.O.L. NO.** 4478 7874

AGENT'S NO. _____

**CARRIER:** SEMICAB

**VEHICLE NO.** 4478 N2272 TD

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

At York, PA 17406     03/31/2023     From Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**ROUTE** 1-2 Prepaid FOB ORGIN

**FREIGHT**

**SEALS** 0303928

**CUSTOMER ID NO.** 768842      **SALES ORDER NO.** 641070264      **ORDER DATE** 03/23/2023

**CUSTOMER P.O. NO.** 21433086

Consigned to (Mail or street address of consignee—For purposes of notification only.)

PETCO #810
257 PROSPECT PLAINS RD
CRANBURY NJ  08512-3703
USA
PHONE # : 6098194466-11... directions
Delivery Date/
OTI Time
04/01/2023  0303928

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO  64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 3-31-23 TIME IN: 8:00 TIME OUT: 8:00am | 8:00am | | |
| | SCHED APPT DATE/TIME: | | | |
| 2,743 bags | # OF PALLETS RECEIVED 33 FULL___ MIXED 10 | 41,116 | | |
| 562 cases | RECEIPT DATE : | | | |
| 0 bales | INTACT SEAL NUMBER : | TIME IN: | | |
| | RECEIVED BY: | TIME OUT: | | |
| | SCHED APPT DATE/TIME: | | | |

304
04/03/23
5:00

| | | | PRODUCT TOTAL CUBIC FEET | 1,968 | | |
|---|---|---|---|---|---|---|
| | SDI | 37,695 | PRODUCT UNIT WEIGHT | 41,116 # | | |
| | PDI | 3,421 | 43 PALLETS | 2,730 # | | |
| LYLF | P/D | 0 | GROSS WEIGHT | 43,846 # | | |
| | S/D | 0 | | | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper _____     Agent

Per _____ HILL'S PET NUTRITION, INC.     Per _____

Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

UNIFORM STRAIGHT BILL OF LADING

**B.O.L. NO.** 7681277873

| 1 | | |

Original — Not Negotiable

AGENT'S NO. _____

**CARRIER:** SEMICAB

VEHICLE NO. NOR 50

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406    03/31/2023    From    Hill's Pet Nutrition, Inc.
the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

ROUTE 1-2 Prepaid FOB ORGIN

SEALS 0303969

FREIGHT

CUSTOMER ID NO. 768842    SALES ORDER NO. 641101301    ORDER DATE 03/27/2023

CUSTOMER P.O. NO. 21433101

Consigned to    (Mail or street address of consignee—For purposes of notification only.)

PETCO #810
257 PROSPECT PLAINS RD
CRANBURY NJ  08512-3703
USA
PHONE # : 6098194466-11... directions
Delivery Date/
On Time
04/01/2023  0303969

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MD  64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: _3/31_ TIME IN: _7:53_ TIME OUT: | 8:00P | | |
| | SCHED APPT DATE/TIME: _____ | | | |
| 2,198 bags | # OF PALLETS RECEIVED ___ FULL ___ MIXED ___ | 41,954 | | |
| 61 cases | RECEIPT DATE : | | 16:00 | |
| 0 bales | INTACT SEAL NUMBER : _____ | TIME IN: | | |
| | RECEIVED BY: _____ | TIME OUT: 16:30 | | |
| | SCHED APPT DATE/TIME: _____ | | | |
| | | | | |
| | 41/31/23 8:00 Gob2286W (314) | | | |
| | SDI  40,444 | PRODUCT TOTAL CUBIC FEET | 2,117 | |
| | PDI  1,509 | PRODUCT UNIT WEIGHT | 41,954 # | |
| LYLF | P/D  0 | 45 PALLETS | 2,860 # | |
| | S/D  0 | GROSS WEIGHT | 44,814 # | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper _____    Agent

Per _HILL'S PET NUTRITION, INC._    Per _____  03/31/23 80C
Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

(Uniform Domestic Straight Bill of Lading adopted by Carrier's in official, western and southern classification territories, March 15, 1922, as amended August 1, 1930, and June 15, 1941.)

**1**

Original — Not Negotiable

AGENT'S NO. ____

VEHICLE NO. NOR46

**CARRIER:** SEMICAB

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

At York, PA 17406    03/31/2023    From    Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

ROUTE 1-2 Prepaid FOB ORGIN

FREIGHT

SEALS 0303967

CUSTOMER ID NO. 825758    SALES ORDER NO. 641038459    ORDER DATE 03/21/2023

CUSTOMER P.O. NO. 2S40287031

Consigned to (Mail or street address of consignee—For purposes of notification only.)

CHEWY.COM    717-994-2511
600 NEW COMMERCE BLVD
HANOVER TWP PA 18706
USA
PHONE # : directions only
Delivery Date 4/01/2023    0303967
Time

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO 64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 3/31 TIME IN: 7:40 TIME OUT: 7:50 | 7:50 | | |
| | SCHED APPT DATE/TIME: _____ | | | |
| 1,844 bags | # OF PALLETS RECEIVED ____FULL___MIXED____ | 40,020 | | |
| 1,026 cases | RECEIPT DATE : _____ | TIME IN: | | |
| 0 bales | INTACT SEAL NUMBER : _____ | TIME OUT: | | |
| | RECEIVED BY: _____ | | | |
| | SCHED APPT DATE/TIME: _____ | | | |
| | L-877562 | | | |
| | D-86 | | | |
| | A-530pm | | | |
| | F-655pm | | | |

HILLS 03/31/03
@1735 OUT CR 2211
CHEWY
@ 1725
OUT @ 1900

RECEIVED
Date 4/3/23 CC

| | | | PRODUCT TOTAL CUBIC FEET | 1,917 | |
|---|---|---|---|---|---|
| | SDI | 34,991 | PRODUCT UNIT WEIGHT | 40,020 # | |
| | PDI | 5,029 | 42 PALLETS | 2,665 # | |
| LYLF | P/D | 0 | GROSS WEIGHT | 42,685 # | |
| | S/D | 0 | | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper _____

Per _____    HILL'S PET NUTRITION, INC.    Per _____    03/31/23 3:21
Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

Agent

# UNIFORM STRAIGHT BILL OF LADING

**B.O.L. NO.** 700127878

1

Original — Not Negotiable

AGENT'S NO. _____

VEHICLE NO. NDR110

**CARRIER:** SEMICAB

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406    03/31/2023    From Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**ROUTE** 1-2 Prepaid FOB ORGIN

**SEALS** 0303970

**FREIGHT**

**CUSTOMER ID NO.** 768842   **SALES ORDER NO.** 641101293   **ORDER DATE** 03/27/2023

**CUSTOMER P.O. NO.** 21433100

Consigned to
(Mail or street address of consignee—For purposes of notification only.)

PETCO #810
257 PROSPECT PLAINS RD
CRANBURY NJ   08512-3703
USA
PHONE # : 6098194466-11... directions
Delivery Date/
On Time    04/01/2023   0303970

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO   64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 3/31 TIME IN: 8:00P TIME OUT: 8:15Pm | 8:15Pm | | |
| | SCHED APPT DATE/TIME: _____ | | | |
| 2,297 bags | # OF PALLETS RECEIVED ____ FULL ___ MIXED ____ | 32,629 | | |
| 181 cases | RECEIPT DATE : _____ | | 605Pm | |
| 0 bales | INTACT SEAL NUMBER : _____ | TIME IN: 605Pm | | |
| | RECEIVED BY: _____ 4/3/23 | TIME OUT: 845Pm | | |
| | SCHED APPT DATE/TIME: _____ 4/3/23 | | | |
| | 304 | | | |
| | 8:37 | | | |
| | 04/03/23 | | | |

| | | | PRODUCT TOTAL CUBIC FEET | 1,362 | |
| | SDI | 31,221 | PRODUCT UNIT WEIGHT | 32,629 # | |
| | PDI | 1,408 | 32 PALLETS | 2,080 # | |
| LYLF | P/D | 0 | GROSS WEIGHT | 34,709 # | |
| | S/D | 0 | | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper _____   Agen

Per _____ HILL'S PET NUTRITION, INC.   Per _____   03/31/23
Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

**UNIFORM STRAIGHT BILL OF LADING**

B.O.L. NO. 7001277875

☐ 1

Original — Not Negotiable

AGENT'S NO. _____

CARRIER: SEMICAB

VEHICLE NO. NOR41

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

At York, PA 17406     03/31/2023     From     Hill's Pet Nutrition, Inc.
the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

ROUTE 1-2 Prepaid FOB ORGIN

SEALS 0303932

FREIGHT

CUSTOMER ID NO. 785995     SALES ORDER NO. 641115920     ORDER DATE 03/28/2023

CUSTOMER P.O. NO. 355022664

Consigned to
(Mail or street address of consignee—For purposes of notification only.)

PETSMART DC #22
21 MARTHA DR
BETHEL PA  19507-6100
USA
PHONE # : 7179331770 directions only
Delivery Date/Time 3/31/2023  0303932

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO  64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: **3-31-23** TIME IN: **8:35** TIME OUT: **8:40** | **8:40** | | |
| | SCHED APPT DATE/TIME: _____ | | | |
| 3,706 bags | # OF PALLETS RECEIVED **26** FULL___ MIXED **(** | 30,300 | | |
| 1,002 cases | RECEIPT DATE : _____ | TIME IN: _____ | | |
| 0 bales | INTACT SEAL NUMBER : _____ | TIME OUT: _____ | | |
| | RECEIVED BY: _____ | | | |
| | SCHED APPT DATE/TIME: _____ | | | |
| | Mike 717 437 1309 | APR 3 6.24 | | |
| | | APR 3 7:37 | | |
| | Receiving 139  OB2317390 ASN/BOL# DD# 314 | DC22 Subject to Count Seal Intact: Ⓨ N Rcvd By Wes Barrall | | |

| | | DESCRIPTION | | |
|---|---|---|---|---|
| | SDI 30,300 | PRODUCT TOTAL CUBIC FEET | 1,132 | |
| | PDI 0 | PRODUCT UNIT WEIGHT | 30,300 # | |
| LYLF | P/D 0 | **27** PALLETS | 1,755 # | |
| | S/D 0 | GROSS WEIGHT | 32,055 # | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper _____     Agen

Per _____     HILL'S PET NUTRITION, INC.     Per _____
Permanent post office address of shipper  P.O. Box 148, Topeka, Kansas 66601

# UNIFORM STRAIGHT BILL OF LADING

**B.O.L. NO.** A001204249

| 1 | | AGENT'S NO. _____ |

Original — Not Negotiable

**VEHICLE NO.** NOR70

**CARRIER:** SEMICAB

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406    03/03/2023    **From** Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**ROUTE** 1-2 Prepaid FOB ORGIN

**FREIGHT**

**SEALS** 303586

**CUSTOMER ID NO.** 825758    **SALES ORDER NO.** 640764794    **ORDER DATE** 02/21/2023

**CUSTOMER P.O. NO.** S40237989

| Consigned to | (Mail or street address of consignee—For purposes of notification only.) |

717-994-1647

CHEWY.COM
600 NEW COMMERCE BLVD
HANOVER TWP PA 18706
USA
PHONE # : directions only
**Delivery Date** 3/02/2023    **Time** 303586

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO 64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: _____ TIME IN: 4:00 TIME OUT: 4:30 | 4:30 | | |
| | SCHED APPT DATE/TIME: _____ | | | |
| 1,114 bags | # OF PALLETS RECEIVED 24 FULL 11 MIXED ___ | 37,770 | | |
| 2,447 cases | RECEIPT DATE : _____ | | 7:00 | |
| 0 bales | INTACT SEAL NUMBER : _____ | TIME IN: 7:00 | | |
| | RECEIVED BY: _____ | TIME OUT: 9:30 | | |
| | SCHED APPT DATE/TIME: _____ | | | |
| | L-nor870 | | | |
| | D-83 | | | |
| | A-700pm | | | |
| | F-925pm | | | |

RECEIV Date 4/3/23 CC

| | | | |
|---|---|---|---|
| | SDI 12,650 | PRODUCT TOTAL CUBIC FEET | 1,360 |
| | PDI 25,119 | PRODUCT UNIT WEIGHT | 37,770 # |
| LYLF | P/D 0 | _____ PALLETS | 2,015 # |
| | S/D 0 | GROSS WEIGHT | 39,785 # |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE–Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper _____    Agen_

Per _____ HILL'S PET NUTRITION, INC.    Per _____
Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

1

UNIFORM STRAIGHT BILL OF LADING

B/L NO. 7001298490

Original — Not Negotiable

AGENT'S NO. _____

CARRIER: SEMICAB

VEHICLE NO. NOR52

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

At York, PA 17406      04/04/2023   From   Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

ROUTE 1-2   Prepaid FOB ORGIN

FREIGHT

717994 2511

SEALS   0303854

CUSTOMER ID NO. 852358        SALES ORDER NO. 641094375        ORDER DATE 03/27/2023

CUSTOMER P.O. NO. 540298360

| Consigned to | (Mail or street address of consignee—For purposes of notification only.) |
|---|---|
| CHEWY LEWISBERRY MDT1<br>MDT1<br>100 GOODMAN DR<br>LEWISBERRY PA  17339<br>USA | PROTECT FROM FREEZING<br><br>REMIT FREIGHT CHARGES TO :<br>DATA FREIGHT INC<br>907 NE COLBERN RD<br>LEES SUMMIT MO  64086<br>USA |

PHONE # :   directions only
Delivery Date: 04/03/2023   0303854

| No.<br>Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS,<br>AND EXCEPTIONS | *WEIGHT<br>(Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: _____ TIME IN: _____ TIME OUT: _____<br>SCHED APPT DATE/TIME: | | | |
| 1,380 bags<br>962 cases<br>0 bales | # OF PALLETS RECEIVED ___ FULL 34 MIXED 5<br>RECEIPT DATE : _____<br>INTACT SEAL NUMBER : _____<br>RECEIVED BY: _____<br>SCHED APPT DATE/TIME: | 39,600<br>Chewy hereby acknowledges receipt of<br>delivery in connection with vendor's bill of<br>lading # _____ TIME OUT:<br>In accordance with Chewy's offloading policy.<br>Chewy will provide reconciliation to vendor<br>within 7 business days of actual items vs.<br>items set forth on the bill of lading<br><br>Received by: _____<br><br>Date: _____ 4-4-23 | L- NOR 52<br>D- 68<br>A-<br>F- 11 ☐ 7am<br>PC-39 | |
| | SDI  33,118   PRODUCT TOTAL CUBIC FEET<br>PDI  6,482    PRODUCT UNIT WEIGHT<br>LYLF  P/D  0      37 PALLETS<br>S/D  0       GROSS WEIGHT | 1,783<br>39,600 #<br>2,535 #<br>42,135 # | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper _____   Agent.

Per _____   HILL'S PET NUTRITION, INC.   Per _____   04/04/23 SLLC
Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

| 1 | UNIFORM STRAIGHT BILL OF LADING | B/L NO. 7001298647 | 134 |

Original — Not Negotiable

AGENT'S NO. _____

**CARRIER:** SEMICAB

VEHICLE NO. NOR83

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

At York, PA 17406      03/31/2023      From   Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

ROUTE  1-2
Prepaid FOB ORGIN

SEALS  303898

FREIGHT

CUSTOMER ID NO. 849608       SALES ORDER NO. 641071460       ORDER DATE 03/23/2023

CUSTOMER P.O. NO. 020P50045007

Consigned to      (Mail or street address of consignee—For purposes of notification only.)

PSP ALLENTOWN PA DC
250 RADAR ROAD
NORTHAMTON PA  18067
USA
PHONE # :  directions only
Delivery Date 4/03/2023  303898
Time

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO  64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 3/31   TIME IN: 11:59   TIME OUT: 11:15 am | | | |
| | SCHED APPT DATE/TIME: 4/4  4 am | | | |
| 2,893 bags | # OF PALLETS RECEIVED ____ FULL ___ MIXED ____ | 41,214 | | |
| 187 cases | RECEIPT DATE : | | | |
| 0 bales | INTACT SEAL NUMBER : | TIME IN: | | |
| | RECEIVED BY: | TIME OUT: | | |
| | SCHED APPT DATE/TIME: | | | |
| | In — 11:30 | | | |
| | Out — 1:05 | | | |
| | [signature] 4-4-23 | | | |
| | SDI  41,214       PRODUCT TOTAL CUBIC FEET | 1,944 | | |
| | PDI  0            PRODUCT UNIT WEIGHT | 41,214 # | | |
| LYLF | P/D  0      42 PALLETS | 2,795 # | | |
| | S/D  0            GROSS WEIGHT | 44,009 # | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper _____      Agent

Per _____  HILL'S PET NUTRITION, INC.   Per _____
Permanent post office address of shipper  P.O. Box 148, Topeka, Kansas 66601

**2** THIS SHIPPING ORDER

B/L NO. 7001298491

AGENT'S NO. _____

VEHICLE NO. NOR49

CARRIER: SEMICAB

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406   04/04/2023   From Hill's Pet Nutrition, Inc.
the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

ROUTE 1-2 Prepaid FOB ORGIN   717 994 2511   SEALS   0303959

FREIGHT

CUSTOMER ID NO. 852358   SALES ORDER NO. 641094559   ORDER DATE 03/27/2023

CUSTOMER P.O. NO. 540298359

Consigned to (Mail or street address of consignee—For purposes of notification only.)

CHEWY LEWISBERRY MDT1
MDT1
100 GOODMAN DR
LEWISBERRY PA 17339
USA
PHONE # : directions only
Delivery Date/Time:
04/03/2023  0303959

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO 64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4/4/23 TIME IN: 3:01 PM TIME OUT: | | | |
| | SCHED APPT DATE/TIME: | | | |
| 1,860 bags | # OF PALLETS RECEIVED 30 FULL 7 MIXED | 35,606 | | |
| 992 cases | RECEIPT DATE : | | | |
| 0 bales | INTACT SEAL NUMBER : | TIME IN: | | |
| | RECEIVED BY: | TIME OUT: | | |
| | SCHED APPT DATE/TIME: | | | |

HILLS
@ 1155
OUT @
1570

CHEWY
@ 1625
OUT @
1845

Chewy hereby acknowledges receipt of delivery in connection with vendor's bill of lading # _____
In accordance with Chewy's offloading policy, Chewy will provide reconciliation to vendor within 7 business days of actual items vs. items set forth on the bill of lading

L-
D-
A:3:50 pm

Received by: _____

| | | | PRODUCT TOTAL CUBIC FEET | 1,614 |
|---|---|---|---|---|
| SDI | 18,308 | | Date: | F-6 00 pm |
| PDI | 17,299 | | PRODUCT UNIT WEIGHT | 35,606 PC# 37 |
| LYLF | P/D | 0 | 37 PALLETS | 2,340 # |
| | S/D | 0 | GROSS WEIGHT | 37,946 # |

"If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE–Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper _____  Agent

Per _____ HILL'S PET NUTRITION, INC.   Per _____ 04/04/23 3:01 PC
Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

Original — Not Negotiable

AGENT'S NO. _____

CARRIER: SEMICAB

VEHICLE NO. NOR42

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

At York, PA 17406    04/05/2023    From    Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said compan (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery a said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of sa property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall h subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted f himself and his assigns.

ROUTE 1-2
Prepaid FOB ORGIN

FREIGHT

SEALS    0303851

CUSTOMER ID NO. 768842    SALES ORDER NO. 641127895    ORDER DATE 03/29/2023

CUSTOMER P.O. NO. 21433133

| Consigned to | (Mail or street address of consignee—For purposes of notification only.) |
|---|---|
| PETCO #810<br>257 PROSPECT PLAINS RD<br>CRANBURY NJ  08512-3703<br>USA<br>PHONE # : 6098194466-11... directions<br>Delivery Date/<br>on time | PROTECT FROM FREEZING<br>REMIT FREIGHT CHARGES TO :<br>DATA FREIGHT INC<br>907 NE COLBERN RD<br>LEES SUMMIT MO  64086<br>USA |

04/04/2023    0303851

| No.<br>Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS,<br>AND EXCEPTIONS | *WEIGHT<br>(Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food.<br>PICKUP DATE: 4/5/23  TIME IN: _____  TIME OUT: _____<br>SCHED APPT DATE/TIME: _____ | | | |
| 3,400 bags<br>182 cases<br>0 bales | # OF PALLETS RECEIVED ___ FULL 37 MIXED 6<br>RECEIPT DATE : _____<br>INTACT SEAL NUMBER : _____<br>RECEIVED BY: _____<br>SCHED APPT DATE/TIME: _____ | 40,950<br>TIME IN: _____<br>TIME OUT: _____ | | |
| | Angeles orzeo<br>04/05/23<br>09:05 am | | | |

| | | | PRODUCT TOTAL CUBIC FEET | 1,883 |
|---|---|---|---|---|
| | SDI | 39,330 | PRODUCT UNIT WEIGHT | 40,950 # |
| | PDI | 1,519 | 43 PALLETS | 2,795 # |
| LYLF | P/D | 0 | GROSS WEIGHT | 43,745 # |
| | S/D | 0 | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper _____    Agent

Per ____ HILL'S PET NUTRITION, INC.    Per _____

Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

**2**

**B.O.L. NO.** 7001279236

AGENT'S NO. _____

VEHICLE NO. nor62

**CARRIER:** SEMICAB

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406    04/04/2023    From   Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**ROUTE** 1-2   Prepaid FOB ORGIN

**SEALS** 303874

**FREIGHT**

**CUSTOMER ID NO.** 785995    **SALES ORDER NO.** 641106761    **ORDER DATE** 03/27/2023

**CUSTOMER P.O. NO.** 5501(561)

**Consigned to** (Mail or street address of consignee—For purposes of notification only.)

PETSMART DC #22
21 MARTHA DR
BETHEL PA 19507-6100
USA
PHONE # : 7179331770 directions only
Delivery Date/Time 4/04/2023   303874

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO 64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: _____ TIME IN: 15:00 TIME OUT: 15:11 | | | |
| | SCHED APPT DATE/TIME: | | | |
| 3,567 bags | # OF PALLETS RECEIVED ____ FULL 37 MIXED ( ) | 41,259 | | |
| 1,258 cases | RECEIPT DATE : | | | |
| 0 bales | INTACT SEAL NUMBER : | TIME IN: | | |
| | RECEIVED BY: | TIME OUT: | | |
| | SCHED APPT DATE/TIME: | | | |
| | Receiving 139 | APR 5 AM 7:20 | | |
| | ASN/BOL# 0182330222 | | | |
| | DD# 304 | | | |
| DC22 Subject to Count Seal Intact: (Y) N Rcvd By Kelly Barlet | 0182330222 | APR 5 AM 6:52 | | |
| | 304 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | SDI | 41,259 | PRODUCT TOTAL CUBIC FEET | 1,642 | | |
| | PDI | 0 | PRODUCT UNIT WEIGHT | 41,259 # | | |
| LYLF | P/D | 0 | 37 PALLETS | 2,405 # | | |
| | S/D | 0 | GROSS WEIGHT | 43,664 # | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper _____

Per   HILL'S PET NUTRITION, INC.   Per _____

Agen

Permanent post office address of shipper   P.O. Box 148, Topeka, Kansas 66601

(Uniform Domestic Straight Bill of Lading adopted by Carrier's in Official, Southern Western and ...

**2**

THIS SHIPPING ORDER

**B.O.L. NO.** 70012479237

AGENT'S NO. _____

CARRIER: SEMICAB

VEHICLE NO. nor43

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406    04/04/2023    From    Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

ROUTE 1-2
Prepaid FOB ORIGIN

**SEALS**    303666

FREIGHT

CUSTOMER ID NO. 785995    SALES ORDER NO. 641128983    ORDER DATE 03/29/2023

CUSTOMER P.O. NO. 55030364

(Mail or street address of consignee—For purposes of notification only.)

Consigned to

PETSMART DC #22
21 MARTHA DR
BETHEL PA 19507-6100
USA
PHONE # : 7179331770 directions only
Delivery Date 4/04/2023    303666

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT, INC
907 NE COLBERN RD
LEES SUMMIT MO 64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4-4-23 TIME IN: 4:10p TIME OUT: 4:40p | 4:40p | | |
| | SCHED APPT DATE/TIME: | | | |
| 2,024 bags | # OF PALLETS RECEIVED ____ FULL ___ MIXED ___ | 32,873 | | |
| 1,225 cases | RECEIPT DATE : | | | |
| 0 bales | INTACT SEAL NUMBER : | TIME IN: | | |
| | RECEIVED BY: | TIME OUT: | | |
| | SCHED APPT DATE/TIME: | | | |
| | | APR 5 AM 7:06 | | |
| | DC22  Subject to Count  Seal Intact: (Y) N  Rcvd By  Kelly Barlet  TIME | Receiving 139  ASN/BOL# 018033002?  DD# 018041926  323 | APR 5 AM 7:38 | |

| | | | |
|---|---|---|---|
| SDI | 32,873 | PRODUCT TOTAL CUBIC FEET | 1,343 |
| PDI | 0 | PRODUCT UNIT WEIGHT | 32,873 # |
| LYLF P/D | 0 | 24 PALLETS | 1,885 # |
| S/D | 0 | GROSS WEIGHT | 34,758 # |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper _____    Agent

Per HILL'S PET NUTRITION, INC.    Per SLC Hager
Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

UNIFORM STRAIGHT BILL OF LADING

**B.O.L. NO.** 7001279040

| 1 |

Original — Not Negotiable

AGENT'S NO. _____

**CARRIER:** SEMICAB

VEHICLE NO. NOR64

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

At York, PA 17406       04/05/2023       From   Hill's Pet Nutrition, Inc.
the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

ROUTE   1-2
Prepaid FOB ORGIN

FREIGHT

SEALS      0303855

CUSTOMER ID NO. 799605      SALES ORDER NO. 641110371      ORDER DATE   03/28/2023

CUSTOMER P.O. NO. RS40299445

Consigned to      (Mail or street address of consignee—For purposes of notification only.)

CHEWY EFC3
40 DAUPHIN DR
MECHANICSBURG PA   17050-8521
USA
PHONE # : 8008504268 directions only
Delivery Date 4/04/2023   0303855

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO   64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: _4/5/23_ TIME IN: _09:3_ TIME OUT: _09:52_ | 09:52 | | |
| | SCHED APPT DATE/TIME: | | | |
| 1,206 bags | # OF PALLETS RECEIVED ___ FULL _24_ MIXED _6_ | 35,576 | | |
| 1,345 cases | RECEIPT DATE : | TIME IN: | | |
| 0 bales | INTACT SEAL NUMBER : | TIME OUT: | | |
| | RECEIVED BY: | | | |
| | SCHED APPT DATE/TIME: | | | |
| | Chewy hereby acknowledges receipt of delivery in connection with vendor's bill of lading # _____ In accordance with Chewy's offloading policy, Chewy will provide a reconciliation to vendor within 7 buisness days of actual items vs. items set forth on the bill of lading | | | |
| | Received by: _Steve Munary_ | L-NOR64 D-9/ A-14:00 F-3:23 PM PC-30 | | |
| | Date: _4-5-2023_ | | | |

| | | PRODUCT TOTAL CUBIC FEET | 1,394 |
| SDI | 11,477 | PRODUCT UNIT WEIGHT | 35,576 # |
| PDI | 24,001 | _50_ PALLETS | 1,950 # |
| LYLF  P/D | 0 | GROSS WEIGHT | 37,526 # |
| S/D | 0 | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading state whether it is "carrier's or shipper's weight."
NOTE–Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

Shipper _____ _____ Agent

Per _____      HILL'S PET NUTRITION, INC.      Per _____
Permanent post office address of shipper  P.O. Box 148, Topeka, Kansas 66601

THIS SHIPPING ORDER

(Uniform Domestic Straight Bill of Lading adopted by Carrier's in Official, Southern, Western and Illinois classifications)

AGENT'S NO. _____

**CARRIER:** SEMICAB

VEHICLE NO. NOR116

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406    04/05/2023    From Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

ROUTE 1-2
Prepaid FOB ORGIN    717-994-1647    SEALS 0303857

FREIGHT

NOR116
84
7 AM
41
8:00A

CUSTOMER ID NO. 849011    SALES ORDER NO. 641051825    ORDER DATE 03/22/2023

CUSTOMER P.O. NO. 540287794

(Mail or street address of consignee—For purposes of notification only.)

Consigned to

CHEWY AVP2
AVP2
37 LAKEVIEW DR
JESSUP PA 18434
USA
Delivery Date # : directions only
Time
04/04/2023 0303857

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO 64086
USA

Live 3:30 pm

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4/5/23 TIME IN: 3:00 AM TIME OUT: 3:30AM | 3:30AM | | |
| | SCHED APPT DATE/TIME: _____ | | | |
| 1,516 bags | # OF PALLETS RECEIVED ___ FULL 37 / MIXED 4 | 37,574 | | |
| 1,114 cases | RECEIPT DATE : | | 7:15 | |
| 0 bales | INTACT SEAL NUMBER : _____ | TIME IN: 7:15 | | |
| | RECEIVED BY: _____ | TIME OUT: 8:15 | | |
| | SCHED APPT DATE/TIME: _____ | | | |
| | Lloyd Allen | | | |
| | 4/5/2023 | | | |

| | | PRODUCT TOTAL CUBIC FEET | 1,892 | |
| SDI | 32,947 | PRODUCT UNIT WEIGHT | 37,574 # | |
| PDI | 4,627 | 41 PALLETS | 2,665 # | |
| LYLF P/D | 0 | GROSS WEIGHT | 40,239 # | |
| S/D | 0 | | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper _____ Agent

Per HILL'S PET NUTRITION, INC.    Per _____
Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

Original — Not Negotiable

AGENT'S NO. _____

VEHICLE NO.

CARRIER: SEMICAB          NOR51

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

At York, PA 17406      04/05/2023   From  Hill's Pet Nutrition, Inc.
the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

ROUTE  1-2
       Prepaid FOB ORGIN

FREIGHT

SEALS      0303872

CUSTOMER ID NO. 768842       SALES ORDER NO. 641115249     ORDER DATE  03/28/2023

CUSTOMER P.O. NO. 21433119

Consigned to    (Mail or street address of consignee—For purposes of notification only.)

PETCO #810
257 PROSPECT PLAINS RD
CRANBURY NJ  08512-3703
USA
PHONE # : 6098194466-11... directions
Delivery Date/
On Time
04/04/2023   0303872

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO  64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4/5/23 TIME IN: 12:39 TIME OUT: 1:00 | | | |
| | SCHED APPT DATE/TIME: 4/5/23 | | | |
| 2,492 bags | # OF PALLETS RECEIVED ___ FULL 35 MIXED 4 | 41,624 | | |
| 646 cases | RECEIPT DATE : | | | |
| 0 bales | INTACT SEAL NUMBER : | TIME IN: 4:00 | | |
| | RECEIVED BY: _____ 4/5/23 | TIME OUT: 5:47 | | |
| | SCHED APPT DATE/TIME: | | | |
| | JOSUE CRUZ | | | |
| | 04/05/23 | | | |
| | 5:45 pm | | | |
| | Door 306 | | | |

| | | | | |
|---|---|---|---|---|
| | SDI | 40,744 | PRODUCT TOTAL CUBIC FEET | 1,841 |
| | PDI | 880 | PRODUCT UNIT WEIGHT | 41,624 # |
| LYLF | P/D | 0 | 39 PALLETS | 2,600 # |
| | S/D | 0 | GROSS WEIGHT | 44,224 # |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper _____   Agen

Per _____  HILL'S PET NUTRITION, INC.   Per _____
Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

| 1 |

# UNIFORM STRAIGHT BILL OF LADING

**B.O.L. NO.** 7001299041

## Original — Not Negotiable

AGENT'S NO. _____

**CARRIER:** SEMICAB

VEHICLE NO. **NOR53**

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

At **York, PA 17406**  **04/05/2023**  From  **Hill's Pet Nutrition, Inc.**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**ROUTE** 1-2  Prepaid FOB ORGIN

**FREIGHT**

**SEALS**  0303714

**CUSTOMER ID NO.** 852358  **SALES ORDER NO.** 641110356  **ORDER DATE** 03/28/2023

**CUSTOMER P.O. NO.** CS40299451

**Consigned to** (Mail or street address of consignee—For purposes of notification only.)

CHEWY LEWISBERRY MDT1
MDT1
100 GOODMAN DR
LEWISBERRY PA  17339
USA
**Delivery Date/Time** PHONE #  :  directions only
04/04/2023  0303714

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO  64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 34-5-23 TIME IN: 11:05 TIME OUT: 11:10 . | | | |
| | SCHED APPT DATE/TIME: | | | |
| 2,253 bags | # OF PALLETS RECEIVED 33 FULL 9 MIXED____ | 40,116 | | |
| 127 cases | RECEIPT DATE : | | | |
| 0 bales | INTACT SEAL NUMBER : | TIME IN: 3:00 | | |
| | RECEIVED BY: | TIME OUT: 7:30 | | |
| | SCHED APPT DATE/TIME: Chewy hereby acknowledges receipt of delivery in connection with vendor's bill of lading # _____ | | | |
| | In accordance with **Chewy's offloading** policy, Chewy will provide reconciliation to vendor ... business days of actual items vs. ... set forth on the bill of lading | L-
D-77
A 6:00
F-7:11 | | |
| | Received by: [signature]  Date: 4/5/23 | PC 42 | | |

| | | | | |
|---|---|---|---|---|
| | SDI | 17,583 | PRODUCT TOTAL CUBIC FEET | 1,926 |
| | PDI | 22,532 | PRODUCT UNIT WEIGHT | 40,116 # |
| LYLF | P/D | 0 | 42 PALLETS | 2,730 # |
| | S/D | 0 | GROSS WEIGHT | 42,846 # |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper [signature] - DP  Agen

Per  **HILL'S PET NUTRITION, INC.**  Per _____

Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

# UNIFORM STRAIGHT BILL OF LADING

(Uniform Domestic Straight Bill of Lading adopted by Carrier's in Official, Southern, Western and Illinois ...)

B.O.L. NO. 7601230393

**1**

Original — Not Negotiable

AGENT'S NO.

VEHICLE NO. **NOR45**

**CARRIER:** SEMICAB

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406    04/06/2023    From    Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

ROUTE  1-2  Prepaid FOB ORGIN

FREIGHT

SEALS    0303958

CUSTOMER ID NO. 768842    SALES ORDER NO. 641140184    ORDER DATE  03/30/2023

CUSTOMER P.O. NO. 21433147

Consigned to    (Mail or street address of consignee—For purposes of notification only.)

PETCO #810
257 PROSPECT PLAINS RD
CRANBURY NJ  08512-3703
USA
PHONE # : 6078194466-11... directions

Delivery Date/Time
ON 4/6

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO  64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4/6/23  TIME IN: _____  TIME OUT: _____ | | | |
| | SCHED APPT DATE/TIME: _____ | | | |
| 2,115 bags | # OF PALLETS RECEIVED ____ FULL 34 MIXED 4 | 41,481 | | |
| 1,923 cases | RECEIPT DATE : | | | |
| 0 bales | INTACT SEAL NUMBER : | TIME IN: _____ | | |
| | RECEIVED BY: | TIME OUT: _____ | | |
| | SCHED APPT DATE/TIME: _____ | | | |
| | 4-6-23 | | | |
| | 7:35 | | | |
| | EVA LUZ | | | |

| | | | PRODUCT TOTAL CUBIC FEET | 1,739 | |
|---|---|---|---|---|---|
| | SDI | 40,663 | PRODUCT UNIT WEIGHT | 41,481 # | |
| | PDI | 818 | 58 PALLETS | 2,470 # | |
| LYLF | P/D | 0 | GROSS WEIGHT | 43,951 # | |
| | S/D | 0 | | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper _____

Per _____    Agen

Per _____    HILL'S PET NUTRITION, INC.    Per _____
Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

# UNIFORM STRAIGHT BILL OF LADING

(Uniform Domestic Straight Bill of Lading adopted by Carrier's in Official, Southern, Western and Illinois...)

**B.O.L. NO.** 273041239939

1

Original — Not Negotiable

AGENT'S NO. _____

VEHICLE NO. NOR77

**CARRIER:** SEMICAB

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406    04/06/2023    From Hill's Pet Nutrition, Inc.

the property described herein, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property, over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

ROUTE 1-2 Prepaid FOB ORGIN

FREIGHT

**SEALS** 0303571

CUSTOMER ID NO. 852358    SALES ORDER NO. 641123349    **ORDER DATE** 03/29/2023

CUSTOMER P.O. NO. S40300580

Consigned to (Mail or street address of consignee—For purposes of notification only.)

CHEWY LEWISBERRY MDT1
MDT1
100 GOODMAN DR
LEWISBERRY PA 17339
USA
PHONE # : directions only

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO 64086
USA

04705772023 0303571

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | 07.20 | | |
| | PICKUP DATE: 4/6/23 TIME IN: 7:05AM TIME OUT: | | | |
| | SCHED APPT DATE/TIME: _____ | | | |
| 2,301 bags | # OF PALLETS RECEIVED ___ FULL 27 MIXED 13 | 36,514 | | |
| 138 cases | RECEIPT DATE : _____ | TIME IN: | | |
| 0 bales | INTACT SEAL NUMBER : _____ | TIME OUT: | | |
| | RECEIVED BY: acknowledges receipt of | | | |
| | SCHED APPT DATE/TIME action with vendor's bill of lading # | | | |

In accordance with Chewy's offloading policy. Chewy will provide reconciliation to vendor within 7 business days of actual items vs. items set forth on the bill of lading

Received by: _____

Date: 4/6/23

NOR77
D- 73
A- 7:52AM
F- 950 AM
PC- 40

| | | PRODUCT TOTAL CUBIC FEET | 1,750 |
|---|---|---|---|
| SDI | 14,526 | PRODUCT UNIT WEIGHT | 36,514 # |
| PDI | 21,989 | 40 PALLETS | 2,535 # |
| LYLF | P/D   0 | GROSS WEIGHT | 39,049 # |
| | S/D   0 | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper _____    sc   4-6-23

Per HILL'S PET NUTRITION, INC.    Per _____ Agen

Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

(Uniform Domestic Straight Bill of Lading adopted by Carrier's in Official, southern ...

| 1 |

**UNIFORM STRAIGHT BILL OF LADING**

B.O.L. NO.

Original — Not Negotiable

AGENT'S NO. _____

VEHICLE NO. _____

CARRIER: SEMICAB                                                    NOR107

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406    04/06/2023    From    Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property, that every service to be performed hereunder shall be subject to all or any portion of said route to destination, and as to each party at any time interested in all or any of said property. the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

ROUTE  1-2
Prepaid FOB ORGIN

SEALS          0303562

FREIGHT

CUSTOMER ID NO. 849608    SALES ORDER NO. 641106084    ORDER DATE  03/27/2023

CUSTOMER P.O. NO. 0020P50045352

Consigned to    (Mail or street address of consignee—For purposes of notification only.)

PSP ALLENTOWN PA DC
250 RADAR ROAD
NORTHAMTON PA  18067
USA
PHONE # :  directions only
Delivery Date 04/05/2023    0303562
Time

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO  64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4/6/23  TIME IN: _____ TIME OUT: _____ | | | |
| | SCHED APPT DATE/TIME: _____ | | | |
| 2,340 bags | # OF PALLETS RECEIVED ____ FULL 39 MIXED 1 | 40,711 | | |
| 187 cases | RECEIPT DATE : _____ | TIME IN: _____ | | |
| 0 bales | INTACT SEAL NUMBER : _____ | TIME OUT: _____ | | |
| | RECEIVED BY: _____ | | | |
| | SCHED APPT DATE/TIME: _____ | | | |
| | mik  217 437 1309 | | | |
| | In-10:00 | | | |
| | out - 10:49 | | | |
| | [signature] Scag  4-6-23 | | | |

|  | SDI | 40,711 | PRODUCT TOTAL CUBIC FEET | 1,880 |
|  | PDI | 0 | PRODUCT UNIT WEIGHT | 40,711 # |
| LYLF | P/D | 0 | 40 PALLETS | 2,600 # |
|  | S/D | 0 | GROSS WEIGHT | 43,311 # |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper ___SSegura___                    Agent

Per _____    HILL'S PET NUTRITION, INC.    Per ___Am___
Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

(Uniform Domestic Straight Bill of Lading adopted by Carrier's in Official, Southern, Western and ...

**1**

# UNIFORM STRAIGHT BILL OF LADING

B.O.L. NO.

Original — Not Negotiable

AGENT'S NO.

VEHICLE NO. **NOR44**

**CARRIER:** SEMICAB

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

At York, PA 17406   04/06/2023   From   Hill's Pet Nutrition, Inc.
the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

ROUTE **1-2**
Prepaid FOB ORGIN

FREIGHT

CUSTOMER ID NO. **768842**   SALES ORDER NO. **641140185**

CUSTOMER P.O. NO. **21433148**

SEALS **0303935**

ORDER DATE **03/30/2023**

(Mail or street address of consignee—For purposes of notification only.)

Consigned to

PETCO #810
257 PROSPECT PLAINS RD
CRANBURY NJ  08512-3703
USA
PHONE # : 6098194466-11... directions
Delivery Date/
GTI No.

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO  64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement ,animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4/6/23 TIME IN: 0800 TIME OUT: 0815 | 0815 | | |
| | SCHED APPT DATE/TIME: | | | |
| 3,282 bags | # OF PALLETS RECEIVED ___ FULL 31 MIXED 3 | 42,185 | | |
| 1,070 cases | RECEIPT DATE : | TIME IN: | 11:15 | |
| 0 bales | INTACT SEAL NUMBER : | TIME OUT: | 1:15 | |
| | RECEIVED BY: | | | |
| | SCHED APPT DATE/TIME: | | | |
| | 4-6-23 1:10 QUA 102 | | | |

| | | | | |
|---|---|---|---|---|
| SDI | 41,024 | PRODUCT TOTAL CUBIC FEET | 1,804 | |
| PDI | 1,063 | PRODUCT UNIT WEIGHT | 42,185 # | |
| LYLF  F/D | 0 | 40 PALLETS | 2,665 # | |
| S/D | 0 | GROSS WEIGHT | 44,850 # | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper _S. Segura_  _Bob Hull_   Agen

Per _____   HILL'S PET NUTRITION, INC.   Per _____
Permanent post office address of shipper  P.O. Box 148, Topeka, Kansas 66601

(Uniform Domestic Straight Bill of Lading adopted by Carrier's in Official, Southern, Western and Illinois Classification territories...)

**2** THIS SHIPPING ORDER

B.O.L. NO. _____

AGENT'S NO. _____

VEHICLE NO. NDR105

CARRIER: SEMICAB

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406    04/06/2023    From    Hill's Pet Nutrition, Inc.
the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

Bianca

ROUTE 1-2 Prepaid FOB ORIGIN

SEALS 0303863 LIVE

FREIGHT

CUSTOMER ID NO. 768842

SALES ORDER NO. 641127894

ORDER DATE 03/29/2023

CUSTOMER P.O. NO. 21433135

Consigned to    (Mail or street address of consignee—For purposes of notification only.)

PETCO #810
257 PROSPECT PLAINS RD
CRANBURY NJ  08512-3703
USA
PHONE # : 6098194466-11... directions
Delivery Date/
On Time

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO  64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement, animal fish poultry, pet food 310 | | | |
| | PICKUP DATE: 4/6/23 TIME IN: 12:53 TIME OUT: | | | |
| | SCHED APPT DATE/TIME: | | | |
| 2,384 bags | # OF PALLETS RECEIVED ___ FULL 35 MIXED 5 | 41,841 | | |
| 566 cases | RECEIPT DATE : | | | |
| 0 bales | INTACT SEAL NUMBER : | TIME IN: | | |
| | RECEIVED BY: | TIME OUT: | | |
| | SCHED APPT DATE/TIME: | | | |

Bianca Rodriguez
5:05 pm
04/06/23
PO: 21433135

|  | | | PRODUCT TOTAL CUBIC FEET | 1,869 |
|---|---|---|---|---|
| SDI | 39,092 | | PRODUCT UNIT WEIGHT | 41,841 # |
| PDI | 2,749 | | 40 PALLETS | 2,600 # |
| LYLF | P/D | 0 | GROSS WEIGHT | 44,441 # |
| | S/D | 0 | | |

*If the shipment moves between two ports by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper _____

Agent

Per _____    HILL'S PET NUTRITION, INC.    Per _____
Permanent post office address of shipper  P.O. Box 148, Topeka, Kansas 66601

(Uniform Domestic Straight Bill of Lading adopted by Carrier's in Official, Southern, Western and ... Classifications ... bly filled in in Ink, in Indelible Pencil ... Carbons ...

**2**

**B.O.L. NO.** 70012..938

AGENT'S NO. _____

VEHICLE NO. _____

**CARRIER:** SEMICAB          7.00          nor72

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At **York, PA 17406**   **04/06/2023**   From **Hill's Pet Nutrition, Inc.**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**ROUTE** 1-2   Prepaid FOB ORGIN          **SEALS** 303882

**FREIGHT**

**CUSTOMER ID NO.** 852358   **SALES ORDER NO.** 641123087   **ORDER DATE** 03/29/2023

**CUSTOMER P.O. NO.** IS40300581

Consigned to   (Mail or street address of consignee—For purposes of notification only.)

CHEWY LEWISBERRY MDT1
MDT1
100 GOODMAN DR
LEWISBERRY PA  17339
USA

Delivery Date/ Time   # :   directions only

04/10/2023   303882

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO  64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4-6-23 TIME IN: 4:10PM TIME OUT: 4:30PM | 4:30PM | | |
| | SCHED APPT DATE/TIME: _____ | | | |
| 1,914 bags | # OF PALLETS RECEIVED ___ FULL ___ MIXED ___ | 38,202 | | |
| 531 cases | RECEIPT DATE : | | 5:15 | |
| 0 bales | INTACT SEAL NUMBER : | TIME IN: 5:15 | | |
| | RECEIVED BY: | TIME OUT: 7:15 | | |
| | SCHED APPT DATE/TIME: | | | |

Chewy hereby acknowledges receipt of
delivery in connection with vendor's bill of
lading # _____
In accordance with Chewy's offloading policy.
Chewy will provide reconciliation to vendor
within 7 business days of actual items vs.
items set forth on the bill of lading

NOR72

| | | | PRODUCT TOTAL CUBIC FEET | 1,694 | L- NOR72 |
| SDI | 25,783 | | PRODUCT WEIGHT | 38,202 | D-77046 |
| PDI | 12,419 | | 37 PALLETS | 2,407 | A-6816 |
| LYLF | P/D | 0 | Received by: TAC2 | 40,607 | F-6046 |
| | S/D | 0 | GROSS WEIGHT | | PC-37 |

Date: 4/6/23

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper   Bob Teeel          Agent

**HILL'S PET NUTRITION, INC.**   Per _____

Per _____
Permanent post office address of shipper  P.O. Box 148, Topeka, Kansas 66601

(Uniform Domestic Straight Bill of Lading adopted by Carrier's in Official, Southern, Western and minor classifications)

# UNIFORM STRAIGHT BILL OF LADING

**B.O.L NO.** 780127858

**1**

### Original — Not Negotiable

AGENT'S NO. _____

**CARRIER:** SEMICAB

VEHICLE NO. nor111

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

At **York, PA 17406** **04/06/2023** **From** **Hill's Pet Nutrition, Inc.**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company the property being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**ROUTE** 1-2 Prepaid FOB ORGIN

**SEALS** 303869

**FREIGHT**

**CUSTOMER ID NO.** 785995    **SALES ORDER NO.** 641140643    **ORDER DATE** 03/30/2023

**CUSTOMER P.O. NO.** 255043789

Consigned to        (Mail or street address of consignee—For purposes of notification only.)

PETSMART DC #22
21 MARTHA DR
BETHEL PA  19507-6100
USA
PHONE # : 7179331770 directions only
Delivery Date 4/05/2023  303869
Time 4

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO  64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4-6-23 TIME IN: 4:00 pm TIME OUT: 9:30pm | | | |
| | SCHED APPT DATE/TIME: | | | |
| 2,775 bags | # OF PALLETS RECEIVED ____ FULL ___ MIXED ____ | 37,789 | | |
| 210 cases | RECEIPT DATE : | TIME IN: | | |
| 0 bales | INTACT SEAL NUMBER : | TIME OUT: | | |
| | RECEIVED BY: | | | |
| | SCHED APPT DATE/TIME: | APR 6 PM 6:02 | | |
| | | APR 6 PM 6:40 | | |
| | Receiving 139  018231901 ASN/BOL# DD# 312 | DC22 Subject to Count Seal Intact: Rcvd By wes Barrall River | | |

HILL (handwritten) @155 OUT30 1630 PETSMOR2 en40 OUT30 1655

| | | | PRODUCT TOTAL CUBIC FEET | 1,869 |
|---|---|---|---|---|
| | SDI | 37,789 | PRODUCT UNIT WEIGHT | 37,789 # |
| | PDI | 0 | PRODUCT UNIT WEIGHT | |
| LYLF | P/D | 0 | 41 PALLETS | 2,665 # |
| | S/D | 0 | GROSS WEIGHT | 40,454 # |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading state whether it is "carrier's or shipper's weight."
NOTE–Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is _____ per _____
hereby specifically stated by the shipper to be not exceeding _____

Shipper _____

Per _____

Agen _____ 04/06/23

**HILL'S PET NUTRITION, INC.**

Per _____
Permanent post office address of shipper  P.O. Box 148, Topeka, Kansas 66601

(Uniform Domestic Straight Bill of Lading adopted by Carrier's in Official, Southern, Western and ...

**1**

B.O.L. NO. 7001295413

# UNIFORM STRAIGHT BILL OF LADING

## Original — Not Negotiable

AGENT'S NO. _____

CARRIER: SEMICAB

VEHICLE NO. nor54

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

At York, PA 17406    03/28/2023    From    Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

1-2

ROUTE  Prepaid FOB ORGIN 717-513-2840    3033802

FREIGHT  825758    640941270    ORDER DATE  03/10/2023

CUSTOMER ID NO. RS40273678    SALES ORDER NO.

CUSTOMER P.O. NO.    PROTECT FROM FREEZING

(Mail or street address of consignee—For purposes of notification only.)

Consigned to
CHEWY.COM
600 NEW COMMERCE BLVD
HANOVER TWP PA 18706
USA
PHONE # : directions only
03/27/2023   3033802
Delivery Date/Time

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO 64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | feed supplement animal fish poultry; pet food | 0.5 | | |
| | PICKUP DATE: 3-28-23 TIME IN: 3:45 TIME OUT: | | | |
| | SCHED APPT DATE/TIME: | | | |
| 1,671 bags | # OF PALLETS RECEIVED 24 FULL 33 MIXED 6 | 40,962 | | |
| 592 cases | RECEIPT DATE : | TIME IN: | | |
| 0 bales | INTACT SEAL NUMBER : | TIME OUT: | | |
| | RECEIVED BY: | | | |
| | SCHED APPT DATE/TIME: | | | |

L: NOR54
D: 83
A: 1934
F: 2221
PC: 37

RECEIVED
Date 4/6/23  By DR

| | | DESCRIPTION | *WEIGHT | | |
|---|---|---|---|---|---|
| SDI | 28,155 | PRODUCT TOTAL CUBIC FEET | 1,751 | | |
| PDI | 12,706 | PRODUCT UNIT WEIGHT | 40,962 # | | |
| LYLF P/D | 0 | PALLETS | 2,470 # | | |
| S/D | 0 | GROSS WEIGHT | 43,432 # | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____ per _____

HILL'S PET NUTRITION, INC.    Shipper _____    Agent

Per _____    Per  Patrick Hansen

Permanent post office address of shipper  P.O. Box 148, Topeka, Kansas 66601

(Uniform Domestic Straight Bill of Lading adopted by Carrier's in Official, Southern, Western and ...)

# UNIFORM STRAIGHT BILL OF LADING

B.O.L. NO. ___379

Original — Not Negotiable

AGENT'S NO. _____

CARRIER: SEMICAB          717 513 8525

VEHICLE NO. NOR57

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406    04/06/2023    From    Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

ROUTE 1-2    Prepaid FOB ORIGIN

SEALS    0303899

FREIGHT

CUSTOMER ID NO. 825758    SALES ORDER NO. 641076530    ORDER DATE 03/24/2023

CUSTOMER P.O. NO. S40297708

Consigned to    (Mail or street address of consignee—For purposes of notification only.)

CHEWY.COM
600 NEW COMMERCE BLVD
HANOVER TWP PA  18706
USA
PHONE # : directions only
Delivery Date 04/06/2023   0303899

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO  64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4/11/23 TIME IN: _____ TIME OUT: ___ SCHED APPT DATE/TIME: | | | |
| 1,804 bags | # OF PALLETS RECEIVED ____ FULL 37 MIXED 3 | 40,869 | | |
| 269 cases | RECEIPT DATE : | TIME IN: ___ | | |
| 0 bales | INTACT SEAL NUMBER : | TIME OUT: ___ | | |
| | RECEIVED BY: | | | |
| | SCHED APPT DATE/TIME: | | | |

Y-51
D 118
A 630am
F 844flm

RECEIVED
Date 4/7 By SB

| | | | PRODUCT TOTAL CUBIC FEET | 1,929 |
| SDI | 34,353 | | PRODUCT UNIT WEIGHT | 40,869 # |
| PDI | 6,454 | | 40 PALLETS | 2,665 # |
| LYLF | P/D | 0 | GROSS WEIGHT | 43,534 # |
| | S/D | 0 | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper _J. Segura_ _____ Agen

Per _____    HILL'S PET NUTRITION, INC.    Per _____
Permanent post office address of shipper  P.O. Box 148, Topeka, Kansas 66601

(Uniform Domestic Straight Bill of Lading adopted by Carrier's in Official, Southern, Western and ... legibly filled in, in Ink, in Indelible Pencil ... Carbon ...)

**2** THIS SHIPPING ORDER

**B.O.L. NO.** 525

AGENT'S NO. _____

VEHICLE NO. nor60

**CARRIER:** SEMICAB

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406    04/06/2023    From **Hill's Pet Nutrition, Inc.**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

ROUTE 1-2 Prepaid FOB ORGIN     SEALS 303724

FREIGHT

CUSTOMER ID NO. 785995    SALES ORDER NO. 641154343    ORDER DATE 03/31/2023

CUSTOMER P.O. NO. 355050277     APR 7 AM 7:40

Consigned to   (Mail or street address of consignee—For purposes of notification only.)    PROTECT FROM FREEZING

PETSMART DC #22
21 MARTHA DR
BETHEL PA 19507-6100
USA
PHONE # : 7179331770 directions only
Delivery Date/Time 4/06/2023   303724

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO 64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4/6/23 TIME IN: 8.00 PM TIME OUT: | | | |
| | SCHED APPT DATE/TIME: | | | |
| 1,120 bags | # OF PALLETS RECEIVED 28 FULL___ MIXED___ | 40,343 | | |
| 2,305 cases | RECEIPT DATE : | TIME IN: | | |
| 0 bales | INTACT SEAL NUMBER : | TIME OUT: | | |
| | RECEIVED BY: | | | |
| | SCHED APPT DATE/TIME: | | | |
| | | APR 7 AM 8:27 | | |
| | 0182366880 | | | |
| | 333 | | | |
| | DC22 Subject to Count Seal Intact Rcvd By N | | | |
| | SD1 40,343   PRODUCT | 1,311 | | |
| | PDI 0   PRODUCT | 40,343 # | | |
| LYLF | P/D 0   PA | 1,820 # | | |
| | S/D 0   GROSS WEIG | 42,163 # | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper _____    Agen

Per **HILL'S PET NUTRITION, INC.**    Per _____ 4-6-23

Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

(Uniform Domestic Straight Bill of Lading adopted by Carrier's in Official, Southern, Western and Illinois Classifications)

THIS SHIPPING ORDER must be legibly filled in, in Ink, in Indelible Pencil or in Carbon.

**B.O.L. NO.** 374

2

AGENT'S NO. _____

VEHICLE NO. nor63

CARRIER: SEMICAB

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406    04/06/2023    From    Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

ROUTE 1-2 Prepaid FOB ORGIN    7179942511    SEALS 303875

FREIGHT

CUSTOMER ID NO. 799605    SALES ORDER NO. 641135554    ORDER DATE 03/30/2023

CUSTOMER P.O. NO: 540308507

(Mail or street address of consignee—For purposes of notification only.)

Consigned to

CHEWY EFC3
40 DAUPHIN DR
MECHANICSBURG PA 17050-8521
USA
PHONE # : 8008504268 directions only
Delivery Date/Time 4/06/2023   303875

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO 64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4-6-23 TIME IN: 8:15p TIME OUT: 8:30pm | 8:30pm | | |
| | SCHED APPT DATE/TIME: | | | |
| 1,344 bags | # OF PALLETS RECEIVED ____ FULL___MIXED____ | 41,158 | | |
| 787 cases | RECEIPT DATE | | | |
| 0 bales | INTACT SEAL NUMBER : | TIME IN: | | |
| | RECEIVED BY: | TIME OUT: | | |
| | SCHED APPT DATE/TIME: | | | |

HILLS
2010
OXT@
2035

CRT 04/06/23

CHEWIO
0955
OXT@
M125

Chewy hereby acknowledges receipt of delivery in connection with vendor's bill of lading # _____
In accordance with Chewy's offloading policy, Chewy will provide a reconciliation to vendor within 7 buisness days of actual items vs. items set forth on the bill of lading

Received by: _____
Date: 4-7-23

L-
D-
A-
F- 44
PC- 39

| | | PRODUCT TOTAL CUBIC FEET | 1,830 | |
|---|---|---|---|---|
| SDI | 24,501 | PRODUCT UNIT WEIGHT | 41,158 # | |
| PDI | 16,656 | 39 PALLETS | 2,535 # | |
| LYLF P/D | 0 | GROSS WEIGHT | 43,693 # | |
| S/D | 0 | | | |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper _____    Agen

Per _____ HILL'S PET NUTRITION, INC.    Per _____ 4/06/23 21 8

Permanent post office address of shipper  P.O. Box 148, Topeka, Kansas 66601

# UNIFORM STRAIGHT BILL OF LADING

**1**

B.O.L NO. 7601300495

Original — Not Negotiable

AGENT'S NO. _____

CARRIER: SEMICAB   717  994  1647

VEHICLE NO. NOR79

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406   04/06/2023   From Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

ROUTE 1-2  Prepaid FOB ORGIN

FREIGHT

SEALS 303953

CUSTOMER ID NO. 825758   SALES ORDER NO. 641076104   ORDER DATE 03/24/2023

CUSTOMER P.O. NO. S40297707

Consigned to (Mail or street address of consignee—For purposes of notification only.)

CHEWY.COM
600 NEW COMMERCE BLVD
HANOVER TWP PA 18706
USA
PHONE # : directions only
Delivery Date 4/06/2023  303953

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO 64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4/6/23 TIME IN: 7:45AM TIME OUT: 9:00 | | | |
| | SCHED APPT DATE/TIME: | | | |
| 1,485 bags | # OF PALLETS RECEIVED 34 FULL 4 MIXED___ | 37,530 | | |
| 334 cases | RECEIPT DATE : | TIME IN: | 11:00 | |
| 0 bales | INTACT SEAL NUMBER : | TIME OUT: | 1:30 | |
| | RECEIVED BY: | | | |
| | SCHED APPT DATE/TIME: | | | |

Y-79
D-119
A-1100am
F-124pm

RECEIVED bale 4/7 by SB

| | | | | |
|---|---|---|---|---|
| | SDI | 31,161 | PRODUCT TOTAL CUBIC FEET | 1,788 |
| LYLF | PDI | 6,368 | PRODUCT UNIT WEIGHT | 37,530 # |
| | P/D | 0 | 38 PALLETS | 2,470 # |
| | S/D | 0 | GROSS WEIGHT | 40,000 # |

"If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper _____   Agent

Per HILL'S PET NUTRITION, INC.   Per Bah Lurl
Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

(Uniform Domestic Straight Bill of Lading adopted by Carrier's in Official, Southern, Western and Illinois Classification.)

# UNIFORM STRAIGHT BILL OF LADING

**B.O.L. NO.** 001590375

**1**

Original — Not Negotiable

AGENT'S NO. _____

VEHICLE NO.

nor87

**CARRIER:** SEMICAB

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

At York, PA 17406  04/07/2023  From  Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**ROUTE**  1-2
Prepaid FOB ORGIN

**SEALS**  0303858

**FREIGHT**

**CUSTOMER ID NO.** 768842  **SALES ORDER NO.** 641140181  **ORDER DATE** 03/30/2023

**CUSTOMER P.O. NO.** 21433146

(Mail or street address of consignee---For purposes of notification only.)

Consigned to

PETCO #810
257 PROSPECT PLAINS RD
CRANBURY NJ  08512-3703
USA
PHONE # : 6098194466-11... directions
Delivery Date/
On Time

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO  64086
USA

04/07/2023  0303858

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4/7/23 TIME IN: 7:30 TIME OUT: 8:48 AM | 40,022 | | |
| | SCHED APPT DATE/TIME: _____ | | | |
| 2,238 bags | # OF PALLETS RECEIVED 35 FULL___ MIXED 3 | | | |
| 965 cases | RECEIPT DATE : | TIME IN: | | |
| 0 bales | INTACT SEAL NUMBER : | TIME OUT: | | |
| | RECEIVED BY: | | | |
| | SCHED APPT DATE/TIME: | | | |

| | | | |
|---|---|---|---|
| SDI | 39,829 | PRODUCT TOTAL CUBIC FEET | 1,783 |
| PDI | 192 | PRODUCT UNIT WEIGHT | 40,022 # |
| LYLF P/D | 0 | 32 PALLETS | 2,470 # |
| S/D | 0 | GROSS WEIGHT | 42,492 # |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper _____  Agent

**HILL'S PET NUTRITION, INC.**  Per _____

Per _____
Permanent post office address of shipper  P.O. Box 148, Topeka, Kansas 66601

(Uniform Domestic Straight Bill of Lading adopted by Carrier in Official...

**1**  UNIFORM STRAIGHT BILL OF LADING

**B.O.L. NO.** 0013870392

Original — Not Negotiable

AGENT'S NO.

CARRIER: SEMICAB

VEHICLE NO. NOR51

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406    04/07/2023    From    Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property, over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

ROUTE 1-2  Prepaid FOB ORGIN (717) 953-6750

SEALS  0303579

FREIGHT

CUSTOMER ID NO. 825758    SALES ORDER NO. 641076251    ORDER DATE 03/24/2023

CUSTOMER P.O. NO. S40297705

Consigned to (Mail or street address of consignee—For purposes of notification only.)

CHEWY.COM
600 NEW COMMERCE BLVD
HANOVER TWP PA 18706
USA
PHONE # : directions only
Delivery Date 4/06/2023  0303579
Time

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO 64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4/7/23 TIME IN: 10:35 TIME OUT: 10:45A | 10:35 | | |
| | SCHED APPT DATE/TIME: | | | |
| 1,502 bags | # OF PALLETS RECEIVED 31 FULL___ MIXED 5 | 34,833 | | |
| 169 cases | RECEIPT DATE : | TIME IN: | | |
| 0 bales | INTACT SEAL NUMBER : | TIME OUT: | | |
| | RECEIVED BY: | | | |
| | SCHED APPT DATE/TIME: | L: NOR51 | | |
| | | D: 83 | | |
| | | A: 1630 | | |
| | RECEIVED | F: 1921 | | |
| | | PC: 36 | | |

| | | | |
|---|---|---|---|
| SDI | 28,133 | PRODUCT TOTAL CUBIC FEET | 1,629 |
| PDI | 6,575 | PRODUCT UNIT WEIGHT | 34,833 # |
| LYLF P/D | 0 | 36 PALLETS | 2,275 # |
| S/D | 0 | GROSS WEIGHT | 37,108 # |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is _____ per _____
hereby specifically stated by the shipper to be not exceeding _____

Shipper _____  4-7-23  Agent

Per _____ HILL'S PET NUTRITION, INC.  Per _____ See

Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601

2

THIS SHIPPING ORDER

**B.O.L. NO.**

6 30 pm

AGENT'S NO. _____

VEHICLE NO. _____ nor43

CARRIER: SEMICAR

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406    04/07/2023    From    Hill's Pet Nutrition, Inc

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

ROUTE 1-2
Prepaid FOB ORGIN

FREIGHT

SEALS    303877

CUSTOMER ID NO. 852358    SALES ORDER NO. 641135291    ORDER DATE 03/30/2023

CUSTOMER P.O. NO. RS40308511

Consigned to (Mail or street address of consignee—For purposes of notification only.)

CHEWY LEWISBERRY MDT1
MDT1
100 GOODMAN DR
LEWISBERRY PA 17339
USA
Delivery Date
PHONE # : directions only

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO 64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: TIME IN: TIME OUT: | | | |
| | SCHED APPT DATE/TIME: | | | |
| 2,250 bags | # OF PALLETS RECEIVED ___ FULL__ MIXED__ | 34,748 | | 8:00 PM |
| 375 cases | RECEIPT DATE : | | TIME IN: | |
| 0 bales | INTACT SEAL NUMBER : | | TIME OUT: 7:30 PM |
| | RECEIVED BY: | 4/7/23 | | |
| | SCHED APPT DATE/TIME: | | | |

Chewy hereby acknowledges receipt of delivery in connection with vendor's bill of lading # _____
In accordance with Chewy's offloading policy. Chewy will provide reconciliation to vendor within 7 business days of actual items vs. items set forth on the bill of lading

Received by: _____

L- Nor 43
D- 75
A- 650
F- 72.
PC- 36

Date: 04/7/23

| | | | PRODUCT TOTAL CUBIC FEET | 1,627 | |
| SDI | 29,565 | | PRODUCT UNIT | 34,748 | |
| PDI | 4,986 | | PALLETS | 2,340 PC |
| LYLE | P/D | 0 | GROSS WEIGHT | | |
| | S/D | 0 | | | |

"If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Shipper _____    Age

Per _____    Per _____
Permanent post office address of shipper  P.O. Box 148, Topeka, Kansas 66601

HILL'S PET NUTRITION, INC.

(Uniform Domestic Straight Bill of Lading adopted by Carrier's in Official, Southern...)

| 1 | UNIFORM STRAIGHT BILL OF LADING | B.O.L. NO. 9496 |

Original — Not Negotiable

AGENT'S NO. _____

Phone 717-250-5084

VEHICLE NO. NOR46

**CARRIER:** SEMICAB

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading.

At York, PA 17406   04/07/2023   From   Hill's Pet Nutrition, Inc.

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

ROUTE 1-2
Prepaid FOB ORGIN

FREIGHT

SEALS   0303968

CUSTOMER ID NO. 825758   SALES ORDER NO. 641076026

ORDER DATE   03/24/2023

CUSTOMER P.O. NO. S40297706

Consigned to _(Mail or street address of consignee—For purposes of notification only.)_

CHEWY.COM
600 NEW COMMERCE BLVD
HANOVER TWP PA   18706
USA
PHONE # :   directions only
Delivery Date 4/06/2023   0303968

PROTECT FROM FREEZING

REMIT FREIGHT CHARGES TO :
DATA FREIGHT INC
907 NE COLBERN RD
LEES SUMMIT MO   64086
USA

| No. Packages | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | *WEIGHT (Subject to Correction) | Class | Pallets |
|---|---|---|---|---|
| | Feed supplement animal fish poultry, pet food. | | | |
| | PICKUP DATE: 4/7/23. TIME IN: 11:00 TIME OUT: 11:15 | | | |
| | SCHED APPT DATE/TIME: _____ | | | |
| 1,906 bags | # OF PALLETS RECEIVED 38 FULL 2 MIXED _____ | 38,233 | | |
| 215 cases | RECEIPT DATE : _____ | TIME IN: _____ | | |
| 0 bales | INTACT SEAL NUMBER : _____ | TIME OUT: _____ | | |
| | RECEIVED BY: _____ | | | |
| | SCHED APPT DATE/TIME: _____ | | | |

RECEIVED
Date 4/7/23 DR

L: NOR46
D: 85
X: 1630
F: 1755
PC: 40

|  | SDI | 30,106 | PRODUCT TOTAL CUBIC FEET | 1,833 |
|  | PDI | 8,127 | PRODUCT UNIT WEIGHT | 38,233 # |
| LYLF | P/D | 0 | PALLETS | 2,600 # |
|  | S/D | 0 | GROSS WEIGHT | 40,833 # |

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding _____

Shipper _____

Agen

Per _____   HILL'S PET NUTRITION, INC.   Per _____
Permanent post office address of shipper P.O. Box 148, Topeka, Kansas 66601