IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Baxter Bailey & Associates, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 1:24-cv-02163-WMR |
| ) | |
| SemiCab, Inc. et al, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**UNOPPOSED MOTION FOR**
**TWO-WEEK EXTENSION TO FILE RESPONSE TO COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants hereby file an unopposed motion for a two-week extension of time to answer or respond to the Amended Complaint (CM/ECF No. 5) to Tuesday, August 27, 2024, based on the fact that the parties are discussing alternative dispute resolution as well as settling the case and the two-week extension will allow the parties to focus on those issues.

Plaintiff's counsel has no objection and consented to this Motion.

**This, the 24th day of July, 2024.**

Respectfully submitted,

*s/BRIAN LEHMAN*
BRIAN LEHMAN
Attorney for Defendants

KASELL LAW FIRM
  1038 Jackson Avenue
  Suite #4
  Long Island City, NY 11101
  929.340.1543
  brianlehman97@gmail.com
  *Counsel for Defendants*


ALPER LEGAL, P.C.
  1205 Johnson
  Ferry Road Suite
  136, #359
  Marietta, Georgia 30068
  404.736.3939
  ben@alperlegal.com
  *Local Counsel for Defendants*

## **CERTIFICATE OF COMPLIANCE**

This is to certify that to the best of my knowledge this document has been prepared with one of the font and point selections approved by the Court in LR 5.1B, pursuant to LR 7. Specifically, the above-mentioned document has been prepared using Times New Roman font, 14 point.

**This, the 24th day of July, 2024.**

                                        Respectfully submitted,

                                        *s/BRIAN LEHMAN*
                                        BRIAN LEHMAN
                                        Attorney for Defendants

KASELL LAW FIRM
  1038 Jackson Avenue
  Suite #4
  Long Island City, NY 11101
  929.340.1543
  brianlehman97@gmail.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| Baxter Bailey & Associates, Inc., | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 1:24-cv-02163-WMR |
| SemiCab, Inc. et al, | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the above date, I electronically filed this document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

Respectfully submitted,

*s/BRIAN LEHMAN*
BRIAN LEHMAN
Attorney for Defendants

KASELL LAW FIRM
 1038 Jackson Avenue
 Suite #4
 Long Island City, NY 11101
 929.340.1543
 brianlehman97@gmail.com