IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Baxter Bailey & Associates, Inc., | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 1:24-cv-02163-WMR |
| SemiCab, Inc. et. al, | ) |
| Defendants. | ) |

**MOTION FOR
A THREE-DAY EXTENSION OF TIME TO FILE
<u>RESPONSIVE PAPERS TO COMPLAINT</u>**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants hereby file a motion for an extension of time to answer or otherwise respond to the Amended Complaint to Friday, August 30, 2024. Defendants' motion to dismiss is due tomorrow, Tuesday, August 27, 2024 – *i.e.*, **<u>an additional three (3) days</u>**.

The motion for an extension is based on the fact that there are five (5) corporate defendants with counsel that would like more time to review the proposed motion to dismiss and accompanying memorandum of law. Coordinating between the corporate defendants, particularly at the end of the summer when vacations have been long planned, has proven more challenging than I expected.

While I am prepared to file the motion to dismiss (and I further acknowledge that I have already received one extension, which Plaintiff graciously consented to),

I respectfully ask for a three-day extension up to and including Friday, August 30, 2024.  Approximately one hour ago, I asked Plaintiff's counsel if he consents but have not heard back from him

Regardless, I am grateful to the Court for its time and attention to this motion and the courtesy previously extend to me by Plaintiff's counsel.

**Respectfully submitted this 26th day of August, 2022.**

Respectfully submitted,

*s/BRIAN LEHMAN*
BRIAN LEHMAN
Admitted *Pro Hac Vice*
*Attorney for Defendants*

KASELL LAW FIRM
1038 Jackson Avenue,
Suite #4
Long Island City, New York 11101
929.340.1543
brianlehman97@gmail.com

## **CERTIFICATE OF COMPLIANCE**

This is to certify that to the best of my knowledge this document has been prepared with one of the font and point selections approved by the Court in LR 5.1B, pursuant to LR 7. Specifically, the above-mentioned document has been prepared using Times New Roman font, 14 point.

**This, the 26th day of August, 2024.**

                                           Respectfully submitted,

                                           *s/ Brian Lehman*
                                           BRIAN LEHMAN
                                           ADMITTED *PRO HAC VICE*
                                           Attorney for Defendants

KASELL LAW FIRM
  1038 Jackson Avenue,
  Suite #4
  Long Island City, New York 11101
  929.340.1543
  brianlehman97@gmail.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| Baxter Bailey & Associates, Inc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 1:24-cv-02163-WMR |
| | ) |
| SemiCab, Inc. et al, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the above date, I electronically filed this document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

    Respectfully submitted,

    *s/ Brian Lehman*
    BRIAN LEHMAN
    Attorney for Defendants

KASELL LAW FIRM
  1038 Jackson Avenue,
  Suite #4
  Long Island City, New York 11101
  929.340.1543
  brianlehman97@gmail.com