# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Baxter Bailey & Associates, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 1:24-cv-02163-WMR |
| ) | |
| Semi-Cab, Inc. et al, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**Corrected Certificate of Interested Persons and**
**Corporate Disclosure Statement**

Pursuant to Federal Rules of Civil Procedure 7.1 and Local Rule 3.3, the undersigned counsel for the following defendants states the following:

I hereby submit a corrected version of the disclosure statement that changes the principal place of business for Hill's from Topeka, Kansas to Overland Park, Kansas. **All other information has remained the same** and is reproduced below.

(1) The undersigned counsel of record for Defendants to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

    a.    Plaintiff Baxter Bailey & Associates, Inc., Defendant SemiCab, Inc., Defendant Hill's Pet Nutrition, Inc., Defendant PetSmart, LLC, Defendant Petco

1

Animal Supplies, Inc., and Defendant Chewy, Inc. are each a nongovernmental entity.

b. **Defendant SemiCab Inc.** (improperly named Semi-Cab, Inc.) is incorporated under the laws of the State of Delaware with its principal place of business in Marietta, Georgia.

c. **Defendant Hill's Pet Nutrition, Inc.** (improperly named as Hill's Pet Nutrition LLC) is incorporated under the laws of the State of Delaware with its principal place of business in Overland, Kansas.

Hill's Pet Nutrition, Inc. is a wholly owned subsidiary of Colgate-Palmolive Co. Colgate-Palmolive Co. has no parent company, and no publicly-held corporation owns 10% or more of Colgate-Palmolive Co. stock.

d. **Defendant PetSmart LLC** was improperly named as PetSmart, Inc. On February 5, 2021 PetSmart, Inc. (which was a corporation incorporated under the laws of the State of Delaware with its principal place of business in Phoenix, Arizona) statutorily converted from a corporation to a limited liability company.

The name of this limited liability company is PetSmart LLC and it is organized under the laws of the State of Delaware with its principal place of business in Phoenix, Arizona. The sole member of PetSmart LLC is Argos Holdings LLC, a Delaware limited liability company with its principal place of business in Phoenix,

Arizona. The sole member of Argos Holdings LLC is Benji Acquireco, Inc., a Delaware corporation with its principal place of business in Phoenix, Arizona.

No publicly held corporation owns 10% or more of the stock of Benji Acquireco, Inc.

e. **Defendant Petco Animal Supplies, Inc.** is a corporation organized under the laws of the State of Delaware with its principal place of business in San Diego, California.

Petco Animal Supplies, Inc. is a wholly owned subsidiary of Petco Holdings, LLC. The sole member of Petco Holdings LLC is Petco Health & Wellness Company, Inc.

Petco Health & Wellness Company, Inc. is a corporation organized under the laws of the State of Delaware with its principal place of business in San Diego, California and a publicly held company. No other publicly held corporation owns 10% or more of Petco Health & Wellness Company, Inc.'s stock.

f. **Defendant Chewy, Inc.** is a corporation organized under the laws of the State of Delaware with its principal place of business in Plantation, Florida. Chewy, Inc. is a publicly held corporate entity and no publicly held corporation owns 10% or more of Chewy Inc.'s stock.

g. **Plaintiff Baxter, Bailey & Associates, Inc.** is a corporation organized under the laws of the State of Mississippi with its principal place of business in Southaven, Mississippi.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

**Noerr Trucking LLC** is a limited liability company formed under the laws of the Commonwealth of Pennsylvania and its principal place of business is, upon information and belief, Lewistown, Pennsylvania. The membership of Noerr Trucking LLC is unknown to the undersigned counsel but, on information and belief, one member is **Scott Noerr** who is believed upon information and belief to be a citizen of the Commonwealth of Pennsylvania.

(3). The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case: Brian Lehman (Defendants), Ben Alper (Defendants), Travis E. Davison (Plaintiff), and John David Stuart (Plaintiff).

(4) As this action is based on diversity under 28 U.S.C. § 1332(a), the undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

1. Plaintiff Baxter, Bailey & Associates, Inc. is a citizen of Mississippi and is the purported assignee of Noerr Trucking LLC, which is, upon information and belief, a citizen of Pennsylvania.

2. Defendant SemiCab Inc. is a citizen of Delaware and Georgia.

3. Defendant Hill's Pet Nutrition Inc. is a citizen of Delaware and Kansas.

4. Defendant PetSmart LLC is a citizen of Arizona.

5. Defendant Petco Animal Supplies, Inc. is a citizen of Delaware and California.

6. Defendant Chewy, Inc. is a citizen of Delaware and Florida.

**Respectfully submitted this 27th day of August, 2024.**

Respectfully submitted,

*s/BRIAN LEHMAN*
BRIAN LEHMAN
Admitted *Pro Hac Vice*
*Attorney for Defendants*

KASELL LAW FIRM
1038 Jackson Avenue,
Suite #4
Long Island City, New York 11101
929.340.1543
[brianlehman97@gmail.com](mailto:brianlehman97@gmail.com)

# **CERTIFICATE OF COMPLIANCE**

This is to certify that to the best of my knowledge this document has been prepared with one of the font and point selections approved by the Court in LR 5.1B, pursuant to LR 7. Specifically, the above-mentioned document has been prepared using Times New Roman font, 14 point.

**This, the 27th day of August, 2024.**

                                           Respectfully submitted,

                                           *s/ Brian Lehman*
                                           BRIAN LEHMAN
                                           ADMITTED *PRO HAC VICE*
                                           Attorney for Defendants

KASELL LAW FIRM
  1038 Jackson Avenue,
  Suite #4
  Long Island City, New York 11101
  929.340.1543
  brianlehman97@gmail.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Baxter Bailey & Associates, Inc., | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 1:24-cv-02163-WMR |
| SemiCab, Inc. et al, | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the above date, I electronically filed this document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

    Respectfully submitted,

    *s/ Brian Lehman*
    BRIAN LEHMAN
    ADMITTED *PRO HAC VICE*
    Attorney for Defendants

KASELL LAW FIRM
1038 Jackson Avenue,
Suite #4
Long Island City, New York 11101
929.340.1543
brianlehman97@gmail.com