# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Baxter Bailey & Associates, Inc., | )<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No.: 1:24-cv-02163-WMR<br>) |
| Semi-Cab, Inc. et al, | )<br>) |
| Defendants. | )<br>) |

## MOTION TO DISMISS
## PLAINTIFF'S COMPLAINT

COME NOW Defendants SemiCab, Inc., Hills Pet Nutrition, Inc., PetSmart, LLC., Petco Animal Supplies, Inc., and Chewy, Inc. by and through counsel, and file this Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1), 12(b)(6) and 12(b)(2). The basis for the motion is set forth in the accompanying memorandum of law in support of the motion.

Respectfully submitted this 30th day of August, 2024.

Respectfully submitted,

*s/BRIAN LEHMAN*
BRIAN LEHMAN
Admitted *Pro Hac Vice*
*Attorney for Defendants*

KASELL LAW FIRM
1038 Jackson Avenue,
Suite #4
Long Island City, New York 11101
929.340.1543
brianlehman97@gmail.com

## **CERTIFICATE OF COMPLIANCE**

This is to certify that to the best of my knowledge this document has been prepared with one of the font and point selections approved by the Court in LR 5.1B, pursuant to LR 7. Specifically, the above-mentioned document has been prepared using Times New Roman font, 14 point.

**This, the 30th day of August, 2024.**

                                                Respectfully submitted,

                                                *s/ Brian Lehman*
                                                BRIAN LEHMAN
                                                Admitted *Pro Hac Vice*
                                                Attorney for Defendants

KASELL LAW FIRM
  1038 Jackson Avenue,
  Suite #4
  Long Island City, New York 11101
  929.340.1543
  brianlehman97@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Baxter Bailey & Associates, Inc., | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 1:24-cv-02163-WMR |
| SemiCab, Inc. et al, | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the above date, I electronically filed this document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

    Respectfully submitted,

    *s/ Brian Lehman*
    BRIAN LEHMAN
    Admitted *Pro Hac Vice*
    Attorney for Defendants

KASELL LAW FIRM
 1038 Jackson Avenue,
 Suite #4
 Long Island City, New York 11101
 929.340.1543
 brianlehman97@gmail.com