IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **BAXTER BAILEY & ASSOCIATES, INC.,** | |
| Plaintiff(s), | |
| v. | CIVIL ACTION FILE NO. 1:24-cv-2163-WMR |
| **SEMI-CAB, INC., ET AL,** | |
| Defendant(s) | |

## ORDER

Plaintiff has filed five (5) status reports indicating that the parties are working towards a resolution without the need for further litigation. The Court **DIRECTS** the Clerk of Court to **ADMINISTRATIVELY CLOSE** this case. The parties shall file a dismissal or other filing disposing of this case upon finalization of the settlement. If settlement negotiations fail and the parties wish to proceed, they may move to reopen the case at any time.[1]

**SO ORDERED** this 11th day of June, 2025.

WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if settlement negotiations fail. Administrative closure will not prejudice the rights of the parties to this litigation in any manner.