# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| Baxter Bailey & Associates, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.:  1:24-cv-02163-WMR |
| | ) | |
| Semi-Cab, Inc. et al, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.1(E)(4), the undersigned attorney, Brian Lehman, hereby provides notice of his withdrawal as counsel for Defendant Semi-Cab, Inc. in this action.

Withdrawal is proper under Local Rule 83.1(E)(4) because Defendant will not be left unrepresented. Substitute counsel, Jordan Bradley Forman of Fox Rothschild LLP, has entered an appearance prior to this filing and will represent Defendant SemiCab, Inc. going forward.  SemiCab, Inc. is the only remaining defendant in this action.  Substitute counsel's contact information is as follows:

Jordan Bradley Forman
Fox Rothschild LLP
999 Peachtree Street, N.E., Suite 1500
Atlanta, Georgia 30309
Tel: (404) 870-3768
Fax: (404) 962-1200

Accordingly, the undersigned respectfully requests that the Clerk remove him from all future filings, CM/ECF notifications, and service lists in this matter.

**This, the 25th day of July, 2025.**

Respectfully submitted,

*s/Brian Lehman*
BRIAN LEHMAN
Admitted *Pro Hace Vice*
Attorney for Defendant SemiCab Inc.

KASELL LAW FIRM
1038 Jackson Avenue, Suite #4
Long Island City, New York 11101
929.340.1543
brianlehman97@gmail.com

## <u>CERTIFICATE OF COMPLIANCE</u>

This is to certify that to the best of my knowledge this document has been prepared with one of the font and point selections approved by the Court in LR 5.1B, pursuant to LR 7. Specifically, the above-mentioned document has been prepared using Times New Roman font, 14 point.

**This, the 3rd day of July, 2024.**

Respectfully submitted,

*s/ Benjamin Black Alper*
BENJAMIN BLACK ALPER
Georgia Bar No. 940406
Attorney for Defendants

**ALPER LEGAL, P.C.**
1205 Johnson
Ferry Road Suite
136, #359
Marietta, Georgia 30068
404.736.3939
ben@alperlegal.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| Baxter Bailey & Associates, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.:  1:24-cv-02163-WMR |
| | ) | |
| SemiCab, Inc. et al, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the above date, I electronically filed this document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

Respectfully submitted,

*s/ Benjamin Black Alper*
BENJAMIN BLACK ALPER
Georgia Bar No. 940406
Attorney for Defendants

**ALPER LEGAL, P.C.**
1205 Johnson
Ferry Road Suite
136, #359
Marietta, Georgia 30068
404.736.3939
ben@alperlegal.com