

999 Peachtree Street NE
Suite 1500
Atlanta, GA  30309
📞 404.962.1000  📠 404.962.1200
WWW.FOXROTHSCHILD.COM

JORDAN B. FORMAN
Direct No: 404.870.3768
Email: jforman@foxrothschild.com

August 15, 2025

**VIA ELECTRONIC COURT FILING**

Honorable William M. Ray, II
United States District Judge
Richard B. Russell Federal Building
and United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

Kevin P. Weimer, Clerk of Court
Northern District of Georgia, Atlanta Division
Richard B. Russell Federal Building
and United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

**In Re:** *Baxter Bailey &Associates, Inc. v. Semi-Cab, Inc., et al.*
**Case No. 1:24-cv-2163-WMR**

Dear Presiding Judge and Clerk of Court:

Pursuant to LR 83.1-E, I seek a leave of absence for less than 21 days. Petitioner will be out of town for the following events:  religious observance and vacation, respectively, during the following period of time: 1) September 22, 2025 through and including September 25, 2025, 2) October 1, 2025 through and including October 3, 2025, 3) October 6, 2025 through and including October 9, 2025, and 4) October 13, 2025 through and including October 16, 2025. I am requesting that the case listed above not be placed on the Court's calendar for those dates.  I am unaware of any matter currently scheduled before the Court during the above periods.  I am notifying all parties of record for this case by e-filing same using the CM/ECF System which will automatically send email notification of said filing to all attorneys of record.

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Massachusetts   Minnesota   Missouri
Nevada   New Jersey   New York   North Carolina   Oklahoma   Pennsylvania   South Carolina   Texas   Washington
175696655.1



August 15, 2025
Page 2

        Thank you very much for your kind attention to this matter.

                                    Sincerely,

                                    FOX ROTHSCHILD LLP

                                    */s/ Jordan B. Forman*
                                    Jordan B. Forman

JBF/oer
cc:  All counsel of record (via e-filing)

175696655.1