# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Baxter Bailey & Associates, Inc., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SemiCab, Inc. et. al, ) <br> ) <br> Defendants. ) | Case No.: 1:24-cv-02163-WMR |

## ORDER GRANTING MOTION TO REOPEN CASE

The Court hereby GRANTS the Motion to Reopen the above-captioned case.  The Court declines to schedule a status or scheduling conference as requested.  The Defendant is hereby **ORDERED** to file an Answer to the Complaint within twenty-one (21) days of the date of this Order.  The Court will not grant any extensions past this twenty-one (21) day deadline.  Parties are to follow all other Federal Rules already in place as to how to proceed with this case.  So ORDERED this 20th day of August, 2025.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE